| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Solavei, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-4002000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10500 NE 8th Street**<br>**Bellevue, WA**<br>ZIP Code **98004** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Solavei, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____<br>   Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Solavei, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Armand J. Kornfeld WSBA**
Signature of Attorney for Debtor(s)

**Armand J. Kornfeld WSBA #17214**
Printed Name of Attorney for Debtor(s)

**Bush Strout & Kornfeld LLP**
Firm Name

**601 Union Street #5000**
**Seattle, WA 98101-2373**

Address

**206-292-2110  Fax: 206-292-2104**
Telephone Number

**June 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard A. White**
Signature of Authorized Individual

**Richard A. White**
Printed Name of Authorized Individual

**General Counsel and Secretary**
Title of Authorized Individual

**June 11, 2014**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

| In re | Solavei, LLC | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br>*Name of creditor and complete mailing address including zip code* | (2) <br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 3Cinteractive<br>750 Park of Commerce Blvd<br>Boca Raton, FL 33487 | Javier Burattini<br>3Cinteractive<br>750 Park of Commerce Blvd<br>Boca Raton, FL 33487<br>561-886-4883; fx 561-443-5506 | Call Center Services | Disputed | 186,281.27 |
| ACME Business Consultants<br>249 NE Park Ave<br>Portland, OR 97209 | Melissa A. Camarillo□<br>ACME Business Consultants<br>249 NE Park Ave<br>Portland, OR 97209<br>503-232-1435□ | Business Consulting Services | | 56,743.75 |
| Ascentium Corporation<br>P.O. Box 742965<br>Los Angeles, CA 90074 | Angie Wilson<br>Ascentium Corporation<br>P.O. Box 742965<br>Los Angeles, CA 90074<br>425-679-5886; fx 425-519-7701 | Network Services | | 899,211.00 |
| Bellevue Place Office, LLC<br>P. O. Box 4186<br>Bellevue, WA 98009 | Michele Roberts<br>Bellevue Place Office, LLC<br>P. O. Box 4186<br>Bellevue, WA 98009<br>425-460-5862□ | Office/Lease property mgt company | | 63,546.05 |
| Boston Consulting Group<br>PO Box 75200<br>Chicago, IL 60675-5200 | Birgitta Dickerson<br>Boston Consulting Group<br>PO Box 75200<br>Chicago, IL 60675-5200<br>617-850-4049; fx 214-849-1501 | Business Consulting Services | | 1,035,000.00 |
| C3CustomerContactChannels, Inc.<br>1200 S. Pines Island Road<br>Plantation, FL 33324 | Daniel Roth<br>C3CustomerContactChannels, Inc.<br>1200 S. Pines Island Road<br>Plantation, FL 33324<br>954-461-1801 | Call Center Services | Disputed | 3,427,427.00 |
| Cavallino Consulting LLC<br>599 Bridgeway<br>Sausalito, CA 94965 | Tracy Kellerman<br>Cavallino Consulting LLC<br>599 Bridgeway<br>Sausalito, CA 94965<br>425-238-1005; fx 425-789-4479 | Business Consulting Services | Disputed | 7,540,107.00 |

In re  **Solavei, LLC**                                        Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Enabil<br>#400 - 325 25 Street SE<br>Calgary, AB T2A 7H8<br>CANADA | Lorrie-Anne Weidner<br>Enabil<br>#400 - 325 25 Street SE<br>Calgary, AB T2A 7H8<br>403-398-1618; fx 403-398-1598 | Revenue Mgt<br>Services | Disputed | 448,256.67 |
| Gilbert Wallace<br>3720 131st Ave NE<br>Bellevue, WA 98005 | Gilbert Wallace<br>Gilbert Wallace<br>3720 131st Ave NE<br>Bellevue, WA 98005<br>425-777-6601☐ | HOC Salary<br>Deferral & Interest | | 55,208.33 |
| GlobalLogic Inc.<br>PO Box 200558<br>Pittsburgh, PA 15251 | Sandeep Verma<br>GlobalLogic Inc.<br>PO Box 200558<br>Pittsburgh, PA 15251<br>866-254-3148; fx 703-847-5901 | Software<br>Development<br>Contractor<br>Services | Disputed | 2,668,322.77 |
| HTC<br>13920 SE Eastgate Way #400<br>Bellevue, WA 98005 | Kelly Erickson<br>HTC<br>13920 SE Eastgate Way #400<br>Bellevue, WA 98005<br>206-412-0132 | Cell Phone<br>Hardware | Disputed | 946,814.00 |
| Jenkon<br>203 SE Park Plaza Drive<br>Vancouver, WA 98684 | Jenkon<br>203 SE Park Plaza Drive<br>Vancouver, WA 98684 | Commission<br>Software Company | | 99,041.65 |
| Lee & Hayes, PLLC<br>601 W Riverside Ave. #1400<br>Spokane, WA 99201 | Tom Lewis<br>Lee & Hayes, PLLC<br>601 W Riverside Ave. #1400<br>Spokane, WA 99201<br>509-944-4727; fx 509-323-8979 | Legal Services | Disputed | 89,270.16 |
| Method, Inc.<br>972 Mission St Fl. 2<br>San Francisco, CA 94103 | S. Prince-Cparras-J MacMillan<br>Method, Inc.<br>972 Mission St Fl. 2<br>San Francisco, CA 94103<br>415-901-6352; fx 415-901-6310 | Media Design<br>Services | | 74,599.60 |
| NCO<br>24892 Network Place<br>Chicago, IL 60673 | Laura Kennedy<br>NCO<br>24892 Network Place<br>Chicago, IL 60673<br>519-333-8783; fx 866-660-9531 | Call Center<br>Services | | 556,030.40 |
| Perkins Coie<br>1201 Third Avenue<br>Seattle, WA 98101 | Melissa Duff<br>Perkins Coie<br>1201 Third Avenue<br>Seattle, WA 98101<br>206-359-8272; fx 206-359-9000 | Legal Services | | 470,716.78 |
| Retail Decisions inc (ReD)<br>Metropark<br>Edison, NJ 08837 | Anny Canela<br>Retail Decisions inc (ReD)<br>Metropark<br>Edison, NJ 08837<br>732-452-2447☐ | Payment<br>Gateway/Fraud<br>service company | | 74,820.82 |

In re  **Solavei, LLC**                                    Case No.                  

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Slalom Consulting**<br>**P.O. Box 101416**<br>**Pasadena, CA 91189** | **Lisa Partin**<br>**Slalom Consulting**<br>**P.O. Box 101416**<br>**Pasadena, CA 91189**<br>**206-268-6867; fx 206-436-5710** | **Staffing/Contractor**<br>**Company** | **Disputed** | **120,182.00** |
| **Stoneledge Consulting**<br>**7720 Overlake Drive W**<br>**Medina, WA 98038** | **Akira Matsuno**<br>**Stoneledge Consulting**<br>**7720 Overlake Drive W**<br>**Medina, WA 98038**<br>**206-696-0703** | **Business**<br>**Consulting**<br>**Services** | | **75,000.00** |
| **Wireless Data Services, North Am. Inc**<br>**3933 Lake Washington Blvd NE**<br>**Kirkland, WA 98033** | **David Mills**<br>**Wireless Data Services, North Am. Inc**<br>**3933 Lake Washington Blvd NE**<br>**Kirkland, WA 98033**<br>**425-307-3072**☐ | **Telecommunicatio**<br>**n Services** | | **145,806.45** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the General Counsel and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 11, 2014**                        Signature  **/s/ Richard A. White**

                                                      **Richard A. White**

                                                      **General Counsel and Secretary**

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of Washington

In re    **Solavei, LLC**                               ,      Case No. _____

                                       Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 21 | 5,276,854.06 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | 41,935,737.51 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 91 | | 1,420,859.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 19,753,358.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 153 | | | |
| Total Assets | | | 5,276,854.06 | | |
| Total Liabilities | | | | 63,109,955.20 | |

In re    **Solavei, LLC**                                      ,      Case No. _____

                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

In re    **Solavei, LLC**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Checking Account 6188 Balance as of 6/9/14 | - | 30,222.12 |
| | | JP Morgan Chase Checking Account 2349 Balance as of 6/9/14 | - | 10,881.11 |
| | | JP Morgan Chase Checking Account 2180 Balance as of 6/9/14 | - | 28,092.07 |
| | | Opus Bank Checking Account 3175 (Main/Sweep Account) Balance as of 6/9/14 | - | 0.00 |
| | | Opus Bank Checking Account 3976 Balance as of 6/9/14 | - | 1,115,347.66 |
| | | First Data - Metabank Checking Account 6911 Balance as of 6/9/14 Sub Account - 0013 - 31,379.90 Sub Account - 0018 7,080.81 | - | 38,460.71 |
| | | Opus Bank Checking Account No. 3943 | - | 0.00 |
| | | Opus Bank Checking 3919 (Account is not used) | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | JPMC Certificate of Deposit No. 3070 - restricted funds pursuant to Letter of Credit as to office lease deposit -- Bellevue Place Office, LLC | - | 200,057.29 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >    1,423,060.96
(Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

In re  **Solavei, LLC**_____,          Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Federal Insurance Company - Auto Insurance - Policy Limit $1,000,000 | - | 0.00 |
| | | Pacific Indemnity Company - General Liability - Policy Limit $2,000,000 | - | 0.00 |
| | | Pacific Indemnity - Property - Policy Limit $1,000,000 | - | 0.00 |
| | | Pacific Indemnity - Employ Benefits Liabilty - Policy Limit $1,000,000 | - | 0.00 |
| | | LIberty Insurance Underwriter, Inc. - Excess Liability - Policy Limit $5,000,000 | - | 0.00 |
| | | Federal Insurance Co. - Workers Compensation - Policy Limit $1,000,000 | - | 0.00 |
| | | Pacific Indemnity - Employers Stop Gap - Policy Limit $1,000,000 | - | 0.00 |
| | | AIG - D&O - Policy Limit $1,000,000 | - | 0.00 |
| | | AIG - Employment Practices Coverage - Policy Limit $1,000,000 | - | 0.00 |
| | | Ironshore Specialty Insurance Co. - Excess D&O coverage - Policy Limit $1,000,000 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re    **Solavei, LLC**                               ,        Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Solavei Puerto Rico, LLC** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Jeff Dahl $15,000** | - | **15,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patents**<br>**See Attached** | - | **Unknown** |
| | | **SCCP Software Platform**<br>**Book value as of 4/30/14** | - | **3,530,798.21** |
| | | | Sub-Total ><br>(Total of this page) | **3,545,798.21** |

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re __Solavei, LLC_____,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Trademark**<br>**See Attached** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture & Fixture - Book value Ending 5/31/2014 (See attached)   $9,511.20**<br>**Computer Equipment - Book value Ending 5/31/2014 (See attached)  $55,085.20**<br>**Video Equipment Book value Ending 5/31/2014 (See attached)      $19,391.49** | - | 83,987.89 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory**<br>**May 2014**<br>**See attached** | - | 111,764.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Expenses - Royal Carribean - Promotional Deposit** | - | 43,200.00 |

                                         Sub-Total >      238,951.89
                                      (Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **Solavei, LLC**                                     ,       Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Prepaid Expenses - SEI Management - Promotional Deposit** | - | **52,787.00** |
| | | **Prepaid Expenses - Jenkon System Hosting Maintenance** | - | **4,725.00** |
| | | **Prepaid Expenses - Cloud Sherpas System Hosting** | - | **6,000.00** |
| | | **Prepaid Expenses - Chargent System Hosting** | - | **5,531.00** |

| | | |
|---|---|---|
| Sub-Total > | | **69,043.00** |
| (Total of this page) | | |
| Total > | | **5,276,854.06** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re Solavei, LLC                    Case No. _____

**ATTACHMENT TO SCHEDULE B #22**

# Solavei Trademarks

| Subject | Registration Number | Date |
|---|---|---|
| | | |
| Solavei Word Mark | 4,269,543 | January 1, 2013 |
| Powered By Relationships Mark | 4,293,222 | February 19, 2013 |
| 7 Spoke Logo Design (US) | 4,293,224 | February 19, 2013 |
| 7 Spoke Logo Design (EU) | 011203981 | February 19, 2013 |
| George Design Mark (smiling) | 4,372,372 | July 23, 2013 |
| George Design Mark (no mouth) | 4,372,373 | July 23, 2013 |

# Solavei Patent Applications

| Subject | Application Number | Date |
|---|---|---|
| Onboarding | 13421616 | March 15, 2012 |
| Compensation Plan | 13452479 | April 20, 2012 |
| Member Motivation | 13557919 | July 25, 2012 |
| Service Activation | 61684462 | August 17, 2012 |
| Sponsor Assignment | 13827344 | March 14, 2013 |
| Social Feed Filtering | 13829365 | March 14, 2013 |
| Intelligence Engine | 13804925 | March 14, 2013 |
| Service Prequalification | 13827952 | March 14, 2013 |
| Usage Monitoring | 13962350 | August 8, 2013 |

**Domain Name**

BLOGSOLAVEI.COM
CONNECTSOLAVEI.COM
GOSOLAVEI.COM
GOTSOLAVEI.COM
ILOVEMYSOLAVEIIPHONE.COM
ILOVEMYSOLAVEIPHONE.COM
LIVESOLAVEI.COM
LIVESOLAVEI.NET
LOVEMYSOLAVEIIPHONE.COM
LOVEMYSOLAVEIPHONE.COM
MARKETPLACESOLAVEI.BIZ
MARKETPLACESOLAVEI.CO
MARKETPLACESOLAVEI.COM
MARKETPLACESOLAVEI.INFO
MARKETPLACESOLAVEI.ME
MARKETPLACESOLAVEI.NET
MARKETPLACESOLAVEI.ORG
MARKETPLACESOLAVEI.US
MYSOLAVEI.COM
MYSOLAVEIPRO.COM
SHARESOLAVEI.COM
SOCIALCOMMERCEMARKETPLACE.BIZ
SOCIALCOMMERCEMARKETPLACE.CO
SOCIALCOMMERCEMARKETPLACE.COM
SOCIALCOMMERCEMARKETPLACE.INFO
SOCIALCOMMERCEMARKETPLACE.ME
SOCIALCOMMERCEMARKETPLACE.MOBI
SOCIALCOMMERCEMARKETPLACE.NET
SOCIALCOMMERCEMARKETPLACE.ORG
SOCIALCOMMERCEMARKETPLACE.US
SOCIALCOMMERCEMARKETPLACE.WS
SOCIALMARKETPLACE.CO
SOCIALMARKETPLACE.INFO
SOCIALMARKETPLACE.ME
SOCIALMARKETPLACE.MOBI
SOCIALMARKETPLACE.US
SOCIALMARKETPLACE.WS
SOLABEY.COM
SOLARBEY.COM
SOLARVAY.COM

SOLARVEI.COM
SOLARVEY.COM
SOLAVAY.COM
SOLAVE.COM
SOLAVEI-IPHONE.COM
SOLAVEI.AG
SOLAVEI.AM
SOLAVEI.AT
SOLAVEI.BE
SOLAVEI.BIZ
SOLAVEI.CC
SOLAVEI.CO
SOLAVEI.CO.NZ
SOLAVEI.COM
SOLAVEI.COM.AG
SOLAVEI.COM.BR
SOLAVEI.COM.BZ
SOLAVEI.COM.ES
SOLAVEI.COM.TW
SOLAVEI.FM
SOLAVEI.GS
SOLAVEI.INFO
SOLAVEI.ME
SOLAVEI.MOBI
SOLAVEI.MS
SOLAVEI.NET
SOLAVEI.NU
SOLAVEI.ORG
SOLAVEI.US
SOLAVEI.VG
SOLAVEI.XXX
SOLAVEICONNECTS.COM
SOLAVEIENERGY.BIZ
SOLAVEIENERGY.CA
SOLAVEIENERGY.CO
SOLAVEIENERGY.COM
SOLAVEIENERGY.INFO
SOLAVEIENERGY.ME
SOLAVEIENERGY.MOBI
SOLAVEIENERGY.NET
SOLAVEIENERGY.ORG

SOLAVEIENERGY.US
SOLAVEIEVERYWHERE.COM
SOLAVEIEXTEND.COM
SOLAVEIFOUNDATION.NET
SOLAVEIFOUNDATION.ORG
SOLAVEIGEAR.COM
SOLAVEIIPHONESTORE.COM
SOLAVEILIFE.COM
SOLAVEIMAIL.COM
SOLAVEIMARKET.BIZ
SOLAVEIMARKET.CO
SOLAVEIMARKET.CO.IN
SOLAVEIMARKET.CO.UK
SOLAVEIMARKET.FR
SOLAVEIMARKET.IN
SOLAVEIMARKET.IT
SOLAVEIMARKET.ME
SOLAVEIMARKET.ME.UK
SOLAVEIMARKET.MX
SOLAVEIMARKET.NET
SOLAVEIMARKET.ORG
SOLAVEIMARKET.US
SOLAVEIMARKET.WS
SOLAVEIMARKETPLACE.BIZ
SOLAVEIMARKETPLACE.CO
SOLAVEIMARKETPLACE.CO.UK
SOLAVEIMARKETPLACE.COM
SOLAVEIMARKETPLACE.FR
SOLAVEIMARKETPLACE.INFO
SOLAVEIMARKETPLACE.IT
SOLAVEIMARKETPLACE.ME
SOLAVEIMARKETPLACE.ME.UK
SOLAVEIMARKETPLACE.MOBI
SOLAVEIMARKETPLACE.MX
SOLAVEIMARKETPLACE.NET
SOLAVEIMARKETPLACE.ORG
SOLAVEIMARKETPLACE.US
SOLAVEIMARKETPLACE.WS
SOLAVEIMERCHANT.BIZ
SOLAVEIMERCHANT.CO
SOLAVEIMERCHANT.CO.UK

SOLAVEIMERCHANT.COM
SOLAVEIMERCHANT.INFO
SOLAVEIMERCHANT.ME
SOLAVEIMERCHANT.ME.UK
SOLAVEIMERCHANT.MOBI
SOLAVEIMERCHANT.NET
SOLAVEIMERCHANT.ORG
SOLAVEIMERCHANT.US
SOLAVEIMERCHANT.WS
SOLAVEIMOBILE.COM
SOLAVEIONTHERISE.COM
SOLAVEIPHONESTORE.COM
SOLAVEIPRODUCTS.COM
SOLAVEIPRODUCTS.NET
SOLAVEIRETAIL.BIZ
SOLAVEIRETAIL.CO
SOLAVEIRETAIL.COM
SOLAVEIRETAIL.NET
SOLAVEIRETAIL.ORG
SOLAVEIRYAN.COM
SOLAVEIRYANWUERCH.COM
SOLAVEISALE.COM
SOLAVEISCAM.COM
SOLAVEISCAM.INFO
SOLAVEISCAM.NET
SOLAVEISCAM.ORG
SOLAVEISELL.COM
SOLAVEISHOP.COM
SOLAVEISIM.COM
SOLAVEISOCIAL.COM
SOLAVEISOCIALMARKETPLACE.BIZ
SOLAVEISOCIALMARKETPLACE.CO
SOLAVEISOCIALMARKETPLACE.COM
SOLAVEISOCIALMARKETPLACE.INFO
SOLAVEISOCIALMARKETPLACE.ME
SOLAVEISOCIALMARKETPLACE.MOBI
SOLAVEISOCIALMARKETPLACE.NET
SOLAVEISOCIALMARKETPLACE.ORG
SOLAVEISOCIALMARKETPLACE.US
SOLAVEISOCIALMARKETPLACE.WS
SOLAVEISOCIALS.COM

SOLAVEISPIN.COM
SOLAVEISPIN.NET
SOLAVEISUCKS.COM
SOLAVEISWAG.COM
SOLAVEITOOLS.COM
SOLAVEITOOLS.NET
SOLAVEITRAINING.COM
SOLAVEITRAINING.NET
SOLAVEIUNIVERSITY.COM
SOLAVEIUNIVERSITY.NET
SOLAVEIUNIVERSITY.ORG
SOLAVEIWEBINARS.COM
SOLAVEIWUERCH.COM
SOLAWEIGH.COM
SOLEVAY.COM
SOLEVEI.COM
SOLEVEY.COM
SOULABAY.COM
SOULABEY.COM
SOULAVEI.COM
SOULAVEY.COM
SOULAWAY.COM
SOULAWEIGH.COM
SUNRAYTELECOM.COM
SUSTAINABLESOLAVEI.COM
SUSTAINABLESOLAVEI.ORG
THESOLAVEIPRO.COM
TWEET2GETFREE.COM
VLOGSOLAVEI.COM
WHYSOLAVEI.COM
WUERCHSOLAVEI.COM

In re Solavei, LLC

Case No. _____

**ATTACHMENT TO SCHEDULE B #28**

# CAPEX-Processing Workflow

Solavei

## Depreciation Schedule

| Tag # | Description | Total Cost | Notes | Depreciation for 20... Ending NBV |
|---|---|---|---|---|
| 41274 | Apr Cap Labor (Internal) | 40,417.00 | IP | 17,963.11 |
| 41274 | Aug Cap Labor (External) | 193,500.00 | IP | 86,000.00 |
| 41274 | Aug Cap Labor (Internal) | 88,333.00 | IP | 39,259.11 |
| 41274 | Capitalized internal labor True up for 20 | 42,107.00 | IP | 18,714.22 |
| 41274 | Jul Cap Labor (External) | 105,000.00 | IP | 46,666.67 |
| 41274 | Jul Cap Labor (Internal) | 70,000.00 | IP | 31,111.11 |
| 41274 | Jun Cap Labor (External) | 63,000.00 | IP | 28,000.00 |
| 41274 | Jun Cap Labor (Internal) | 75,458.00 | IP | 33,536.89 |
| 41274 | May Cap Labor (Internal) | 40,417.00 | IP | 17,963.11 |
| 41274 | Oct Cap Labor (External) | 123,268.00 | IP | 54,785.78 |
| 41274 | Oct Cap Labor (Internal) | 56,142.66 | IP | 24,952.29 |
| 41274 | Sep Cap Labor (External) | 193,500.00 | IP | 86,000.00 |
| 41274 | Sep Cap Labor (Internal) | 95,833.00 | IP | 42,592.44 |
| 41274 | Nov Cap Labor (External) | 102,936.00 | IP | 48,608.67 |
| 41274 | Nov Cap Labor (Internal) | 56,142.66 | IP | 26,511.81 |
| 41274 | Dec Cap Labor (External) | 105,604.00 | IP | 52,802.00 |
| 41274 | Dec Cap Labor (Internal) | 56,142.66 | IP | 28,071.33 |
| 41275 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 3,430.69 |
| 41306 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 3,611.25 |
| 41334 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 3,791.81 |
| 41365 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 3,972.38 |
| 41395 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 4,152.94 |
| 41426 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 4,333.50 |
| 41456 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 4,514.06 |
| 41487 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 4,694.63 |
| 41518 | Capitalizing Project Wages - Project Grc | 6,500.25 | IP | 4,875.19 |
| 41548 | Capitalizing Project Wages - Project Grc | 14,001.02 | IP | 10,889.68 |
| 41579 | Capitalizing Project Wages - Project Grc | 19,001.01 | IP | 15,306.37 |
| 41609 | Capitalizing Project Wages - Project Grc | 24,001.00 | IP | 20,000.83 |
| 10167 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10168 | Macbook Pro | 2,188.91 | Computer Equipment | 425.62 |
| 10169 | Macbook Pro | 2,188.91 | Computer Equipment | 425.62 |
| 10171 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10172 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10174 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10175 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10176 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10177 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10178 | Macbook Pro | 2,188.91 | Computer Equipment | 425.62 |
| 10179 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10180 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10181 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |

| | | | | |
|---|---|---|---|---|
| 10182 | Macbook Pro | 2,188.91 | Computer Equipment | 425.62 |
| 10183 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10184 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10185 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10186 | Macbook Pro | 2,188.91 | Computer Equipment | 425.62 |
| 10208 | Macbook Air | 1,203.41 | Computer Equipment | 234.00 |
| 10209 | InFocus DLP projector 3D | 679.76 | Computer Equipment | 207.70 |
| 10091 | Macbook Air | 1,682.55 | Computer Equipment | 514.11 |
| 10192 | AirPort Time Capsule - 3TB | 542.55 | Computer Equipment | 165.78 |
| 10092 | Macbook Air | 1,638.93 | Computer Equipment | 500.78 |
| 10093 | HP ProBook 6560b - 15.6" - Core i5 245 | 887.69 | Computer Equipment | 295.90 |
| 10094 | HP ProBook 6560b - 15.6" - Core i5 245 | 887.69 | Computer Equipment | 295.90 |
| 10095 | HP ProBook 6560b - 15.6" - Core i5 245 | 927.54 | Computer Equipment | 309.18 |
| 10096 | MacBook Air | 1,119.17 | Computer Equipment | 373.06 |
| 10097 | MacBook Air | 1,119.17 | Computer Equipment | 373.06 |
| 10098 | MacBook Air | 1,119.17 | Computer Equipment | 373.06 |
| 10099 | Mac Mini 02 | 609.99 | Computer Equipment | 203.33 |
| 10100 | Mac Mini 03 | 609.99 | Computer Equipment | 203.33 |
| 10101 | G-Tech G-Drive v4 2TB | 234.17 | Computer Equipment | 78.06 |
| 10102 | MacBook Air | 1,452.76 | Computer Equipment | 484.25 |
| 10103 | MacBook Air | 1,452.76 | Computer Equipment | 484.25 |
| 10104 | MacBook Air | 1,452.76 | Computer Equipment | 484.25 |
| 10105 | MacBook Air | 1,452.76 | Computer Equipment | 484.25 |
| 10106 | MacBook Air | 1,452.76 | Computer Equipment | 484.25 |
| 10107 | Imac computer | 1,378.30 | Computer Equipment | 459.43 |
| 10108 | Mac mini 05 | 609.99 | Computer Equipment | 203.33 |
| 10109 | Mac Mini 04 | 609.99 | Computer Equipment | 203.33 |
| 10110 | Mac mini 01 | 609.99 | Computer Equipment | 203.33 |
| 10111 | HP Folio 13 Ultrabook 1.6GHz Core i5 1 | 1,460.86 | Computer Equipment | 527.53 |
| 10112 | HP Folio 13 Ultrabook 1.6GHz Core i5 1 | 1,460.86 | Computer Equipment | 527.53 |
| 10113 | HP Folio 13 Ultrabook 1.6GHz Core i5 1 | 1,497.18 | Computer Equipment | 540.65 |
| 10115 | MacBook Pro | 2,564.18 | Computer Equipment | 925.96 |
| 10210 | Polycom SoundStation conference phor | 411.45 | Computer Equipment | 148.58 |
| 10211 | Polycom SoundStation conference phor | 411.45 | Computer Equipment | 148.58 |
| 10116 | HP ProBook 6560b - 15.6" - Core i5 245 | 1,008.42 | Computer Equipment | 364.15 |
| 10117 | Apple Thunderbolt Display (Monitor) | 1,017.33 | Computer Equipment | 395.63 |
| 10118 | HP EliteBook 8560p - 15.6" - Core i7 26 | 1,292.00 | Computer Equipment | 502.45 |
| 10119 | HP ProBook 6560b - 15.6" - Core i5 245 | 806.28 | Computer Equipment | 313.55 |
| 10120 | HP ProBook 6560b - 15.6" - Core i5 245 | 806.28 | Computer Equipment | 313.55 |
| 10121 | HP ProBook 6560b - 15.6" - Core i5 245 | 806.28 | Computer Equipment | 313.55 |
| 10122 | HP Smart Buy Folio 13 Ultrabook | 1,045.59 | Computer Equipment | 406.62 |
| 10123 | HP Smart Buy Folio 13 Ultrabook | 1,045.59 | Computer Equipment | 406.62 |
| 10124 | HP Smart Buy Folio 13 Ultrabook | 1,090.50 | Computer Equipment | 424.08 |
| 10125 | HP Smart Buy Folio 13 Ultrabook | 1,090.50 | Computer Equipment | 424.08 |
| 10127 | HP EliteBook 8560p - 15.6" - Core i7 26 | 1,300.15 | Computer Equipment | 541.73 |
| 10128 | HP Smart Buy Folio 13 Ultrabook | 1,010.54 | Computer Equipment | 421.06 |
| 10129 | HP Smart Buy Folio 13 Ultrabook | 1,010.54 | Computer Equipment | 421.06 |
| 10130 | HP Smart Buy Folio 13 Ultrabook | 1,010.54 | Computer Equipment | 421.06 |
| 10131 | HP EliteBook 8560p - 15.6" - Core i7 26 | 1,258.75 | Computer Equipment | 524.48 |
| 10132 | HP Smart Buy Folio 13 Ultrabook | 1,012.49 | Computer Equipment | 421.87 |
| 10133 | HP Smart Buy Folio 13 Ultrabook | 1,011.62 | Computer Equipment | 421.51 |
| 10134 | HP Smart Buy Folio 13 Ultrabook | 1,011.62 | Computer Equipment | 421.51 |
| 10135 | HP Smart Buy Folio 13 Ultrabook | 1,011.62 | Computer Equipment | 421.51 |
| 10136 | HP Smart Buy Folio 13 Ultrabook | 1,011.62 | Computer Equipment | 421.51 |
| 10137 | HP Smart Buy Folio 13 Ultrabook | 1,011.62 | Computer Equipment | 421.51 |

| | | | | |
|---|---|---|---|---:|
| 10138 | HP Smart Buy Folio 13 Ultrabook | 1,037.31 | Computer Equipment | 432.21 |
| 10139 | HP Smart Buy Folio 13 Ultrabook | 1,037.31 | Computer Equipment | 432.21 |
| 10140 | HP Smart Buy Folio 13 Ultrabook | 1,037.31 | Computer Equipment | 432.21 |
| 10141 | HP Smart Buy Folio 13 Ultrabook | 1,011.15 | Computer Equipment | 449.40 |
| 10142 | HP Smart Buy Folio 13 Ultrabook | 1,011.15 | Computer Equipment | 449.40 |
| 10143 | HP Smart Buy Folio 13 Ultrabook | 1,011.15 | Computer Equipment | 449.40 |
| 10144 | HP Smart Buy Folio 13 Ultrabook | 1,011.15 | Computer Equipment | 449.40 |
| 10145 | HP Smart Buy Folio 13 Ultrabook | 1,043.20 | Computer Equipment | 463.64 |
| 10146 | HP Smart Buy Folio 13 Ultrabook | 1,043.20 | Computer Equipment | 463.64 |
| 10147 | HP Smart Buy Folio 13 Ultrabook | 1,043.20 | Computer Equipment | 463.64 |
| 10148 | MacBook Air | 2,471.11 | Computer Equipment | 1,098.27 |
| 10149 | MacBook Air | 1,452.76 | Computer Equipment | 645.67 |
| 10165 | Dell Optiplex | 1,230.98 | Computer Equipment | 547.10 |
| 10164 | NOME-Dell Optiplex | 1,161.14 | Computer Equipment | 516.06 |
| 10150 | HP Smart Buy Folio 13 Ultrabook | 1,036.67 | Computer Equipment | 489.54 |
| 10151 | HP Smart Buy Folio 13 Ultrabook | 1,036.67 | Computer Equipment | 489.54 |
| 10152 | HP Smart Buy Folio 13 Ultrabook | 1,036.67 | Computer Equipment | 489.54 |
| 10153 | HP Smart Buy Folio 13 Ultrabook | 1,036.67 | Computer Equipment | 489.54 |
| 10154 | HP Smart Buy Folio 13 Ultrabook | 1,036.67 | Computer Equipment | 489.54 |
| 10212 | RACK TOWER UPS - AC 120 V - 2700 WA | 1,515.26 | Computer Equipment | 715.54 |
| 10188 | Dell Optiplex | 1,127.88 | Computer Equipment | 563.94 |
| 10155 | HP EliteBook Mobile Workstation 8570 | 1,949.71 | Computer Equipment | 974.85 |
| 10156 | HP EliteBook Mobile Workstation 8570 | 1,949.71 | Computer Equipment | 974.85 |
| 10157 | HP EliteBook Mobile Workstation 8570 | 1,842.99 | Computer Equipment | 972.69 |
| 10158 | HP EliteBook Mobile Workstation 8570 | 1,687.78 | Computer Equipment | 890.77 |
| 10189 | DELL POWEREDGE R520 | 5,507.34 | Computer Equipment | 3,059.63 |
| 10159 | HP EliteBook Mobile Workstation 8570 | 1,694.70 | Computer Equipment | 941.50 |
| 10160 | Macbook Air | 2,114.69 | Computer Equipment | 1,468.53 |
| 10161 | Lenovo ThinkPad X1 Carbon Touch 344 | 2,126.80 | Computer Equipment | 1,476.94 |
| 10162 | Apple 27" LED cinema display | 1,039.21 | Computer Equipment | 721.67 |
| 10193 | Polycom SoundStation conference phor | 521.58 | Computer Equipment | 405.67 |
| 10195 | Polycom SoundStation conference phor | 521.58 | Computer Equipment | 405.67 |
| 10173 | Macbook Pro | 2,188.91 | Computer Equipment | 1,763.28 |
| 10194 | Replacement Projector Lamp- Dell 5100 | 346.36 | Computer Equipment | 288.63 |
| 10213 | Adobe Creative Suite 6 Master Collectio | 2,710.56 | Computer Equipment | 1,054.11 |
| 10214 | Adobe Creative Suite 6 design &web lice | 2,031.79 | Computer Equipment | 790.14 |
| 10215 | Adobe Creative Suite 6 design &web lice | 2,031.79 | Computer Equipment | 790.14 |
| 10216 | Adobe Creative Suite 6 design &web lice | 2,031.79 | Computer Equipment | 790.14 |
| 10217 | Adobe Creative Suite 6 design &web lice | 2,031.79 | Computer Equipment | 790.14 |
| 10191 | Adobe Creative Suite 6 design &web lice | 2,016.86 | Computer Equipment | 1,176.50 |
| 41274 | Apr Software CapExp Reclass | 411,535.00 | IP | 182,904.44 |
| 41274 | Jul Software CapExp Reclass | 687,945.00 | IP | 305,753.33 |
| 41274 | May Software CapExp Reclass | 607,541.00 | IP | 270,018.22 |
| 41274 | Jun Software CapExp Reclass | 485,741.00 | IP | 215,884.89 |
| 41274 | Sep Software CapExp Reclass | 375,827.00 | IP | 167,034.22 |
| 41274 | Aug Software CapExp Reclass | 348,437.00 | IP | 154,860.89 |
| 41274 | Mar Software CapExp Reclass | 347,346.00 | IP | 154,376.00 |
| 41274 | Oct Software CapExp Reclass | 255,558.00 | IP | 113,581.33 |
| 41274 | Nov Software CapExp Reclass | 189,643.00 | IP | 89,553.64 |
| 41274 | Dec Software CapExp Reclass | 188,591.00 | IP | 94,295.50 |
| 41305 | SOW # SOLAVEI- 001 | 215,618.97 | IP | 113,798.90 |
| 41333 | SOW # SOLAVEI- 001 | 197,375.67 | IP | 109,653.15 |
| 41364 | SOW # SOLAVEI- 001 | 161,728.05 | IP | 94,341.36 |
| 41394 | SOW # SOLAVEI- 001 | 138,599.70 | IP | 84,699.82 |
| 41425 | SOW # SOLAVEI- 001 | 107,918.40 | IP | 68,947.87 |

| | | | | |
|---|---|---|---|---|
| 41455 | SOW # SOLAVEI- 001 | 101,047.50 | IP | 67,365.00 |
| 41486 | SOW # SOLAVEI- 001 | 97,325.40 | IP | 67,587.08 |
| 41516 | SOW # SOLAVEI- 001 | 106,692.39 | IP | 77,055.62 |
| 41547 | SOW # SOLAVEI- 001 | 104,559.84 | IP | 78,419.88 |
| 41578 | SOW # SOLAVEI- 001 | 104,971.91 | IP | 81,644.82 |
| 41608 | SOW # SOLAVEI- 001 | 104,416.52 | IP | 84,113.31 |
| 41639 | SOW # SOLAVEI- 001 | 105,356.48 | IP | 87,797.07 |
| 10218 | Aquos 70" Class LED Smart 3D TV | 3,722.99 | Video Equipment | 1,447.83 |
| 10219 | Sharp LC 90LE745U - 90" LED Smart TV | 7,663.91 | Video Equipment | 2,980.41 |
| 10220 | Samsung UN50F6400 - 50" LED Smart T | 1,204.49 | Video Equipment | 468.41 |
| 10206 | Prompter Flex 17 Teleprompter -17' | 1,671.05 | Video Equipment | 696.27 |
| 10196 | Sony FS-700 HD Camera w/ Lens | 8,607.50 | Video Equipment | 4,303.75 |
| 10197 | Canon 50mm lens | 1,403.40 | Video Equipment | 701.70 |
| 10198 | Canon 70-200mm lensultrasonic | 2,003.40 | Video Equipment | 1,001.70 |
| 10199 | Canon 24mm lens | 1,508.40 | Video Equipment | 754.20 |
| 10200 | Cartoni HI DV 2-STG Tripod/ML Spread/ | 1,032.45 | Video Equipment | 516.22 |
| 10201 | Sennheiser MKH-416 Deluxe Shotgun Ki | 1,308.45 | Video Equipment | 654.22 |
| 10202 | Arri L7-C Color Control LED Fresnel/STD | 2,658.50 | Video Equipment | 1,329.25 |
| 10203 | Arri L7-C Color Control LED Fresnel/STD | 2,658.50 | Video Equipment | 1,329.25 |
| 10204 | ARRI Locaster LED Panel AC Double Kit | 2,808.50 | Video Equipment | 1,404.25 |
| 10205 | ARRI Locaster LED Panel AC Double Kit | 2,808.50 | Video Equipment | 1,404.25 |
| 10207 | Sony UWPV1/3032 Lav Mic, Bodypack T | 514.00 | Video Equipment | 399.78 |
| 10060 | 3PC Roundtree Table Set CKTL (48 28 18 | 87.60 | Office Furniture | 21.90 |
| 10061 | 3PC Roundtree Table Set CKTL (48 28 18 | 87.60 | Office Furniture | 21.90 |
| 10062 | 3PC Roundtree Table Set CKTL (48 28 18 | 87.60 | Office Furniture | 21.90 |
| 10063 | "Amanda" Chair Bella Camel 30" W 36" | 272.66 | Office Furniture | 68.16 |
| 10064 | "Amanda" Chair Bella Camel 30" W 36" | 272.66 | Office Furniture | 68.16 |
| 10045 | District Park Dresser | 492.74 | Office Furniture | 123.18 |
| 10059 | Tribecca Loft Tall Console For Flat Panel | 765.41 | Office Furniture | 191.35 |
| 10051 | Kennedy Sofa | 1,093.91 | Office Furniture | 273.48 |
| 10087 | white chair | 97.46 | Office Furniture | 32.49 |
| 10088 | white chair | 97.46 | Office Furniture | 32.49 |
| 10082 | Tier one designs t1d-138 47" glass coffe | 149.80 | Office Furniture | 49.93 |
| 10089 | Tier one designs t1d-138 47" glass coffe | 149.80 | Office Furniture | 49.93 |
| 10079 | Bricata Table Lamp | 162.61 | Office Furniture | 54.20 |
| 10077 | Tullio Floor Lamp | 172.46 | Office Furniture | 57.49 |
| 10067 | Trendy Orange food Stool | 194.91 | Office Furniture | 64.97 |
| 10068 | Trendy Orange food Stool | 194.91 | Office Furniture | 64.97 |
| 10073 | Round Glass Top Metal Coffee Table Te | 257.31 | Office Furniture | 85.77 |
| 10071 | Abbyson Living LI-HT001-OT Bentley Lea | 275.93 | Office Furniture | 91.98 |
| 10075 | Progressive Furniture P389-Cocktail-Tal | 313.17 | Office Furniture | 104.39 |
| 10069 | Emerald Home Furnishings milo Swivel . | 328.57 | Office Furniture | 109.52 |
| 10070 | Emerald Home Furnishings milo Swivel . | 328.57 | Office Furniture | 109.52 |
| 10083 | Soho Wood Arm Chair - Sohoconcept - | 421.58 | Office Furniture | 140.53 |
| 10084 | Soho Wood Arm Chair - Sohoconcept - | 421.58 | Office Furniture | 140.53 |
| 10076 | Hokkaido Coffee Table- Espresso | 629.73 | Office Furniture | 209.91 |
| 10065 | Flash Furniture HERCULES Majesty Serie | 708.32 | Office Furniture | 236.11 |
| 10066 | Flash Furniture HERCULES Majesty Serie | 708.32 | Office Furniture | 236.11 |
| 10085 | Tribecca Loft Tall Console For Flat Panel | 765.41 | Office Furniture | 255.14 |
| 10074 | Orange kennedy sofa | 1,093.91 | Office Furniture | 364.64 |
| 10078 | Black Kennedy Sofa | 1,093.91 | Office Furniture | 364.64 |
| 10086 | Orange Kennedy sofa | 1,093.91 | Office Furniture | 364.64 |
| 10072 | Chintaly Reno Grey Full Bonded Leather | 1,188.08 | Office Furniture | 396.03 |
| 10080 | Pool table | 2,600.00 | Office Furniture | 866.67 |
| 10081 | Carmelo Carmelo Leather Sectional Sofa | 3,721.91 | Office Furniture | 1,240.64 |

| | | | | |
|---|---|---|---|---|
| 10031 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 49.11 |
| 10032 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 49.11 |
| 10033 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 49.11 |
| 10034 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 49.11 |
| 10035 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 49.11 |
| 10008 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10009 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10010 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10011 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10012 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10013 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10014 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10015 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10018 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10019 | Active Adj Stool Orange | 147.57 | Office Furniture | 49.19 |
| 10021 | Bricata Table Lamp | 162.61 | Office Furniture | 54.20 |
| 10016 | Tullio Floor Lamp | 172.46 | Office Furniture | 57.49 |
| 10020 | Nuvola Table Lamp | 176.40 | Office Furniture | 58.80 |
| 10005 | Capri Tall Table Lamp-Orange/Walnut | 196.11 | Office Furniture | 65.37 |
| 10002 | Kyoto Chair J Terra | 245.39 | Office Furniture | 81.80 |
| 10003 | Kyoto Chair J Terra | 245.39 | Office Furniture | 81.80 |
| 10004 | 5'X8' Horizon- Paprika | 291.95 | Office Furniture | 97.32 |
| 10017 | Cereberus Floor Lamp-3 ARM | 363.65 | Office Furniture | 121.22 |
| 10006 | Stylos coffee Table-Walnut/Black | 487.82 | Office Furniture | 162.61 |
| 10007 | Hokkaido Coffee Table- Espresso | 629.73 | Office Furniture | 209.91 |
| 10000 | Lucca Chaise RF TG Gery | 688.86 | Office Furniture | 229.62 |
| 10001 | Lucca 1A Sofa LF TG Gery | 985.50 | Office Furniture | 328.50 |
| 10022 | 5'X8' Horizon- Parprika | 291.95 | Office Furniture | 97.32 |
| 10024 | Kyoto Chair J Terra | 245.39 | Office Furniture | 88.61 |
| 10025 | Kyoto Chair J Terra | 245.39 | Office Furniture | 88.61 |
| 10026 | Capri Low Table Lamp- Orange/ Walnut | 176.40 | Office Furniture | 68.60 |
| 10036 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 61.39 |
| 10044 | 30" Elements- J Terra/BRN Legs | 147.33 | Office Furniture | 61.39 |
| 10027 | Active Adj Stool Orange | 147.57 | Office Furniture | 61.49 |
| 10028 | Active Adj Stool Orange | 147.57 | Office Furniture | 61.49 |
| 10029 | Active Adj Stool Orange | 147.57 | Office Furniture | 61.49 |
| 10030 | Active Adj Stool Orange | 147.57 | Office Furniture | 61.49 |

In re Solavei, LLC                    Case No. _____

**ATTACHMENT TO SCHEDULE B #30**

**Sim Inventory**

| | | |
|---|---|---|
| Beginning Balance | $ | 78,608 |
| Beginning Quantity | | 54,287 |
| Purchase Quantity | | |
| SIM Purchase Price | $ | 1.36 |
| SIM Purchase Amount | $ | - |
| Cumulative Purchase Quantity | | 728,000 |
| Cumulative Cost | | $905,368 |
| Cumulative Average Price | $ | 1.24 |
| SIMs Sold | | 10,328 |
| Sims Lost/Disposed | | |
| GSM Nation Inventory (adj) | | |
| **SIM Cost** | **$** | **12,845** |
| **Ending Inventory Quantity** | | **43,959** |
| Ending Inventory Amount | $ | 65,763 |
| | | |
| **Harte Hanks Logistics COGS** | $ | 2.86 |
| Kitting/Shipping HH | | 7,034 |
| Kitting/Shipping BP | | |
| Collateral | | |
| **Total Logistics COGS** | | **7,034** |
| | | |
| **Total Sim COGS** | | **19,879** |

**Debit Card Inventory**

| | |
|---|---|
| Beginning Amount | $49,049 |
| Beginning Inventory | 53,384 |
| Debit Cards Purchased | - |
| DB Purchase Price | $0.92 |
| DB Purchase Amount | - |
| Debit Cards Shipped | 3,300 |
| Combined Logistics Cost per Card | $2.19 |
| **DB Card Costs** | **$3,049** |
| **Ending Inventory Quantity** | **50,084** |
| Ending Intentory Amount | $46,001 |
| | |
| Load / Funding Fees | $178 |
| Network Pay Card Enrollment Kits | $7,228 |
| **Total Debit Card COGS** | **$10,454** |

In re   **Solavei, LLC**                                    ,     Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allin, LLC** <br> **Ryan Wuerch** <br> **Bellevue, WA 98004** | | - | Security Interest - Bridge <br><br> Personal Property <br><br><br> Value $          **0.00** | | | | 3,671,178.08 | Unknown |
| Account No. <br><br> **Ashley Elizabeth Adams Living Trust** <br> **Gary Adams** <br> **Tulsa, OK 74119** | | - | Security Interest - Bridge <br><br> Personal Property <br><br><br> Value $          **0.00** | | | | 27,315.07 | Unknown |
| Account No. <br><br> **Bellwether Charible Fund** <br> **Patrick Yeghnazar** <br> **Wilmington, DE 19809** | | - | Security Interest - Bridge <br><br> Personal Property <br><br><br> Value $          **0.00** | | | | 328,356.16 | Unknown |
| Account No. <br><br> **Brian V. Turner** <br> **15410 SE 66th Place** <br> **Bellevue, WA 98006** | | - | Security Interest - Bridge <br><br> Personal Property <br><br><br> Value $          **0.00** | | | | 349,922.99 | Unknown |

   **9**___ continuation sheets attached                             Subtotal      **4,376,772.30**      **0.00**

                                              (Total of this page)

In re **Solavei, LLC** _____, Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Christopher J. Hurley**<br>**Beacon**<br>**Seattle, WA 98104** | | - | Security Interest - Bridge<br><br>Personal Property<br><br>Value $         **0.00** | | | | **58,843.10** | **Unknown** |
| Account No. <br><br>**Cottonwood Investments**<br>**Gary Adams**<br>**Tulsa, OK 74119** | | - | Security Interest - Bridge<br><br>Personal Property<br><br>Value $         **0.00** | | | | **191,205.48** | **Unknown** |
| Account No. <br><br>**Cottonwood Partnership**<br>**Gary Adams**<br>**Tulsa, OK 74119** | | - | Security Interest - Bridge<br><br>Personal Property<br><br>Value $         **0.00** | | | | **191,205.48** | **Unknown** |
| Account No. <br><br>**Dale Dir**<br>**PO Box 10447**<br>**Bainbridge Island, WA 98110** | | - | Security Interest - Bridge<br><br>Personal Property<br><br>Value $         **0.00** | | | | **514,679.45** | **Unknown** |
| Account No. <br><br>**David Limp**<br>**1634 Rambling Lane**<br>**Medina, WA 98039** | | - | Security Interest - Bridge<br><br>Personal Property<br><br>Value $         **0.00** | | | | **290,506.85** | **Unknown** |

Sheet  **1**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,246,440.36** | **0.00** |

In re __Solavei, LLC_____ ,  Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| David T. Burnett 2201 95th Ave NE Clyde Hill, WA 98004 | | - | Personal Property | | | | | |
| | | | Value $           0.00 | | | | 54,780.82 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Foundation for Healthy Relationships Les Parrott Seattle, WA 98121 | | - | Personal Property | | | | | |
| | | | Value $           0.00 | | | | 27,436.99 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Foxx Family Parnership, Ltd. William Pritchard Tulsa, OK 74105 | | - | Personal Property | | | | | |
| | | | Value $           0.00 | | | | 109,654.79 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| George Nolley Enterline Trust Gary Adams Tulsa, OK 74119 | | - | Personal Property | | | | | |
| | | | Value $           0.00 | | | | 10,926.03 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Gracie Jane Adams Trust Gary Adams Tulsa, OK 74119 | | - | Personal Property | | | | | |
| | | | Value $           0.00 | | | | 10,926.03 | Unknown |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 213,724.66 | 0.00 |

In re __Solavei, LLC_____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| Graymar Investors Partnership Robert Lipman Nashville, TN 37228 | - | | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 109,726.03 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Hopedene Ventures, LLP Blakely Page Radnor, PA 19807 | - | | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 111,315.07 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Jamey Lea Adams Living Trust Gary Adams Tulsa, OK 74119 | - | | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 27,315.07 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Jim Spangler 5 Ray Ave. Zebulon, NC 27597 | - | | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 16,500.00 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| John Locher 11009 89th East Ave Tulsa, OK 74133 | - | | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 27,452.05 | Unknown |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   292,308.22   0.00

In re  **Solavei, LLC**
_____,     Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>Jonathan Miller<br>24 Lakeview Avenue<br>Sleepy Hollow, NY 10591 | - | | | | Security Interest - Bridge<br><br>Personal Property<br><br>Value $  0.00 | | | | 30,521.39 | Unknown |
| Account No.<br><br>Joseph Delozier<br>209 23rd Avenue North<br>Nashville, TN 37203 | - | | | | Security Interest - Bridge<br><br>Personal Property<br><br>Value $  0.00 | | | | 54,739.73 | Unknown |
| Account No.<br><br>Josh Gooden<br>109 West 9th Street<br>Scott, KS 67871 | - | | | | Security Interest - Bridge<br><br>Personal Property<br><br>Value $  0.00 | | | | 2,262,219.18 | Unknown |
| Account No.<br><br>Julie Catherine Adams Living Trust<br>Gary Adams<br>Tulsa, OK 74119 | - | | | | Security Interest - Bridge<br><br>Personal Property<br><br>Value $  0.00 | | | | 43,704.11 | Unknown |
| Account No.<br><br>Kimberly Clark Adams Living Trust<br>Gary Adams<br>Tulsa, OK 74119 | - | | | | Security Interest - Bridge<br><br>Personal Property<br><br>Value $  0.00 | | | | 27,315.07 | Unknown |

Sheet  **4**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **2,418,499.48**     **0.00**

In re **Solavei, LLC** , Case No. _____

                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| Maritch Energy Services William Pritchard Tulsa, OK 74105 | | - | Personal Property | | | | | |
| | | | Value $                 0.00 | | | | 54,827.40 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Melissa Nolley Adams Living Trust Gary Adams Tulsa, OK 74119 | | - | Personal Property | | | | | |
| | | | Value $                 0.00 | | | | 16,389.04 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Noel C. Howe Beacon Seattle, WA 98104 | | - | Personal Property | | | | | |
| | | | Value $                 0.00 | | | | 58,843.10 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Oliver Carmichael 4330 Sneed Road Nashville, TN 37215 | | - | Personal Property | | | | | |
| | | | Value $                 0.00 | | | | 109,726.03 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Opus Bank Irvine, CA 92612 | | - | Personal Property | | | | | |
| | | | Value $                 0.00 | | | | 4,833,333.33 | Unknown |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 5,073,118.90 | 0.00 |

In re **Solavei, LLC** _____ , Case No. _____

                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| OTR, Inc William Pritchard Tulsa, OK 74105 | - | | Personal Property | | | | | |
| | | | Value $       0.00 | | | | 164,482.19 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Parker Ferguson 601 Union Street #4900 Seattle, WA 98101 | - | | Personal Property | | | | | |
| | | | Value $       0.00 | | | | 54,821.92 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Patrick and Heather Yeghnazar 555 West 59th Street Apt 24D New York, NY 10019 | - | | Personal Property | | | | | |
| | | | Value $       0.00 | | | | 218,904.11 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Permalon Limited Bill McCabe Douglas Isle of Man | - | | Personal Property | | | | | |
| | | | Value $       0.00 | | | | 327,863.01 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Pickford Investment Garry Smith Tulsa, OK 74119 | - | | Personal Property | | | | | |
| | | | Value $       0.00 | | | | 82,315.07 | Unknown |

Sheet __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                   Subtotal         **848,386.30**         **0.00**
                      (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

In re **Solavei, LLC** _____, Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| Randal Imhoff Trust (formerly Helpishere Randy Imhoff Hot Springs, AR 71909 | | - | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 82,294.52 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Ron Lewis 1624 Wackena Road Cary, NC 27519 | | - | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 27,493.15 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Rosalie Holcomb 10520 Valmey Avenue NW Seattle, WA 98177 | | - | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 338,756.16 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Sohail Quadri Foxgrove 2 Coombe Ridings, Kingston Upon Surrey UK KT2, 7JT | | - | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 219,068.49 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Solar V Investments, LLC 10500 NE 8th Street #1300 Bellevue, WA 98004 | | - | Personal Property | | | | | |
| | | | Value $ 0.00 | | | | 884,917.81 | Unknown |

Sheet __7__ of __9__ continuation sheets attached to          Subtotal        | 1,552,530.13 | 0.00 |
Schedule of Creditors Holding Secured Claims          (Total of this page)

In re **Solavei, LLC**                                                                                    , Case No. _____
_____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest - Bridge | | | | | |
| Stream Investment Holdings, LLC Gray Stream Lake Charles, LA 70601 | - | | Personal Property | | | | | |
| | | | Value $                    0.00 | | | | 2,028,402.74 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| T-Mobile USA c/o US Bank Seattle, WA 98124 | - | | Personal Property | | | | | |
| | | | Value $                    0.00 | | | | 21,721,731.00 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Tarrango Brian Long Atherton, CA 94027 | - | | Personal Property | | | | | |
| | | | Value $                    0.00 | | | | 984,575.34 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| Teresa Dir PO Box 10447 Bainbridge Island, WA 98110 | - | | Personal Property | | | | | |
| | | | Value $                    0.00 | | | | 119,008.22 | Unknown |
| Account No. | | | Security Interest - Bridge | | | | | |
| The Glen Leven Limited Partnership Lee Beaman Nashville, TN 37203 | - | | Personal Property | | | | | |
| | | | Value $                    0.00 | | | | 383,204.98 | Unknown |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)              25,236,922.28              0.00

In re  **Solavei, LLC**                                                                 ,    Case No. _____
_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Security Interest - Bridge | | | | | |
| Tom Mulholland PO Box 10447 Bainbridge Island, WA 98110 | | - | | Personal Property | | | | | |
| | | | | Value $            0.00 | | | | 118,909.59 | Unknown |
| Account No. | | | | Security Interest - Bridge | | | | | |
| Van Katzman Beacon Seattle, WA 98104 | | - | | Personal Property | | | | | |
| | | | | Value $            0.00 | | | | 58,843.10 | Unknown |
| Account No. | | | | Security Interest - Bridge | | | | | |
| William Burnett David T. Burnett Clyde Hill, WA 98004 | | - | | Personal Property | | | | | |
| | | | | Value $            0.00 | | | | 273,904.11 | Unknown |
| Account No. | | | | Security Interest - Bridge | | | | | |
| William Gray Stream Gray Stream Lake Charles, LA 70601 | | - | | Personal Property | | | | | |
| | | | | Value $            0.00 | | | | 225,378.08 | Unknown |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 677,034.88 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 41,935,737.51 | 0.00 |

.

In re    **Solavei, LLC**                                            ,     Case No. _____

                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                **89**     continuation sheets attached

Case 14-14505-TWD     Doc 1     Filed 06/11/14     Ent. 06/11/14 10:05:43     Pg. 40 of 249

In re __Solavei, LLC_____,  Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>***NOTE | - | | FOR INFORMATION RE ADDITIONAL SCH. E CREDITORS SEE ATTACHED | | | X | 0.00 | 0.00 | 0.00 |
| Account No. **45-4002000**<br><br>**911 COORDINATOR/CMRS BOARD**<br>**125 HOLMES STREET**<br>**SUITE 310**<br>**FRANKFORT, KY 40601** | - | | Various | | | X | 510.80 | 510.80 | 0.00 |
| Account No.<br><br>**ABERDEEN CITY TREAS (UTIL TAX)**<br>**200 EAST MARKET STREET**<br>**ABERDEEN, WA 98520** | - | | Various | | | X | 200.73 | 200.73 | 0.00 |
| Account No. **45-4002000**<br><br>**ACOG**<br>**21 E. MAIN STREET**<br>**SUITE 100**<br>**OKLAHOMA CITY, OK 73104-2405** | - | | Various | | | X | 1,042.50 | 1,042.50 | 0.00 |
| Account No. **45-4002000**<br><br>**ADA COUNTY (E-911)**<br>**200 W. FRONT ST.**<br>**BOISE, ID 83702** | - | | Various | | | X | 2,334.00 | 2,334.00 | 0.00 |

Sheet __1__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 4,088.03 | |
| (Total of this page) | 4,088.03 | 0.00 |

In re **Solavei, LLC**                    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br> ADAMS CNTY E-911 <br> P.O. BOX 5001 <br> BRIGHTON, CO 80601-5001 | - | | Various | | | X | 922.10 | 922.10 | 0.00 |
| Account No. <br> AL DOR (CITY & CNTY SALES) <br> PO BOX 327755 <br> MONTGOMERY, AL 36132-7755 | - | | Various | | | X | 126.22 | 126.22 | 0.00 |
| Account No. R008296907 <br> AL DOR (MOB COMM TAX) <br> PO BOX 327755 <br> MONTGOMERY, AL 36132-7755 | - | | Various | | | X | 2,857.00 | 2,857.00 | 0.00 |
| Account No. **45-4002000** <br> ALABAMA 9-1-1 BOARD <br> P.O. BOX 1790 <br> MONTGOMERY, AL 36102-1790 | - | | Various | | | X | 3,216.20 | 3,216.20 | 0.00 |
| Account No. **45-4002000** <br> ARAPAHOE CNTY TREAS <br> 5334 SOUTH PRINCE ST <br> LITTLETON, CO 80166-0001 | - | | Various | | | X | 773.78 | 773.78 | 0.00 |

Sheet _2_ of _89_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 7,895.30 | 7,895.30 | 0.00

In re  **Solavei, LLC**
_____ ,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | Various | | | | | | | | |
| **ARHCF** P.O. BOX 608 DANVILLE, AR 72833 | - | | | | | | | X | 436.77 | 436.77 |
| | | | | | | | | | 436.77 | 0.00 |
| Account No. **20880077-L** | | Various | | | | | | | | |
| **ARIZONA DEPT OF REV** PO BOX 29010 PHOENIX, AZ 85038-9010 | - | | | | | | | X | 11,832.00 | 11,832.00 |
| | | | | | | | | | 11,832.00 | 0.00 |
| Account No. | | Various | | | | | | | | |
| **ARKANSAS EMERGENCY** P.O. BOX 34075 LITTLE ROCK, AR 72203 | - | | | | | | | X | 250.15 | 250.15 |
| | | | | | | | | | 250.15 | 0.00 |
| Account No. | | Various | | | | | | | | |
| **ARLINGTON CITY CLERK (UTIL TAX)** 238 NORTH OLYMPIC ARLINGTON, WA 98223 | - | | | | | | | X | 257.65 | 257.65 |
| | | | | | | | | | 257.65 | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| **ASCOG** PO BOX 1647 DUNCAN, OK 73534-1647 | - | | | | | | | X | 167.50 | 167.50 |
| | | | | | | | | | 167.50 | 0.00 |

Sheet  **3**  of  **89**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 12,944.07 |
|---|---|---|
| | (Total of this page) | 12,944.07 / 0.00 |

In re __Solavei, LLC_____ ,  Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | |
| ASPEN-PITKIN CNTY EMERG TEL 506 E. MAIN ST. DEPT C ASPEN, CO 81611 | - | | | | | X | 117.50 | 117.50 |
| | | | | | | | 117.50 | 0.00 |
| Account No. | | | Various | | | | | |
| BAINBRIDGE ISLAND (UTIL TAX) 280 MADISON AVE. N BAINBRIDGE ISLAND, WA 98110-1812 | - | | | | | X | 324.19 | 324.19 |
| | | | | | | | 324.19 | 0.00 |
| Account No. | | | Various | | | | | |
| BELLEFONTAINE NEIGHBORS (BUS LIC) 9641 BELLEFONTAINE RD ST. LOUIS, MO 63137 | - | | | | | X | 385.56 | 385.56 |
| | | | | | | | 385.56 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | |
| BONNEVILLE COUNTY (E-911) 605 N. CAPITAL IDAHO FALLS, ID 83402 | - | | | | | X | 198.00 | 198.00 |
| | | | | | | | 198.00 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | |
| BRETSA P.O. BOX 3726 BOULDER, CO 80307-3726 | - | | | | | X | 248.50 | 248.50 |
| | | | | | | | 248.50 | 0.00 |

Sheet _4_ of _89_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 1,273.75 | 1,273.75 | 0.00

In re **Solavei, LLC** _____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **U-4440-C** **CA PUC** **505 VAN NESS AVENUE** **FISCAL OFFICE** **SAN FRANCISCO, CA 94102-3214** | - | | | Various | | | X | 1,583.95 | 1,583.95 |
| | | | | | | | | 1,583.95 | 0.00 |
| Account No. **U-4440-C** **CA PUC - CASF** **505 VAN NESS AVENUE** **FISCAL OFFICE** **SAN FRANCISCO, CA 94102-3214** | - | | | Various | | | X | 2,345.00 | 2,345.00 |
| | | | | | | | | 2,345.00 | 0.00 |
| Account No. **U-4440-C** **CA PUC - CHCF A** **505 VAN NESS AVENUE** **FISCAL OFFICE** **SAN FRANCISCO, CA 94102-3214** | - | | | Various | | | X | 881.00 | 881.00 |
| | | | | | | | | 881.00 | 0.00 |
| Account No. **U-4440-C** **CA PUC - CTF** **505 VAN NESS AVENUE** **FISCAL OFFICE** **SAN FRANCISCO, CA 94102-3214** | - | | | Various | | | X | 3,224.00 | 3,224.00 |
| | | | | | | | | 3,224.00 | 0.00 |
| Account No. **U-4440-C** **CA PUC - DDTP** **505 VAN NESS AVENUE** **FISCAL OFFICE** **SAN FRANCISCO, CA 94102-3214** | - | | | Various | | | X | 1,206.00 | 1,206.00 |
| | | | | | | | | 1,206.00 | 0.00 |

Sheet __5__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 9,239.95 |
|---|---|
| 9,239.95 | 0.00 |

In re **Solavei, LLC**                             ,      Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **U-4440-C** | | | Various | | | | | | |
| **CA PUC - ULTS 505 VAN NESS AVENUE FISCAL OFFICE SAN FRANCISCO, CA 94102-3214** | - | | | | | X | 6,204.00 | 6,204.00 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CALCASIEU PARISH COMMUN DIST P.O. BOX 49 LAKE CHARLES, LA 70602-0049** | - | | | | | X | 138.55 | 138.55 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CANYON COUNTY AUDITOR (E-911) 1115 ALBANY STREET CALDWELL, ID 83605** | - | | | | | X | 295.25 | 295.25 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CAPE GIRARDEAU (BUS LIC) P.O. BOX 617 CAPE GIRARDEAU, MO 63702** | - | | | | | X | 999.20 | 999.20 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY & CNTY OF DENVER 911 1331 CHEROKEE STREET DENVER, CO 80204** | - | | | | | X | 1,321.10 | 1,321.10 | 0.00 |

Sheet __6__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     8,958.10     8,958.10     0.00

In re    **Solavei, LLC**                                                                 ,    Case No. _____
                                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | | |
| CITY & CNTY OF HONOLULU PSC 650 SOUTH KING STREET 4TH FLOOR HONOLULU, HI 96813 | - | | | | | | X | | 9,921.11 | |
| | | | | | | | | 9,921.11 | | 0.00 |
| Account No. **248537-010036** | | | | Various | | | | | | |
| CITY & COUNTY OF DENVER (S&U) 201 W COLFAX AVE., DEPT 403 DENVER, CO 80202-5329 | - | | | | | | X | | 698.00 | |
| | | | | | | | | 698.00 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| CITY OF ALAMEDA (UUT) 2263 SANTA CLARA AVENUE ALAMEDA, CA 94501 | - | | | | | | X | | 216.12 | |
| | | | | | | | | 216.12 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| CITY OF ALHAMBRA (UUT) 111 SOUTH FIRST STREET ALHAMBRA, CA 91801 | - | | | | | | X | | 207.07 | |
| | | | | | | | | 207.07 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| CITY OF ARNOLD (BUS LIC) 2101 JEFFCO BLVD ARNOLD, MO 63010 | - | | | | | | X | | 110.40 | |
| | | | | | | | | 110.40 | | 0.00 |

Sheet __7__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                    11,152.70

(Total of this page)     11,152.70    0.00

In re **Solavei, LLC**         Case No. _____
                                              , 
                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **81672000** <br><br> **CITY OF ARVADA (S&U)** <br> **P.O. BOX 8101** <br> **ARVADA, CO 80001-8101** | - | | Various | | | X | **121.00** <br><br> 121.00 | **121.00** <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF ATLANTA (E-911)** <br> **55 TRINITY AVENUE, SW** <br> **SUITE 1350** <br> **ATLANTA, GA 30335-0317** | - | | Various | | | X | **527.00** <br><br> 527.00 | **527.00** <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF AUBURN (UUT)** <br> **25 WEST MAIN STREET** <br> **AUBURN, WA 98001** | - | | Various | | | X | **317.97** <br><br> 317.97 | **317.97** <br><br> 0.00 | |
| Account No. **183083** <br><br> **CITY OF AURORA (S&U)** <br> **PO BOX 33001** <br> **AURORA, CO 80041-3001** | - | | Various | | | X | **448.00** <br><br> 448.00 | **448.00** <br><br> 0.00 | |
| Account No. <br><br> **CITY OF AURORA (BUS LIC)** <br> **CITY OF AURORA** <br> **AURORA, MO 65605** | - | | Various | | | X | **132.30** <br><br> 132.30 | **132.30** <br><br> 0.00 | |

Sheet __8__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **1,546.27** | |
|---|---|---|---|
| | (Total of this page) | 1,546.27 | 0.00 |

In re **Solavei, LLC** _____, Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF AURORA 911** <br> **P.O. BOX 33001** <br> **AURORA, CO 80041-3001** | - | | Various | | | X | 978.70 <br><br> 978.70 | 978.70 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF BALLWIN (BUS LIC)** <br> **14811 MANCHESTER RD** <br> **BALLWIN, MO 63011** | - | | Various | | | X | 614.82 <br><br> 614.82 | 614.82 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF BALTIMORE** <br> **200 HOLLIDAY STREET** <br> **BALTIMORE, MD 21202** | - | | Various | | | X | 978.00 <br><br> 978.00 | 978.00 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF BATTLE GROUND (UTIL TAX)** <br> **109 SW 1ST ST.** <br> **SUITE 217** <br> **BATTLEGROUND, WA 98604** | - | | Various | | | X | 171.09 <br><br> 171.09 | 171.09 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF BEAUMONT (UUT)** <br> **550 6TH STREET** <br> **BEAUMONT, CA 92223** | - | | Various | | | X | 211.14 <br><br> 211.14 | 211.14 <br><br> 0.00 | |

Sheet **9** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 2,953.75 |
| (Total of this page) | 2,953.75 | 0.00 |

In re  **Solavei, LLC**                                                                 ,   Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **127728** | | | Various | | | | | |
| **CITY OF BELLEVUE (UUT)** PO BOX 90012 BELLEVUE, WA 98009-9012 | - | | | | | X | 741.32 | 741.32 |
| | | | | | | | 741.32 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| **CITY OF BELLFLOWER (UUT)** 16600 CIVIC CENTER DRIVE BELLFLOWER, CA 90706 | - | | | | | X | 208.47 | 208.47 |
| | | | | | | | 208.47 | 0.00 |
| Account No. **030500** | | | Various | | | | | |
| **CITY OF BELLINGHAM (UUT)** 210 LOTTIE STREET BELLINGHAM, WA 98225 | - | | | | | X | 537.02 | 537.02 |
| | | | | | | | 537.02 | 0.00 |
| Account No. | | | Various | | | | | |
| **CITY OF BELTON (BUS LIC)** 506 MAIN STREET BELTON, MO 64012-2514 | - | | | | | X | 1,328.49 | 1,328.49 |
| | | | | | | | 1,328.49 | 0.00 |
| Account No. | | | Various | | | | | |
| **CITY OF BERKELEY (BUS LIC)** 8425 AIRPORT ROAD BERKELEY, MO 63134 | - | | | | | X | 125.24 | 125.24 |
| | | | | | | | 125.24 | 0.00 |

Sheet __10__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 2,940.54
(Total of this page) | 2,940.54 | 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Solavei, LLC**                                    , Case No. _____

                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **45-4002000** <br><br> **CITY OF BERKELEY (UUT)** <br> **2180 MILVIA STREET** <br> **3RD FLOOR** <br> **BERKELEY, CA 94704** | - | | | | Various | | | X | 251.64 | 251.64 |
| | | | | | | | | | 251.64 | 0.00 |
| Account No. <br><br> **CITY OF BLAINE (UTIL TAX)** <br> **435 MARTIN STREET** <br> **SUITE 3000** <br> **BLAINE, WA 98230** | - | | | | Various | | | X | 250.11 | 250.11 |
| | | | | | | | | | 250.11 | 0.00 |
| Account No. <br><br> **CITY OF BLUE SPRINGS (BUS LIC)** <br> **903 WEST MAIN STREET** <br> **BLUE SPRINGS, MO 64015** | - | | | | Various | | | X | 1,054.75 | 1,054.75 |
| | | | | | | | | | 1,054.75 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF BOTHELL (UUT)** <br> **18305 - 101ST AVE. NE** <br> **BOTHELL, WA 98011** | - | | | | Various | | | X | 161.61 | 161.61 |
| | | | | | | | | | 161.61 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF BREMERTON (UUT)** <br> **345 SIXTH STREET** <br> **SUITE 600** <br> **BREMERTON, WA 98337-1873** | - | | | | Various | | | X | 115.17 | 115.17 |
| | | | | | | | | | 115.17 | 0.00 |

Sheet __11__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 1,833.28 | |
|---|---|---|---|
| | (Total of this page) | 1,833.28 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Solavei, LLC** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| **CITY OF BRIDGETON (BUS LIC) 12355 NATURAL BRIDGE RD. BRIDGETON, MO 63044** | - | | | | | X | 127.15 | 127.15 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF BUCKLEY (UTIL TAX) P.O. BOX 1960 BUCKLEY, WA 98321** | - | | | | | X | 153.27 | 153.27 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF BURBANK (UUT) 301 E OLIVE AVENUE BURBANK, CA 91502** | - | | | | | X | 425.92 | 425.92 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF BURIEN (UUT) 400 SW 152ND ST. SUITE 300 BURIEN, WA 98166** | - | | | | | X | 236.96 | 236.96 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF CALABASAS (UUT) 100 CIVIC CENTER WAY CALABASAS, CA 91302-3172** | - | | | | | X | 224.99 | 224.99 | 0.00 |

Sheet __12__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 1,168.29 | |
|---|---|---|---|
| | (Total of this page) | 1,168.29 | 0.00 |

In re **Solavei, LLC** ,                     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF CARNATION (UTIL TAX)** <br> **P.O. BOX 1238** <br> **CARNATION, WA 98014** | - | | Various | | | X | 254.27 <br><br> 254.27 | 254.27 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF CARTHAGE (BUS LIC)** <br> **326 GRANT STREET** <br> **CARTHAGE, MO 64836** | - | | Various | | | X | 118.55 <br><br> 118.55 | 118.55 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF CATHEDRAL CITY (UUT)** <br> **68-700 AVENIDA LALO GUERRERO** <br> **CATHEDRAL CITY, CA 92234** | - | | Various | | | X | 114.70 <br><br> 114.70 | 114.70 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF CERES (UUT)** <br> **2720 SECOND STREET** <br> **CERES, CA 95307** | - | | Various | | | X | 160.15 <br><br> 160.15 | 160.15 <br><br> 0.00 | |
| Account No. **145119** <br><br> **CITY OF CHANDLER (TPT)** <br> **PO BOX 15001** <br> **CHANDLER, AZ 85244-5001** | - | | Various | | | X | 241.00 <br><br> 241.00 | 241.00 <br><br> 0.00 | |

Sheet __13__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal <br> (Total of this page) | 888.67 | 888.67 <br> 0.00 |
|---|---|---|---|

In re __Solavei, LLC_____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | 105.96 | |
| CITY OF CHENEY (UTIL TAX) 609 SECOND STREET CHENEY, WA 99004 | - | | | | | X | | | |
| | | | | | | | 105.96 | | 0.00 |
| Account No. | | | Various | | | | | 455.10 | |
| CITY OF CHESTERFIELD (BUS LIC) 690 CHESTERFIELD PKWY W CHESTERFIELD, MO 63017 | - | | | | | X | | | |
| | | | | | | | 455.10 | | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | 435.18 | |
| CITY OF CHULA VISTA (UUT) 276 FOURTH AVENUE CHULA VISTA, CA 91910 | - | | | | | X | | | |
| | | | | | | | 435.18 | | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | 230.22 | |
| CITY OF CITRUS HEIGHTS (UUT) 6237 FOUNTAIN SQUARE DRIVE CITRUS HEIGHTS, CA 95621 | - | | | | | X | | | |
| | | | | | | | 230.22 | | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | 249.67 | |
| CITY OF CLYDE HILL (UUT) 9605 NE 24TH STREET CLYDE HILL, WA 98004 | - | | | | | X | | | |
| | | | | | | | 249.67 | | 0.00 |

Sheet __14__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 1,476.13 | |
|---|---|---|---|
| | (Total of this page) | 1,476.13 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Solavei, LLC**
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF COACHELLA (UUT)** <br> **1515 SIXTH STREET** <br> **COACHELLA, CA 92236** | - | | Various | | | X | 155.93 <br><br> 155.93 | 155.93 | 0.00 |
| Account No. <br><br> **CITY OF COLORADO SPRINGS (S&U)** <br> **PO BOX 1575 MC225** <br> **COLORADO SPRINGS, CO 80901** | - | | Various | | | X | 349.92 <br><br> 349.92 | 349.92 | 0.00 |
| Account No. <br><br> **CITY OF COLUMBIA (BUS LIC)** <br> **701 E. BROADWAY** <br> **COLUMBIA, MO 65201** | - | | Various | | | X | 448.67 <br><br> 448.67 | 448.67 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF COMPTON (UUT)** <br> **205 S. WILLOWBROOK AVENUE** <br> **COMPTON, CA 90220** | - | | Various | | | X | 449.22 <br><br> 449.22 | 449.22 | 0.00 |
| Account No. <br><br> **CITY OF CONYERS (E911)** <br> **P.O. BOX 1259** <br> **CONYERS, GA 30012** | - | | Various | | | X | 129.50 <br><br> 129.50 | 129.50 | 0.00 |

Sheet __15__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,533.24 | 0.00
1,533.24

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **Solavei, LLC**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF COVINA (UUT)** <br> **125 E. COLLEGE STEET** <br> **COVINA, CA 91723** | - | | Various | | | X | 150.34 | 150.34 |
| | | | | | | | 150.34 | 0.00 |
| Account No. <br><br> **CITY OF CRESTWOOD (BUS LIC)** <br> **ONE DETJEN DRIVE** <br> **CRESTWOOD, MO 63126** | - | | Various | | | X | 232.04 | 232.04 |
| | | | | | | | 232.04 | 0.00 |
| Account No. <br><br> **CITY OF CRESWELL (UTIL TAX)** <br> **P.O. BOX 276** <br> **CRESWELL, OR 97426** | - | | Various | | | X | 194.30 | 194.30 |
| | | | | | | | 194.30 | 0.00 |
| Account No. <br><br> **CITY OF CUDAHY (UUT)** <br> **PO BOX 1007** <br> **CUDAHY, CA 90201** | - | | Various | | | X | 282.34 | 282.34 |
| | | | | | | | 282.34 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF CULVER CITY (UUT)** <br> **9770 CULVER BLVD** <br> **PO BOX 507** <br> **CULVER CITY, CA 90232-0507** | - | | Various | | | X | 118.74 | 118.74 |
| | | | | | | | 118.74 | 0.00 |

Sheet __16__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 977.76 |
(Total of this page) | 977.76 | 0.00 |

In re **Solavei, LLC**                                        Case No. _____
                    _____ ,
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | |
| CITY OF CUPERTINO (UUT) 10300 TORRE AVENUE CUPERTINO, CA 95014 | - | | | | | X | 115.79 | 115.79 |
| | | | | | | | 115.79 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | |
| CITY OF DALY CITY (UUT) 333 - 90TH STREET DALY CITY, CA 94015-1895 | - | | | | | X | 220.64 | 220.64 |
| | | | | | | | 220.64 | 0.00 |
| Account No. | | | Various | | | | | |
| CITY OF DELLWOOD (BUS LIC) 1415 CHAMBERS RD. ST. LOUIS, MO 63135 | - | | | | | X | 174.93 | 174.93 |
| | | | | | | | 174.93 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | |
| CITY OF DESERT HOT SPRINGS (UUT) 65-950 PIERSON BLVD DESERT HOT SPRINGS, CA 92240 | - | | | | | X | 445.74 | 445.74 |
| | | | | | | | 445.74 | 0.00 |
| Account No. | | | Various | | | | | |
| CITY OF DESLOGE (BUS LIC) 300 NORTH LINCOLN DESLOGE, MO 63601 | - | | | | | X | 162.20 | 162.20 |
| | | | | | | | 162.20 | 0.00 |

Sheet __17__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    1,119.30

1,119.30

0.00

In re  **Solavei, LLC**                                                                     Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **CITY OF DINUBA (UUT)** 405 EAST EL MONTE DINUBA, CA 93618 | - | | | Various | | | X | 220.04 | |
| | | | | | | | | 220.04 | 0.00 |
| Account No. **45-4002000** **CITY OF DOWNEY (UUT)** PO BOX 7016 DOWNEY, CA 90241-7016 | - | | | Various | | | X | 297.32 | |
| | | | | | | | | 297.32 | 0.00 |
| Account No. **CITY OF DUVALL (UTIL TAX)** P.O. BOX 1300 DUVALL, WA 98019 | - | | | Various | | | X | 215.48 | |
| | | | | | | | | 215.48 | 0.00 |
| Account No. **45-4002000** **CITY OF EAST PALO ALTO (UUT)** 2415 UNINVERSITY AVENUE EAST PALO ALTO, CA 94303 | - | | | Various | | | X | 194.15 | |
| | | | | | | | | 194.15 | 0.00 |
| Account No. **CITY OF EAST WENATCHEE (UTIL TAX)** 271 9TH ST. N.E. EAST WENATCHEE, WA 98802 | - | | | Various | | | X | 185.77 | |
| | | | | | | | | 185.77 | 0.00 |

Sheet __18__ of __89__ continuation sheets attached to                Subtotal | 1,112.76 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page) | 1,112.76 | 0.00 |

In re **Solavei, LLC**                                    , Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CITY OF EL CERRITO (UUT)**<br>**10890 SAN PABLO AVENUE**<br>**EL CERRITO, CA 94530** | - | | Various | | | X | 269.72 | 269.72 |
| | | | | | | | 269.72 | 0.00 |
| Account No. **45-4002000**<br><br>**CITY OF EL MONTE (UUT)**<br>**11334 VALLEY BLVD.**<br>**EL MONTE, CA 91731-3293** | - | | Various | | | X | 310.71 | 310.71 |
| | | | | | | | 310.71 | 0.00 |
| Account No.<br><br>**CITY OF EVANS (S&U)**<br>**1100 37TH ST.**<br>**EVANS, CO 80620** | - | | Various | | | X | 345.22 | 345.22 |
| | | | | | | | 345.22 | 0.00 |
| Account No. **45-4002000**<br><br>**CITY OF EVERETT (UUT)**<br>**2930 WETMORE**<br>**EVERETT, WA 98201** | - | | Various | | | X | 433.17 | 433.17 |
| | | | | | | | 433.17 | 0.00 |
| Account No.<br><br>**CITY OF EXETER (UUT)**<br>**P.O. BOX 237**<br>**EXETER, CA 93221** | - | | Various | | | X | 167.75 | 167.75 |
| | | | | | | | 167.75 | 0.00 |

Sheet __19__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 1,526.57
(Total of this page) | 1,526.57 | 0.00

In re **Solavei, LLC** _____,  Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF FAIRFIELD (UUT)** <br> **1000 WEBSTER STREET** <br> **FAIRFIELD, CA 94533** | - | | Various | | | X | 170.85 <br><br> 170.85 | 170.85 | 0.00 |
| Account No. <br><br> **CITY OF FARGO AUDITOR (E-911)** <br> **200 3RD STREET NORTH** <br> **FARGO, ND 58102** | - | | Various | | | X | 208.00 <br><br> 208.00 | 208.00 | 0.00 |
| Account No. **5239.1** <br><br> **CITY OF FEDERAL HEIGHTS  (S&U)** <br> **2380 WEST 90TH AVE** <br> **FEDERAL HEIGHTS, CO 80260** | - | | Various | | | X | 136.88 <br><br> 136.88 | 136.88 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF FEDERAL WAY (UUT)** <br> **P.O. BOX 9718** <br> **FEDERAL WAY, WA 98063-9718** | - | | Various | | | X | 352.10 <br><br> 352.10 | 352.10 | 0.00 |
| Account No. <br><br> **CITY OF FERGUSON (BUS LIC)** <br> **110 CHURCH STREET** <br> **FERGUSON, MO 63135-2411** | - | | Various | | | X | 223.68 <br><br> 223.68 | 223.68 | 0.00 |

Sheet  __20__  of  __89__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     1,091.51     1,091.51     0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re __Solavei, LLC_____ ,     Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | |
| **CITY OF FERNDALE (UUT)** P.O. BOX 936 FERNDALE, WA 98248 | - | | | | | | X | 158.01 | 158.01 |
| | | | | | | | | 158.01 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF FIFE (UTIL TAX)** 5411 23RD STREET EAST FIFE, WA 98424 | - | | | | | | X | 228.42 | 228.42 |
| | | | | | | | | 228.42 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF FIRCREST (UTIL TAX)** 115 RAMSDELL STREET FIRCREST, WA 98466 | - | | | | | | X | 265.52 | 265.52 |
| | | | | | | | | 265.52 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF FLORISSANT (BUS LIC)** 955 RUE ST. FRANCOIS FLORISSANT, MO 63031 | - | | | | | | X | 797.49 | 797.49 |
| | | | | | | | | 797.49 | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | |
| **CITY OF GARDENA (UUT)** 1700 W. 162ND STREET GARDENA, CA 90247 | - | | | | | | X | 192.56 | 192.56 |
| | | | | | | | | 192.56 | 0.00 |

Sheet __21__ of __89__ continuation sheets attached to          Subtotal          | 1,642.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page) | 1,642.00 | 0.00

In re **Solavei, LLC** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| CITY OF GIG HARBOR (UTIL TAX) 3510 GRANDVIEW ST GIG HARBOR, WA 98335 | - | | | | | X | 271.20 | 271.20 | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF GLADSTONE (BUS LIC) 7010 N. HOLMES P.O. BOX 10719 GLADSTONE, MO 64118-2646 | - | | | | | X | 1,216.70 | 1,216.70 | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF GLENDALE (B&O) 950 S. BIRCH ST. GLENDALE, CO 80246 | - | | | | | X | 135.05 | 135.05 | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF GLENDALE (S&U) 950 S. BIRCH ST. GLENDALE, CO 80246 | - | | | | | X | 205.05 | 205.05 | 0.00 |
| Account No. 500008864 | | | Various | | | | | | |
| CITY OF GLENDALE (TPT) P.O. BOX 800 GLENDALE, AZ 85311-0800 | - | | | | | X | 570.00 | 570.00 | 0.00 |

Sheet **22** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 2,398.00
(Total of this page) | 2,398.00 | 0.00

In re __Solavei, LLC__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **45-4002000** | | | | Various | | | | | |
| **CITY OF GLENDALE (UUT) 141 NORTH GLENDALE AVE STE 346 GLENDALE, CA 91206-4393** | - | | | | | | X | | 1,709.70 |
| | | | | | | | | 1,709.70 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF GOLDEN (S&U) 911 10TH ST. GOLDEN, CO 80401** | - | | | | | | X | | 135.06 |
| | | | | | | | | 135.06 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF GRAIN VALLEY (BUS LIC) 711 MAIN ST GRAIN VALLEY, MO 64029** | - | | | | | | X | | 633.55 |
| | | | | | | | | 633.55 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF GRANDVIEW - LIC TAX 1200 MAIN ST GRANDVIEW, MO 64030** | - | | | | | | X | | 3,437.95 |
| | | | | | | | | 3,437.95 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF GRANGER (UTIL TAX) P.O. BOX 1100 GRANGER, WA 98932** | - | | | | | | X | | 121.47 |
| | | | | | | | | 121.47 | 0.00 |

Sheet __23__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 6,037.73 | |
| (Total of this page) | 6,037.73 | 0.00 |

In re **Solavei, LLC**          Case No. _____

                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **103933** <br><br> **CITY OF GREELEY (S&U)** <br> **1000 10TH STREET** <br> **GREELEY, CO 80631** | - | | | Various | | | X | 183.00 <br><br> 183.00 | 183.00 <br><br> 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF HAWTHORNE (UUT)** <br> **4455 W. 126TH STREET** <br> **HAWTHORNE, CA 90250** | - | | | Various | | | X | 226.75 <br><br> 226.75 | 226.75 <br><br> 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF HAYWARD (UUT)** <br> **777 B STREET** <br> **HAYWARD, CA 94541** | - | | | Various | | | X | 373.60 <br><br> 373.60 | 373.60 <br><br> 0.00 |
| Account No. <br><br> **CITY OF HAZELWOOD (BUS LIC)** <br> **415 ELM GROVE LANE** <br> **HAZELWOOD, MO 63042-1917** | - | | | Various | | | X | 198.33 <br><br> 198.33 | 198.33 <br><br> 0.00 |
| Account No. **2014300260** <br><br> **CITY OF HENDERSON/FIN DEPT** <br> **P.O. BOX 95050** <br> **HENDERSON, NV 89009-5050** | - | | | Various | | | X | 654.25 <br><br> 654.25 | 654.25 <br><br> 0.00 |

Sheet __24__ of __89__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    1,635.93    1,635.93    0.00

In re   **Solavei, LLC**                                                              Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF HERCULES (UUT)** **111 CIVIC DRIVE** **HERCULES, CA 94547** | - | | | | | | X | 230.26 | 230.26 | 0.00 |
| Account No. | | | | Various | | | | | | |
| **CITY OF HERMOSA BEACH (UUT)** **1315 VALLEY DRIVE** **HERMOSA BEACH, CA 90254-3885** | - | | | | | | X | 235.71 | 235.71 | 0.00 |
| Account No. | | | | Various | | | | | | |
| **CITY OF HOUSTON LAKE (BUS LIC)** **5417 N ADRIAN AVE** **HOUSTON LAKE, MO 64151** | - | | | | | | X | 118.30 | 118.30 | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF HUNTINGTON BEACH (UUT)** **P.O. BOX 711** **HUNTINGTON BEACH, CA 92645-0711** | - | | | | | | X | 183.72 | 183.72 | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF HUNTINGTON PARK (UUT)** **6550 MILES AVENUE** **# 127** **HUNTINGTON PARK, CA 90255** | - | | | | | | X | 138.11 | 138.11 | 0.00 |

Sheet **25** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 906.10 |
| (Total of this page) | 906.10     0.00 |

In re **Solavei, LLC**                                                                Case No. _____

_____ ,

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF INDIO (UUT)** PO BOX 1788 INDIO, CA 92202-1788 | - | | | | | X | 184.93 | | |
| | | | | | | | 184.93 | | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF INGLEWOOD (UUT)** PO BOX 6007 INGLEWOOD, CA 90312-6007 | - | | | | | X | 660.04 | | |
| | | | | | | | 660.04 | | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF JEFFERSON CITY (BUS LIC)** 320 E. MCCARTY STREET JEFFERSON CITY, MO 65101-3115 | - | | | | | X | 369.48 | | |
| | | | | | | | 369.48 | | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF JENNINGS (BUS LIC)** 2120 HORD AVE JENNINGS, MO 63136 | - | | | | | X | 218.21 | | |
| | | | | | | | 218.21 | | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF JOPLIN (BUS LIC)** 303 E. 3RD STREET JOPLIN, MO 64801-2274 | - | | | | | X | 1,131.98 | | |
| | | | | | | | 1,131.98 | | 0.00 |

Sheet __26__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,564.64 | |
| 2,564.64 | 0.00 |

In re __Solavei, LLC__ _____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF KENMORE (UUT)** PO BOX 82607 KENMORE, WA 98028 | - | | | | | | X | 110.93 | 110.93 | |
| | | | | | | | | 110.93 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF KENNEWICK (UUT)** P.O. BOX 6108 KENNEWICK, WA 99336 | - | | | | | | X | 176.43 | 176.43 | |
| | | | | | | | | 176.43 | | 0.00 |
| Account No. **UBI 603 183 137** | | | | Various | | | | | | |
| **CITY OF KENT (UUT)** 220 4TH AVENUE SOUTH KENT, WA 98032 | - | | | | | | X | 559.96 | 559.96 | |
| | | | | | | | | 559.96 | | 0.00 |
| Account No. **2012-0010** | | | | Various | | | | | | |
| **CITY OF KIRKLAND (UUT)** 123 5TH AVE KIRKLAND, WA 98033-6189 | - | | | | | | X | 561.91 | 561.91 | |
| | | | | | | | | 561.91 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| **CITY OF KIRKWOOD (BUS LIC)** 139 S. KIRKWOOD KIRKWOOD, MO 63122 | - | | | | | | X | 274.85 | 274.85 | |
| | | | | | | | | 274.85 | | 0.00 |

Sheet __27__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      1,684.08        1,684.08        0.00

In re **Solavei, LLC**                                    Case No. _____

_____,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| **CITY OF LA VERNE (UUT)** **3660 D STREET** **LA VERNE, CA 91750** | - | | | | | X | 279.14 | 279.14 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF LACEY (UUT)** **420 COLLEGE STREET** **LACEY, WA 98503-1238** | - | | | | | X | 302.21 | 302.21 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF LAFAYETTE (S&U)** **1290 S PUBLIC RD.** **LAFAYETTE, CO 80026** | - | | | | | X | 370.78 | 370.78 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF LAKE FOREST PARK (UTIL TAX)** **17425 BALLINGER WAY N.E.** **LAKE FOREST PARK, WA 98155-5556** | - | | | | | X | 191.87 | 191.87 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF LAKE LOTAWANA (BUS LIC)** **100 LAKE LOTAWANA DR** **LAKE LOTAWANA, MO 64086** | - | | | | | X | 128.35 | 128.35 | 0.00 |

Sheet __28__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       1,272.35          1,272.35          0.00

In re __Solavei, LLC_____,  Case No. _____
                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF LAKE STEVENS (UUT)** P.O. BOX 257 LAKE STEVENS, WA 98258 | - | | | | | | X | 172.60 | | |
| | | | | | | | | 172.60 | | 0.00 |
| Account No. **20003290-002** | | | | Various | | | | | | |
| **CITY OF LAKEWOOD  (S&U)** PO BOX 17479 DENVER, CO 80217 | - | | | | | | X | 120.00 | | |
| | | | | | | | | 120.00 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF LAKEWOOD  (UUT)** 5050 N, CLARK AVENUE LAKEWOOD, CA 90712 | - | | | | | | X | 222.64 | | |
| | | | | | | | | 222.64 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **CITY OF LAKEWOOD (UUT)** 6000 MAIN STREET SW LAKEWOOD, WA 98499 | - | | | | | | X | 294.90 | | |
| | | | | | | | | 294.90 | | 0.00 |
| Account No. **G62-04530** | | | | Various | | | | | | |
| **CITY OF LAS VEGAS/BUS LIC** 400 STEWART AVENUE LAS VEGAS, NV 89101-2986 | - | | | | | | X | 2,188.25 | | |
| | | | | | | | | 2,188.25 | | 0.00 |

Sheet __29__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                    2,998.39
(Total of this page)          2,998.39      0.00

In re **Solavei, LLC** _____,  Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF LAWNDALE (UUT)** <br> **14717 BURIN AVENUE** <br> **LAWNDALE, CA 90260** | - | | Various | | | X | 227.66 <br><br> 227.66 | 227.66 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF LIBERTY (BUS LIC)** <br> **101 E. KANSAS AVE.** <br> **P.O. BOX 159** <br> **LIBERTY, MO 64068** | - | | Various | | | X | 560.98 <br><br> 560.98 | 560.98 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF LINCOLN TREAS. (B&O)** <br> **555 SOUTH 10TH STREET** <br> **LINCOLN, NE 68508** | - | | Various | | | X | 284.52 <br><br> 284.52 | 284.52 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF LITTLETON (S&U)** <br> **2255 W BERRY AVE.** <br> **LITTLETON, CO 80120** | - | | Various | | | X | 227.20 <br><br> 227.20 | 227.20 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF LONG BEACH (UUT)** <br> **333 W. OCEAN BLVD, 6TH FLR** <br> **LONG BEACH, CA 90802** | - | | Various | | | X | 649.12 <br><br> 649.12 | 649.12 <br><br> 0.00 | |

Sheet __30__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,949.48 | |
| (Total of this page) | 1,949.48 | 0.00 |

Case 14-14505-TWD   Doc 1   Filed 06/11/14   Ent. 06/11/14 10:05:43   Pg. 70 of 249

In re    **Solavei, LLC**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Various | | | | | | |
| CITY OF LOS ALAMITOS  (UUT) 3191 KATELLA AVENUE LOS ALAMITOS, CA 90720 | - | | | | | | X | 162.82 | |
| | | | | | | | | 162.82 | 0.00 |
| Account No. **002651819-001-0** | | | Various | | | | | | |
| CITY OF LOS ANGELES (UUT) 200 N. SPRING ST RM 220 LOS ANGELES, CA 90012 | - | | | | | | X | 20,501.00 | |
| | | | | | | | | 20,501.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| CITY OF LYNNWOOD (UUT) P.O BOX 5008 LYNNWOOD, WA 98046-5008 | - | | | | | | X | 174.26 | |
| | | | | | | | | 174.26 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| CITY OF LYNWOOD  (UUT) 11330 BULLIS ROAD LYNWOOD, CA 90262 | - | | | | | | X | 188.91 | |
| | | | | | | | | 188.91 | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF MANCHESTER (BUS LIC) 14318 MANCHESTER ROAD MANCHESTER, MO 63011 | - | | | | | | X | 164.66 | |
| | | | | | | | | 164.66 | 0.00 |

Sheet __31__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 21,191.65 | |
| (Total of this page) | 21,191.65 | 0.00 |

In re **Solavei, LLC**                                                                    Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **CITY OF MAPLEWOOD (BUS LIC)** 7601 MANCHESTER MAPLEWOOD, MO 63143 | - | | | Various | | | X | 206.53 206.53 | 206.53 | 0.00 |
| Account No. **45-4002000** **CITY OF MARYSVILLE (UUT)** 1049 STATE AVENUE SUITE 101 MARYSVILLE, WA 98270 | - | | | Various | | | X | 299.60 299.60 | 299.60 | 0.00 |
| Account No. **CITY OF MEDICAL LAKE (UTIL TAX)** P.O. BOX 369 MEDICAL LAKE, WA 99022-0369 | - | | | Various | | | X | 110.57 110.57 | 110.57 | 0.00 |
| Account No. **00250074** **CITY OF MESA (TPT)** PO BOX 16350 MESA, AZ 85211-6350 | - | | | Various | | | X | 330.00 330.00 | 330.00 | 0.00 |
| Account No. **CITY OF MILTON (UTIL TAX)** 1000 LAUREL STREET MILTON, WA 98354 | - | | | Various | | | X | 130.83 130.83 | 130.83 | 0.00 |

Sheet __32__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,077.53 | |
| 1,077.53 | 0.00 |

In re **Solavei, LLC**                                                              Case No. _____

————————————————————————————————,
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CITY OF MOBILE (S&U)** <br>P.O. BOX 3065 <br>MOBILE, AL 36652-3065 | - | | Various | | | X | 193.59 | 193.59 | |
| | | | | | | | | | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF MODESTO (UUT)** <br>PO BOX 3441 <br>MODESTO, CA 95353 | - | | Various | | | X | 1,256.95 | 1,256.95 | |
| | | | | | | | | | 0.00 |
| Account No. <br><br>**CITY OF MONETT (BUS LIC)** <br>217 5TH ST <br>PO BOX 110 <br>MONETT, MO 65708 | - | | Various | | | X | 166.60 | 166.60 | |
| | | | | | | | | | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF MONROE (UUT)** <br>806 W. MAIN ST. <br>MONROE, WA 98272 | - | | Various | | | X | 128.92 | 128.92 | |
| | | | | | | | | | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF MONTCLAIR  (UUT)** <br>5111 BENITO STREET <br>MONTCLAIR, CA 91763 | - | | Various | | | X | 240.43 | 240.43 | |
| | | | | | | | | | 0.00 |

Sheet  **33**  of  **89**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,986.49 |
| (Total of this page) | 1,986.49 | 0.00 |

In re __Solavei, LLC__ , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **45-4002000** | | Various | | | | | | | | |
| CITY OF MONTEREY PARK (UUT) 320 NEWMARK AVENUE MONTEREY PARK, CA 91574 | - | | | | | | X | 198.67 | 198.67 | |
| | | | | | | | | 198.67 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| CITY OF MORENO VALLEY (UUT) PO BOX 88005 MORENO VALLEY, CA 92552-0805 | - | | | | | | X | 564.37 | 564.37 | |
| | | | | | | | | 564.37 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| CITY OF MOSES LAKE (UUT) P.O. BOX 1579 MOSES LAKE, WA 98837-0244 | - | | | | | | X | 128.34 | 128.34 | |
| | | | | | | | | 128.34 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| CITY OF MOUNT VERNON (UUT) P.O. BOX 809 MOUNT VERNON, WA 98273 | - | | | | | | X | 224.52 | 224.52 | |
| | | | | | | | | 224.52 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| CITY OF MOUNTLAKE TERRACE (UUT) 6100 219TH STREET SW, SUITE 200 MOUNTLAKE TERRACE, WA 98043 | - | | | | | | X | 166.76 | 166.76 | |
| | | | | | | | | 166.76 | | 0.00 |

Sheet __34__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,282.66

1,282.66            0.00

In re __Solavei, LLC__ _____,    Case No. _____
                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF MUKILTEO (UUT)** <br> **11930 CYRUS WAY** <br> **MUKILTEO, WA 98275** | - | | Various | | | X | 153.97 <br><br> 153.97 | **153.97** <br><br> **0.00** | |
| Account No. <br><br> **CITY OF NEOSHO (BUS LIC)** <br> **203 E. MAIN** <br> **NEOSHO, MO 64850** | - | | Various | | | X | 133.75 <br><br> 133.75 | **133.75** <br><br> **0.00** | |
| Account No. <br><br> **CITY OF NEW ORLEANS (S&U)** <br> **POST OFFICE BOX 61804** <br> **NEW ORLEANS, LA 70161-1804** | - | | Various | | | X | 303.30 <br><br> 303.30 | **303.30** <br><br> **0.00** | |
| Account No. **45-4002000** <br><br> **CITY OF NEWARK (UUT)** <br> **37101 NEWARK BLVD** <br> **NEWARK, CA 94560** | - | | Various | | | X | 102.36 <br><br> 102.36 | **102.36** <br><br> **0.00** | |
| Account No. **103257** <br><br> **CITY OF NORTH LAS VEGAS** <br> **2250 LAS VEGAS BOULEVARD NORTH** <br> **NORTH LAS VEGAS, NV 89030** | - | | Various | | | X | 1,057.75 <br><br> 1,057.75 | **1,057.75** <br><br> **0.00** | |

Sheet __35__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **1,751.13** |
| (Total of this page)    1,751.13 | **0.00** |

In re **Solavei, LLC** _____ ,     Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | |
| **CITY OF NORWALK (UUT)** 12700 NORWALK BLVD NORWALK, CA 90650 | - | | | | | | X | 253.63 | 253.63 |
| | | | | | | | | 253.63 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF O FALLON (BUS LIC)** 100 NORTH MAIN ST. O FALLON, MO 63366 | - | | | | | | X | 372.22 | 372.22 |
| | | | | | | | | 372.22 | 0.00 |
| Account No. **28036876** | | | | Various | | | | | |
| **CITY OF OAKLAND (UUT)** DEPT #34385 PO BOX 39000 SAN FRANCISCO, CA 94139 | - | | | | | | X | 938.30 | 938.30 |
| | | | | | | | | 938.30 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF ODESSA (BUS LIC)** P.O. BOX 128 ODESSA, MO 64076 | - | | | | | | X | 126.65 | 126.65 |
| | | | | | | | | 126.65 | 0.00 |
| Account No. | | | | Various | | | | | |
| **CITY OF OLIVETTE (BUS LIC)** 9473 OLIVE BLVD OLIVETTE, MO 63132 | - | | | | | | X | 235.10 | 235.10 |
| | | | | | | | | 235.10 | 0.00 |

Sheet __36__ of __89__ continuation sheets attached to         Subtotal       1,925.90
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    1,925.90      0.00

In re **Solavei, LLC**            ,      Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF OLYMPIA (UUT)** <br> **PO BOX 1967** <br> **OLYMPIA, WA 98507-1967** | - | | Various | | | X | 127.18 <br><br> 127.18 | 127.18 | 0.00 |
| Account No. <br><br> **CITY OF OMAHA** <br> **1819 FARNAM STREET** <br> **CITY CASHIER RM H10** <br> **OMAHA, NE 68183** | - | | Various | | | X | 446.52 <br><br> 446.52 | 446.52 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF ORTING (UUT)** <br> **P.O. BOX 489** <br> **ORTING, WA 98360** | - | | Various | | | X | 100.01 <br><br> 100.01 | 100.01 | 0.00 |
| Account No. <br><br> **CITY OF OTHELLO (UTIL TAX)** <br> **500 E. MAIN STREET** <br> **OTHELLO, WA 99344** | - | | Various | | | X | 140.24 <br><br> 140.24 | 140.24 | 0.00 |
| Account No. <br><br> **CITY OF OVERLAND (BUS LIC)** <br> **9119 LACKLAND ROAD** <br> **OVERLAND, MO 63114** | - | | Various | | | X | 257.46 <br><br> 257.46 | 257.46 | 0.00 |

Sheet __37__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     1,071.41
(Total of this page)     1,071.41     0.00

In re __Solavei, LLC_____ ,    Case No. _____

                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF PACIFIC (UTIL TAX)** <br> **100 3RD AVENUE** <br> **PACIFIC, WA 98047** | - | | Various | | | X | 192.52 <br><br> 192.52 | 192.52 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF PALM SPRINGS  (911)** <br> **3200 E. TAHQUITZ CANYON WAY** <br> **PALM SPRINGS, CA 92263-2743** | - | | Various | | | X | 253.43 <br><br> 253.43 | 253.43 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF PALM SPRINGS (UUT)** <br> **PO BOX 2743** <br> **PALM SPRINGS, CA 92263-2743** | - | | Various | | | X | 174.68 <br><br> 174.68 | 174.68 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF PARKER (S&U)** <br> **20120 E MAINSTREET.** <br> **PARKER, CO 80138-7334** | - | | Various | | | X | 182.23 <br><br> 182.23 | 182.23 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF PARKVILLE (BUS LIC)** <br> **8880 CLARK AVE** <br> **PARKVILLE, MO 64152** | - | | Various | | | X | 182.15 <br><br> 182.15 | 182.15 <br><br> 0.00 | |

Sheet __38__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                 Subtotal     985.01
         (Total of this page)    985.01     0.00

In re   **Solavei, LLC**                                    ,      Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br>**CITY OF PASADENA (UUT)** <br>**100 N GARFIELD AVE** <br>**RM 106** <br>**PASADENA, CA 91109** | - | | Various | | | X | 559.00 | 559.00 |
| | | | | | | | 559.00 | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF PASCO (UUT)** <br>**525 N. THIRD AVENUE** <br>**PASCO, WA 99301** | - | | Various | | | X | 212.17 | 212.17 |
| | | | | | | | 212.17 | 0.00 |
| Account No. **10050486** <br><br>**CITY OF PHOENIX (TPT)** <br>**PO BOX 29690** <br>**PHOENIX, AZ 85038-9690** | - | | Various | | | X | 2,716.00 | 2,716.00 |
| | | | | | | | 2,716.00 | 0.00 |
| Account No. <br><br>**CITY OF PLACENTIA (UUT)** <br>**401 EAST CHAPMAN AVE.** <br>**PLACENTIA, CA 92670** | - | | Various | | | X | 174.13 | 174.13 |
| | | | | | | | 174.13 | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF POMONA (UUT)** <br>**PO BOX 660** <br>**POMONA, CA 91769** | - | | Various | | | X | 397.21 | 397.21 |
| | | | | | | | 397.21 | 0.00 |

Sheet __39__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal              4,058.51
(Total of this page)    4,058.51       0.00

In re **Solavei, LLC**          Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CITY OF PORT ANGELES (UTIL TAX)**<br>**321 EAST 5TH STREET**<br>**P.O. BOX 1150**<br>**PORT ANGELES, WA 98362** | - | | Various | | | X | 143.53<br><br>143.53 | 143.53<br><br>0.00 |
| Account No.<br><br>**CITY OF PORT HUENEME (UUT)**<br>**250 N VENTURA RD**<br>**PORT HUENEME, CA 93041** | - | | Various | | | X | 134.67<br><br>134.67 | 134.67<br><br>0.00 |
| Account No.<br><br>**CITY OF PORT ORCHARD (UTIL TAX)**<br>**216 PROSPECT STREET**<br>**PORT ORCHARD, WA 98366** | - | | Various | | | X | 258.43<br><br>258.43 | 258.43<br><br>0.00 |
| Account No. **45-4002000**<br><br>**CITY OF PORTERVILLE (UUT)**<br>**291 N MAIN STREET**<br>**PORTERVILLE, CA 93257** | - | | Various | | | X | 145.74<br><br>145.74 | 145.74<br><br>0.00 |
| Account No.<br><br>**CITY OF POULSBO (UTIL TAX)**<br>**200 NE MOE STREET**<br>**POULSBO, WA 98370** | - | | Various | | | X | 168.54<br><br>168.54 | 168.54<br><br>0.00 |

Sheet __40__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                       Subtotal           850.91
(Total of this page)    850.91       0.00

In re **Solavei, LLC**                                    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| CITY OF PRESCOTT (TPT) 201 S. CORTEZ ST. P.O. BOX 2077 PRESCOTT, AZ 86302 | - | | | | | X | 129.20 | 129.20 | |
| | | | | | | | 129.20 | | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF PUYALLUP (UTIL TAX) P.O. BOX 1232 PUYALLUP, WA 98371-0187 | - | | | | | X | 253.40 | 253.40 | |
| | | | | | | | 253.40 | | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF QUINCY (UTIL TAX) P.O. BOX 338 QUINCY, WA 98848 | - | | | | | X | 127.19 | 127.19 | |
| | | | | | | | 127.19 | | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF RAYMORE (BUS LIC) 100 MUNCIPAL CIRLCE RAYMORE, MO 64083 | - | | | | | X | 161.84 | 161.84 | |
| | | | | | | | 161.84 | | 0.00 |
| Account No. | | | Various | | | | | | |
| CITY OF RAYTOWN (BUS LIC) 10000 E. 59TH STREET RAYTOWN, MO 64133 | - | | | | | X | 1,522.49 | 1,522.49 | |
| | | | | | | | 1,522.49 | | 0.00 |

Sheet __41__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 2,194.12 |
(Total of this page) | 2,194.12 | 0.00 |

In re **Solavei, LLC**
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF REDMOND (UUT)** P.O. BOX 97010 REDMOND, WA 98073-9710 | - | | | | | X | 273.24 | | |
| | | | | | | | 273.24 | 273.24 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF REDONDO BEACH  (UUT)** 415 DIAMOND STREET REDONDO BEACH, CA 90277-0167 | - | | | | | X | 219.40 | | |
| | | | | | | | 219.40 | 219.40 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF REDWOOD CITY  (UUT)** 1017 MIDDLEFORD ROAD REDWOOD CITY, CA 94063 | - | | | | | X | 161.03 | | |
| | | | | | | | 161.03 | 161.03 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **CITY OF RENTON (UUT)** 1055 S. GRADY WAY RENTON, WA 98057 | - | | | | | X | 649.00 | | |
| | | | | | | | 649.00 | 649.00 | 0.00 |
| Account No. | | | Various | | | | | | |
| **CITY OF REPUBLIC (BUS LIC)** 213 NORTH MAIN REPUBLIC, MO 65738-1472 | - | | | | | X | 234.57 | | |
| | | | | | | | 234.57 | 234.57 | 0.00 |

Sheet __42__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,537.24 | |
| (Total of this page) | 1,537.24 | 0.00 |

In re __Solavei, LLC__ , Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **45-4002000** | | Various | | | | | | | | | |
| **CITY OF RIALTO (UUT)** **150 SOUTH PALM AVENUE** **RIALTO, CA 92376** | - | | | | | | | X | | 269.64 | |
| | | | | | | | | | 269.64 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | | |
| **CITY OF RICHMOND (UUT)** **1401 MARINA WAY SOUTH** **RICHMOND, CA 94804** | - | | | | | | | X | | 318.33 | |
| | | | | | | | | | 318.33 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | | |
| **CITY OF SACRAMENTO (UUT)** **915 "I" STREET, RM 1214** **SACRAMENTO, CA 95814-2604** | - | | | | | | | X | | 1,177.81 | |
| | | | | | | | | | 1,177.81 | | 0.00 |
| Account No. | | Various | | | | | | | | | |
| **CITY OF SAINT JOSEPH (BUS LIC)** **1100 FREDERICK AVENUE** **SAINT JOSEPH, MO 64501** | - | | | | | | | X | | 1,578.51 | |
| | | | | | | | | | 1,578.51 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | | |
| **CITY OF SAN BERNARDINO (UUT)** **300 NORTH  D  STREET** **SAN BERNARDINO, CA 92418** | - | | | | | | | X | | 703.26 | |
| | | | | | | | | | 703.26 | | 0.00 |

Sheet __43__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

4,047.55

4,047.55      0.00

In re **Solavei, LLC**                                                                    , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **475168** <br><br> **CITY OF SAN FRANCISCO (UUT)** <br> **P.O. BOX 7425** <br> **SAN FRANCISCO, CA 94120-7425** | - | | Various | | | X | **1,070.15** <br><br> 1,070.15 | | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF SAN GABRIEL (UUT)** <br> **425 S. MISSION DRIVE** <br> **PO BOX 130** <br> **SAN GABRIEL, CA 91778-0130** | - | | Various | | | X | **160.55** <br><br> 160.55 | | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF SAN JOSE  (911)** <br> **200 E SANTA CLARA ST** <br> **13TH FLOOR** <br> **SAN JOSE, CA 95113** | - | | Various | | | X | **3,590.43** <br><br> 3,590.43 | | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF SAN JOSE (UUT)** <br> **200 E SANTA CLARA ST** <br> **13TH FLOOR** <br> **SAN JOSE, CA 95113** | - | | Various | | | X | **2,456.05** <br><br> 2,456.05 | | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF SAN LEANDRO  (911)** <br> **835 EAST 14TH STREET** <br> **SAN LEANDRO, CA 94577** | - | | Various | | | X | **222.91** <br><br> 222.91 | | 0.00 |

Sheet __44__ of __89__ continuation sheets attached to                                    Subtotal                 7,500.09
Schedule of Creditors Holding Unsecured Priority Claims                    (Total of this page)    7,500.09          0.00

In re **Solavei, LLC** _____,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000**<br><br>**CITY OF SAN LEANDRO (UUT)**<br>**835 EAST 14TH STREET**<br>**SAN LEANDRO, CA 94577** | - | | Various | | | X | 234.10 | 234.10 | 0.00 |
| Account No. **45-4002000**<br><br>**CITY OF SAN LUIS OBISPO  (UUT)**<br>**990 PALM STREET**<br>**SAN LUIS OBISPO, CA 93401** | - | | Various | | | X | 156.65 | 156.65 | 0.00 |
| Account No.<br><br>**CITY OF SAN MARINO (UUT)**<br>**2200 HUNTINGTON DRIVE**<br>**SAN MARINO, CA 91108** | - | | Various | | | X | 149.49 | 149.49 | 0.00 |
| Account No. **45-4002000**<br><br>**CITY OF SAN PABLO (UUT)**<br>**13831 SAN PABLO AVENUE**<br>**BUILDING 2**<br>**SAN PABLO, CA 94806** | - | | Various | | | X | 156.54 | 156.54 | 0.00 |
| Account No. **1502**<br><br>**CITY OF SANTA ANA (UUT)**<br>**20 CIVIC CTR PLAZA**<br>**P.O. BOX 1964**<br>**SANTA ANA, CA 92702-1964** | - | | Various | | | X | 510.38 | 510.38 | 0.00 |

Sheet __45__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                              1,207.16
(Total of this page)       1,207.16        0.00

In re  **Solavei, LLC**                                                          Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | Various | | | | | X | | 198.04 | |
| CITY OF SANTA BARBARA (UUT) PO BOX 1990 SANTA BARBARA, CA 93102-1990 | - | | | | | | | 198.04 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | X | | 363.36 | |
| CITY OF SANTA MONICA (UUT) 1717 4TH STREET SUITE 150 SANTA MONICA, CA 90401 | - | | | | | | | 363.36 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | X | | 104.50 | |
| CITY OF SAVANNAH (E-911) P.O. BOX 1228 SAVANNAH, GA 31402 | - | | | | | | | 104.50 | | 0.00 |
| Account No. **751487** | | Various | | | | | X | | 1,862.24 | |
| CITY OF SEATTLE (UUT) PO BOX 34907 SEATTLE, WA 98124-1907 | - | | | | | | | 1,862.24 | | 0.00 |
| Account No. **45-4002000** | | Various | | | | | X | | 144.34 | |
| CITY OF SEDRO WOOLEY (UUT) 325 METCALF STREET SEDRO WOOLLEY, WA 98284 | - | | | | | | | 144.34 | | 0.00 |

Sheet __46__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 2,672.48 | |
|---|---|---|---|
| | (Total of this page) | 2,672.48 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re **Solavei, LLC** _____,    Case No. _____

                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **45-4002000** <br><br>**CITY OF SHORELINE (UUT)** <br>**17544 MIDVALE AVE. N.** <br>**SHORELINE, WA 98133-4905** | - | | | Various | | | X | 181.05 | 181.05 | 0.00 |
| Account No. <br><br>**CITY OF SIKESTON (BUS LIC)** <br>**105 E. CENTER STREET** <br>**SIKESTON, MO 63801** | - | | | Various | | | X | 108.70 | 108.70 | 0.00 |
| Account No. <br><br>**CITY OF SNOHOMISH (UTIL TAX)** <br>**116 UNION AVENUE** <br>**SNOHOMISH, WA 98290** | - | | | Various | | | X | 171.97 | 171.97 | 0.00 |
| Account No. **0009766** <br><br>**CITY OF SNOQUALMIE (UUT)** <br>**PO BOX 987** <br>**SNOQUALMIE, WA 98065** | - | | | Various | | | X | 111.48 | 111.48 | 0.00 |
| Account No. **45-4002000** <br><br>**CITY OF SPOKANE (UUT)** <br>**808 W SPOKANE FALLS BLVD** <br>**SPOKANE, WA 99201-3336** | - | | | Various | | | X | 595.03 | 595.03 | 0.00 |

Sheet __47__ of __89__ continuation sheets attached to            Subtotal    1,168.23
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    1,168.23    0.00

In re    **Solavei, LLC**                                                                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF SPOKANE VALLEY (UUT)** <br> **11707 E.SPRAGUE AVE.** <br> **SUITE 106** <br> **SPOKANE VALLEY, WA 99206** | - | | Various | | | X | 227.54 | 227.54 | 0.00 |
| Account No. <br><br> **CITY OF ST LOUIS - FRN LICENSE** <br> **1200 MARKET ST** <br> **ROOM 212** <br> **ST LOUIS, MO 63103** | - | | Various | | | X | 4,252.69 | 4,252.69 | 0.00 |
| Account No. <br><br> **CITY OF ST. CHARLES (BUS LIC)** <br> **200 NORTH SECOND ST.** <br> **ST. CHARLES, MO 63301** | - | | Various | | | X | 716.86 | 716.86 | 0.00 |
| Account No. <br><br> **CITY OF STANWOOD (UTIL TAX)** <br> **10220 270TH STREET N.W.** <br> **STANWOOD, WA 98292** | - | | Various | | | X | 248.34 | 248.34 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF STOCKTON (UUT)** <br> **P.O. BOX 2107** <br> **STOCKTON, CA 95201-2107** | - | | Various | | | X | 1,012.25 | 1,012.25 | 0.00 |

Sheet __48__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 6,457.68 | |
|---|---|---|
| 6,457.68 | 0.00 | |

In re **Solavei, LLC**                                       ,     Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF SUGAR CREEK (BUS LIC)** <br> **103 S STERLING** <br> **SUGAR CREEK, MO 64054** | - | | Various | | | X | 147.70 <br><br> 147.70 | 147.70 <br><br> 0.00 | |
| Account No. <br><br> **CITY OF SULTAN (UTIL TAX)** <br> **P.O. BOX 1199** <br> **SULTAN, WA 98294** | - | | Various | | | X | 140.64 <br><br> 140.64 | 140.64 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **CITY OF SUNNYVALE (UUT)** <br> **P.O. BOX 3707** <br> **SUNNYVALE, CA 94088-3707** | - | | Various | | | X | 222.33 <br><br> 222.33 | 222.33 <br><br> 0.00 | |
| Account No. **500072038** <br><br> **CITY OF TACOMA (UUT)** <br> **P.O. BOX 11640** <br> **TACOMA, WA 98411-6640** | - | | Various | | | X | 750.10 <br><br> 750.10 | 750.10 <br><br> 0.00 | |
| Account No. **208812** <br><br> **CITY OF TEMPE (TPT)** <br> **PO BOX 29618** <br> **TEMPE, AZ 85038-9618** | - | | Various | | | X | 162.00 <br><br> 162.00 | 162.00 <br><br> 0.00 | |

Sheet **49** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      1,422.77

(Total of this page)      1,422.77      0.00

In re **Solavei, LLC** _____ ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23741** | | | Various | | | | | |
| **CITY OF THORNTON (S&U)** PO BOX 910222 DENVER, CO 80291-0222 | - | | | | | X | 127.00 | 127.00 |
| | | | | | | | 127.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| **CITY OF TORRANCE (UUT)** 3031 TORRANCE BLVD. TORRANCE, CA 90503 | - | | | | | X | 237.68 | 237.68 |
| | | | | | | | 237.68 | 0.00 |
| Account No. **3026102** | | | Various | | | | | |
| **CITY OF TUCSON (TPT)** PO BOX 27320 TUCSON, AZ 85726 | - | | | | | X | 355.00 | 355.00 |
| | | | | | | | 355.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| **CITY OF TUKWILA (UUT)** 6200 SOUTHCENTER BLVD TUKWILA, WA 98188 | - | | | | | X | 202.44 | 202.44 |
| | | | | | | | 202.44 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| **CITY OF TULARE (UUT)** 411 E KERN AVENUE SUITE F TULARE, CA 93274-4257 | - | | | | | X | 226.95 | 226.95 |
| | | | | | | | 226.95 | 0.00 |

Sheet __50__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 1,149.07 |
|---|---|---|
| | (Total of this page) | 1,149.07 / 0.00 |

In re **Solavei, LLC**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **CITY OF TUMWATER (UUT)** <br> **555 ISRAEL ROAD** <br> **TUMWATER, WA 98501-6515** | - | | Various | | | X | 203.99 | 203.99 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF VALLEJO (UUT)** <br> **555 SANTA CLARA ST** <br> **VALLEJO, CA 94590** | - | | Various | | | X | 384.75 | 384.75 | 0.00 |
| Account No. <br><br> **CITY OF VALLEY PARK (BUS LIC)** <br> **320 BENTON STREET** <br> **VALLEY PARK, MO 63088** | - | | Various | | | X | 130.70 | 130.70 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF VANCOUVER (UUT)** <br> **P.O. BOX 8995** <br> **VANCOUVER, WA 98668-8995** | - | | Various | | | X | 468.52 | 468.52 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF VENTURA (UUT)** <br> **6501 POLI STREET** <br> **PO BOX 99** <br> **VENTURA, CA 93002-0099** | - | | Various | | | X | 294.54 | 294.54 | 0.00 |

Sheet **51** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,482.50 | |
| (Total of this page) | 1,482.50 | 0.00 |

In re **Solavei, LLC**                                                                  Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF WALLA WALLA (UTIL TAX)** <br> **15 N. 3RD AVENUE** <br> **WALLA WALLA, WA 99362-0216** | - | | Various | | | X | 121.53 <br><br> 121.53 | 121.53 | 0.00 |
| Account No. <br><br> **CITY OF WARRENSBURG (BUS LIC)** <br> **102 S. HOLDEN** <br> **WARRENSBURG, MO 64093** | - | | Various | | | X | 142.02 <br><br> 142.02 | 142.02 | 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF WASHOUGAL (UUT)** <br> **1701 C STREET** <br> **WASHOUGAL, WA 98671** | - | | Various | | | X | 318.11 <br><br> 318.11 | 318.11 | 0.00 |
| Account No. <br><br> **CITY OF WATERFORD (UUT)** <br> **P.O. BOX 199** <br> **WATERFORD, CA 95386** | - | | Various | | | X | 199.26 <br><br> 199.26 | 199.26 | 0.00 |
| Account No. <br><br> **CITY OF WEBB CITY (BUS LIC)** <br> **P.O. BOX 30** <br> **WEBB CITY, MO 64870** | - | | Various | | | X | 330.30 <br><br> 330.30 | 330.30 | 0.00 |

Sheet __52__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     1,111.22

(Total of this page)     1,111.22     0.00

In re **Solavei, LLC** _____ ,    Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF WEBSTER GROVES (BUS LIC)** <br> **4 E. LOCKWOOD** <br> **WEBSTER GROVES, MO 63119** | - | | Various | | | X | 285.99 <br><br> 285.99 | 285.99 <br><br> 0.00 |
| Account No. **3206901** <br><br> **CITY OF WESTMINSTER (S&U)** <br> **PO BOX 17107** <br> **DENVER, CO 80217-7107** | - | | Various | | | X | 188.42 <br><br> 188.42 | 188.42 <br><br> 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF WESTMINSTER (UUT)** <br> **8200 WESTMINSTER BLVD** <br> **WESTMINSTER, CA 92683** | - | | Various | | | X | 102.62 <br><br> 102.62 | 102.62 <br><br> 0.00 |
| Account No. <br><br> **CITY OF WINCHESTER (BUS LIC)** <br> **109 LINDY BLVD.** <br> **WINCHESTER, MO 63021-5299** | - | | Various | | | X | 189.60 <br><br> 189.60 | 189.60 <br><br> 0.00 |
| Account No. **45-4002000** <br><br> **CITY OF WOODINVILLE (UUT)** <br> **17301 133RD AVENUE NE** <br> **WOODINVILLE, WA 98072** | - | | Various | | | X | 122.18 <br><br> 122.18 | 122.18 <br><br> 0.00 |

Sheet __53__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 888.81 | |
| (Total of this page) | 888.81 | 0.00 |

In re __Solavei, LLC__ , Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| CITY OF YELM (UTIL TAX) 105 YELM AVENUE WEST YELM, WA 98597 | - | | | | | X | 132.03 | 132.03 | 0.00 |
| Account No. | | | Various | | | | | | |
| CLARK COUNTY P.O. BOX 551810 LAS VEGAS, NV 89155-1810 | - | | | | | X | 3,567.25 | 3,567.25 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | | |
| CLAYTON COUNTY FIN DEPT. (E-911) 112 SMITH ST. JONESBORO, GA 30236 | - | | | | | X | 233.50 | 233.50 | 0.00 |
| Account No. | | | Various | | | | | | |
| CMRS BOARD C/O HORNE CPA 1020 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 | - | | | | | X | 2,698.00 | 2,698.00 | 0.00 |
| Account No. | | | Various | | | | | | |
| CNTY OF BROOME OFC OF EMERG SVCS 153 LT VAN WINKLE DR. BINGHAMTON, NY 13905 | - | | | | | X | 168.20 | 168.20 | 0.00 |

Sheet __54__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 6,798.98 | |
|---|---|---|---|
| | (Total of this page) | 6,798.98 | 0.00 |

In re **Solavei, LLC**                                                              , Case No. _____

                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CO PUB UTIL COMM (USF)** <br> **1560 BROADWAY, SUITE 250** <br> **DENVER, CO 8020** <br> **SUITE 250** <br> **DENVER, CO 80202-5143** | - | | Various | | | X | 26,868.86 | 26,868.86 | 0.00 |
| Account No. **45-4002000** <br><br> **COBB COUNTY FINANCE (E-911)** <br> **100 CHEROKEE STREET** <br> **SUITE 400** <br> **MARIETTA, GA 30090** | - | | Various | | | X | 565.25 | 565.25 | 0.00 |
| Account No. **27364875** <br><br> **COLORADO DEPT OF REVENUE** <br> **SALES TAX RETURN** <br> **DENVER, CO 80261-0013** | - | | Various | | | X | 4,522.00 | 4,522.00 | 0.00 |
| Account No. **45-4002000** <br><br> **COLUMBUS CONSOL. GOV'T (E-911)** <br> **FINANCE DEPARTMENT** <br> **P.O. BOX 1340** <br> **COLUMBUS, GA 31902** | - | | Various | | | X | 146.00 | 146.00 | 0.00 |
| Account No. **45-4002000** <br><br> **COMMONWEALTH OF MASSACHUSETTS** <br> **1380 BAY STREET** <br> **TAUNTON, MA  02780, MA 02780** | - | | Various | | | X | 1,996.00 | 1,996.00 | 0.00 |

Sheet __55__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 34,098.11 |
| (Total of this page) | 34,098.11 | 0.00 |

In re **Solavei, LLC**                                              ,          Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1102359** <br><br> COMPTR. OF OPER. - 911 <br> PO BOX 2833 <br> HARRISBURG, PA 17101 | - | | Various | | | X | 3,671.00 <br><br> 3,671.00 | 3,671.00 <br><br> 0.00 |
| Account No. **14540020006** <br><br> COMPTR. OF PUB. ACCTS (911) <br> PO BOX 149356 <br> AUSTIN, TX 78714-9356 | - | | Various | | | X | 7,447.00 <br><br> 7,447.00 | 7,447.00 <br><br> 0.00 |
| Account No. **14540020006** <br><br> COMPTR. OF PUB. ACCTS (911EQ) <br> PO BOX 149356 <br> AUSTIN, TX 78714-9356 | - | | Various | | | X | 894.00 <br><br> 894.00 | 894.00 <br><br> 0.00 |
| Account No. **14540020006** <br><br> COMPTR. OF PUB. ACCTS (S&U) <br> PO BOX 149354 <br> AUSTIN, TX 78714-9354 | - | | Various | | | X | 52,323.00 <br><br> 52,323.00 | 52,323.00 <br><br> 0.00 |
| Account No. **CT000679** <br><br> CONNECTICUT TRS <br> PO BOX 223035 <br> PITTSBURGH, PA 15251-2035 | - | | Various | | | X | 492.45 <br><br> 492.45 | 492.45 <br><br> 0.00 |

Sheet __56__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 64,827.45 |
| (Total of this page) | 64,827.45 | 0.00 |

In re **Solavei, LLC**

Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** | | | Various | | | | | | |
| **COUNTY OF ALAMEDA (UUT)** 224 W. WINTON AVE RM 169 HAYWARD, CA 94544-1221 | - | | | | | X | 267.68 | 267.68 | 0.00 |
| Account No. | | | Various | | | | | | |
| **COUNTY OF ALBANY (E-911)** 112 STATE STREET ALBANY, NY 12207 | - | | | | | X | 117.90 | 117.90 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **COUNTY OF CHEROKEE  (E-911)** ATTN: AGENCY DIRECTOR 150 CHATTIN DR. CANTON, GA 30115 | - | | | | | X | 206.50 | 206.50 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **COUNTY OF DEKALB FIN DEPT (E-911)** ATTN: FINANCE DIRECTORS OFFICE 1300 COMMERCE DRIVE 6TH FLOOR DECATUR, GA 30030 | - | | | | | X | 933.00 | 933.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **COUNTY OF DOUGLAS (E-911)** 8595 CLUB DRIVE DOUGLASVILLE, GA 30134 | - | | | | | X | 145.50 | 145.50 | 0.00 |

Sheet __57__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,670.58 |
| | 1,670.58 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Solavei, LLC** , Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **COUNTY OF FULTON (E-911)** <br> **130 PEACHTREE STREET SW** <br> **#3147** <br> **ATLANTA, GA 30303** | - | | | Various | | | X | 250.00 <br><br> 250.00 | 250.00 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **COUNTY OF GWINNETT (E-911)** <br> **75 LANGLEY DR.** <br> **LAWRENCEVILLE, GA 30045** | - | | | Various | | | X | 776.50 <br><br> 776.50 | 776.50 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **COUNTY OF HAWAII PSC** <br> **25 AUPUNI STREET** <br> **ROOM 1102** <br> **HILO, HI 96720-4245** | - | | | Various | | | X | 383.33 <br><br> 383.33 | 383.33 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **COUNTY OF KAUAI PSC** <br> **4444 RICE STREET** <br> **SUITE 280** <br> **LIHUE, HI 96766** | - | | | Various | | | X | 426.46 <br><br> 426.46 | 426.46 <br><br> 0.00 | |
| Account No. **45-4002000** <br><br> **COUNTY OF KENT (E-911)** <br> **300 MONROE AVE. N.W.** <br> **GRAND RAPIDS, MI 49503** | - | | | Various | | | X | 120.10 <br><br> 120.10 | 120.10 <br><br> 0.00 | |

Sheet __58__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 1,956.39
(Total of this page) | 1,956.39 | 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Solavei, LLC**                                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **305**  COUNTY OF LOS ANGELES (UUT) P.O. BOX 30909 LOS ANGELES, CA 90030-0909 | - | | Various | | | X | 1,828.54  1,828.54 | 1,828.54 | 0.00 |
| Account No.  CT DEPT OF EMERG SVCS 1111 COUNTRY CLUB ROAD MIDDLETOWN, CT 06457 | - | | Various | | | X | 938.00  938.00 | 938.00 | 0.00 |
| Account No. **139354842**  DELAWARE DIVISION OF REVENUE P.O. BOX 2340 WILMINGTON, DE 19899-2340 | - | | Various | | | X | 363.00  363.00 | 363.00 | 0.00 |
| Account No. **0-121002101-000**  DELAWARE DIVISION OF REVENUE P.O. BOX 2340 WILMINGTON, DE 19899-2340 | - | | Various | | | X | 106.00  106.00 | 106.00 | 0.00 |
| Account No. **390069**  DEPT OF FIN - TAX DIV 333 S. STATE STREET - ROOM 300 CHICAGO, IL 60604 | - | | Various | | | X | 52,107.43  52,107.43 | 52,107.43 | 0.00 |

Sheet __59__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                               55,342.97
(Total of this page)      55,342.97    0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 14-14505-TWD    Doc 1    Filed 06/11/14    Ent. 06/11/14 10:05:43    Pg. 99 of 249

In re __Solavei, LLC_____,     Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **390069** | | | Various | | | | | | |
| **DEPT OF FIN - TAX DIV** **333 S. STATE STREET - ROOM 300** **CHICAGO, IL 60604** | - | | | | | X | | 40,212.67 | |
| | | | | | | | 40,212.67 | | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **DOUGLAS COUNTY E-911** **4000 JUSTICE WAY** **CASTLE ROCK, CO 80109** | - | | | | | X | | 283.80 | |
| | | | | | | | 283.80 | | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **EL PASO - TELLER 911** **2350 AIRPORT ROAD** **COLORADO SPRINGS, CO 80910** | - | | | | | X | | 1,221.80 | |
| | | | | | | | 1,221.80 | | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| **EODD** **PO BOX 1367** **MUSKOGEE, OK 74402** | - | | | | | X | | 173.00 | |
| | | | | | | | 173.00 | | 0.00 |
| Account No. | | | Various | | | | | | |
| **EPHRATA CITY TREAS. (UTIL TAX)** **121 ALDER ST** **EPHRATA, WA 98823** | - | | | | | X | | 137.98 | |
| | | | | | | | 137.98 | | 0.00 |

Sheet __60__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 42,029.25 | |
|---|---|---|---|
| | (Total of this page) | 42,029.25 | 0.00 |

In re **Solavei, LLC**                                          Case No. _____
                                        , 
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **45-4002000** | | | | Various | | | | | 200.10 | |
| ERIE COUNTY (NY) 95 FRANKLIN STREET COMPTROLLER - ROOM 1100 BUFFALO, NY 14202 | - | | | | | | X | 200.10 | | 0.00 |
| Account No. | | | | Various | | | | | 185.50 | |
| ETS OF LA PLATA CO (911) 990 E. SECOND AVE. DURANGO, CO 81301 | - | | | | | | X | 185.50 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | 195.50 | |
| FAYETTE COUNTY FIN DEPT. (E-911) 140 STONEWALL AVENUE FAYETTEVILLE, GA 30214 | - | | | | | | X | 195.50 | | 0.00 |
| Account No. | | | | Various | | | | | 5,182.00 | |
| FLORIDA DEPT OF MGMT SVCS PO BOX 7117 TALLAHASSEE, FL 32314 | - | | | | | | X | 5,182.00 | | 0.00 |
| Account No. **BUS PTR 3905504** | | | | Various | | | | | 64,915.00 | |
| FLORIDA DEPT OF REV (CST) PO BOX 6520 TALLAHASSEE, FL 32314-6520 | - | | | | | | X | 64,915.00 | | 0.00 |

Sheet **61** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 70,678.10 |
(Total of this page) | 70,678.10 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Solavei, LLC__ , Case No. _____
                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **175-84202** GEORGIA DEPT OF REV. PO BOX 105408 ATLANTA, GA 30348-5408 | - | | Various | | | X | 6,953.00 / 6,953.00 | 6,953.00 | 0.00 |
| Account No. **45-4002000** GGEDA PO BOX DRAWER B BIG CABIN, OK 74332 | - | | Various | | | X | 140.50 / 140.50 | 140.50 | 0.00 |
| Account No. GOBIERNO DE PUERTO RICO (9-1-1) PO BOX 270200 SAN JUAN, PR 00927-0200 | - | | Various | | | X | 6,086.00 / 6,086.00 | 6,086.00 | 0.00 |
| Account No. **PR000363** GOVERNMENT DEVELOPMENT BANK FOR PUERTO R P.O. BOX 40827 SAN JUAN, PR 00940-0827 | - | | Various | | | X | 2,499.00 / 2,499.00 | 2,499.00 | 0.00 |
| Account No. **45-4002000** GRAND JCT (MEAS CNTY) 911 250 NORTH 5TH STREET GRAND JUNCTION, CO 81501 | - | | Various | | | X | 191.10 / 191.10 | 191.10 | 0.00 |

Sheet _62_ of _89_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 15,869.60 | 15,869.60 | 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Solavei, LLC**                                      Case No. _____

                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **W01349608-01** | | | Various | | | | | | |
| HAWAII DEPT OF TAXATION P.O. BOX 259 HONOLULU, HI 96809-0259 | - | | | | | X | 22,943.86 | 22,943.86 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| HAWAII TRS ADMINISTRATOR 30 LANIDEX PLAZA WEST P O BOX 685 PARSIPPANY, NJ 07054 | - | | | | | X | 1,653.95 | 1,653.95 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| HENRY COUNTY COMMUN (E-911) 526 INDUSTRIAL BLVD MCDONIOUGH, GA 30253 | - | | | | | X | 196.00 | 196.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| ID TELECOM SVC ASSIST PROG 1964 NORTH 300 EAST CENTERVILLE, UT 84014 | - | | | | | X | 104.47 | 104.47 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| IL COMMERCE COMM - WETSA 527 EAST CAPITOL AVENUE SPRINGFIELD, IL 62701 | - | | | | | X | 1,423.00 | 1,423.00 | 0.00 |

Sheet **63** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 26,321.28 |
| (Total of this page) | 26,321.28 | 0.00 |

In re **Solavei, LLC**
_____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **T-8317** | | | Various | | | | | |
| IL DEPT OF REV - TELECOM TAX PO BOX 19019 SPRINGFIELD, IL 62794-9019 | - | | | | | X | | 13,331.00 |
| | | | | | | | 13,331.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| IN DEPT OF REV - URT P.O. BOX 7228 INDIANAPOLIS, IN 46207-7228 | - | | | | | X | | 1,059.78 |
| | | | | | | | 1,059.78 | 0.00 |
| Account No. | | | Various | | | | | |
| IN UTILTY REGULATORY COMM 101 WEST WASHINGTON ST SUITE 1500 E INDIANAPOLIS, IN 46204 | - | | | | | X | | 2,343.56 |
| | | | | | | | 2,343.56 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| INCOG 2 WEST SECOND STREET SUITE 800 TULSA, OK 74103 | - | | | | | X | | 2,756.00 |
| | | | | | | | 2,756.00 | 0.00 |
| Account No. | | | Various | | | | | |
| INDEPENDENCE - UTIL LIC TAX PO BOX 1019 INDEPENDENCE, MO 64051 | - | | | | | X | | 6,648.71 |
| | | | | | | | 6,648.71 | 0.00 |

Sheet __64__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                      26,139.05
(Total of this page)          26,139.05          0.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Solavei, LLC** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0144468174-001 | | | Various | | | | | | |
| INDIANA DEPT OF REV (SLS) P.O. BOX 7218 INDIANAPOLIS, IN 46207-7218 | - | | | | | X | 2,938.00 | 2,938.00 | 0.00 |
| Account No. | | | Various | | | | | | |
| INTERSTATE TRS FUND P.O. BOX 62634 BALTIMORE, MD 21264-2631 | - | | | | | X | 3,114.92 | 3,114.92 | 0.00 |
| Account No. 200164225 | | | Various | | | | | | |
| IOWA DEPT OF REV (S&U) PO BOX 10412 DES MOINES, IA 50306-0412 | - | | | | | X | 321.91 | 321.91 | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | | |
| JCECA P.O. BOX 17302 DENVER, CO 80217-0302 | - | | | | | X | 687.36 | 687.36 | 0.00 |
| Account No. | | | Various | | | | | | |
| JEFFERSON PAR. SHERIFF & TAX COLL P.O. BOX 248 GRETNA, LA 70054-0248 | - | | | | | X | 321.29 | 321.29 | 0.00 |

Sheet 65 of 89 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 7,383.48
(Total of this page) 7,383.48 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Solavei, LLC** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br> **JEFFERSON PARISH COMM. DIST. (E-911)** <br> **P.O. BOX 9** <br> **GRETNA, LA 70053** | - | | Various | | | X | 1,138.32 | 1,138.32 | 0.00 |
| Account No. <br> **KANSAS CITY - UTIL LIC TAX** <br> **414 EAST 12TH STREET2ND FLOOR EAST** <br> **KANSAS CITY, MO 64106-2786** | - | | Various | | | X | 20,202.64 | 20,202.64 | 0.00 |
| Account No. **005-454002000-F01** <br> **KANSAS DEPT OF REV (S&U)** <br> **915 SW HARRISON ST** <br> **TOPEKA, KS 66625-5000** | - | | Various | | | X | 8,094.00 | 8,094.00 | 0.00 |
| Account No. **KS 006342** <br> **KANSAS USF** <br> **P.O. BOX 1512** <br> **TOPEKA, KS 66611-1512** | - | | Various | | | X | 3,487.00 | 3,487.00 | 0.00 |
| Account No. **45-4002000** <br> **KS ASSOC OF COUNTIES** <br> **300 SW 8TH** <br> **3RD FLOOR** <br> **TOPEKA, KS 66603** | - | | Various | | | X | 1,148.00 | 1,148.00 | 0.00 |

Sheet __66__ of __89__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 34,069.96 | 34,069.96
(Total of this page) | 34,069.96 | 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Solavei, LLC**
_____,  Case No. _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **345684** <br><br> **KY DEPT OF REV (S&U)** <br> **SALES TAX RETURN** <br> **FRANKFORT, KY 40620-0003** | - | | Various | | | X | 1,058.00 | 1,058.00 | 0.00 |
| Account No. **441544** <br><br> **KY DEPT OF REV (TEL TAX)** <br> **P O BOX 181** <br> **STATION 67** <br> **FRANKFORT, KY 40602-0181** | - | | Various | | | X | 223.00 | 223.00 | 0.00 |
| Account No. **7261** <br><br> **KY DEPT OF REV (UTILITY)** <br> **P O BOX 181** <br> **STATION 61** <br> **FRANKFORT, KY 40602-0181** | - | | Various | | | X | 7,163.69 | 7,163.69 | 0.00 |
| Account No. <br><br> **LA PUBLIC SERVICE COMM** <br> **602 NORTH FIFTH ST** <br> **PO BOX 91154** <br> **BATON ROUGE, LA 70821-9154** | - | | Various | | | X | 5,090.45 | 5,090.45 | 0.00 |
| Account No. **45-4002000** <br><br> **LAFAYETTE PARISH  (E-911)** <br> **P.O. BOX 82236** <br> **LAFAYETTE, LA 70598** | - | | Various | | | X | 108.45 | 108.45 | 0.00 |

Sheet __67__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 13,643.59 | |
|---|---|---|---|
| | (Total of this page) | 13,643.59 | 0.00 |

In re **Solavei, LLC**                                    Case No. _____

                        _____ ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> LARIMER EMERG TELE <br> P.O. BOX 578 <br> FT COLLINS, CO 80522 | - | | Various <br><br><br> | | | X | <br> 222.45 <br><br> 222.45 | 222.45 <br><br><br> 0.00 | |
| Account No. <br><br> LEAVENWORTH CITY CLERK (UTIL TAX) <br> P.O. BOX 287 <br> LEAVENWORTH, WA 98826 | - | | Various <br><br><br> | | | X | <br> 118.42 <br><br> 118.42 | 118.42 <br><br><br> 0.00 | |
| Account No. <br><br> LEE'S SUMMIT - FIN DEPT <br> 220 SE GREEN STREET <br> LEE'S SUMMIT, MO 64063 | - | | Various <br><br><br> | | | X | <br> 2,233.43 <br><br> 2,233.43 | 2,233.43 <br><br><br> 0.00 | |
| Account No. **1711034-001** <br><br> LOUISIANA DEPT OF REV (S&U) <br> PO BOX 3138 <br> BATON ROUGE, LA 70821-3138 | - | | Various <br><br><br> | | | X | <br> 1,225.00 <br><br> 1,225.00 | 1,225.00 <br><br><br> 0.00 | |
| Account No. **45-4002000** <br><br> MA DEPT OF REV - (SALES TEL) <br> P.O. BOX 7015 <br> BOSTON, MA 02204-7015 | - | | Various <br><br><br> | | | X | <br> 6,990.00 <br><br> 6,990.00 | 6,990.00 <br><br><br> 0.00 | |

Sheet __68__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal          | 10,789.30
(Total of this page)   10,789.30 | 0.00

In re **Solavei, LLC**                                          ,  Case No. _____

                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1158930** <br><br> **MAINE REV SVCS (SVC PROV)** <br> **PO BOX 1065** <br> **AUGUSTA, ME 04332-1065** | - | | Various | | | X | 172.50 | 172.50 |
| | | | | | | | **172.50** | **0.00** |
| Account No. <br><br> **MARYLAND COMPTROLLER** <br> **P.O. BOX 207** <br> **ANNAPOLIS, MD 21404-0207** | - | | Various | | | X | 3,326.00 | 3,326.00 |
| | | | | | | | **3,326.00** | **0.00** |
| Account No. **45-4002000** <br><br> **MI DEPT. OF TREASURY (911)** <br> **P.O. BOX 30781** <br> **LANSING, MI 48909-8281** | - | | Various | | | X | 429.95 | 429.95 |
| | | | | | | | **429.95** | **0.00** |
| Account No. **45-4002000** <br><br> **MI DEPT. OF TREASURY (SALES)** <br> **DEPT. 77003** <br> **DETROIT, MI 48277-0003** | - | | Various | | | X | 3,178.00 | 3,178.00 |
| | | | | | | | **3,178.00** | **0.00** |
| Account No. **2730684** <br><br> **MN DEPT OF REV (S&U)** <br> **PO BOX 64622** <br> **ST PAUL, MN 55164-4622** | - | | Various | | | X | 7,419.00 | 7,419.00 |
| | | | | | | | **7,419.00** | **0.00** |

Sheet __69__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **14,525.45** |
| (Total of this page) | **14,525.45** | **0.00** |

In re **Solavei, LLC**                                          Case No. _____

_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| MN DEPT. OF PUBLIC SAFETY 445 MINNESOTA STREET SUITE 137 ST. PAUL, MN 55101-5137 | - | | | | | X | | 2,385.00 | |
| | | | | | | | 2,385.00 | | 0.00 |
| Account No. | | | Various | | | | | | |
| MO DEPT OF REV (S&U) PO BOX 840 JEFFERSON CITY, MO 65105-0840 | - | | | | | X | | 126,010.40 | |
| | | | | | | | 126,010.40 | | 0.00 |
| Account No. | | | Various | | | | | | |
| MONTGOMERY COUNTY 255 ROCKVILLE PIKE SUITE L-15 ROCKVILLE, MD 20850 | - | | | | | X | | 2,650.00 | |
| | | | | | | | 2,650.00 | | 0.00 |
| Account No. | | | Various | | | | | | |
| MS DEPT OF REV (911) P.O. BOX 1033 JACKSON, MS 39215-1033 | - | | | | | X | | 125.30 | |
| | | | | | | | 125.30 | | 0.00 |
| Account No. 083486860 | | | Various | | | | | | |
| MS DEPT OF REV (TEL S&U) P.O. BOX 1033 JACKSON, MS 39215-1033 | - | | | | | X | | 489.00 | |
| | | | | | | | 489.00 | | 0.00 |

Sheet __70__ of __89__ continuation sheets attached to            Subtotal            131,659.70
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)   131,659.70       0.00

In re **Solavei, LLC**                                      ,     Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **FCC# 829415** | | | Various | | | | | | | |
| MUNI. ASSOC. OF SC - LIC TAX P.O. BOX 60489 CHARLOTTE, NC 28260-0489 | - | | | | | | | X | | 754.53 |
| | | | | | | | | | 754.53 | 0.00 |
| Account No. **454-002-000/000** | | | Various | | | | | | | |
| N.J. DIV OF TAX - BANKRUPTCY SECT P.O. BOX 245 TRENTON, NJ 08695-0245 | - | | | | | | | X | | 13,223.00 |
| | | | | | | | | | 13,223.00 | 0.00 |
| Account No. **454-002-000/000** | | | Various | | | | | | | |
| N.J. DIV OF TAX - BANKRUPTCY SECT P.O. BOX 245 TRENTON, NJ 08695-0245 | - | | | | | | | X | | 7,058.90 |
| | | | | | | | | | 7,058.90 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | | |
| NAMPA POLICE DEPARTMENT (E-911) 820 2ND STREET SOUTH NAMPA, ID 83651 | - | | | | | | | X | | 422.00 |
| | | | | | | | | | 422.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | | |
| NASSAU COUNTY (911) 1194 PROSPECT AVENUE WESTBURY, NY 11590 | - | | | | | | | X | | 593.90 |
| | | | | | | | | | 593.90 | 0.00 |

Sheet __71__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 22,052.33 |
|---|---|---|
| | (Total of this page) | 22,052.33 | 0.00 |

In re **Solavei, LLC**                                                          Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** | | | Various | | | | | | |
| NC 911 BOARD PO BOX 17209 RALEIGH, NC 27619-7209 | - | | | | | X | 2,542.00 | 2,542.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | | |
| NC 911 BOARD (WRLS RELAY) PO BOX 17209 RALEIGH, NC 27619-7209 | - | | | | | X | 593.20 | 593.20 | 0.00 |
| Account No. **600874716** | | | Various | | | | | | |
| NC DEPT OF REV (SALES UTIL) PO BOX 25000 RALEIGH, NC 27640-0700 | - | | | | | X | 7,128.00 | 7,128.00 | 0.00 |
| Account No. **5077119-TEL-003** | | | Various | | | | | | |
| ND TAX COMM - GRT 600 E BOULEVARD AVE DEPT 127 BISMARCK, ND 58505-0552 | - | | | | | X | 416.57 | 416.57 | 0.00 |
| Account No. **290305 00** | | | Various | | | | | | |
| ND TAX COMM - S&U PO BOX 5623 BISMARCK, ND 58506-5623 | - | | | | | X | 102.88 | 102.88 | 0.00 |

Sheet __72__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 10,782.65 | |
|---|---|---|---|
| | (Total of this page) | 10,782.65 | 0.00 |

In re **Solavei, LLC**                        Case No. _____

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1101**<br><br>NH DRA<br>PO BOX 2035<br>CONCORD, NH 03302-2035 | - | | Various | | | X | <br><br>212.00 | 212.00 |
| | | | | | | | 212.00 | 0.00 |
| Account No. **NM000491**<br><br>NMUSF<br>P.O. BOX 27561<br>ALBUQUERQUE, NM 87125-7561 | - | | Various | | | X | <br><br>792.00 | 792.00 |
| | | | | | | | 792.00 | 0.00 |
| Account No.<br><br>NORTH KANSAS CITY (BUS LIC)<br>2010 HOWELL ST<br>NORTH KANSAS, MO 64116 | - | | Various | | | X | <br><br>512.45 | 512.45 |
| | | | | | | | 512.45 | 0.00 |
| Account No.<br><br>NVUSF<br>P.O. BOX 360343<br>PITTSBURGH, PA 15251-6343 | - | | Various | | | X | <br><br>598.52 | 598.52 |
| | | | | | | | 598.52 | 0.00 |
| Account No. **45-4002000**<br><br>NY DTF - BANKRUPTCY SEC (SLS)<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | - | | Various | | | X | <br><br>14,335.00 | 14,335.00 |
| | | | | | | | 14,335.00 | 0.00 |

Sheet **73** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 16,449.97 |
| (Total of this page) | 16,449.97 | 0.00 |

In re **Solavei, LLC**                                                      Case No. _____
_____,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **45-4002000** | | Various | | | | | | | | |
| **NY DTF - BANKRUPTCY SEC(PSHP)** P.O. BOX 5300 ALBANY, NY 12205-0300 | - | | | | | | | X | | 13,358.73 |
| | | | | | | | | | 13,358.73 | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| **NYC DEPT OF FINANCE (E- 911)** P.O. BOX 5110 KINGSTON, NY 12402-5110 | - | | | | | | | X | | 5,056.36 |
| | | | | | | | | | 5,056.36 | 0.00 |
| Account No. **001132** | | Various | | | | | | | | |
| **NYC DEPT OF FINANCE (UXP)** P.O. BOX 5110 KINGSTON, NY 12402-5110 | - | | | | | | | X | | 16,922.04 |
| | | | | | | | | | 16,922.04 | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| **NYS CORP TAX (184)** PO BOX 22038 ALBANY, NY 12201-2038 | - | | | | | | | X | | 1,097.79 |
| | | | | | | | | | 1,097.79 | 0.00 |
| Account No. **45-4002000** | | Various | | | | | | | | |
| **NYS CORP TAX (184M)** PO BOX 22038 ALBANY, NY 12201-2038 | - | | | | | | | X | | 372.20 |
| | | | | | | | | | 372.20 | 0.00 |

Sheet __74__ of __89__ continuation sheets attached to                        Subtotal                                    36,807.12
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)          36,807.12          0.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Solavei, LLC**
_____, Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br> **NYS CORP TAX (186c)** <br> **PO BOX 22038** <br> **ALBANY, NY 12201-2038** | - | | Various | | | X | **1,564.70** <br><br> 1,564.70 | **1,564.70** | 0.00 |
| Account No. **45-4002000** <br><br> **NYS CORP TAX (186e)** <br> **PO BOX 22038** <br> **ALBANY, NY 12201-2038** | - | | Various | | | X | **7,696.34** <br><br> 7,696.34 | **7,696.34** | 0.00 |
| Account No. **45-4002000** <br><br> **NYS TAX DEPT (WCS-1)** <br> **PO BOX 22020** <br> **ALBANY, NY 12201-2020** | - | | Various | | | X | **11,547.40** <br><br> 11,547.40 | **11,547.40** | 0.00 |
| Account No. **350000084727** <br><br> **OFC OF TAX & REV (911)** <br> **300 INDIANA AVE NW** <br> **SUITE 4068** <br> **WASHINGTON, DC 20001** | - | | Various | | | X | **356.08** <br><br> 356.08 | **356.08** | 0.00 |
| Account No. **45-4002000** <br><br> **OFC OF TAX & REV (TELECOM)** <br> **PO BOX 556** <br> **WASHINGTON, DC 20044-0556** | - | | Various | | | X | **18,885.62** <br><br> 18,885.62 | **18,885.62** | 0.00 |

Sheet __75__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 40,050.14 | 40,050.14 | 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-14505-TWD   Doc 1   Filed 06/11/14   Ent. 06/11/14 10:05:43   Pg. 115 of 249

In re **Solavei, LLC** _____ , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **41100135** | | | | Various | | | | | |
| **OH DEPT. OF TAX. - 911** **PO BOX 16560** **COLUMBUS, OH 43216-6560** | - | | | | | | X | | 269.00 |
| | | | | | | | | 269.00 | 0.00 |
| Account No. **99-805345** | | | | Various | | | | | |
| **OH DEPT. OF TAX. - S&U** **PO BOX 16560** **COLUMBUS, OH 43216-6560** | - | | | | | | X | | 3,448.00 |
| | | | | | | | | 3,448.00 | 0.00 |
| Account No. **SVU-10112937-02** | | | | Various | | | | | |
| **OK TAX COMM - S&U** **P.O. BOX 26850** **OKLAHOMA CITY, OK 73126-0850** | - | | | | | | X | | 18,391.00 |
| | | | | | | | | 18,391.00 | 0.00 |
| Account No. **154260404** | | | | Various | | | | | |
| **OR DEPT. OF REV - E-911** **PO BOX 14110** **SALEM, OR 97309-0910** | - | | | | | | X | | 2,517.50 |
| | | | | | | | | 2,517.50 | 0.00 |
| Account No. | | | | Various | | | | | |
| **ORANGE COUNTY COMM OF FIN (E-911)** **255-275 MAIN ST** **GOSHEN, NY 10924** | - | | | | | | X | | 223.20 |
| | | | | | | | | 223.20 | 0.00 |

Sheet **76** of **89** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 24,848.70 |
| (Total of this page) | 24,848.70 | 0.00 |

In re **Solavei, LLC** ,          Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8624** <br><br> **OREGON PUC - RSPF** <br> **PO BOX 1088** <br> **SALEM, OR 97308-1088** | - | | Various | | | X | 368.90 <br><br> 368.90 | 368.90 <br><br> 0.00 |
| Account No. **45-4002000** <br><br> **ORLEANS PARISH COMM. DIST. (E-911)** <br> **118 CITY PARK AVENUE** <br> **NEW ORLEANS, LA 70119** | - | | Various | | | X | 692.95 <br><br> 692.95 | 692.95 <br><br> 0.00 |
| Account No. <br><br> **OUACHITA PARISH POLICE JURY** <br> **P.O. BOX 3007** <br> **MONROE, LA 71210-3007** | - | | Various | | | X | 104.55 <br><br> 104.55 | 104.55 <br><br> 0.00 |
| Account No. **OK001154** <br><br> **OUSF FUND MANAGER** <br> **3220 PLEASANT RUN** <br> **SPRINGFIELD, IL 62711** | - | | Various | | | X | 1,611.19 <br><br> 1,611.19 | 1,611.19 <br><br> 0.00 |
| Account No. **85-817 134** <br><br> **PA DEPT OF REV. (S&U)** <br> **PO BOX 280437** <br> **HARRISBURG, PA 17128-0437** | - | | Various | | | X | 5,806.00 <br><br> 5,806.00 | 5,806.00 <br><br> 0.00 |

Sheet _77_ of _89_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal |  | 8,583.59 |
(Total of this page) | 8,583.59 | 0.00 |

In re **Solavei, LLC**                                    ,         Case No. _____

                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **6118479** <br><br> **PA DEPT OF REV. - GRT** <br> **PO BOX 280407** <br> **HARRISBURG, PA 17128-0407** | - | | Various | | | X | 7,011.38 | 7,011.38 | 0.00 |
| Account No. **45-4002000** <br><br> **PARISH OF CADDO (E-911)** <br> **1144 TEXAS AVENUE** <br> **SHREVEPORT, LA 71101-3343** | - | | Various | | | X | 189.00 | 189.00 | 0.00 |
| Account No. <br><br> **PARISH OF EAST BATON ROUGE** <br> **P.O. BOX 2590** <br> **BATON ROUGE, LA 70821-2590** | - | | Various | | | X | 126.82 | 126.82 | 0.00 |
| Account No. **45-4002000** <br><br> **PARISH OF EAST BATON ROUGE (E-911)** <br> **P.O. BOX 2590** <br> **BATON ROUGE, LA 70821-2590** | - | | Various | | | X | 184.30 | 184.30 | 0.00 |
| Account No. **45-4002000** <br><br> **PARISH OF ST. BERNARD (E-911)** <br> **8201 W JUDGE PEREZ DRIVE** <br> **CHALMETTE, LA 70043** | - | | Various | | | X | 170.75 | 170.75 | 0.00 |

Sheet **78** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal        7,682.25

(Total of this page)      7,682.25      0.00

In re **Solavei, LLC**                                          , Case No. _____

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** <br><br>**PARISH OF ST. TAMMANY (E-911)**<br>510 EAST BOSTON STREET<br>SUITE 200<br>COVINGTON, LA 70433 | - | | Various | | | X | 252.30 | | |
| | | | | | | | 252.30 | | 0.00 |
| Account No. **0537549-0017** <br><br>**PR SALES & USE TAX**<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | - | | Various | | | X | 9,883.00 | | |
| | | | | | | | 9,883.00 | | 0.00 |
| Account No. <br><br>**PRINCE GEORGE'S COUNTY**<br>14741 GOV. ODEN BOWIE DRIVE<br>SUITE 1090<br>UPPER MARLBORO, MD 20772 | - | | Various | | | X | 2,056.00 | | |
| | | | | | | | 2,056.00 | | 0.00 |
| Account No. <br><br>**PUBLIC UTILITIES COMMISSION OF NEVADA**<br>1150 E. WILLIAM STREET<br>CARSON CITY, NV 89701-3109 | - | | Various | | | X | 1,941.97 | | |
| | | | | | | | 1,941.97 | | 0.00 |
| Account No. **45-4002000** <br><br>**PUEBLO COUNTY 911**<br>215 W 10TH STREET<br>PUEBLO, CO 81003 | - | | Various | | | X | 233.80 | | |
| | | | | | | | 233.80 | | 0.00 |

Sheet **79** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 14,367.07
(Total of this page) — 14,367.07     0.00

In re **Solavei, LLC**                          , Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| PUEBLO DEPT. OF FIN (911) P.O. BOX 1427 PUEBLO, CO 81002 | - | | | | | X | | 409.80 | |
| | | | | | | | 409.80 | | 0.00 |
| Account No. | | | Various | | | | | | |
| RANCHO CORDOVA (UUT) 2729 PROSPECT PARK DRIVE RANCHO CORDOVA, CA 95670 | - | | | | | X | | 248.49 | |
| | | | | | | | 248.49 | | 0.00 |
| Account No. | | | Various | | | | | | |
| RDS (AL) P. O. BOX 830725 BIRMINGHAM, AL 35283-0725 | - | | | | | X | | 281.66 | |
| | | | | | | | 281.66 | | 0.00 |
| Account No. 99923 | | | Various | | | | | | |
| RENO CITY HALL PO BOX 1900 RENO, NV 89505 | - | | | | | X | | 240.75 | |
| | | | | | | | 240.75 | | 0.00 |
| Account No. 45-4002000 | | | Various | | | | | | |
| RHODE ISLAND DIV. OF TAX. ONE CAPITOL HILL PROVIDENCE, RI 02908-5800 | - | | | | | X | | 218.00 | |
| | | | | | | | 218.00 | | 0.00 |

Sheet __80__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | | |
|---|---|---|
| Subtotal | 1,398.70 | |
| (Total of this page) | 1,398.70 | 0.00 |

In re **Solavei, LLC**                           ,         Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| ROCKLAND CNTY FIN DEPT. (E-911) 18 NEW HEMPSTEAD ROAD NEW CITY, NY 10956 | - | | | | | X | | 172.90 | |
| | | | | | | | 172.90 | | 0.00 |
| Account No. 475168 | | | Various | | | | | | |
| SAN FRANCISCO TAX COLLECTOR (911) P.O. BOX 7425 SAN FRANCISCO, CA 94120-7425 | - | | | | | X | | 1,953.68 | |
| | | | | | | | 1,953.68 | | 0.00 |
| Account No. | | | Various | | | | | | |
| SANTA FE SPRINGS (UUT) 11710 TELEGRAPH ROAD SANTA FE SPRINGS, CA 90670 | - | | | | | X | | 141.87 | |
| | | | | | | | 141.87 | | 0.00 |
| Account No. 099508143 | | | Various | | | | | | |
| SC DEPT OF REV (911) SALES TAX (911) COLUMBIA, SC 29214-0106 | - | | | | | X | | 1,017.71 | |
| | | | | | | | 1,017.71 | | 0.00 |
| Account No. 099508143 | | | Various | | | | | | |
| SC DEPT OF REV (S&U) SALES TAX COLUMBIA, SC 29214-0101 | - | | | | | X | | 2,704.00 | |
| | | | | | | | 2,704.00 | | 0.00 |

Sheet **81** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal               **5,990.16**
(Total of this page)   **5,990.16**        **0.00**

In re **Solavei, LLC**                                   ,     Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **1026-2611-ST** | | | | Various | | | | | | |
| SD DEPT OF REVENUE (S&U) PO BOX 5055 SIOUX FALLS, SD 57117-5055 | - | | | | | | X | | 141.00 | |
| | | | | | | | | 141.00 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| SPRINGFIELD - UTIL LICNSE TAX PO BOX 8368 SPRINGFIELD, MO 65801-8368 | - | | | | | | X | | 4,395.05 | |
| | | | | | | | | 4,395.05 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| ST LOUIS COUNTY - LIC DIV 41 SOUTH CENTRAL AVENUE ST LOUIS, MO 63105 | - | | | | | | X | | 2,965.61 | |
| | | | | | | | | 2,965.61 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| ST OF RHODE ISLAND (S&U) PO BOX 9706 PROVIDENCE, RI 02940-9706 | - | | | | | | X | | 689.00 | |
| | | | | | | | | 689.00 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| ST. CHARLES PARISH COMMUN DIST P.O. BOX 302 HAHNVILLE, LA 70057 | - | | | | | | X | | 124.95 | |
| | | | | | | | | 124.95 | | 0.00 |

Sheet **82** of **89** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal               8,315.61
(Total of this page)   8,315.61       0.00

In re **Solavei, LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **35-102063** | | | | Various | | | | | |
| **STATE BRD OF EQ - 911** P.O. BOX 942879 SACRAMENTO, CA 94279-0088 | - | | | | | | X | | 11,790.71 |
| | | | | | | | | 11,790.71 | 0.00 |
| Account No. **61562532-SLS** | | | | Various | | | | | |
| **STATE OF ARKANSAS, DEPT OF FIN & ADMIN** P.O. BOX 3861 LITTLE ROCK, AR 72203-3861 | - | | | | | | X | | 818.00 |
| | | | | | | | | 818.00 | 0.00 |
| Account No. **57392615-001** | | | | Various | | | | | |
| **STATE OF CONNECTICUT** PO BOX 5030 HARTFORD, CT 06102-5030 | - | | | | | | X | | 6,396.74 |
| | | | | | | | | 6,396.74 | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | |
| **STATE OF HAWAII PUC** 465 SOUTH KING STREET, #103 HONOLULU, HI 96813 | - | | | | | | X | | 6,344.12 |
| | | | | | | | | 6,344.12 | 0.00 |
| Account No. **14967485** | | | | Various | | | | | |
| **STATE OF MARYLAND (S&U)** P.O. BOX 207 ANNAPOLIS, MD 21404-0207 | - | | | | | | X | | 4,878.00 |
| | | | | | | | | 4,878.00 | 0.00 |

Sheet __83__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 30,227.57 |
|---|---|---|
| (Total of this page) | 30,227.57 | 0.00 |

In re     **Solavei, LLC**                                                              ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **45-4002000** | | | Various | | | | | |
| **STATE OF MARYLAND (USF) P.O. BOX 207 ANNAPOLIS, MD 21404-0207** | - | | | | | X | | 365.36 |
| | | | | | | | 365.36 | 0.00 |
| Account No. **911090** | | | Various | | | | | |
| **STATEWIDE 9-1-1 BOARD 10 WEST MARKET ST SUITE 2950 INDIANAPOLIS, IN 46204** | - | | | | | X | | 866.00 |
| | | | | | | | 866.00 | 0.00 |
| Account No. **45-4002000** | | | Various | | | | | |
| **SUFFOLK COUNTY (911) 30 YAPHANK AVENUE YAPHANK, NY 11980** | - | | | | | X | | 647.10 |
| | | | | | | | 647.10 | 0.00 |
| Account No. | | | Various | | | | | |
| **TANGIPAHOA PARISH (E911) P.O BOX 505 AMITE, LA 70422** | - | | | | | X | | 183.60 |
| | | | | | | | 183.60 | 0.00 |
| Account No. | | | Various | | | | | |
| **TAX COLL, PARISH OF ST. TAMMANY P.O. BOX 61041 NEW ORLEANS, LA 70161-1041** | - | | | | | X | | 151.47 |
| | | | | | | | 151.47 | 0.00 |

Sheet __84__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 2,213.53 |
| (Total of this page) | 2,213.53    0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Solavei, LLC** _____ ,  Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **CRS 03-253221-00-0** | | | | Various | | | | | |
| **TAXATION & REVENUE DEPT**<br>**P.O BOX 25123**<br>**SANTA FE, NM 87504-5123** | - | | | | | | X | | 225.05 |
| | | | | | | | | 225.05 | 0.00 |
| Account No. **CRS 03-253221-00-0** | | | | Various | | | | | |
| **TAXATION & REVENUE DEPT (E-911)**<br>**P.O BOX 25123**<br>**SANTA FE, NM 87504-5123** | - | | | | | | X | | 445.00 |
| | | | | | | | | 445.00 | 0.00 |
| Account No. **CRS 03-253221-00-0** | | | | Various | | | | | |
| **TAXATION & REVENUE DEPT (SLS/GRT)**<br>**PO BOX 25128**<br>**SANTA FE, NM 87504-5128** | - | | | | | | X | | 4,787.80 |
| | | | | | | | | 4,787.80 | 0.00 |
| Account No. **TX015315** | | | | Various | | | | | |
| **TEXAS USF**<br>**P.O. BOX 121033**<br>**DALLAS, TX 75312-1033** | - | | | | | | X | | 17,921.00 |
| | | | | | | | | 17,921.00 | 0.00 |
| Account No. **785177140** | | | | Various | | | | | |
| **TN DEPT OF REV - UTIL SALES**<br>**500 DEADERICK STREET**<br>**NASHVILLE, TN 37242-0700** | - | | | | | | X | | 4,627.00 |
| | | | | | | | | 4,627.00 | 0.00 |

Sheet __85__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 28,005.85 | |
|---|---|---|---|
| | (Total of this page) | 28,005.85 | 0.00 |

In re **Solavei, LLC** _____ ,    Case No. _____

                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Various | | | | | | |
| TN EMERG COMM. BOARD 500 JAMES ROBERTSON PKWY NASHVILLE, TN 37243-0582 | - | | | | | | X | | 2,949.00 | |
| | | | | | | | | 2,949.00 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| UNIVERSITY CITY (BUS LIC) 6801 DELMAR BLVD. UNIVERSITY CITY, MO 63130-1011 | - | | | | | | X | | 436.45 | |
| | | | | | | | | 436.45 | | 0.00 |
| Account No. 829415 | | | | Various | | | | | | |
| USAC P.O. BOX 105056 ATLANTA, GA 30348-5056 | - | | | | | | X | | 377,176.42 | |
| | | | | | | | | 377,176.42 | | 0.00 |
| Account No. 12885486 004 | | | | Various | | | | | | |
| UT PUBLIC SERVICE COMM (TRS) 160 E 300 S SUITE 400 SALT LAKE CITY, UT 84111 | - | | | | | | X | | 278.55 | |
| | | | | | | | | 278.55 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| UT PUBLIC SERVICE COMM (USF) 160 E 300 S SUITE 400 SALT LAKE CITY, UT 84111 | - | | | | | | X | | 1,497.66 | |
| | | | | | | | | 1,497.66 | | 0.00 |

Sheet __86__ of __89__ continuation sheets attached to        Subtotal      382,338.08
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    382,338.08      0.00

In re __Solavei, LLC_____ ,    Case No. _____

_____Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **12885486 004** | | | Various | | | | | | |
| **UT STATE TAX COMM - 911** **210 N 1950 W** **SALT LAKE CITY, UT 84134-0400** | - | | | | | X | 4,231.96 | 4,231.96 | 0.00 |
| Account No. **12885486 004** | | | Various | | | | | | |
| **UT STATE TAX COMM - MUNI** **210 N 1950 W** **SALT LAKE CITY, UT 84134-0400** | - | | | | | X | 7,421.64 | 7,421.64 | 0.00 |
| Account No. **12885486 004** | | | Various | | | | | | |
| **UT STATE TAX COMM - S&U** **210 N 1950 W** **SALT LAKE CITY, UT 84134-0400** | - | | | | | X | 9,235.00 | 9,235.00 | 0.00 |
| Account No. | | | Various | | | | | | |
| **VILLAGE OF FERRELVIEW (BUS LIC)** **205 NW HEADY STREET** **FERRELVIEW, MO 64163** | - | | | | | X | 184.61 | 184.61 | 0.00 |
| Account No. **75-454002000F-001** | | | Various | | | | | | |
| **VIRGINIA DEPT OF TAX. - COMM TAX** **PO BOX 26627** **RICHMOND, VA 23261-6627** | - | | | | | X | 7,198.00 | 7,198.00 | 0.00 |

Sheet __87__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal ................................ 28,271.21
(Total of this page)    28,271.21    0.00

In re  **Solavei, LLC**                                      , Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **603 183 137** | | | | Various | | | | | | |
| **WA DEPT OF REVENUE** **PO BOX 47464** **OLYMPIA, WA 98504-7464** | - | | | | | | X | | 20,641.00 | |
| | | | | | | | | 20,641.00 | | 0.00 |
| Account No. | | | | Various | | | | | | |
| **WASHOE COUNTY** **P.O. BOX 11130** **RENO, NV 89520** | - | | | | | | X | | 219.25 | |
| | | | | | | | | 219.25 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **WAYNE COUNTY TREAS OFC (E-911)** **400 MONROE STREET** **5TH FLOOR** **DETROIT, MI 48226** | - | | | | | | X | | 358.18 | |
| | | | | | | | | 358.18 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **WELD COUNTY 911** **915 10TH STREET** **GREELEY, CO 80631** | - | | | | | | X | | 509.50 | |
| | | | | | | | | 509.50 | | 0.00 |
| Account No. **45-4002000** | | | | Various | | | | | | |
| **WESTCHESTER CNTY (911)** **112 E POST ROAD** **FLOOR 3** **WHITE PLAINS, NY 10601-5113** | - | | | | | | X | | 438.40 | |
| | | | | | | | | 438.40 | | 0.00 |

Sheet __88__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                        22,166.33
(Total of this page)       22,166.33                      0.00

In re    **Solavei, LLC**                                      ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **800-1027883636-04** <br><br> **WI DEPT OF REVENUE** <br> **PO BOX 8992** <br> **MADISON, WI 53708-8992** | - | | Various | | | X | 388.00 | 388.00 / 0.00 |
| Account No. **45-4002000** <br><br> **WIRELESS ENH 911 FUND (HI)** <br> **MAIL CODE 61233** <br> **PO BOX 1300** <br> **HONOLULU, HI 96807-1300** | - | | Various | | | X | 3,054.64 | 3,054.64 / 0.00 |
| Account No. **456-1027883636-02** <br><br> **WISCONSIN DEPT OF REVENUE** <br> **PO BOX 930389** <br> **MILWAUKEE, WI 53293-0389** | - | | Various | | | X | 1,234.00 | 1,234.00 / 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __89__ of __89__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 4,676.64 | 4,676.64 / 0.00 |
| Total (Report on Summary of Schedules) | 1,420,859.53 | 1,420,859.53 / 0.00 |

## ATTACHMENT TO SCHEDULE E

The nature of the Solavei's business, as it relates to telecommunications operations, has resulted in taxes owed to close to one thousand reporting jurisdictions. This includes many nominal, one-time locations where service was not adequate to sustain a customer. The Debtor is reviewing information on approximately 550 locations owed $100 or less. The aggregate total owed to these locations is approximately $19,600. Solavei is continuing to work to identify, validate and correct the addresses and liabilities for each location. They will supplement this schedule in the near term.

In re    **Solavei, LLC**                                      ,        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1099 Tax PrepServices | | | | |
| **1099 Pro** **23901 Calabasas RD #2080** **Calabasas, CA 91302** | - | | | | | | 135.00 |
| Account No. | | | | | | | |
| **14th Floor,,,San Francisco,CA,94105,,,,, 576.47 ,,,, Legal Services** | - | | | | | | 0.00 |
| Account No. | | | Call Center Services | | | | |
| **3Cinteractive** **750 Park of Commerce Blvd** **Boca Raton, FL 33487** | - | | | | | X | 186,281.27 |
| Account No. | | | Business Consulting Services | | | | |
| **ACME Business Consultants** **249 NE Park Ave** **Portland, OR 97209** | - | | | | | | 56,743.75 |
| __21__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 243,160.02 |

In re **Solavei, LLC** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Translation Services | | | | |
| All in Spanish P.O. Box 8796 Portland, OR 97207 | - | | | | | | 375.06 |
| Account No. | | | Collection Agency Services | | | | |
| Allen Maxwell & Silver Inc. 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | - | | | | | | 806.05 |
| Account No. | | | HOC Salary Deferral & Interest | | | | |
| Allyn Heber 3342 258th Avenue Southeast Sammamish, WA 98075 | - | | | | | | 47,847.22 |
| Account No. | | | Marketing supplier | | | | |
| Alphagraphics 3131 Elliott Ave . #100 Seattle, WA 98121 | - | | | | | | 933.99 |
| Account No. | | | Notice only | | | | |
| AMEX card P.O. Box 650448 Dallas, TX 75265 | - | | | | | | 0.00 |

Sheet no. __1__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **49,962.32**

In re **Solavei, LLC**                                                  ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ascentium Corporation**<br>**P.O. Box 742965**<br>**Los Angeles, CA 90074** | - | | Network Services | | | | 899,211.00 |
| Account No.<br><br>**BDA**<br>**P.O. Box 749856**<br>**Los Angeles, CA 90074** | - | | Merchandising Services | | | | 47,781.85 |
| Account No.<br><br>**Beacon Law Advisors, PLLC**<br>**801 2nd Ave. #614**<br>**Seattle, WA 98104** | - | | Notice only | | | | 0.00 |
| Account No.<br><br>**Bellevue Place Office, LLC**<br>**P. O. Box 4186**<br>**Bellevue, WA 98009** | - | | Office/Lease property mgt company | | | | 63,546.05 |
| Account No.<br><br>**BLASTmedia, Inc.**<br>**P.O. Box 6270**<br>**Fishers, IN 46038** | - | | Public Relations Services | | | | 48,367.90 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,058,906.80**

In re  **Solavei, LLC**                                                                  ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Consulting Services | | | | |
| **Boston Consulting Group** **PO Box 75200** **Chicago, IL 60675-5200** | - | | | | | | 1,035,000.00 |
| Account No. | | | Logistic Distribution Services | | | | |
| **BrightPoint** **1615 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | 27,227.01 |
| Account No. | | | Call Center Services | | | | |
| **C3CustomerContactChannels, Inc.** **1200 S. Pines Island Road** **Plantation, FL 33324** | - | | | | | X | 3,427,427.00 |
| Account No. | | | Notice only | | | | |
| **Cascade Business Advisors LLC** **2108 92nd Ave NE** **Bellevue, WA 98004** | - | | | | | | 0.00 |
| Account No. | | | Business Consulting Services | | | | |
| **Cavallino Consulting LLC** **599 Bridgeway** **Sausalito, CA 94965** | - | | | | | X | 7,540,107.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          12,029,761.01

In re **Solavei, LLC** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| **CenturyLink** **PO Box 91155** **Seattle, WA 98111-9255** | - | | | | | | **0.00** |
| Account No. | | | Florist - Office D cor | | | | |
| **City Flowers, Inc.** **10500 NE 8th Street** **Bellevue, WA 98004** | - | | | | | | **98.55** |
| Account No. | | | Business Consulting Services | | | | |
| **CMO Consulting Group, LLC** **8101 Navidad Drive** **Austin, TX 78735** | - | | | | | | **20,000.00** |
| Account No. | | | Legal Services | | | | |
| **Corporation Service Company** **PO Box 13397** **Philadelphia, PA 19101** | - | | | | | | **1,105.52** |
| Account No. | | | Notice only | | | | |
| **Creative Circle, LLC** **5900 Wilshire Blvd. - 11th Floor** **Los Angeles, CA 90036** | - | | | | | | **0.00** |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,204.07**

In re    **Solavei, LLC**                                                            ,        Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice only | | | | |
| **Directly** **35473 Dumbarton Court** **Newark, CA 94560** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **eightCloud, Inc.** **9805 NE 116th Street** | - | | | | | | | 0.00 |
| Account No. | | | | Revenue Mgt Services | | | | |
| **Enabil** **#400 - 325 25 Street SE** **Calgary, AB T2A 7H8** **CANADA** | - | | | | | | X | 448,256.67 |
| Account No. | | | | Logistics/Shipping Services | | | | |
| **Federal Express** **P.O. Box 94515** **Palatine, IL 60094** | - | | | | | | X | 6,096.57 |
| Account No. | | | | Debit Card Mgt/Distribution Services | | | | |
| **First Data Corp** **P.O. Box 1832** **Englewood, CO 80150** | - | | | | | | X | 35,777.49 |

Sheet no. __5___ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **490,130.73**

In re **Solavei, LLC**            Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Office space maintenance services | | | | |
| GCA Services Group 3060 Solutions Center Chicago, IL 60677 | - | | | | | | | 1,708.00 |
| **Account No.** | | | | Notice only | | | | |
| Gemalto, Inc. P.O. Box 8500-54973 Philadelphia, PA 19178-4973 | - | | | | | | | 0.00 |
| **Account No.** | | | | HOC Salary Deferral & Interest | | | | |
| Gilbert Wallace 3720 131st Ave NE Bellevue, WA 98005 | - | | | | | | | 55,208.33 |
| **Account No.** | | | | Software Development Contractor Services | | | | |
| GlobalLogic Inc. PO Box 200558 Pittsburgh, PA 15251 | - | | | | | | X | 2,668,322.77 |
| **Account No.** | | | | Public Relations Services | | | | |
| GolinHarris 600 Battery Street Francisco, CA 94111 | - | | | | | | | 31,900.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal (Total of this page)    **2,757,139.10**

In re **Solavei, LLC**                                    ,      Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Logistic Distribution Services | | | | |
| Harte Hanks P.O. Box 911913 Dallas, TX 75391 | | - | | | | | | 15,454.20 |
| Account No. | | | | Notice only | | | | |
| HealthNet Plan of Oregon PO Box 9103 Van Nuys, CA 91409 | | - | | | | | | 0.00 |
| Account No. | | | | Design Services | | | | |
| Hey, 911 Western Ave, Suite 408 Seattle, WA 98104 | | - | | | | | | 38,800.00 |
| Account No. | | | | HR Services | | | | |
| HRnovations 700 112th Avenue NE Bellevue, WA 98004 | | - | | | | | | 13,733.19 |
| Account No. | | | | Cell Phone Hardware | | | | |
| HTC 13920 SE Eastgate Way #400 Bellevue, WA 98005 | | - | | | | | X | 946,814.00 |

Sheet no. __7__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
(Total of this page)         **1,014,801.39**

In re   **Solavei, LLC**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Media Design Services | | | | |
| In Both Ears, Inc. 2505 SE 11th Avenue Portland, OR 97202 | | - | | | | | | 6,583.00 |
| Account No. | | | | Busines Insurance Broker | | | | |
| IPFS Corporation PO Box 100391 Pasadena, CA 91189 | | - | | | | | | 54,602.00 |
| Account No. | | | | Document Storage Facility | | | | |
| Iron Mountain PO Box 27128 New York, NY 10087 | | - | | | | | | 55.04 |
| Account No. | | | | Web Survey Services | | | | |
| J.D. Power and Associates Corporate Accounts Receivable Los Angeles, CA 90051 | | - | | | | | | 24,500.00 |
| Account No. | | | | Legal Services | | | | |
| Jackson Lewis, Attorneys at Law c/o Jackson Lewis Ste 2300 Seattle, WA 98101 | | - | | | | | | 5,006.74 |

Sheet no. __8___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **90,746.78**

In re **Solavei, LLC**                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice only | | | | |
| Jamie Kuhnhausen 34614 SE Curtis Drive Snoqualmie, WA 98065 | - | | | | | | | 0.00 |
| Account No. | | | | Business Consulting Services | | | | |
| Jenetek 2726 NE 159th Circle Ridgefield, WA 98642 | - | | | | | | | 1,462.50 |
| Account No. | | | | Commission Software Company | | | | |
| Jenkon 203 SE Park Plaza Drive Vancouver, WA 98684 | - | | | | | | | 99,041.65 |
| Account No. | | | | Notice only | | | | |
| Jive 915 SW Stark Street #200 Portland, OR 97205 | - | | | | | | | 0.00 |
| Account No. | | | | HOC Salary Deferral & Interest | | | | |
| Jose Rojas 7225 245th Way Northeast Redmond, WA 98053 | - | | | | | | | 27,604.17 |

Sheet no. __9__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          128,108.32

In re  **Solavei, LLC**                                                    ,          Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Financial Institution - Bank | | | | |
| JP Morgan PO Box 6076 Newark, DE 19714-6076 | | - | | | | | | 10,750.00 |
| Account No. | | | | 911 Tax | | | | |
| Junta De Gobierno Del Servicio 9-1-1 N/A | | - | | | | | | 14.59 |
| Account No. | | | | Tax Consulting Services | | | | |
| KPMG LLP P.O.Box 120970 Dept 0970 Dallas, TX 75312 | | - | | | | | | 0.00 |
| Account No. | | | | Legal Services | | | | |
| Latham & Watkins LLP WarbugstraBe 50 20354 Hamburg GERMANY | | - | | | | | | 18,291.64 |
| Account No. | | | | Legal Services | | | | |
| Lee & Hayes, PLLC 601 W Riverside Ave. #1400 Spokane, WA 99201 | | - | | | | | X | 89,270.16 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                118,326.39

In re **Solavei, LLC**,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Linda Berry<br>7707 Fairway Ave SE Unit 203<br>Snoqualmie, WA 98065 | | - | Notice only | | | | 0.00 |
| Account No.<br>Maria Pinchevsky<br>1118 Garrett Way<br>Mount Juliet, TN 37122 | | - | HOC Salary Deferral & Interest | | | | 47,847.96 |
| Account No.<br>Melendez Torres Law PSC<br>255 Ave Ponce DE Leon #715<br>San Juan, PR 00917 | | - | Legal Services | | | | 1,425.00 |
| Account No.<br>Method, Inc.<br>972 Mission St Fl. 2<br>San Francisco, CA 94103 | | - | Media Design Services | | | | 74,599.60 |
| Account No.<br>Michael McKennedy<br>11 Country Club Drive<br>Jericho, VT 05465 | | - | Notice only | | | | 0.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **123,872.56**

In re **Solavei, LLC**_____, Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Office Suite Licensing Services | | | | |
| **Microsoft Licensing, GP (Azure)**<br>**11 Country Club DR #5010**<br>**Dallas, TX 75207** | | - | | | | | | 13,866.67 |
| Account No. | | | | Web Design Services | | | | |
| **Minh Graphic Design**<br>**15402 146th PL SE**<br>**Renton, WA 98058** | | - | | | | | | 416.00 |
| Account No. | | | | Payment Service Vendor | | | | |
| **Moneygram**<br>**P.O. Box 911788**<br>**Denver, CO 80291** | | - | | | | | | 825.33 |
| Account No. | | | | Notice only | | | | |
| **Nathan Gooden**<br>**10542 Arnold Palmer Drive**<br>**Raleigh, NC 27617** | | - | | | | | | 0.00 |
| Account No. | | | | Call Center Services | | | | |
| **NCO**<br>**24892 Network Place**<br>**Chicago, IL 60673** | | - | | | | | | 556,030.40 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **571,138.40**

In re **Solavei, LLC**                                                          ,                    Case No. _____

_____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | IT Maintence Services | | | | |
| Neudesic 8105 Irvine Center DR #1200 Irvine, CA 92618 | - | | | | | | | 9,998.00 |
| Account No. | | | | Tax Consulting Services | | | | |
| Neustar 46000 Center Oak Plaza Sterling, VA 20166 | - | | | | | | | 2,500.00 |
| Account No. | | | | Storage & Leasehold Improvement Service Company | | | | |
| Oasis Inc. P.O. Box 1726 Woodinville, WA 98072 | - | | | | | | | 328.33 |
| Account No. | | | | Office Supplies | | | | |
| Office Depot PO Box 70049 Los Angeles, CA 90074 | - | | | | | | | 1,441.00 |
| Account No. | | | | Financial Institution - Bank | | | | |
| Opus Bank 19900 MacArthur Blvd Irvine, CA 92612 | - | | | | | | | 22,611.23 |

Sheet no. __13__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          36,878.56

In re __**Solavei, LLC**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Storage Facility | | | | |
| **Orange Courier, Inc.**<br>**P.O. Box 5308**<br>**Santa Ana, CA 92704-5308** | - | | | | | | |
| | | | | | | | 325.00 |
| Account No. | | | Legal Services | | | | |
| **Perkins Coie**<br>**1201 Third Avenue**<br>**Seattle, WA 98101** | - | | | | | | |
| | | | | | | | 470,716.78 |
| Account No. | | | Postage Services | | | | |
| **Pitney Bowes**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250** | - | | | | | | |
| | | | | | | | 681.32 |
| Account No. | | | | | | | |
| **PMB# 7156,,,Kirkland,WA,98034,,,,,,,,**<br>**$1**<br>**413.33 ,,,, CMS Services** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Office Refreshment Services | | | | |
| **Pot O'Gold, Inc.**<br>**13205 SE 30th Street, Suite 104**<br>**Bellevue, WA 98004** | - | | | | | | |
| | | | | | | | 6,709.50 |

Sheet no. __**14**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           478,432.60

In re **Solavei, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| Rachel Bermudez 20315 121st Ct SE Kent, WA 98031 | - | | | | | | 0.00 |
| Account No. | | | Staffing/Contractor Company | | | | |
| Resource Global Professionals File 55221 Los Angeles, CA 90074-5221 | - | | | | | | 10,224.00 |
| Account No. | | | Payment Gateway/Fraud service company | | | | |
| Retail Decisions inc (ReD) Metropark Edison, NJ 08837 | - | | | | | | 74,820.82 |
| Account No. | | | HOC Salary Deferral & Interest | | | | |
| Richard White 6788 NE Wood Bay Lane Poulsbo, WA 98370 | - | | | | | | 42,326.37 |
| Account No. | | | Notice only | | | | |
| Rocksauce Studios, LLC 7703 North Lamar Blvd. #520 Austin, Texas 78752-0000 | - | | | | | | 0.00 |

Sheet no. __15__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 127,371.19

Case 14-14505-TWD    Doc 1    Filed 06/11/14    Ent. 06/11/14 10:05:43    Pg. 146 of 249

In re __**Solavei, LLC**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Royal Caribbean 1080 Caribbean Way, 4th Floor Miami, FL 33132 | - | | | | | | | 0.00 |
| Account No. | | | | CMS Services | | | | |
| SalesForce.com P.O. Box 203141 Dallas, TX 75320 | - | | | | | | | 19,937.29 |
| Account No. | | | | | | | | |
| Sedgwick LLP 135 Main St. | - | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Sedo.com LLC 161 First Street Fl. 4 Cambridge, MA 02142 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| SEI Meeting & Incentives 122 W John Carpenter Freeway Irving, TX 75039 | - | | | | | | | 0.00 |

Sheet no. _**16**_ of _**21**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,937.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Solavei, LLC**
                                                                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Printer Rental Company | | | | |
| Service Business Equipment & Sales 20648 84th Ave S Kent, WA 01224 | - | | | | | | 3,600.99 |
| Account No. | | | CMS Services | | | | |
| Silverpop PO Box 347925 Pittsburg, PA 15251 | - | | | | | | 7,802.90 |
| Account No. | | | Staffing/Contractor Company | | | | |
| Slalom Consulting P.O. Box 101416 Pasadena, CA 91189 | - | | | | | X | 120,182.00 |
| Account No. | | | Notice only | | | | |
| SoftChoices Corp 314 W Superior Street #301 Chicago, IL 60654 | - | | | | | | 0.00 |
| Account No. | | | Office Supplies | | | | |
| Staples P.O. Box 83689 Chicago, IL 60696 | - | | | | | | 300.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **131,885.89**

In re **Solavei, LLC**
,
                                                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Stoneledge Consulting<br>7720 Overlake Drive W<br>Medina, WA 98038 | | - | Business Consulting Services | | | | 75,000.00 |
| Account No. <br><br>Stradling Attorney's at Law<br>660 Newport Centter Drive Suite 1600<br>Beach, CA 92660 | | - | Legal Services | | | | 17,418.27 |
| Account No. <br><br>Success Partners Holding Co.<br>200 Swisher Road<br>Lake Dallas, TX 75065 | | - | Events/Marketing Media Company | | | | 731.00 |
| Account No. <br><br>Sun Life Insurance<br>520 Pike St #2910<br>Seattle, WA 92660 | | - | Notice only | | | | 0.00 |
| Account No. <br><br>The HartFord<br>PO Box 660916<br>Dallas, TX 75266-0916 | | - | Business Insurance | | | | 115.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,264.27

In re **Solavei, LLC**                                                                 ,     Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| The Kelly Group 11170 79th place NE Kirkland, WA 98034 | - | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| TW Telecom P.O.Box 17256 Denver, CO 80217 | - | | | | | | 0.00 |
| Account No. | | | Telecommunication Services | | | | |
| Tweakker P.O.Box 172567 Denmark | - | | | | | | 16,135.93 |
| Account No. | | | Telecommunication Services | | | | |
| US Directory Assistance P.O. Box 249 Barrington, RI 02806 | - | | | | | | 3,151.98 |
| Account No. | | | Notice only | | | | |
| USAC 2000 L Street NW #200 Washington, DC 20036 | - | | | | | | 0.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **19,287.91**

B6F (Official Form 6F) (12/07) - Cont.

In re **Solavei, LLC** , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Video Plus, L.P.**<br>**P.O. Box 671186**<br>**Dallas, TX 75267** | | - | Notice only | | | | 0.00 |
| Account No.<br><br>**Vossler Media Group**<br>**11730 118th Ave NE**<br>**Suite, WA 98037** | | - | Events/Marketing Media Company | | | | 3,236.11 |
| Account No.<br><br>**VSP**<br>**P.O. Box 45200**<br>**San Francisco, CA 94145** | | - | Notice only | | | | 0.00 |
| Account No.<br><br>**Washington Dental Service**<br>**PO Box 84885**<br>**Seattle, WA 98124-6185** | | - | Notice only | | | | 0.00 |
| Account No.<br><br>**WhiteRiver Partners Ltd**<br>**145-157 St John Street**<br>**PW 00004**<br>**LONDON** | | - | Notice only | | | | 0.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,236.11**

In re    **Solavei, LLC**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| **Willis of Seattle, Inc P.O. Box 100252 Pasadena, CA 91189** | - | | | | | | 0.00 |
| Account No. | | | Telecommunication Services | | | | |
| **Wireless Data Services, North Am. Inc 3933 Lake Washington Blvd NE Kirkland, WA 98033** | - | | | | | | 145,806.45 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 145,806.45 |
| Total (Report on Summary of Schedules) | | 19,753,358.16 |

In re    **Solavei, LLC** _____,    Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 3Cinteractive<br>750 Park of Commerce Blvd<br>Boca Raton, FL 33487 | Services contract - payment gateway, fraud detection and credjt card processing/settlement |
| Aerotek Professional Services<br>3689 Collection Ctr Dr<br>Chicago, IL 60693 | Services contract - contract resources |
| Beacon Law Advisors, PLLC<br>801 2nd Ave #614<br>Seattle, WA 98104 | Legal Services Agreement |
| Bellevue Place Office, LLC<br>P. O. Box 4186<br>Bellevue, WA 98009 | Office lease |
| BrightPoint<br>1615 Paysphere Circle<br>Chicago, IL 60674 | Services contract - sim card inventory management and distribution |
| Cavallino Consulting LLC<br>599 Bridgeway<br>Sausalito, CA 94965 | Services contract - professional consulting services |
| eightCloud, Inc.<br>9805 NE 116th St PMB 7156<br>Kirkland, WA 98034 | Services contract - cloud based services |
| Enabil<br>400 325 25 Street SE<br>Calgary, AB T2A & H8<br>CANADA | Services contract - wireless mobile billing platform |
| First Data Corp<br>PO BOX 1832<br>Englewood, CO 80150 | Services contract - debit card management |
| GlobalLogic Inc.<br>PO BOX 200558<br>Pittsburgh, PA 15251 | Services contract - software development |
| Harte Hanks<br>PO BOX 911913<br>Dallas, TX 75391 | Services contract - sim card inventory management and distribution |

**2**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Solavei, LLC**                                                                    ,  Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **HealthNet Plan of Oregon**<br>**PO BOX 9103**<br>**Van Nuys, CA 91409** | **Services contract - insurance** |
| **HRnovations**<br>**700 112th Avenue NE**<br>**Bellevue, WA 98004** | **Services contract - HR services** |
| **IPFS Corporation**<br>**PO BOX 100391**<br>**Pasadena, CA 91189** | **Services contract - insurance** |
| **Jenkon**<br>**203 SE Park Plaza Dr**<br>**Vancouver, WA 98684** | **Services contract - software license agreement, program development** |
| **Jive**<br>**915 SW Stark Street**<br>**Suite 400**<br>**Portland, OR 97205** | **Services contract - software license for member support platform** |
| **JP Morgan**<br>**PO BOX 6076**<br>**Newark, DE 19714-6076** | **Services contract - banking services** |
| **Microsoft Licensing, GP (Azure**<br>**Suite 5010**<br>**1950 N Stemmons Fwy LB#842467**<br>**Dallas, TX 75207** | **Services contract - cloud based services** |
| **NCO**<br>**24892 Network Place**<br>**Chicago, IL 60673** | **Services contract - wireless mobile call center** |
| **Retail Decisions inc (ReD)**<br>**379 Thornall Street Fl 7**<br>**Edison, NJ 08837** | **Services contract - payment gateway, fraud detection and credit card processing/settlement** |
| **Rocksauce Studios, LLC**<br>**7703 North Lamar Bvd, Ste 520**<br>**Mission, TX 78572** | **Services contract - software development** |
| **Royal Carribean**<br>**2901 SW 145 Street**<br>**Miramar, FL 33027** | **Services contract - event planning** |
| **Sales Force**<br>**PO Box 203141**<br>**Dallas, TX 75320-3141** | **Member support services** |
| **SEI Meetings and Incentives**<br>**122 W. Carpenter Frwy, Ste 400**<br>**Irving, TX 75039** | **Services contract - event planning** |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Solavei, LLC**                                                      , Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Service Business Equipment & S**<br>**20648 84th Ave S**<br>**Kent, WA 01224** | **Equipment lease - fax, copier, printer** |
| **Silverpop**<br>**PO BOX 347925**<br>**Pittsburg, PA 15251** | **Services contract - online communications** |
| **Slalom Consulting**<br>**PO BOX 101416**<br>**Pasadena, CA 91189** | **Services contract - professional IT consulting services** |
| **Sun Life Insurance**<br>**520 Pike St #2910**<br>**Seattle, WA 92660** | **Services contract - insurance** |
| **T-Mobile USA, Inc.**<br>**Legal Dept. - General Counsel**<br>**12920 S.E. 38th St.**<br>**Bellevue, WA 98006** | **Services contract - wireless mobile wholesale platform** |
| **Tweakker**<br>**NY Banegaardsgade 55**<br>**8000 Aarhus C**<br>**DENMARK** | **Services contract - mobile device support** |
| **Wireless Data Srvcs N America**<br>**3933 Lake WA Blvd NE**<br>**Kirkland, WA 98033** | **Services contract - mobile device support** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

.

In re   **Solavei, LLC**                          ,       Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

____ **0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Washington

In re    **Solavei, LLC**                                  Case No. _____

                                  Debtor(s)          Chapter     **11**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the General Counsel and Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**155**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 11, 2014**                 Signature    **/s/ Richard A. White** _____

                                                 **Richard A. White**

                                                 **General Counsel and Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Solavei, LLC**                                   Case No.                            
                                            Debtor(s)         Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐        business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$26,348,501.60** | **January 1 through 6/11/14** |
| **$60,660,340.00** | **2013** |
| **$8,895,211.00** | **2012** |

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■        during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                          SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$20,250,088.62** | **$0.00** |

None □

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$1,610,430.02** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Siteline Production, Inc. v. Solavei, LLC Case No. 30-2013-00632859-CU-BC-CJC** | **Breach of Contract Action** | **Superior Cour tof California for Orange County, Central District** | **Dismissed** |
| **C3/CustomerContactChannels, Inc. v. Solavei, LLC Case No. 13-62110-CIV-SCOLA** | **Breach of Contract Action** | **U.S. District Court, SD Florida, Ft. Lauderdale** | **Motion for Sumary Judgment Filed** |
| **Ascentium, Inc. dba Smith Co., v. Solavei, LLC Case No. 14-2-06944-SEA** | **Breach of Contract Action** | **King County Superior Court** | **Complaint and answer have been filed** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Solavei, LLC v. Ryan and Caroline Luelf Case No. 14-2-02137** | **Suit on competition and confidentiality clause** | **King County Superior Court** | **Complaint filed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 10/2/13 | $5,995.50 in payment of 9/10/13 Invoice 18745 for $5,995.50 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 10/8/13 | $4,889.75 in payment of 10/3/13 Invoice 18842 for $4,889.75 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 11/4/13 | $2,203.20 in payment of 10/29/13 Invoice 18897 for $2,023.2 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 2/3/14 | $15,938.00 in payment of 12/4/13 Invoice 18927 for $6,278.00 and 1/31/14 Invoice 19001 for $9,660.00 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 4/14/14 | $41,239.35 in payment of 3/7/14 Invoice 19063 for $42,612.01 and |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 5/21/14 | $1,372.66 in payment of 4/4/14 Invoice 19122 for $1,372.66 (Balance of Invoice 19063) |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 5/21/14 | $10,9494 in payment of 5/21/14 Invoice 19235 for services from 5/1/14 through 5/21/14 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 5/21/15 | $200,000.00 Pre-filing retainer |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | 6/9/14 | $2,946 in payment of 5/29/14 Invoice 19257 for $2,946 |
| Bush Strout & Kornfeld, LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373 | June 10, 2014 | $15,232.50 in payment of 6/10/14 Invoice 19276 for $15,232.50 |

#### 10.  Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various (See SOFA 3c)** | | **Solavei received funds from third parties in connection with a potential Tranche C bridge financing.  The bridge financing was never consummated and Solavei returned the funds to the potential investors   (See Response to SOFA 3b).** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Bellevue Skyline Tower**<br>**10900 NE 4th Street, Suite 2300**<br>**Bellevue, WA 98004** | **Solavei, LLC** | **March 2012-July 2012** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Solavei Puerto Rico, LLC** | 66-0791366 | **10500 NE 8th Street, Suite 1300 Bellevue, WA 98004** | **Telecommunication** | **November 2012 through present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                     ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Allyn Hebner 10500 NE 8th St. Bellevue, WA 98004** | **2012-Present** |
| **Justin Connell 10500 NE 8th St. Bellevue, WA 98004** | **2012-Present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Moss Adams LLP** | **PO Box 748369 Los Angeles, CA 90074** | |

None □    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
         of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Allyn Hebner** | **10500 NE 8th St.**<br>**Bellevue, WA 98004** |
| **Justin Connell** | **10500 NE 8th St.**<br>**Bellevue, WA 98004** |

None □    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
         issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Various** | **The company has distributed a draft of its 2012 financial statements to Opus Bank and a limited number of key vendors upon request. The company has also made internal financial statements available to potential investors and bridge lenders through the electronic dataroom maintained in conjunction with fundraising activities.** |

## 20. Inventories

None □    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
         and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| **May 2014** | **Justin Connell** | **Sim Cards $65,763 - Cost Basis** |
| **May 2014** | **Justin Connell** | **Debit Cards - $46,001 - Cost Basis** |

None □    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **May 2014** | **Harte Hanks - Contact: Robin Mitchell**<br>**PO BOX 911913**<br>**Dallas, TX 75391** |
| **May 2014** | **First Data - Money Network**<br>**Contact: Jim Endiso**<br>**PO Box 1832**<br>**Englewood, CO 80150-1832** |

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ryan Wuerch**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **CEO** | **Voting Common 26.8%**<br>**Non-Voting Common .5%**<br>**Convertible from Notes 2.0%**<br>**Non-Voting Options and Warrants 8.3%**<br>**Total: 37.6%** |
| **Rick White**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **General Counsel** | **Non-Voting Common .9%**<br>**Non-Voting Options .1%**<br>**Total: 1.0%** |
| **Allyn Hebner**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **CFO** | **Non-Voting Common .9%**<br>**Non-Voting Option .2%**<br>**Total: 1.1%** |
| **Gary Adams**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **Director** | **Series A Preferred 1.2%**<br>**Serios B Preferred .3%**<br>**Convertible from Notes .3%**<br>**Non-Voting Options and Warrants 2.1%**<br>**Total: 3.9%** |
| **Brian Turner**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **Director** | **Series A Preferred .2%**<br>**Convertible from Notes .2%**<br>**Non-Voting Optionsand Warrants 1.5%**<br>**Total: 2.0%** |
| **Jonathan Miller**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **Director** | **Series A Preferred .1%**<br>**Convertible from Notes .0%**<br>**Non-Voting Options and Warrants .2%**<br>**Total: .3%** |
| **David Burnett**<br>**10900 NE 4th St., Suite 2300**<br>**Bellevue, WA 98004** | **Director** | **Series A Preferred .2%**<br>**Series B Preferred .5%**<br>**Convertible from Notes .2%**<br>**Non-Voting Options and Warrants 1%**<br>**Total: 1.9%** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Response to SOFA 3c** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 11, 2014**                                     Signature   **/s/ Richard A. White**
                                                                        **Richard A. White**
                                                                        **General Counsel and Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re Solavei, LLC                              Case No. _____

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS #3b (part 1)**

# 3. Payments to Creditors

| B Payment # | Name / Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7384 | Connecticut Dept of Emergency Svcs | 1111 Country Club RoadMiddletown CT 06457 | Vendor | 2/10/2014 | (753.20) |
| 7411 | The Kelly Group | 11170 79th place NEKirkland WA 98034 | Vendor | 2/10/2014 | (20,000.00) |
| 7409 | Tahila Sutton | 1143 Makakoa StreetHonolulu HI 96825 | Vendor | 2/10/2014 | (1,071.76) |
| 7389 | Commonwealth of Massachusetts (911) | 1380 Bay StreetBldg CTaunton MA 02780 | Vendor | 2/10/2014 | (1,508.93) |
| 7402 | PRINCE GEORGE'S COUNTY | 14741 GOV. ODEN BOWIE DRIVESUITE 1090UPPER MARLBORO MD 20772 | Vendor | 2/10/2014 | (1,740.00) |
| 7406 | Jan Marie Bourgeois | 17424 NE 160th AVEBrush Prairie WA 98072 | Vendor | 2/10/2014 | (35.00) |
| 7390 | TREASURER, STATE OF MAINE E9-1-1 | 18 SHSAugusta ME 4333 | Vendor | 2/10/2014 | (19.80) |
| 7391 | Steve Matlock | 2108 92nd Ave NEClyde Hill WA 98004 | Vendor | 2/10/2014 | (969.97) |
| 7410 | New Hampshire Bur. Of Emerg. Comm. | 33 Hazen DriveConcord NH 03305 | Vendor | 2/10/2014 | (73.00) |
| 7408 | PUERTO RICO TELECOM REG. BOARD | 500 AVE ROBERTO H TODDSAN JUAN PR 00960-3981 | Vendor | 2/10/2014 | (303.85) |
| 7387 | Illinois Commerce Comm. - WETSA | 527 East CapitolAvenueSpringfield IL 62071 | Vendor | 2/10/2014 | (1,275.31) |
| 7405 | Black Box Corp | Dept LA 215787Pasadena CA 91185 | Vendor | 2/10/2014 | (70.62) |
| 7400 | DIRECTOR OF FINANCE - BALTIMORE | DEPT OF FINANCE200 HOLLIDAY STBALTIMORE MD 21202 | Vendor | 2/10/2014 | (1,038.00) |
| 7399 | Kansas USF | P.O. Box 15127topeka KS 66615-1512 | Vendor | 2/10/2014 | (3,344.28) |
| 7388 | Delaware Division of Revenue | P.O. Box 2340WILMINGTON DE 19899-2340 | Vendor | 2/10/2014 | (326.72) |
| 7386 | DELAWARE DIVISION OF REVENUE (911) | P.O. Box 2340WILMINGTON DE 19899-2340 | Vendor | 2/10/2014 | (303.57) |
| 7393 | NMUSF | P.O. Box 27561Albuquerque NM 87125-7561 | Vendor | 2/10/2014 | (772.41) |
| 7395 | USAC | P.O. Box 371566Pittsburgh PA 15251-7596 | Vendor | 2/10/2014 | (847.59) |
| 7394 | OKUSF | P.O. Box 408273San Juan PR 00940-0827 | Vendor | 2/10/2014 | (2,099.27) |
| 7392 | PRUSF | P.O. Box 408273San Juan PR 00940-0827 | Vendor | 2/10/2014 | (20.09) |
| 7396 | MUNICIPAL ASSOC. OF SOUTH CAROLINA | P.O. BOX 60486CHARLOTTE NC 28260-0489 | Vendor | 2/10/2014 | (214.72) |
| 7403 | MUNICIPAL ASSOC. OF SOUTH CAROLINA | P.O. BOX 60486CHARLOTTE NC 28260-0489 | Vendor | 2/10/2014 | (376.47) |
| 7404 | INTERSTATE TRS FUND | P.O. Box 6264BALTIMORE MD 21264-2631 | Vendor | 2/10/2014 | (1,153.26) |
| 7398 | Department of Finance & Admin. - AR | P.O. Box 8042Little Rock AR 72203-8042 | Vendor | 2/10/2014 | (148,384.53) |
| | MoneyGram | P.O. Box 9780Denver CO 80291 | Vendor | 2/10/2014 | (43.36) |
| | USAC | PO Box 105056Atlanta GA 30348-5056 | Vendor | 2/10/2014 | (224.00) |
| ACH 2/10/2014 | WASHOE COUNTY | PO BOX 11130RENO NV 89520-0027 | Vendor | 2/11/2014 | (96.00) |
| | New Hampshire Dept. of Rev. Admin. | PO Box 2035Concord NH 03302-2035 | Vendor | 2/10/2014 | (232.01) |
| 7407 | Orange Courier, Inc. | 16212 Bothell Everett Hwy#F298Mill Creek WA 98012 | Vendor | 2/11/2014 | (10,452.00) |
| 7397 | PSC OF WEST VIRGINIA | PO BOX 812CHARLESTON WV 25323-0812 | Vendor | 2/11/2014 | (28,404.00) |
| 7412 | The Wisdom Link Inc. | PO Box 5308Santa Ana CA 92704-5308 | Vendor | 2/11/2014 | (318,096.17) |
| ACH | Dept De Hacienda | N/A | Vendor | 2/11/2014 | (69,019.66) |
| Jan 2014 Comm | First Data Commission Payout | N/A | Member | 2/11/2014 | (3,599.30) |
| 7414 | SalesForce.com | P.O. Box 203141Dallas TX 75320 | Vendor | 2/11/2014 | (118,404.00) |
| Wire 2/12/2014 | US Directory Assistance | P.O. Box 2469Warrington RI 02886 | Member | 2/12/2014 | (202,272.50) |
| Wire 2/12/2014 | NCO | 24692 Network PlaceChicago IL 60673 | Member | 2/12/2014 | (28,446.75) |
| Wire 2/12/2014 | T-Mobile, USA | c/o US BankPO Box 94003Seattle WA 98124-6800United States | Member | 2/12/2014 | (7,757.07) |
| ACH Jan 2014 Comm | ACH Selling Costs for Jan 2014 Commissions | N/A | Vendor | 2/12/2014 | (103.38) |
| Wire 2/12/2014 | Globallogic Inc. | PO Box 200558Pittsburgh PA 15251-0558 | Vendor | 2/12/2014 | (217.45) |
| 7487 | CITY OF INDIO (UUT) | 100 CIVIC CENTER MALLINDIO CA 92201 | Vendor | 2/13/2014 | (65.00) |
| 7431 | CITY OF GREELEY (UUT) | 1000 10TH STREETGREELEY CO 80631 | Vendor | 2/13/2014 | (59.89) |
| 7594 | CITY OF PASADENA (UUT) | 100N GARFIELD AVEPASADENA CA 91109 | Vendor | 2/12/2014 | (241.14) |
| 7510 | CITY OF REDWOOD CITY (UUT) | 1017 MIDDLEFIELD ROADREDWOOD CITY CA 94063 | Vendor | 2/13/2014 | (18.97) |
| 7637 | CITY OF LYNWOOD (UUT) | 1055 S. Grady WayRENTON WA 98057 | Vendor | 2/13/2014 | (78.55) |
| 7643 | CITY OF SUMNER (WA) | 1104 MAPLE STREETSUITE 240SUMNER WA 98390 | Vendor | 2/13/2014 | (118.55) |
| 7484 | CITY OF HERCULES (UUT) | 111 CIVIC DRIVEHERCULES CA 94547 | Vendor | 2/13/2014 | (153.94) |
| 7457 | CITY OF ALHAMBRA (UUT) | 111 SOUTH FIRST STREETALHAMBRA CA 91801 | Vendor | 2/13/2014 | (182.21) |
| 7475 | CITY OF DOWNEY (UUT) | 11111 BROOKSHIRE AVENUEDOWNEY CA 90241 | Vendor | 2/13/2014 | (46.45) |
| 7565 | Canyon County Auditor | 1115 Albany StreetCaldwell ID 83605 | Vendor | 2/13/2014 | (6.19) |
| 7448 | WESTCHESTER COUNTY (911) | 112 E POST ROAD#1WHITE PLAINS NY 10601-5113 | Vendor | 2/13/2014 | (98.46) |
| 7577 | Payette County | 1130 3rd Ave. N.Room 104Payette ID 83661 | Vendor | 2/13/2014 | (142.21) |
| 7492 | CITY OF LYNWOOD (UUT) | 11330 BULLIS ROADLYNWOOD CA 90262 | Vendor | 2/13/2014 | (74.66) |
| 7477 | CITY OF EL MONTE (UUT) | 11333 VALLEY BLVD EL MONTE CA 91731 | Vendor | 2/13/2014 | (114.39) |
| 7418 | CITY OF AVONDALE (AZ) | 11465 W CIVIC CENTER DRIVEAVONDALE AZ 85323 | Vendor | 2/13/2014 | (44.13) |
| 7642 | CITY OF SPOKANE VALLEY (WA) | 11707 E Sprague Ave Suite 106SPOKANE VALLEY WA 99206 | Vendor | 2/13/2014 | |
| 7631 | CITY OF MUKILTEO (WA) | 11930 CYRUS WAYMUKILTEO WA 98275 | Vendor | 2/13/2014 | |

1

| B Payment # | Debtor whose debt are not primarily consumer debt Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7444 | NASSAU COUNTY POLICE DEPT. (911) | 1194 PROSPECT AVENUEWESTBURY NY 11590 | Vendor | 2/13/2014 | (77.32) |
| 7610 | CITY OF EDMONDS (WA) | 121 5th Ave NEDMONDS WA 98020 | Vendor | 2/13/2014 | (32.18) |
| 7415 | ADHTS | 1220 WEST SIXTHLITTLE ROCK AR 72201 | Vendor | 2/13/2014 | (3.88) |
| 7618 | CITY OF KIRKLAND (WA) | 123 5th AvenueKIRKLAND WA 98033-6189 | Vendor | 2/13/2014 | (297.82) |
| 7471 | CITY OF COVINA (UUT) | 125 E. COLLEGE STERTCOVINA CA 91723 | Vendor | 2/13/2014 | (60.42) |
| 7499 | CITY OF NORWALK (UUT) | 12700 NORWALK BLVDNORWALK CA 90650 | Vendor | 2/13/2014 | (91.20) |
| 7652 | CITY OF YAKIMA (WA) | 129 NORTH SECOND STYAKIMA WA 98901 | Vendor | 2/13/2014 | (28.83) |
| 7534 | CITY OF WHITTIER (UUT) | 13230 PENN STREETWHITTIER CA 90602 | Vendor | 2/13/2014 | (55.80) |
| 7429 | CITY & COUNTY OF DENVER | 1331 CHEROKEE STREETDENVER CO 80204 | Vendor | 2/13/2014 | (743.00) |
| 7540 | CITY & COUNTY OF DENVER | 1331 CHEROKEE STREETDENVER CO 80204 | Vendor | 2/13/2014 | (237.72) |
| 7520 | CITY OF SAN PABLO (UUT) | 13831 SAN PABLO AVENUEBUILDING 2SAN PABLO CA 94806 | Vendor | 2/13/2014 | (95.00) |
| 7512 | CITY OF RICHMOND (UUT) | 1401 MARINA WAY SOUTHRICHMOND CA 94804 | Vendor | 2/13/2014 | (513.74) |
| 7481 | CITY OF GLENDALE (UUT) | 141 NORTH GLENDALE AVESUITE 346GLENDALE CA 91206 | Vendor | 2/13/2014 | (824.56) |
| 7428 | PUBLIC SERVICE COMMISSION (UT) | 14400 E. PACIFIC AVENUEBALDWIN PARK CA 91706 | Vendor | 2/13/2014 | (34.02) |
| 7598 | Cassia County | 1459 Overland AvenueBurley ID 83318 | Vendor | 2/13/2014 | (11.14) |
| 7603 | CITY OF PARAMOUNT (UUT) | 16400 COLORADO AVENUEPARAMOUNT CA 90723 | Vendor | 2/13/2014 | (102.73) |
| 7481 | CITY OF BELLFLOWER (UUT) | 16600 CIVIC CENTER DRIVEBELLFLOWER CA 90706 | Vendor | 2/13/2014 | (22.89) |
| 7608 | CITY OF COVINGTON (WA) | 16720 SE 271ST STSTE 100COVINGTON WA 98042-4904 | Vendor | 2/13/2014 | (45.60) |
| 7521 | CITY OF GARDENA (UUT) | 1700 W. 162ND STREETGARDENA CA 93657 | Vendor | 2/13/2014 | (18.18) |
| 7479 | CITY OF SANTA MONICA (UUT) | 1717 4TH STREETSANTA MONICA CA 90401 | Vendor | 2/13/2014 | (162.72) |
| 7525 | CITY OF WOODINVILLE (WA) | 17301 133RD AVENUE NEWOODINVILLE WA 98072 | Vendor | 2/13/2014 | (33.22) |
| 7651 | CITY OF SHORELINE (WA) | 17500 Midvale Ave. N.SHORELINE WA 98133-4905 | Vendor | 2/13/2014 | (87.72) |
| 7640 | CITY OF BOTHELL (WA) | 18305 - 101st Ave. NEBOTHELL WA 98011 | Vendor | 2/13/2014 | (70.85) |
| 7602 | IDAHO TELECOM SVC ASSIST PROG | 1964 NORTH 300 EASTCENTERVILLE UT 84014 | Vendor | 2/13/2014 | (73.80) |
| 7437 | INCOG | 2 West Second StreetSuite 800Tulsa OK 74103 | Vendor | 2/13/2014 | (1,382.78) |
| 7596 | CITY OF SAN JOSE (UUT) | 200 E SANTA CLARA ST 13TH FLRSAN JOSE CA 95113 | Vendor | 2/13/2014 | (1,294.30) |
| 7517 | CITY OF SAN JOSE (911) | 200 E SANTA CLARA ST 13TH FLRSAN JOSE CA 95113 | Vendor | 2/13/2014 | (661.42) |
| 7537 | CITY OF SAN JOSE (UUT) | 200 N SPRING ST, RM 220LOS ANGELES CA 90012 | Vendor | 2/13/2014 | (11,179.98) |
| 7491 | CITY OF LOS ANGELES (UUT) | 200 N SPRING ST, RM 220LOS ANGELES CA 90012 | Vendor | 2/13/2014 | (1,157.31) |
| 7599 | Ada County | 200W Front St.Boise ID 83702 | Vendor | 2/13/2014 | (283.18) |
| 7441 | NC 911 BOARD | 2023 MAIL SERVICE CENTERRALEIGH NC 27699-2025 | Vendor | 2/13/2014 | (283.18) |
| 7648 | CITY OF WAPATO (WA) | 205 EAST 3RD STREETWAPATO WA 98951 | Vendor | 2/13/2014 | (22.93) |
| 7470 | CITY OF COMPTON (UUT) | 205 S. WILLOWBROOK AVENUECOMPTON CA 90220 | Vendor | 2/13/2014 | (238.44) |
| 7559 | Blaine County | 206 1st Ave. SouthSuite 200Hailey ID 83333 | Vendor | 2/13/2014 | (41.91) |
| 7581 | ACOG | 21 E. Main StreetSuite 100Oklahoma City OK 73104-2405 | Vendor | 2/13/2014 | (1.88) |
| 7571 | Jefferson County | 210 Courthouse WaySuite 100Rigby ID 83442 | Vendor | 2/13/2014 | (539.44) |
| 7601 | CITY OF BELLINGHAM (WA) | 210 Lottie StreetBELLINGHAM WA 98225 | Vendor | 2/13/2014 | (9.90) |
| 7616 | CITY OF KENNEWICK (WA) | 210 W 6th AVENUEKENNEWICK WA 99336-0045 | Vendor | 2/13/2014 | (24.25) |
| 7491 | CITY OF SEAL BEACH (UUT) | 211 8TH STREETSEAL BEACH CA 90740 | Vendor | 2/13/2014 | (99.95) |
| 7526 | CITY OF PINOLE (UUT) | 2131 PEAR STREETPINOLE CA 94564 | Vendor | 2/13/2014 | (16.17) |
| 7549 | PUEBLO COUNTY | 215 W. 10TH STREETPUEBLO CO 81003 | Vendor | 2/13/2014 | (50.16) |
| 7609 | CITY OF DES MOINES (WA) | 21630 11th Ave SouthSuite ADES MOINES WA 98198 | Vendor | 2/13/2014 | (31.56) |
| 7462 | CITY OF BERKELEY (UUT) | 2180 MILVIA STREET3RD FLOORBERKELEY CA 94704 | Vendor | 2/13/2014 | (42.88) |
| 7617 | CITY OF KENT (WA) | 220 4th Avenue SouthKENT WA 98032 | Vendor | 2/13/2014 | (227.84) |
| 7455 | ALAMEDA COUNTY TAX COLLECTOR (UUT) | 224 W. WINTON AVE. RM 169HAYWARD CA 94544-1221 | Vendor | 2/13/2014 | (138.52) |
| 7456 | CITY OF ALAMEDA (UUT) | 2263 SANTA CLARA AVENUEALAMEDA CA 94501 | Vendor | 2/13/2014 | (42.60) |

2

| B | Payment # | Debtor whose debt are not primarily consumer debt — Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|---|
| | 7546 | EL PASO & TELLER COUNTY 911 | 2350 AIRPORT ROAD,COLORADO SPRINGS CO 80910 | Vendor | 2/13/2014 | (179.73) |
| | 7488 | CITY OF ARCADIA (UUT) | 240 W. HUNTINGTON DRIVE,ARCADIA CA 91007 | Vendor | 2/13/2014 | (41.58) |
| | 7476 | CITY OF EAST PALO ALTO (UUT) | 2415 UNINVERSITY AVENUE,EAST PALO ALTO CA 94303 | Vendor | 2/13/2014 | (95.00) |
| | 7600 | CITY OF AUBURN (WA) | 25 West Main Street,AUBURN WA 98001 | Vendor | 2/13/2014 | (147.27) |
| | 7551 | GRAND JUNCTION REGIONAL 911 | 250 NORTH 5TH STREET,GRAND JUNCTION CO 81501 | Vendor | 2/13/2014 | (47.14) |
| | 7465 | CITY OF CERES (UUT) | 2720 SECOND STREET,CERES CA 95307 | Vendor | 2/13/2014 | (104.82) |
| | 7485 | CITY OF BURBANK (UUT) | 275 E OLIVE AVENUE,BURBANK CA 91502 | Vendor | 2/13/2014 | (235.70) |
| | 7466 | CITY OF CHULA VISTA (UUT) | 276 FOURTH AVENUE,CHULA VISTA CA 91910 | Vendor | 2/13/2014 | (21.77) |
| | 7604 | CITY OF BRIER (WA) | 2901 228TH ST SW,BRIER WA 98036 | Vendor | 2/13/2014 | (13.72) |
| | 7588 | NXDA | 2901 N Van Buren,Enid OK 73703 | Vendor | 2/13/2014 | |
| | 7508 | CITY OF PORTERVILLE (UUT) | 291 N MAIN STREET,PORTERVILLE CA 93257 | Vendor | 2/13/2014 | (70.35) |
| | 7611 | CITY OF EVERETT (WA) | 2930 Wetmore,EVERETT WA 98201 | Vendor | 2/13/2014 | (24.30) |
| | 7447 | SUFFOLK COUNTY (911) | 30 YAPHANK AVENUE,YAPHANK NY 11980 | Vendor | 2/13/2014 | (85.00) |
| | 7515 | CITY OF SAN BERNARDINO (UUT) | 300 NORTH D STREET,SAN BERNARDINO CA 92418 | Vendor | 2/13/2014 | (247.32) |
| | 7530 | CITY OF TORRANCE (UUT) | 3031 TORRANCE BLVD,TORRANCE CA 90503 | Vendor | 2/13/2014 | (101.31) |
| | 7591 | ALABAMA WRLS 9-1-1 BOARD | 307 CLINTON AVENUE WEST,SUITE 500,HUNTSVILLE AL 35801 | Vendor | 2/13/2014 | (1,427.18) |
| | 7495 | CITY OF MONTEREY PARK (UUT) | 320 NEWMARK AVENUE,MONTEREY PARK CA 91754 | Vendor | 2/13/2014 | (38.72) |
| | 7335 | CITY OF PALM SPRINGS (UUT) | 3200 E. TAHQUITZ CANYON WAY,PALM SPRINGS CA 92263-2743 | Vendor | 2/13/2014 | (47.54) |
| | 7501 | CITY OF PALM SPRINGS (UUT) | 3200 TAHQUITZ CANYON WAY,PALM SPRINGS CA 92262 | Vendor | 2/13/2014 | (54.80) |
| | 7509 | CITY OF PULLMAN (WA) | 325 SE PARADISE STREET,PULLMAN WA 99163 | Vendor | 2/13/2014 | (24.57) |
| | 7635 | CITY OF LONG BEACH (UUT) | 333 - 90TH STREET,DALY CITY CA 94015-1895 | Vendor | 2/13/2014 | (83.45) |
| | 7473 | CITY OF DALY CITY (UUT) | 333 W. OCEAN BLVD,6TH FLOOR,LONG BEACH CA 90802 | Vendor | 2/13/2014 | (313.05) |
| | 7490 | CITY OF FEDERAL WAY (WA) | 33325 8th Ave S,FEDERAL WAY WA 98003 | Vendor | 2/13/2014 | (189.43) |
| | 7512 | CITY OF BREMERTON (WA) | 345 SIXTH STREET,SUITE 600,BREMERTON WA 98337-1873 | Vendor | 2/13/2014 | (27.99) |
| | 7603 | CITY OF NEWARK (UUT) | 37101 NEWARK BLVD,NEWARK CA 94560 | Vendor | 2/13/2014 | (65.69) |
| | 7488 | CITY OF WEST RICHLAND (WA) | 3801 WEST VAN GIESEN,WEST RICHLAND WA 99352 | Vendor | 2/13/2014 | (53.22) |
| | 7568 | Franklin County | 39 West Oneida,Preston ID 83263 | Vendor | 2/13/2014 | (4.69) |
| | 7545 | DOUGLAS COUNTY | 400 JUSTICE WAY,CASTLE ROCK CO 80109 | Vendor | 2/13/2014 | (36.30) |
| | 7583 | COEDD | 400 N Bell St,Shawnee OK 74801 | Vendor | 2/13/2014 | (33.32) |
| | 7605 | PUERTO RICO TELECOM. REG. BOARD | 500 AVE ROBERTO H TODD,SAN JUAN PR 00907-3981 | Vendor | 2/13/2014 | (144.57) |
| | 7570 | CITY OF BURIEN (WA) | 400 SW 152nd St,Suite 300,BURIEN WA 98166 | Vendor | 2/13/2014 | (2.45) |
| | 7647 | Gem County | 415 E Main,Emmett ID 83617-3096 | Vendor | 2/13/2014 | (267.10) |
| | 7558 | Bingham County Clerk | 501 N Maple #206,Blackfoot ID 83221 | Vendor | 2/13/2014 | (8.74) |
| | 7619 | CITY OF LACEY (WA) | 420 COLLEGE STREET,LACEY WA 98503-1238 | Vendor | 2/13/2014 | |
| | 7516 | CITY OF SAN GABRIEL (UUT) | 425 S. MISSION DRIVE,SAN GABRIEL CA 91776 | Vendor | 2/13/2014 | (214.02) |
| | 7553 | MINNESOTA 911 PROGRAM | 445 MINNESOTA STREET,ST PAUL MN 55101-5137 | Vendor | 2/13/2014 | (2,135.29) |
| | 7482 | CITY OF RICHLAND (WA) | 505 Swift Blvd,RICHLAND WA 99352 | Vendor | 2/13/2014 | (82.22) |
| | 7507 | CITY OF POMONA (UUT) | 505 S GAREY AVENUE,POMONA CA 91766 | Vendor | 2/13/2014 | (66.73) |
| | 7638 | CITY OF HAWTHORNE (UUT) | 4455 W. 126TH STREET,HAWTHORNE CA 90250 | Vendor | 2/13/2014 | (37.12) |
| | 7494 | CITY OF MONTCLAIR (UUT) | 5111 BENITO STREET,MONTCLAIR CA 91763 | Vendor | 2/13/2014 | (127.86) |
| | 7543 | ARAPAHOE COUNTY | 5334 SOUTH PRINCE ST,LITTLETON CO 801660-001 | Vendor | 2/13/2014 | (31.00) |
| | 7421 | City of Mesa (AZ) | 55 North Center Street,Mesa AZ 85201 | Vendor | 2/13/2014 | (183.92) |
| | 7531 | CITY OF VALLEJO (UUT) | 555 SANTA CLARA ST,VALLEJO CA 94590 | Vendor | 2/13/2014 | (522.33) |
| | 7420 | City of Glendale (AZ) | 5850 W. Glendale Ave,Glendale AZ 85301 | Vendor | 2/13/2014 | (112,361.55) |
| | Wire 2/13/2014 | Exela? | 5th Floor 438-11th Avenue SE,Calgary, Alberta T2G 0Y4,Canada | Vendor | 2/13/2014 | (180.31) |
| | 7821 | CITY OF LAKEWOOD (WA) | 6000 Main Street SW,LAKEWOOD WA 98499 | Vendor | 2/13/2014 | (102.80) |
| | 7562 | Bonneville County | 605 N. Capital,Idaho Falls ID 83402 | Vendor | 2/13/2014 | (122.38) |
| | 7645 | CITY OF TUKWILA (WA) | 6200 Southcenter Blvd,TUKWILA WA 98188 | Vendor | 2/13/2014 | (38.86) |
| | 7467 | CITY OF CITRUS HEIGHTS (UUT) | 6237 FOUNTAIN SQUARE DRIVE,CITRUS HEIGHTS CA 95621 | Vendor | 2/13/2014 | (44.59) |
| | 7557 | Bannock County | 624 E. Center St,Room 104,Pocatello ID 83201 | Vendor | 2/13/2014 | (45.00) |
| | 7460 | CITY OF BELL (UUT) | 6330 PINE AVENUE,BELL CA 90201 | Vendor | 2/13/2014 | |

| B. Payment # | Name | Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|---|
| 7532 | CITY OF VENTURA (UT) | | 6501 POLI STREET/PO BOX 99/VENTURA CA 93002-0099 | Vendor | 2/13/2014 | (168.94) |
| 7486 | CITY OF HUNTINGTON PARK, (UT) | | 6550 MILES AVENUE/HUNTINGTON PARK CA 90255 | Vendor | 2/13/2014 | (50.18) |
| 7474 | CITY OF DESERT HOT SPRINGS (UT) | | 65-950 PIERSON BLVD/DESERT HOT SPRINGS CA 92240 | Vendor | 2/13/2014 | (205.87) |
| 7505 | CITY OF PICO RIVERA (UT) | | 6615 PASSONS BOULEVARD/PICO RIVERA CA 90660 | Vendor | 2/13/2014 | (4.27) |
| 7484 | CITY OF CATHEDRAL CITY (UT) | | 68-700 AVENIDA LALO GUERRERO/CATHEDRAL CITY CA 92234 | Vendor | 2/13/2014 | (42.22) |
| 7606 | CITY OF TACOMA (WA) | | 733 Market St/Room 21/TACOMA WA 98402 | Vendor | 2/13/2014 | (416.26) |
| 7644 | CITY OF GILROY (UT) | | 7351 ROSANNA STREET/GILROY CA 95020 | Vendor | 2/13/2014 | (22.47) |
| 7483 | CITY OF HAYWARD (UT) | | 777 B STREET/HAYWARD CA 94541 | Vendor | 2/13/2014 | (197.80) |
| 7528 | CITY OF STANTON (UT) | | 7800 KATELLA AVENUE/STANTON CA 90680 | Vendor | 2/13/2014 | (30.85) |
| 7422 | CITY OF MONROE (WA) | | 806 W. Main St/MONROE WA 98272 | Vendor | 2/13/2014 | (38.46) |
| 7627 | CITY OF SPOKANE (WA) | | 808 W Spokane Falls Blvd/SPOKANE WA 99201-3336 | Vendor | 2/13/2014 | (312.14) |
| 7641 | CITY OF SANTA CRUZ (UT) | | 809 CENTER STREET, RM 10/SANTA CRUZ CA 95060 | Vendor | 2/13/2014 | (9.11) |
| 7524 | City of Nampa (ID) (91) | | 823 2nd Street South/Nampa ID 83651 | Vendor | 2/13/2014 | (137.41) |
| 7380 | CITY OF WESTMINSTER (UT) | | 8200 WESTMINSTER BLVD/WESTMINSTER CA 92683 | Vendor | 2/13/2014 | (52.62) |
| 7513 | CITY OF BURLINGTON (WA) | | 833 S. SPRUCE STREET/BURLINGTON WA 98233 | Vendor | 2/13/2014 | (27.31) |
| 7538 | CITY OF SAN LEANDRO (911) | | 835 EAST 14TH STREET/SAN LEANDRO CA 94577 | Vendor | 2/13/2014 | (50.08) |
| 7541 | CITY OF SAN LEANDRO (UT) | | 835 EAST 14TH STREET/SAN LEANDRO CA 94577 | Vendor | 2/13/2014 | (109.89) |
| 7626 | CITY OF MERCER ISLAND (WA) | | 9611 SE 36th STREET/MERCER ISLAND WA 98040 | Vendor | 2/13/2014 | (24.25) |
| 7472 | CITY OF CULVER CITY (UT) | | 9770 CULVER BLVD/CULVER CITY CA 90232 | Vendor | 2/13/2014 | (63.47) |
| 7519 | CITY OF ELK GROVE (UT) | | 8401 LAGUNA PALMS WAY/ELK GROVE CA 95758 | Vendor | 2/13/2014 | (33.42) |
| 7478 | CITY OF PEORIA (AZ) | | 8401 W. MONROE ST/PEORIA AZ 85345 | Vendor | 2/13/2014 | (87.92) |
| 7422 | CITY OF SACRAMENTO (UT) | | 915 "I" STREET, RM 1214/SACRAMENTO CA 95814-2604 | Vendor | 2/13/2014 | (642.04) |
| 7513 | WELD COUNTY | | 915 10TH STREET/GREELEY CO 80631 | Vendor | 2/13/2014 | (18.92) |
| 7550 | ERIE COUNTY (NY) | | 95 FRANKLIN STREET/BUFFALO NY 14202 | Vendor | 2/13/2014 | (33.67) |
| 7433 | CITY OF THORNTON | | 9500 CIVIC CENTER DRIVE/THORNTON CO 80229 | Vendor | 2/13/2014 | (123.63) |
| 7431 | CITY OF THORNTON | | 9500 CIVIC CENTER DRIVE/THORNTON CO 80229 | Vendor | 2/13/2014 | (50.08) |
| 7518 | CITY OF SAN LUIS OBISPO (UT) | | 990 PALM STREET/SAN LUIS OBISPO CA 93401 | Vendor | 2/13/2014 | (28.71) |
| 7496 | Wireless Enhanced 911 Fund (HI) | | Mail Code 6123/PO Box 1300/Honolulu HI 96807-1300 | Vendor | 2/13/2014 | (1,395.78) |
| 7519 | CITY OF MAPLE VALLEY (WA) | | MAPLE VALLEY | Vendor | 2/13/2014 | (53.20) |
| 7625 | CITY OF MOUNTLAKE TERRACE (WA) | | MARYSVILLE | Vendor | 2/13/2014 | (86.39) |
| 7630 | CITY OF MOUNTLAKE TERRACE (WA) | | MOUNTLAKE TERRACE | Vendor | 2/13/2014 | (56.55) |
| 021314 Comm Adjust | Pay Correction - Tru. Path Pay, Promo Adjust | | NA | Member | 2/13/2014 | (1,625.00) |
| 7488 | CITY OF INGLEWOOD (UT) | | ONE MANCHESTER BLVD/INGLEWOOD CA 90301-1750 | Vendor | 2/13/2014 | (338.56) |
| 7554 | TAXATION & REVENUE DEPT (NM 911) | | PO BOX 25123/SANTA FE NM 87504-5123 | Vendor | 2/13/2014 | (331.05) |
| 7555 | TAXATION & REVENUE DEPT (NM TRS) | | PO BOX 25123/SANTA FE NM 87504-5123 | Vendor | 2/13/2014 | (122.35) |
| 7622 | CITY OF LYNNWOOD (WA) | | PO Box 5008/LYNNWOOD WA 98046-5008 | Vendor | 2/13/2014 | (33.27) |
| 7560 | CITY OF LYNDEN (WA) | | PO BOX 650/LYNDEN WA 98264 | Vendor | 2/13/2014 | (31.04) |
| 7574 | Boise County | | Box 1300/Idaho City ID 83631 | Vendor | 2/13/2014 | (4.95) |
| 7628 | CITY OF ISSAQUAH (WA) | | Box 1307/ISSAQUAH WA 98027-1307 | Vendor | 2/13/2014 | (46.65) |
| 7547 | CITY OF MOSES LAKE | | Box 1579/MOSES LAKE WA 98837-0244 | Vendor | 2/13/2014 | (33.56) |
| 7522 | CITY OF SANTA ANA (UT) | | P.O. BOX 1964/SANTA ANA CA 92702-1964 | Vendor | 2/13/2014 | (118.18) |
| 7552 | JEFFERSON COUNTY (JCECA) | | Box 17200/DENVER CO 80217-0302 | Vendor | 2/13/2014 | (219.48) |
| 7529 | STATE OF MARYLAND- COMPTROLLER OF THE TREASURY | | Box 2078/Annapolis MD 21404-2007 | Vendor | 2/13/2014 | (1,608.00) |
| 7529 | CITY OF STOCKTON (UT) | | PO Box 2107/STOCKTON CA 95201-2107 | Vendor | 2/13/2014 | (578.24) |
| 7552 | CITY OF LAKE STEVENS (WA) | | PO Box 257/LAKE STEVENS WA 98258 | Vendor | 2/13/2014 | (70.90) |
| 7620 | State of Michigan | | PO Box 30054/Lansing MI 48909 | Vendor | 2/13/2014 | (2,301.99) |
| 7440 | LOS ANGELES COUNTY TREASURER (UT) | | PO BOX 30909/LOS ANGELES CA 90030-0909 | Vendor | 2/13/2014 | (926.38) |
| 7454 | CITY OF AURORA | | PO BOX 33001/AURORA CO 80041-3001 | Vendor | 2/13/2014 | (157.65) |
| 7539 | BOULDER COUNTY (BRETSA) | | PO BOX 37368/BOULDER CO 80307-3726 | Vendor | 2/13/2014 | (42.14) |
| 7544 | BOULDER COUNTY (BRETSA) | | PO BOX 37368/BOULDER CO 80307-3726 | Vendor | 2/13/2014 | (16.08) |
| 7573 | Madison County | | Box 38/Rexburg ID 83440 | Vendor | 2/13/2014 | (19.00) |
| 7583 | Boundary County | | P.O. Box 419/Bonners Ferry ID 83805 | Vendor | 2/13/2014 | (6.18) |
| 7633 | CITY OF ORTING (WA) | | P.O. BOX 489/ORTING WA 98360 | Vendor | 2/13/2014 | (21.95) |
| 7542 | ADAMS COUNTY | | P.O. BOX 5001/BRIGHTON CO 80601-5001 | Vendor | 2/13/2014 | (215.40) |
| 7578 | SIRCOMM | | P.O. Box 504/Jerome ID 83338 | Vendor | 2/13/2014 | (27.22) |
| 7445 | NYC DEPT OF FINANCE (E-911) | | P.O. BOX 5110/KINGSTON NY 12402-5110 | Vendor | 2/13/2014 | (643.16) |

## 3. Payments to Creditors

| B Payment # | Name | Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|---|
| 7446 | NYC DEPT OF FINANCE (UXP) | | P.O. BOX 5110KINGSTON NY 12402-5110 | Vendor | 2/13/2014 | (2,000.37) |
| 7599 | CITY OF ANACORTES (WA) | | P.O. Box 547ANACORTES WA 98221 | Vendor | 2/13/2014 | (22.99) |
| 7548 | LARIMER COUNTY | | P.O. BOX 579FT COLLINS CO 80522 | Vendor | 2/13/2014 | (38.37) |
| 7493 | Washington County | | P.O. BOX 6420MONESTO CA 95353 | Vendor | 2/13/2014 | (766.29) |
| 7579 | CITY OF MODESTO (UT) | | P.O. Box 6700West UT 84672 | Vendor | 2/13/2014 | (1.24) |
| 7485 | CITY OF HUNTINGTON BEACH (UT) | | P.O. BOX 711HUNTINGTON BEACH CA 92645-0711 | Vendor | 2/13/2014 | (83.41) |
| 7564 | Butte County | | P.O. Box 737Avco ID 83213 | Vendor | 2/13/2014 | (1.24) |
| 7536 | CITY OF SAN FRANCISCO (911) | | P.O. BOX 7425SAN FRANCISCO CA 94120-7425 | Vendor | 2/13/2014 | (454.51) |
| 7515 | CITY OF SAN FRANCISCO (UT) | | P.O. BOX 7425SAN FRANCISCO CA 94120-7425 | Vendor | 2/13/2014 | (838.18) |
| 7629 | CITY OF MOUNT VERNON (WA) | | P.O. BOX 809MOUNT VERNON WA 98273 | Vendor | 2/13/2014 | (73.49) |
| 7427 | CITY OF ARVADA (CO) | | P.O. BOX 8101ARVADA CO 80001-8101 | Vendor | 2/13/2014 | (101.97) |
| 7488 | CITY OF CLAREMONT (UT) | | P.O. BOX 880CLAREMONT CA 91711-0880 | Vendor | 2/13/2014 | (65.01) |
| 7615 | CITY OF FERNDALE (WA) | | P.O. BOX 936FERNDALE WA 98248 | Vendor | 2/13/2014 | (62.35) |
| 7593 | STATE BOARD OF EQUALIZATION (CA) | | P.O. BOX 942879SACRAMENTO CA 94279-0088 | Vendor | 2/13/2014 | (5,832.37) |
| 7636 | CITY OF REDMOND (WA) | | P.O. Box 97016REDMOND WA 98073-9710 | Vendor | 2/13/2014 | (153.56) |
| 7534 | CITY OF PASCO (WA) | | PASCO | Vendor | 2/13/2014 | (71.16) |
| 7602 | CITY OF PALO ALTO (CA) | | P.O. BOX 10290PALO ALTO CA 94303 | Vendor | 2/13/2014 | (28.45) |
| 7584 | EODO | | P.O. Box 1367Muskogee OK 74402 | Vendor | 2/13/2014 | (87.22) |
| 7419 | City of Chandler (AZ) | | PO Box 15001Chandler AZ 85244-5001 | Vendor | 2/13/2014 | (217.80) |
| 7582 | ASCOG | | PO Box 1647Duncan OK 73534-1647 | Vendor | 2/13/2014 | (65.71) |
| 7509 | CITY OF REDONDO BEACH (UT) | | P.O. BOX 16REDONDO BEACH CA 90277-0167 | Vendor | 2/13/2014 | (104.43) |
| 7434 | CITY OF WESTMINSTER (CO) | | PO BOX 17017WESTMINSTER CO 80217-7107 | Vendor | 2/13/2014 | (1,213.54) |
| 7417 | North Carolina 911 Board | | PO Box 1720Raleigh NC 27619-7209 | Vendor | 2/13/2014 | (49.65) |
| 7523 | CITY OF SANTA BARBARA (UT) | | P.O. BOX 1990SANTA BARBARA CA 93102-1990 | Vendor | 2/13/2014 | (308.94) |
| 7632 | CITY OF OLYMPIA (WA) | | P.O. BOX 2009OLYMPIA WA 98507-2009 | Vendor | 2/13/2014 | (6,503.56) |
| 7462 | North Carolina Department of Revenue | | P.O. Box 25000Raleigh NC 27640-0700 | Vendor | 2/13/2014 | (6,259.04) |
| 7442 | Virginia Department of Revenue | | P.O. Box 26627RICHMOND VA 23261-6627 | Vendor | 2/13/2014 | (9.55) |
| 7453 | VIRGINIA DEPARTMENT OF REVENUE (SLS) | | P.O. Box 26627RICHMOND VA 23261-6627 | Vendor | 2/13/2014 | (4,728.00) |
| 7596 | GOBIERNO DE PUERTO RICO (9-1-1) | | P.O. BOX 71320SAN JUAN PR 00927-0200 | Vendor | 2/13/2014 | (761.00) |
| 7425 | CITY OF TUCSON (AZ) | | P.O. BOX 27320TUCSON AZ 85726 | Vendor | 2/13/2014 | (318.44) |
| 7424 | Arizona Department of Revenue | | PO Box 29032PHOENIX AZ 85038-9032 | Vendor | 2/13/2014 | (10,608.21) |
| 7417 | CITY OF TEMPE (AZ) | | PO Box 29618TEMPE AZ 85038-9618 | Vendor | 2/13/2014 | (151.86) |
| 7423 | CITY OF PHOENIX (AZ) | | P.O. BOX 29690PHOENIX AZ 85038-9690 | Vendor | 2/13/2014 | (2,544.12) |
| 7439 | Louisiana Department of Revenue | | P.O. Box 60DENTRAL WA 98531 | Vendor | 2/13/2014 | (1,008.00) |
| 7574 | Minidoka County | | P.O. Box 310BBaton Rouge LA 70821-3138 | Vendor | 2/13/2014 | (3.71) |
| 7416 | DEPT OF FINANCE & ADMINISTRATION | | PO BOX 3388Rupert ID 83350 | Vendor | 2/13/2014 | (4,979.21) |
| 7430 | CITY OF FORT COLLINS (CO) | | PO BOX 3861LITTLE ROCK AR 72203-3861 | Vendor | 2/13/2014 | (24.09) |
| 7649 | CITY OF WENATCHEE (WA) | | PO BOX 440FORT COLLINS CO 80522-0439 | Vendor | 2/13/2014 | (56.35) |
| 7495 | NEVADA DEPT OF TAXATION | | PO BOX 519WENATCHEE WA 98801 | Vendor | 2/13/2014 | (18.10) |
| 7590 | SWODA | | PO Box 52609PHOENIX AZ 85072-2609 | Vendor | 2/13/2014 | (207.69) |
| 7607 | CITY OF CENTRALIA (WA) | | PO Box 5698urns Flat OK 73624 | Vendor | 2/13/2014 | (7.35) |
| 7576 | Owyhee County | | PO Box 60DENTRALIA WA 98531 | Vendor | 2/13/2014 | (14.28) |
| 7585 | KEDDO | | PO Box 839Wilsuton OK 74578 | Vendor | 2/13/2014 | (8.19) |
| 7587 | SODA | | PO Box 709Duant OK 74702 | Vendor | 2/13/2014 | (5.86) |
| 7589 | Florida Dept of Mgmt Svcs | | PO Box 7117Tallahassee FL 32314 | Vendor | 2/13/2014 | (8.86) |
| 7435 | CITY OF MOUNTAIN VIEW (UT) | | PO BOX 7540MOUNTAIN VIEW CA 94039-7540 | Vendor | 2/13/2014 | (4,979.21) |
| 7497 | CITY OF KENMORE (WA) | | PO BOX 82607KENMORE WA 98028 | Vendor | 2/13/2014 | (24.09) |
| 7615 | TAX TRUST ACCOUNT (RDS AZ) | | PO BOX 830725BIRMINGHAM AL 35283-0725 | Vendor | 2/13/2014 | (56.35) |
| 7428 | CITY OF MORENO VALLEY (UT) | | PO BOX 88002MORENO VALLEY CA 92552-0805 | Vendor | 2/13/2014 | (18.10) |
| 7495 | Nez Perce County Auditor | | PO Box 896Lewiston ID 83501 | Vendor | 2/13/2014 | (207.69) |
| 7575 | State of Rhode Island | | PO Box 896Lewiston ID 83501 | Vendor | 2/13/2014 | (3.71) |
| 7576 | Owyhee County | | PO Box 9750Providence RI 02940-9706 | Vendor | 2/13/2014 | (8.19) |
| 7449 | Grand Gateway EDA (GSEDA) | | PO Box Drawer BBig Cabin OK 74332 | Vendor | 2/13/2014 | (374.13) |
| 7585 | Kentucky State Treasurer | | Sales Tax RefundFrankfort KY 40620-0003 | Vendor | 2/13/2014 | (72.03) |
| 7438 | SOUTH CAROLINA DEPT OF REVENUE | | SALES TAXCOLUMBIA SC 292141-0106 | Vendor | 2/13/2014 | (1,034.70) |
| 7450 | | | | Vendor | 2/13/2014 | (488.69) |
| 7527 | CITY OF SOUTH PASADENA (UT) | | SOUTH PASADENA CA 91030 | Vendor | 2/13/2014 | (33.12) |

5

# 3. Payments to Creditors

| B Payment # | Name (Debtor whose debt are not primarily consumer debt) | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7646 | CITY OF UNIVERSITY PLACE (WA) | UNIVERSITY PLACE | Vendor | 2/13/2014 | (48.60) |
| 7664 | Derrick Hiebert-Farmn | 10500 NE 8th St Bellevue WA 98004 | Vendor | 2/14/2014 | (103.49) |
| Wire 2/14/2014 | Nathan Godden | 10542 Arnold Palmer Drive Raleigh NC 27617 | Vendor | 2/14/2014 | (3,952.84) |
| 7659 | Pet Concepts Inc | 13285 SE 30th Street Suite 104 Bellevue WA 98004 | Vendor | 2/14/2014 | (2,422.55) |
| Wire 2/14/2015 | Sedgwick LLP | 135 Main St, 14th Floor San Francisco CA 94105 | Vendor | 2/14/2014 | (17,050.00) |
| 7655 | Jenkon | 203 SE Park Plaza Drive Suite 250 Vancouver WA 98684 | Vendor | 2/14/2014 | (12,233.49) |
| 7667 | Moxie | 2305 West Berry Ave Littleton CO 80120 | Vendor | 2/14/2014 | (8,904.50) |
| 7654 | Allyn Hebner | 3342 258th Avenue Southeast Sammamish WA 98075 | Vendor | 2/14/2014 | (4,447.32) |
| Wire 2/14/2014 | Richard E. Leigh | 5489 170th Place SE Bellevue WA 98006 | Vendor | 2/14/2014 | (6,500.00) |
| 7656 | HRnovations | 700 112th Avenue NE Suite 300 Bellevue WA 98004 | Vendor | 2/14/2014 | (4,747.14) |
| 7665 | eightCloud, Inc | 9805 NE 116th Street PMB# 7156 Kirkland WA 98034 | Vendor | 2/14/2014 | (17,550.00) |
| 7653 | 3Cinteractive, LLC | 750.982.311 | Vendor | 2/14/2014 | (30,682.91) |
| 7660 | Retail Decisions Inc | PO BOX 123412 | Vendor | 2/14/2014 | (11,666.66) |
| 7663 | David Lueck-Mammen | Megtek#379 Thomal Street, 7th FloorEdison NJ 08837 | Employee Reimburse | 2/14/2014 | (88.00) |
| 02142014 Payroll JE | Employee Benefits 401K Contribution | N/A | Employee Payroll | 2/14/2014 | (13,341.23) |
| ACH | Ksassociates E | N/A | Vendor | 2/14/2014 | (972.02) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (34,628.36) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (160.00) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (15.00) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (15.00) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (10.00) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (5.00) |
| ACH Jan 2014 #2 | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (5.00) |
| 02142014 Payroll JE | Out of Cycle ACH Commissions Jan 2014 corrections | N/A | Vendor | 2/14/2014 | (1,421.65) |
| 02142014 Payroll JE | Payroll Wages – Physical Checks | N/A | Employee Payroll | 2/14/2014 | (400.00) |
| 02142014 Payroll JE | Payroll Wages – Direct Deposits | N/A | Employee Payroll | 2/14/2014 | (10,000.00) |
| 021414 Comm Adjust | Payroll Wages – Wage Garnishment | N/A | Employee Payroll | 2/14/2014 | (5.00) |
| 7662 | One Microsoft Way Redmond wa 98052USA | One Microsoft Way Redmond wa 98052USA | Vendor | 2/14/2014 | (48,177.00) |
| 7659 | Slalom Consulting | P.O. Box 101416 Pasadena CA 91189-1416 | Vendor | 2/14/2014 | (10,000.00) |
| Wire 2142014 | Gemaltc, Inc. | P.O. Box 8500-54973 Philadelphia PA 19178-4973 | Vendor | 2/14/2014 | (14,960.00) |
| 7666 | Federal Express | P.O. Box 94515 Palatine IL 60094-4515 | Vendor | 2/14/2014 | (1,535.66) |
| 7661 | Service Business Equipment & Sales | PO Box 1282 Kent WA 98035 | Vendor | 2/14/2014 | (1,343.94) |
| 7594 | STATE OF CONNECTICUT | PO BOX 5030 HARTFORD, CT 06102-5030 | Vendor | 2/14/2014 | 0.00 |
| 7657 | Harte Hanks | PO Box 91191 Dallas TX 75391-1913 | Vendor | 2/14/2014 | (14,226.57) |
| 7677 | Sacramento County Sheriff's Office | 334 Power Inn Road E135 Sacramento CA 95826-3899 United States | Vendor | 2/20/2014 | (145.00) |
| 7670 | Evans & Mullinix, P.A | 7225 Renner Road, Suite 200 Shawnee KS 66217 | Vendor | 2/20/2014 | (35.00) |
| 7688 | Internal Revenue Service | N/A | Vendor | 2/20/2014 | (240.00) |
| 7669 | Internal Revenue Service | N/A | Vendor | 2/20/2014 | (150.00) |
| 7074 | Office of the Attorney General | N/A | Vendor | 2/19/2014 | (185.00) |
| 7671 | Chapter 13 Trustee's Office | PO Box 1204 Austin TX 78711-2048 | Vendor | 2/20/2014 | (40.00) |
| 7672 | New Jersey FSPC | PO Box 34001 Nashville TN 37203 | Vendor | 2/20/2014 | (810.33) |
| 7673 | New Jersey FSPC | PO Box 4880 Trenton NJ 08650 | Vendor | 2/20/2014 | (590.45) |
| Feb 2014 Bank Fee | JP Morgan | PO Box 4880 Trenton NJ 08650 | Vendor | 2/18/2014 | (165.37) |
| 7675 | Office of Child Support Enforcement | PO Box 8070 Newark DE 19714-8076 | Vendor | 2/18/2014 | (590.83) |
| 7676 | Franchise Tax Board | PO Box 8125 Little Rock AR 72203 | Vendor | 2/18/2014 | (42.50) |
| 7678 | California State Disbursement Unit | PO Box 942867 Sacramento CA 94267-0011 | Vendor | 2/18/2014 | (240.00) |
| Wire 2/19/2014 | T-Mobile, USA | PO Box 989067 West Sacramento CA 95798-9067 | Vendor | 2/18/2014 | (202,272.80) |
| 7674 | AR State Tax | c/o US Bank PO Box 945009 Seattle WA 98124-6809 United States | Vendor | 2/19/2014 | (10.00) |
| ACH | State Of Vermont | N/A | Vendor | 2/19/2014 | (178.00) |
| ACH | Pitney Bowes | PO Box 3716716 Pittsburgh PA 15250 | Vendor | 2/19/2014 | (46.78) |
| ACH 2/19/2014 | | | Vendor | 2/19/2014 | (1,804.85) |

6

| B / Payment # | Name<br>Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7687 | Texas USF | 1501 North Plano Rd Richardson TX 75081 | | 2/20/2014 | (18,058.86) |
| 7682 | The Wisdom Link Inc. | 16212 Bothell Everett Hwy#F298 Mill Creek WA 98012 | | 2/20/2014 | (12,340.50) |
| 7679 | James Ryan | 335 Inman Place Roswell GA 30075 | | 2/20/2014 | (1,341.02) |
| 7690 | eightCloud, Inc | 9605 NE 116th Street#M98 7156Kirkland WA 98034 | | 2/20/2014 | (4,400.00) |
| 7694 | Colorado Department of Revenue | Denver CO 80261-0013 | | 2/20/2014 | (4,228.00) |
| ACH | Commonbody Int'l Paris&Kira | N/A | Vendor | 2/20/2014 | (4,931.07) |
| ACH | Comp Of Maryland | N/A | Vendor | 2/20/2014 | (4,377.83) |
| ACH | Fla Dept Revenue | N/A | Vendor | 2/20/2014 | (34,246.80) |
| ACH | Georgia Its Tax | N/A | Vendor | 2/20/2014 | (4,472.16) |
| ACH | Il Dept Of | N/A | Vendor | 2/20/2014 | (23.00) |
| ACH | In Sales Use | N/A | Vendor | 2/20/2014 | (2,810.69) |
| ACH | Lakewood Tax | N/A | Vendor | 2/20/2014 | (109.00) |
| ACH | Nc Dept Of | N/A | Vendor | 2/20/2014 | (15,208.83) |
| 7692 | NJ EFT | N/A | Vendor | 2/20/2014 | (12,793.17) |
| ACH | Nys Tax Financ | N/A | Vendor | 2/20/2014 | (14,041.11) |
| ACH | State Comptn' Texnet | N/A | Vendor | 2/20/2014 | (31,719.64) |
| 7680 | WEBFILE TAX PYMT | N/A | Vendor | 2/20/2014 | (7,022.07) |
| Wra 2/20/2014 | Nathan Gooden | N/A | | 2/20/2014 | (17,479.44) |
| 7685 | Oklahoma Tax Commission | N/A | Vendor | 2/20/2014 | (2,419.09) |
| 7681 | IPFS Corporation | PO Box 26920Oklahoma City OK 73126-0920 | Vendor | 2/20/2014 | (2.16) |
| 7688 | WA DEPARTMENT OF REVENUE | PO Box 100391Pasadena CA 91189-0391 | Vendor | 2/20/2014 | (232.72) |
| Wra 2/20/2014 | SilverPop | PO BOX 347025Pittsburg PA 15251-4925 | Vendor | 2/20/2014 | (5,782.15) |
| 7689 | CITY OF SEATTLE (WA) | PO BOX 34907SEATTLE WA 98124-1907 | Vendor | 2/20/2014 | (48.60) |
| 7686 | DEPARTMENT OF REVENUE (SC) | SALES TAXCOLUMBIA SC 29214-0101 | Vendor | 2/20/2014 | (2,422.44) |
| 7680 | Chariot Consulting Group | Troy Klewano18312 NE 21st StRedmond WA 98052 | Vendor | 2/20/2014 | (4,525.00) |
| Wra 2/20/2014 | Nathan Gooden | 10542 Arnold Palmer DriveRaleigh NC 27617 | Vendor | 2/20/2014 | (1,122.50) |
| ACH | AI Dept Of | N/A | Vendor | 2/21/2014 | (93,822.55) |
| ACH | AI Dept Of | N/A | Vendor | 2/21/2014 | (8,482.00) |
| ACH | EPAY PUC RSPF PUC PUCR | N/A | Vendor | 2/21/2014 | (95.00) |
| ACH | Lee & Hayes, PLLC | 601 W Riverside AvenueSuite 1400Spokane WA 99201 | Vendor | 2/28/2014 | (653.58) |
| ACH | T-Mobile, USA | c/o US Bank/PO Box 94503Seattle WA 98124-6803United States | Vendor | 2/28/2014 | (887.17) |
| ACH | E Hawai Dotax | N/A | Vendor | 2/26/2014 | (19,161.11) |
| ACH | KS State Tax | N/A | Vendor | 2/26/2014 | (128.00) |
| ACH | Ohio Tax Oh | N/A | Vendor | 2/26/2014 | (1,500.00) |
| wra 2/28/2014 | Ohio Taxout Oh | N/A | Vendor | 2/26/2014 | (190,164.94) |
| ACH | Tax Rev Crs | N/A | Vendor | 2/26/2014 | (7,813.88) |
| ACH | Wa St Dept | N/A | Vendor | 2/26/2014 | (233.86) |
| ACH | Flex-Plan Services, Inc | PO BOX 53250Bellevue WA 98015 | Vendor | 2/25/2014 | (737.69) |
| ACH | Dept Of Revenue | N/A | Vendor | 2/27/2014 | (3,104.00) |
| ACH | VTUSF | PO BOX 647TTBALTIMORE MD 21264-4777 | Vendor | 2/27/2014 | (15,000.00) |
| wra 2/28/2014 | MAINE USF | PO BOX 632218BALTIMORE MD 21264-2276 | Vendor | 2/27/2014 | (1,506.68) |
| 7705 | John Costing | 10500 NE 8th StBellevue WA 98004 | Vendor | 2/28/2014 | (1,860.00) |
| 7694 | City Flowers, Inc. | 10500 NE 8th StBellevue WA 98004 | Vendor | 2/28/2014 | (58.95) |
| wra 2/28/2014 | Nathan Gooden | 10542 Arnold Palmer DriveRaleigh NC 27617 | Vendor | 2/28/2014 | (25.00) |
| 7707 | Pot O'Gold, Inc. | 13205 SE 30th Street, Suite 104Bellevue WA 98004 | Vendor | 2/28/2014 | (72.72) |
| 7696 | Arabella Software LLC | 1824A 42nd Ave ESeattle WA 98112 | Vendor | 2/28/2014 | (11.94) |
| SVCCHRG | Opus Bank | 19900 MacArthur BlvdIrvine CA 92612 | Vendor | 2/28/2014 | (37.88) |
| SVCCHRG | Opus Bank | 19900 MacArthur BlvdIrvine CA 92612 | Vendor | 2/28/2014 | (80.00) |
| SVCCHRG | Opus Bank | 19900 MacArthur BlvdIrvine CA 92612 | Vendor | 2/28/2014 | |

## 3. Payments to Creditors

| Payment # | Debtor who's debt are not primarily consumer debt Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7713 | Sharon L. Wood | 202 Beal Drive Evergreen CO 80439 | | 2/28/2014 | (1,418.71) |
| 7701 | GCA Services Group | 3000 Solutions Center Chicago IL 60677-3000 | Vendor | 2/28/2014 | (384.00) |
| wire 2/28/2014 | Richard E. Leigh | 5489 170th Place SE Bellevue WA 98006 | Vendor | 2/28/2014 | (8,500.00) |
| 7697 | Enabil | 5th Floor 428-11th Avenue SE Calgary, Alberta T2G 0Y4 Canada | Vendor | 2/28/2014 | (582,920.00) |
| 7710 | Carol Schreiner | 6575 FRANCIS LOOP SE Auburn WA 98092 | Vendor | 2/28/2014 | (139.21) |
| 7710 | Rick White | 6768 NE Wood Bay Lane Poulso WA 98370 | Vendor | 2/28/2014 | (104,960.68) |
| 7700 | HRnovations | 700 112th Avenue NE Suite 300 Bellevue WA 98004 | Vendor | 2/28/2014 | (2,342.03) |
| 7706 | Neustar | Bank of America P.O. Box 409515 Atlanta GA 30384-9515 | Vendor | 2/28/2014 | (1,500.00) |
| 7700 | FedEx Office | Customer Administrative Services P.O. Box 672085 Dallas TX 75267-2085 | Vendor | 2/28/2014 | (53,299) |
| 7696 | 3Cinteractive, LLC | PO BOX 123412 | Vendor | 2/28/2014 | (60,059.20) |
| 02282014 Payroll JE | Cintimeth Of Ky | N/A | Employee Payroll | 2/28/2014 | (262.70) |
| ACH | Employee Benefits 401K Contribution | N/A | Employee Payroll | 2/28/2014 | (9,234.62) |
| wire 2/28/2014 | I Dept Of | N/A | Employee Payroll | 2/28/2014 | (12,439.62) |
| 02282014 Comm Adjust | Pay Correction - Trio, Path Pay, Promo Adjust | N/A | Employee Payroll | 2/28/2014 | (1,453.07) |
| 02282014 Payroll JE | Payroll Expenses Employee Benefits FSA Contribution | N/A | Employee Payroll | 2/28/2014 | (1,262.34) |
| 02282014 Payroll JE | Payroll Tax Liability (ER & EE Portion) | N/A | Employee Payroll | 2/28/2014 | (221,234.01) |
| 02282014 Payroll JE | Payroll Wages - Direct Deposits | N/A | Employee Payroll | 2/28/2014 | (1,421.83) |
| 02282014 Payroll JE | Payroll Wages - Physical Checks | N/A | Employee Payroll | 2/28/2014 | (400.00) |
| 02282014 Payroll JE | Payroll Wages - Wage Garnishment | N/A | Employee Payroll | 2/28/2014 | (3,572.16) |
| ACH | Utah Tax | N/A | Vendor | 2/28/2014 | (13,786.18) |
| ACH | Utah Tax | N/A | Vendor | 2/28/2014 | (2,077.28) |
| wire 2/28/2014 | Tweakker | N/A | Vendor | 2/28/2014 | (13,836.00) |
| 7709 | One Microsoft Way Redmond wa 98052 USA | NY Bankapiastrappate &58000 Aarhus CDenmark | Vendor | 2/28/2014 | (7,116.99) |
| 7712 | Microsoft - Azure | One Microsoft Way Redmond wa 98052 USA | Vendor | 2/28/2014 | (18,000.00) |
| 7708 | Slalom Consulting | PO Box 1014166 Pasadena CA 91189-1416 | Vendor | 2/28/2014 | (49,290.00) |
| 7699 | Oasis Inc | PO Box 1726 Woodinville WA 98072-1725 | Vendor | 2/28/2014 | (1,282.34) |
| 7699 | First Data Corp | PO Box 182 Englewood CO 80150-1832 United States | Vendor | 2/28/2014 | (38,387.13) |
| 7698 | Federal Express | PO Box 94515 Palatine IL 60094-4515 | Vendor | 2/28/2014 | (1,083.24) |
| 7711 | Hane Hanks | PO Box 1262 Kent WA 98035 | Vendor | 2/28/2014 | (1,588.54) |
| 7693 | Service Business Equipment & Sales | PO Box 12897 Philadelphia PA 19101-5397 | Vendor | 2/28/2014 | (674.26) |
| wire 2/28/2014 | Corporation Service Company | PO Box 13397 Philadelphia PA 19101-5397 | Vendor | 2/28/2014 | (9,671.38) |
| 7714 | GoldLogic Inc. | PO Box 20402 1 Dallas TX 75320-4021 | Vendor | 2/28/2014 | (974.20) |
| 7702 | Tableau Software | PO Box 204058 Pittsburgh PA 15251-0558 | Vendor | 2/28/2014 | (104,328.14) |
| ACH | WISCONSIN DEPT OF REVENUE | PO Box 9119133 Dallas TX 75391-1913 | Vendor | 2/28/2014 | (33.23) |
| ACH | WISCONSIN DEPT OF REVENUE | PO BOX 93038 MILWAUKEE WI 53293-0389 | Vendor | 2/28/2014 | (329.23) |
| ACH | WISCONSIN DEPT OF REVENUE | PO BOX 93038 MILWAUKEE WI 53293-0389 | Vendor | 2/28/2014 | (56,577.20) |
| ACH 3/3/2014 | Perkins Coie | 1201 Third Avenue 40th Floor Seattle WA 98101-3099 United States | Vendor | 2/28/2014 | (57,361.09) |
| wire 2/28/2014 | Opus Bank | 19900 MacArthur Blvd Irvine CA 92612 | Vendor | 3/3/2014 | (175.00) |
| wire 3/3/2014 | NCO | 24692 Network Place Chicago IL 60673 | Vendor | 3/3/2014 | (225.40) |
| March billing | Transaction Services | 254 Chapman Road Suite 112 Newark DE 19702 | Vendor | 3/3/2014 | (18,000.00) |
| wire 3/3/2014 | Enabil | 5th Floor 428-11th Avenue SE Calgary, Alberta T2G 0Y4 Canada | Vendor | 3/3/2014 | (175,410.00) |
| ACH | Statewide Pe Ebpp | N/A | Vendor | 3/3/2014 | (787.64) |
| ACH | WEBFILE TAX PYMT | N/A | Vendor | 3/3/2014 | (842.65) |
| ACH | US Directory Assistance | N/A | Vendor | 3/3/2014 | (3,351.20) |
| 7719 | VSP | P.O. Box 2449 Barrington RI 02806 | Vendor | 3/3/2014 | (5.12) |
| 7718 | Merchant Solutions | P.O. Box 4520 0 San Francisco CA 94145-5200 | Vendor | 3/3/2014 | (146,542.99) |
| 7721 | NEW YORK STATE FILING FEE | PO Box 13065 Spokane WA 99213 | Vendor | 3/3/2014 | (175.00) |
| ACH 3/3/2014 | Comcast | PO BOX 15150 Albany NY 12212-5150 | Vendor | 3/3/2014 | (225.40) |
| 7717 | Sun Life Assurance | PO Box 3474 Seattle WA 98124-1744 | Vendor | 3/3/2014 | (3,415.12) |
| ACH 03/03/2014 | Washington Dental Service | PO Box 72031 Philadelphia PA 19170-0331 | Vendor | 3/3/2014 | (5,188.00) |
| 7715 | HealthNet Plan of Oregon | PO Box 84985 Seattle WA 98124-6185 | Vendor | 3/3/2014 | (48,390.41) |
| wire 03/05/2014 | Sedgwick LLP | PO Box 9100 Van Nuys CA 91409-9103 | Vendor | 3/5/2014 | (10,894.68) |
| 7723 | Jenkon | 135 Main St. 14th Floor San Francisco CA 94105 | Vendor | 3/5/2014 | (18,545.31) |
| wire 03/05/2014 | T-Mobile, USA | 203 SE Park Plaza Drive Suite 250 Vancouver WA 98684 | Vendor | 3/5/2014 | (381,459.86) |
| 7722 | Bellevue Place Office, LLC | c/o US Bank PO Box 945035 Seattle WA 98124-6803 United States | Vendor | 3/5/2014 | (47,725.74) |
| 7725 | The Kelly Group | 11170 79th place NE Kirkland WA 98034 | Vendor | 3/6/2014 | (15,000.00) |

## 3. Payments to Creditors

Debtor who's debt are not primarily consumer debt

| Payment # | Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| ACH 3/6/2014 | TW Telecom | -Auto Pay-P.O. Box 172567Denver CO 80217-2567 | Vendor | 3/6/2014 | (2,428.51) |
| 7724 | Jason Genthner | N/A | Employee Reimburse | 3/6/2014 | (1,187.51) |
| 7724 | GFBunting LLC | One California St, 27th floorSan Francisco CA 94111 | Vendor | 3/7/2014 | (23,000.00) |
| Wire 3/10/2014 | WEBFILE TAX PYMT | N/A | Vendor | 3/10/2014 | (422.00) |
| ACH | Connecticut Dept of Emergency Svcs | 1380 Bay StreetBldg. CTaunton MA 02780 | Vendor | 3/10/2014 | (753.20) |
| 7727 | Commonwealth of Massachusetts | 111 Country Club RoadMiddletown CT 06457 | Vendor | 3/10/2014 | (1,505.78) |
| 7732 | PRINCE GEORGES COUNTY | 14741 GOV. ODEN BOWIE DRIVESUITE 1050UPPER MARLBORO MD 20772 | Vendor | 3/10/2014 | (1,703.58) |
| 7744 | TREASURER, STATE OF MAINE E9-1-1 | 18 SHSAugusta ME 4333 | Vendor | 3/10/2014 | (21.15) |
| 7733 | NCO | 24692 Network PlaceChicago IL 60673 | Vendor | 3/10/2014 | (75,000.00) |
| wire 03/10/2014 | New Hampshire Bur. Of Emerg. Comm. | 33 Hazen DriveConcord NH 03305 | Vendor | 3/10/2014 | (37.05) |
| 7724 | Illinois Commerce Comm. - WETSA | 527 East CapitolAvenueSpringfield IL 62071 | Vendor | 3/10/2014 | (1,215.69) |
| 7730 | DIRECTOR OF FINANCE- BALTIMORE | DEPT OF FINANCE200 HOLLIDAY STBALTIMORE MD 21202 | Vendor | 3/10/2014 | (892.02) |
| 7743 | Kansas USF | P.O. Box 958901-1512 | Vendor | 3/10/2014 | (3,207.24) |
| 7731 | Delaware Division of Revenue | P.O. Box 2340Wilmington DE 19899-2340 | Vendor | 3/10/2014 | (299.00) |
| 7731 | PSC OF WEST VIRGINIA | P.O. Box 812CHARLESTON WV 25323-0812 | Vendor | 3/10/2014 | (86.80) |
| 7735 | DELAWARE DIVISION OF REVENUE (911) | P.O. Box 2340WILMINGTON DE 19899-2340 | Vendor | 3/10/2014 | (738.98) |
| 7740 | NMUSF | P.O. Box 27561Albuquerque NM 87125-7561 | Vendor | 3/10/2014 | (1,976.13) |
| 7729 | OKUsF | P.O. BOX 110Stillwater OK 74076-0110 | Vendor | 3/10/2014 | (976.47) |
| 7728 | PRUSF | P.O. Box 40827San Juan PR 00940-0827 | Vendor | 3/10/2014 | (5.36) |
| 7738 | INTERSTATE TRS FUND | P.O. Box 271595Pittsburgh PA 15251-7595 | Vendor | 3/10/2014 | (145,226.36) |
| 7738 | Department of Finance & Admin. - AR | P.O. Box 8042Little Rock AR 72203-8042 | Vendor | 3/10/2014 | (43.16) |
| 7739 | USAC | PO Box 105056Atlanta GA 30348-5056 | Vendor | 3/10/2014 | (205.45) |
| 7742 | WASHINGTON COUNTY | P.O. BOX 628348BALTIMORE MD 21264-2631 | Vendor | 3/10/2014 | (24.92) |
| 7726 | New Hampshire Dept. of Rev. Admin. | PO Box 20350Concord NH 03302-2035 | Vendor | 3/10/2014 | (5,847.55) |
| 7741 | PUC | PO BOX 81204CHARLESTON WV 25323-0812 | Vendor | 3/10/2014 | (3,051.35) |
| 7737 | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 | (1,551.53) |
| 7737 | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 | (1,034.36) |
| 7736 | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 | (803.62) |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 | (848.17) |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 |  |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 |  |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 |  |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 |  |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94267-7081 | Vendor | 3/10/2014 |  |
| 7745 | The Watson Link Inc. | 1672 Borel PlaceSuite 130Mill Creek WA 98012 | Vendor | 3/11/2014 | (18,150.00) |
| ACH | Beacon Law Advisors, PLLC | 801 2nd AvenueSuite 614Seattle WA 98104 | Vendor | 3/11/2014 | (40,000.00) |
| Feb 2014 Comm | Dept De Hacienda | N/A | Vendor | 3/11/2014 | (28,373.00) |
| Wire 3/11/2014 | Feb 2014 First Data Commission Payout | N/A | Vendor | 3/11/2014 | (597,687.12) |
| ACH | N/A | 100 CIVIC CENTER MALLINDIO CA 92201 | Member | 3/11/2014 | (105.18) |
| 7840 | CITY OF INDIO (UUT) | 100 CIVIC CENTER MALLINDIO CA 92201 | Vendor | 3/11/2014 | (196.44) |
| 7789 | CITY OF GREELEY (CO) | 1000 10TH STREETGREELEY CO 80631 | Vendor | 3/11/2014 | (388.99) |
| 7857 | CITY OF PASADENA (UUT) | 100N GARFIELD AVE, RM N129PASADENA CA 91109 | Vendor | 3/11/2014 | (91.00) |
| 7863 | CITY OF REDWOOD CITY (UUT) | 1017 MIDDLEFIELD ROADREDWOOD CITY CA 94063 | Vendor | 3/11/2014 | (147.00) |
| 7750 | Kidsfirst Lamar | 10500 NE 8th StSuite 1350Bellevue WA 98004 | Vendor | 3/11/2014 | (423.38) |
| Wire 3/12/2014 | City Flowers, Inc. | 10500 NE 8th St Bellevue WA 98004 | Vendor | 3/12/2014 | (223.38) |
| 7689 | Nathan Gooden | 10642 Arnold Palmer DriveRaleigh NC 27617 | Vendor | 3/12/2014 | (821.77) |
| 7995 | CITY OF RENTON (WA) | 1055 S. Grady WayRENTON WA 98057 | Vendor | 3/12/2014 | (339.19) |
| 7837 | CITY OF SUMNER (WA) | 1104 MAPLE STREETSUITE 240SUMNER WA 98390 | Vendor | 3/12/2014 | (13.56) |
| 7810 | CITY OF HERCULES (UT) | 111 CIVIC DRIVEHERCULES CA 94547 | Vendor | 3/12/2014 | (73.44) |
| 7828 | CITY OF ALHAMBRA (UUT) | 111 SOUTH FIRST STREETALHAMBRA CA 91801 | Vendor | 3/12/2014 | (111.70) |
| 7921 | CITY OF DOWNEY (UUT) | 11111 BROOKSHIRE AVENUEDOWNEY CA 90241 | Vendor | 3/12/2014 | (137.49) |
| 7801 | Canyon County Auditor | 1115 Albany StreetCaldwell ID 83605 | Vendor | 3/12/2014 | (169.58) |
| 7933 | WESTCHESTER COUNTY (911) | 112 E POST ROADE & WHITE PLAINS NY 10601-5113 | Vendor | 3/12/2014 | (44.10) |
| 7845 | Payette County | 1130 3rd Ave. N.Room 104Payette ID 83661 | Vendor | 3/12/2014 | (7.42) |
| 7830 | CITY OF LYNWOOD (UUT) | 11330 BULLIS ROADLYNWOOD CA 90262 | Vendor | 3/12/2014 | (141.44) |
| 7771 | CITY OF EL MONTE (UUT) | 11334 VALLEY BLVD EL MONTE CA 91731 | Vendor | 3/12/2014 | (127.18) |
| 7994 | CITY OF AVONDALE (AZ) | 11465 W. CIVIC CENTER DRIVE#270AVONDALE AZ 85323 | Vendor | 3/12/2014 | (47.24) |
| 7983 | CITY OF SPOKANE VALLEY (WA) | 11707 E Sprague Ave Suite 106SPOKANE VALLEY WA 99206 | Vendor | 3/12/2014 | (111.86) |
| 7798 | CITY OF MUKILTEO (WA) | 11930 CYRUS WAYMUKILTEO WA 98275 | Vendor | 3/12/2014 | (47.24) |
|  | NASSAU COUNTY POLICE DEPT. (911) | 1194 PROSPECT AVENUEWESTBURY NY 11590 | Vendor | 3/12/2014 | (71.44) |

## 3. Payments to Creditors

| B Payment # | Debtor who's debt is not primarily consumer debt Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7562 | CITY OF EDMONDS (WA) | 121 5th Ave NE|EDMONDS WA 98020 | Vendor | 3/12/2014 | (45.96) |
| 7769 | ADHTS | 1220 WEST SIXTH|LITTLE ROCK AR 72201 | Vendor | 3/12/2014 | (3.95) |
| 7970 | CITY OF KIRKLAND (WA) | 123 5th Ave|KIRKLAND WA 98033-6189 | Vendor | 3/12/2014 | (285.46) |
| 7824 | CITY OF COVINA (UUT) | 125 E. COLLEGE STREET|COVINA CA 91723 | Vendor | 3/12/2014 | (55.46) |
| 7832 | CITY OF YAKIMA (UUT) | 129 NORTH 2ND STREET|YAKIMA WA 98901 | Vendor | 3/12/2014 | (88.57) |
| 8004 | City of Norwalk (WA) | 12700 NORWALK BLVD|NORWALK CA 90650 | Vendor | 3/12/2014 | (29.76) |
| 7761 | Pud (Yolo), Inc. | 128 NORTH SECOND ST|YAKIMA WA 98901 | Vendor | 3/12/2014 | (1,452.35) |
| 7887 | CITY OF WHITTIER (UUT) | 13220 PENN STREET|WHITTIER CA 90602 | Vendor | 3/12/2014 | (55.20) |
| 7787 | CITY & COUNTY OF DENVER | 1331 CHEROKEE STREET|DENVER CO 80204 | Vendor | 3/12/2014 | (691.00) |
| 7893 | CITY & COUNTY OF DENVER | 1331 CHEROKEE STREET|DENVER CO 80204 | Vendor | 3/12/2014 | (284.90) |
| 7873 | CITY OF SAN PABLO (UUT) | 13831 SAN PABLO AVENUE|BUILDING 2|SAN PABLO CA 94806 | Vendor | 3/12/2014 | (87.01) |
| 7865 | CITY OF RICHMOND (UUT) | 1401 MARINA WAY SOUTH|RICHMOND CA 94804 | Vendor | 3/12/2014 | (164.64) |
| 7834 | CITY OF GLENDALE (UUT) | 141 NORTH GLENDALE AVE STE 346|GLENDALE CA 91206 | Vendor | 3/12/2014 | (60.87) |
| 7819 | CITY OF BALDWIN PARK (UUT) | 14403 E. PACIFIC AVENUE|BALDWIN PARK CA 91706 | Vendor | 3/12/2014 | (76.65) |
| 7922 | Cassia County | 1459 Overland Avenue|Burley ID 83318 | Vendor | 3/12/2014 | (7.42) |
| 7842 | CITY OF LAWNDALE (UUT) | 14717 BURIN AVENUE|LAWNDALE CA 90260 | Vendor | 3/12/2014 | (43.15) |
| 7853 | CITY OF OAKLAND|UUT | 150 OGAWA PLAZA, STE 5342|SAN FRANCISCO CA 94139 | Vendor | 3/12/2014 | (470.68) |
| 7923 | Elmore County | 150 South 4th East|Suite 3|Mountain Home ID 83647 | Vendor | 3/12/2014 | (7.42) |
| 7864 | CITY OF RIALTO (UUT) | 150 SOUTH PALM AVENUE|RIALTO CA 92376 | Vendor | 3/12/2014 | (141.64) |
| 7917 | Bonner County | 1500 Hwy 2|Third Floor|Sandpoint ID 83864 | Vendor | 3/12/2014 | (1.24) |
| 7925 | Fremont County | 151 West 1st North|St. Anthony ID 83445 | Vendor | 3/12/2014 | (2.71) |
| 7822 | CITY OF COACHELLA (UUT) | 1515 SIXTH STREET|COACHELLA CA 92236 | Vendor | 3/12/2014 | (28.00) |
| 7786 | CITY OF AURORA (CO) | 1515 E. ALAMEDA PARKWAY|SUITE 1100|AURORA CO 80012 | Vendor | 3/12/2014 | (399.03) |
| 7950 | PUBLIC SERVICE COMMISSION (UT) | 160 E 300 S|SUITE 400|SALT LAKE CITY UT 84111 | Vendor | 3/12/2014 | (724.28) |
| 7856 | CITY OF PARAMOUNT (UUT) | 16400 COLORADO AVENUE|PARAMOUNT CA 90723 | Vendor | 3/12/2014 | (33.33) |
| 7814 | CITY OF BELLFLOWER (UUT) | 16600 CIVIC CENTER DRIVE|BELLFLOWER CA 90706 | Vendor | 3/12/2014 | (107.59) |
| 7960 | CITY OF COVINGTON (WA) | 16720 SE 271ST ST|STE 100|COVINGTON WA 98042-4964 | Vendor | 3/12/2014 | (19.87) |
| 7874 | CITY OF SANGER (UUT) | 1700 7TH STREET|SANGER CA 93657 | Vendor | 3/12/2014 | (39.60) |
| 7832 | CITY OF GARDENA (UUT) | 1700 W. 162ND STREET|GARDENA CA 90247 | Vendor | 3/12/2014 | (31.45) |
| 7878 | CITY OF SANTA MONICA (UUT) | 1717 4TH STREET|SUITE 150|SANTA MONICA CA 90401 | Vendor | 3/12/2014 | (153.60) |
| 8003 | CITY OF WOODINVILLE (WA) | 17301 133RD AVENUE NE|WOODINVILLE WA 98072 | Vendor | 3/12/2014 | (32.20) |
| 7754 | Jan-Marie Bourgeois | 17424 NE 140th St|Woodinville WA 98072 | Vendor | 3/12/2014 | (176.57) |
| 7992 | CITY OF SHORELINE (WA) | 17500 Midvale Ave. N.|SHORELINE WA 98133-4905 | Vendor | 3/12/2014 | (87.72) |
| 7954 | CITY OF BOTHELL (WA) | 18305 - 101st Ave. NE|BOTHELL WA 98011 | Vendor | 3/12/2014 | (71.48) |
| 7773 | IDAHO TELECOM SVC. ASSIST PROG | 1964 NORTH 300 EAST|CENTERVILLE UT 84014 | Vendor | 3/12/2014 | (47.82) |
| 7942 | INCOG | 2 West Second Street|Suite 800|Tulsa OK 74103 | Vendor | 3/12/2014 | (1,313.66) |
| 7870 | CITY OF SAN JOSE (UUT) | 200 E SANTA CLARA ST 13TH FLR|SAN JOSE CA 95113 | Vendor | 3/12/2014 | (1,197.84) |
| 7890 | CITY OF SAN JOSE (911) | 200 E SANTA CLARA ST 13TH FLR|SAN JOSE CA 95113 | Vendor | 3/12/2014 | (32.72) |
| 7844 | CITY OF LOS ANGELES (UUT) | 200 N. SPRING ST, RM 220|LOS ANGELES CA 90012 | Vendor | 3/12/2014 | (10,279.63) |
| 7872 | Aaa North Carolina | 200W HUGH WADDELL|RALEIGH NC 27699-2025 | Vendor | 3/12/2014 | (1,111.20) |
| 7796 | NC 911 BOARD | 2023 MAIL SERVICE CENTER|RALEIGH NC 27699-2025 | Vendor | 3/12/2014 | (276.78) |
| 8000 | CITY OF WAPATO (WA) | 205 EAST 3RD STREET|WAPATO WA 98951 | Vendor | 3/12/2014 | (28.69) |
| 7823 | CITY OF COMPTON (WA) | 205 S. WILLOWBROOK AVENUE|COMPTON CA 90220 | Vendor | 3/12/2014 | (223.03) |
| 7915 | Blaine County | 206 1st Ave. South|Suite 200|Hailey ID 83333 | Vendor | 3/12/2014 | (1.93) |
| 7037 | ACOG | 21 E. Main Street|Suite 100|Oklahoma City OK 73104-2405 | Vendor | 3/12/2014 | (508.65) |
| 7927 | Jefferson County | 210 Courthouse Way|Suite 100|Rigby ID 83442 | Vendor | 3/12/2014 | (7.42) |
| 7953 | CITY OF BELLINGHAM (WA) | 210 Lottie Street|BELLINGHAM WA 98225 | Vendor | 3/12/2014 | (243.33) |
| 7988 | CITY OF KENNEWICK (WA) | 210 W. 6th Avenue|KENNEWICK WA 99336 | Vendor | 3/12/2014 | (85.43) |
| 7979 | CITY OF SEAL BEACH (UUT) | 211 8TH STREET|SEAL BEACH CA 90740 | Vendor | 3/12/2014 | (16.17) |
| 7859 | CITY OF PINOLE (UUT) | 2131 PEAR STREET|PINOLE CA 94564 | Vendor | 3/12/2014 | (41.43) |
| 7902 | PUEBLO COUNTY | 215 W 10TH STREET|PUEBLO CO 81003 | Vendor | 3/12/2014 | (30.82) |
| 7961 | CITY OF DES MOINES (WA) | 21630 11th Ave South|Des Moines WA 98198 | Vendor | 3/12/2014 | (44.73) |
| 7815 | CITY OF BERKELEY (UUT) | 2180 MILVIA STREET|3RD FLOOR|BERKELEY CA 94704 | Vendor | 3/12/2014 | (287.45) |
| 7869 | CITY OF KENT (WA) | 220 4th Avenue South|KENT WA 98032 | Vendor | 3/12/2014 | (169.00) |
| 7764 | Ryan Wuerch | 2231 95th Avenue Northeast|Clyde Hill WA 98004|USA | Employee Reimburse | 3/12/2014 | |

| B. Payment # | Name — Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7608 | ALAMEDA COUNTY TAX COLLECTOR (UUT) | 224 W. WINTON AVE, RM 169HAYWARD CA 94544-1221 | Vendor | 3/12/2014 | (133.96) |
| 7609 | CITY OF ALAMEDA (UUT) | 2263 SANTA CLARA AVENUEALAMEDA CA 94501 | Vendor | 3/12/2014 | (37.48) |
| 7899 | CITY OF SAN ANGELO 911 | 2330 AIRPORT ROADCOLORADO SPRINGS CO 80910 | Vendor | 3/12/2014 | (171.45) |
| 7811 | EL PASO & TELLER COUNTY 911 | 240 W HUNTINGTON DRIVEARCADIA CA 91007 | Vendor | 3/12/2014 | (42.10) |
| 7829 | CITY OF ARCADIA (UUT) | 2415 UNIVERSITY AVENUEEAST PALO ALTO CA 94303 | Vendor | 3/12/2014 | (101.30) |
| 7604 | CITY OF EAST PALO ALTO (UUT) | 25 West Main StreetAUBURN WA 98001 | Vendor | 3/12/2014 | (145.31) |
| 7952 | CITY OF AUBURN (WA) | 250 NORTH 5TH STREETGRAND JUNCTION CO 81501 | Vendor | 3/12/2014 | (46.80) |
| 7818 | GRAND JUNCTION REGIONAL 911 | 2720 SECOND STREETCERES CA 95307 | Vendor | 3/12/2014 | (91.00) |
| 7816 | CITY OF CERES (UUT) | 275 E OLIVE AVENUEBURBANK CA 91502 | Vendor | 3/12/2014 | (205.52) |
| 7819 | CITY OF BURBANK (UUT) | 276 FOURTH AVENUECHULA VISTA CA 91910 | Vendor | 3/12/2014 | (228.69) |
| 7956 | CITY OF CHULA VISTA (UUT) | 2801 228TH ST SWBRIER WA 98036 | Vendor | 3/12/2014 | (21.14) |
| 7944 | CITY OF BRIER (WA) | 280 N ROAD 73703 | Vendor | 3/12/2014 | (12.74) |
| 7983 | NKDA (UUT) | 291 N MAIN STREETPORTERVILLE CA 93257 | Vendor | 3/12/2014 | (79.92) |
| 7963 | CITY OF PORTERVILLE (UUT) | 2930 WetmoreEVERETT WA 98201 | Vendor | 3/12/2014 | (201.59) |
| 7983 | CITY OF EVERETT (WA) | 30 YAPHANK AVENUEYAPHANK NY 11980 | Vendor | 3/12/2014 | (74.28) |
| 7800 | SUFFOLK COUNTY (911) | 300 NORTH D STREETSAN BERNARDINO CA 92418 | Vendor | 3/12/2014 | (359.92) |
| 7867 | CITY OF SAN BERNARDINO (UUT) | 3031 TORRANCE BLVD.TORRANCE CA 90503 | Vendor | 3/12/2014 | (81.00) |
| 7887 | CITY OF TORRANCE (UUT) | 307 CLINTON AVE WESTSUITE 600HUNTSVILLE AL 35801 | Vendor | 3/12/2014 | (84.93) |
| 7826 | ALABAMA WRLS 9-1-1 BOARD | 320 NEWMARK AVENUEMONTEREY PARK CA 91574 | Vendor | 3/12/2014 | (35.28) |
| 7843 | CITY OF CLINTON | 3200 E. TAHQUITZ CANYON WAYPALM SPRINGS CA 92263-2743 | Vendor | 3/12/2014 | (51.11) |
| 7964 | CITY OF MONTEREY PARK (UUT) | 3200 TAHQUITZ CANYON WAYPALM SPRINGS CA 92262 | Vendor | 3/12/2014 | (204.65) |
| 7843 | CITY OF PALM SPRINGS (911) | 325 SE PARADISE STREETPULLMAN WA 99163 | Vendor | 3/12/2014 | (20.33) |
| 7947 | CITY OF PALM SPRINGS (UUT) | 333 - 90TH STREETDALY CITY CA 94015-1895 | Vendor | 3/12/2014 | (20.23) |
| 7848 | CITY OF DALY CITY (UUT) | 333 W. OCEAN BLVD, 6TH FLRLONG BEACH CA 90802 | Vendor | 3/12/2014 | (1,748.77) |
| 7888 | CITY OF LONG BEACH (UUT) | 335 Inman PlaceRoswell GA 30075 | Vendor | 3/12/2014 | (30.47) |
| 7851 | CITY OF NEWARK (UUT) | 345 SIXTH STREETSUITE 600BREMERTON WA 98337-1873 | Vendor | 3/12/2014 | (111.71) |
| 8002 | CITY OF BREMERTON (WA) | 37101 NEWARK BLVD.NEWARK CA 94560 | Vendor | 3/12/2014 | (35.22) |
| 7924 | CITY OF NEWARK (UUT) | 3800 WEST VAN GIESENWEST RICHLAND WA 99352 | Vendor | 3/12/2014 | (6.19) |
| 7898 | CITY OF WEST RICHLAND (WA) | 39 West OnedaPreston ID 83263 | Vendor | 3/12/2014 | (33.32) |
| 7939 | James Ryan | 400 JUSTICE WAYCASTLE ROCK CO 80109 | Vendor | 3/12/2014 | (115.59) |
| 7957 | DOUGLAS COUNTY | 400 N Bell StShawnee OK 74801 | Vendor | 3/12/2014 | (2.48) |
| 7748 | COEDD | 400 SW 152nd St.Suite 300BURIEN WA 98166 | Vendor | 3/12/2014 | (237.72) |
| 7755 | CITY OF BURIEN (WA) | 415 E. MainEmmett ID 83617-3096 | Vendor | 3/12/2014 | (38.60) |
| 7855 | Gem County | 415 W. 6th StVANCOUVER WA 98660 | Vendor | 3/12/2014 | (2,037.00) |
| 7851 | CITY OF VANCOUVER (WA) | 4130 NE 22nd St.Renton WA 98059 | Vendor | 3/12/2014 | (102.78) |
| 8002 | Digital Cinema Design, Inc. | 420 COLLEGE STREETLACEY WA 98503-1238 | Vendor | 3/12/2014 | (22.18) |
| 7971 | CITY OF LACEY (WA) | 425 S. Mission DriveSAN GABRIEL CA 91776 | Vendor | 3/12/2014 | (2,367.00) |
| 7999 | CITY OF SAN GABRIEL (UUT) | 445 MINNESOTA STREETST PAUL MN 55101-5137 | Vendor | 3/12/2014 | (1,836.21) |
| 7926 | MINNESOTA 911 PROGRAM | 4453 W. 126TH STREETHAWTHORNE CA 90250 | Vendor | 3/12/2014 | (24.78) |
| 7835 | CITY OF HAWTHORNE (UUT) | 451 Government WayCoeur D'Alene ID 83814 | Vendor | 3/12/2014 | (178.13) |
| 7906 | Kootenai County | 500 Deaderick StreetNashville TN 37242-0700 | Vendor | 3/12/2014 | (53.92) |
| 7889 | Tennessee Department of Revenue | 500 James Robertson PkwyNashville TN 37243-0582 | Vendor | 3/12/2014 | (70.18) |
| 7928 | Tennessee Emerg. Comm. Board | 501 N. Maple #205Blackfoot ID 83221 | Vendor | 3/12/2014 | (132.12) |
| 7604 | Bingham County Clerk | 505 S GAREY AVENUEPOMONA CA 91766 | Vendor | 3/12/2014 | (205.15) |
| 7910 | CITY OF POMONA (UUT) | 505 Swift BlvdRICHLAND WA 99352 | Vendor | 3/12/2014 | (180.74) |
| 7914 | CITY OF RICHLAND (WA) | 5111 BENITO STREETMONTCLAIR CA 91763 | Vendor | 3/12/2014 | (475.01) |
| 7860 | CITY OF MONTCLAIR (UUT) | 5334 SOUTH PRINCE STLITTLETON CO 80166-0001 | Vendor | 3/12/2014 | (155.21) |
| 7900 | ARAPAHOE COUNTY | 55 North Center StreetMesa AZ 85201 | Vendor | 3/12/2014 | (83.06) |
| 7647 | City of Mesa (AZ) | 555 SANTA CLARA STVALLEJO CA 94590 | Vendor | 3/12/2014 | (424.21) |
| 7896 | CITY OF VALLEJO (UUT) | 5850 W. Glendale Ave.Glendale AZ 85301 | Vendor | 3/12/2014 | (106.82) |
| 7779 | City of Glendale (AZ) | 6000 Main StreetSW LAKEWOOD WA 98499 | Vendor | 3/12/2014 | |
| 7884 | CITY OF LAKEWOOD (WA) | 605 N. CapitalIdaho Falls ID 83402 | Vendor | 3/12/2014 | |
| 7778 | Bonneville County | 6133 125th Ave SEBellevue WA 98006 | Vendor | 3/12/2014 | |
| 7973 | Justin Cottrell | 6200 Southcenter BlvdTUKWILA WA 98188 | Vendor | 3/12/2014 | |
| 7997 | CITY OF TUKWILA (WA) | | Vendor | 3/12/2014 | |

11

**B.  Debtor whose debt are not primarily consumer debt**

| Payment # | Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7820 | CITY OF CITRUS HEIGHTS (UUT) | 6237 FOUNTAIN SQUARE DRIVE/CITRUS HEIGHTS CA 95621 | Vendor | 3/12/2014 | (34.15) |
| 7913 | Barnock County | 624 E. Center St/Room 104/Pocatello ID 83201 | Vendor | 3/12/2014 | (33.60) |
| 7813 | CITY OF BELL (UUT) | 6330 PINE AVENUE/BELL CA 90201 | Vendor | 3/12/2014 | (56.72) |
| 7885 | CITY OF VENTURA (UUT) | 6501 POLI STREET/PO BOX 99/VENTURA CA 93002-0099 | Vendor | 3/12/2014 | (151.47) |
| 7839 | CITY OF HUNTINGTON PARK (UUT) | 6550 MILES AVENUE/HUNTINGTON PARK CA 90255 | Vendor | 3/12/2014 | (8.96) |
| 7827 | CITY OF DESERT HOT SPRINGS (UUT) | 65-950 PIERSON BLVD/DESERT HOT SPRINGS CA 92240 | Vendor | 3/12/2014 | (231.94) |
| 7858 | CITY OF PICO RIVERA (UUT) | 6615 PASSONS BOULEVARD/PICO RIVERA CA 90660 | Vendor | 3/12/2014 | (39.84) |
| 7817 | CITY OF CATHEDRAL CITY (UUT) | 68-700 AVENIDA LALO GUERRERO/CATHEDRAL CITY CA 92234 | Vendor | 3/12/2014 | (5.36) |
| 7749 | HRInnovations | 700 112th Avenue NE/Suite 300/Bellevue WA 98004 | Vendor | 3/12/2014 | (4,600.29) |
| 7996 | CITY OF TACOMA (WA) | 733 Market St/Room 21/TACOMA WA 98402 | Vendor | 3/12/2014 | (393.72) |
| 7833 | CITY OF GILROY (UUT) | 7351 ROSANNA STREET/GILROY CA 95020 | Vendor | 3/12/2014 | (24.23) |
| 7836 | CITY OF HAYWARD (UUT) | 777 B STREET/HAYWARD CA 94541 | Vendor | 3/12/2014 | (194.00) |
| 7881 | CITY OF PATTON (UUT) | 7800 AUGLIZE STREET/PATTON CA 90660 | Vendor | 3/12/2014 | (67.67) |
| 7871 | CITY OF MONROE (WA) | 806 W Main St/MONROE WA 98272 | Vendor | 3/12/2014 | (80.26) |
| 7979 | CITY OF SPOKANE (WA) | 808 W Spkane Falls Blvd/SPOKANE WA 99201-3336 | Vendor | 3/12/2014 | (279.77) |
| 7993 | CITY OF SANTA CRUZ (UUT) | 809 CENTER STREET, RM 101/SANTA CRUZ CA 95060 | Vendor | 3/12/2014 | (38.94) |
| 7877 | City of Nampa, ID (911) | 815 2nd Street South/Nampa ID 83651 | Vendor | 3/12/2014 | (46.54) |
| 7936 | CITY OF WESTMINSTER (UUT) | 8200 WESTMINSTER BLVD/WESTMINSTER CA 92683 | Vendor | 3/12/2014 | (140.58) |
| 7866 | CITY OF BURLINGTON (WA) | 833 S. SPRUCE STREET/BURLINGTON WA 98233 | Vendor | 3/12/2014 | (42.32) |
| 7886 | 3CLogic | Suite 360 | Vendor | 3/12/2014 | (3.79) |
| 7903 | CITY OF SACRAMENTO (UUT) | 915 I STREET, RM 1214/SACRAMENTO CA 95814-2604 | Vendor | 3/12/2014 | (3,250.00) |
| 7747 | WELD COUNTY | 915 10TH STREET/GREELEY CO 80631 | Vendor | 3/12/2014 | (12.60) |
| 7797 | ERIE COUNTY (NY) | 95 FRANKLIN STREET/ROOM 1100/BUFFALO NY 14202 | Vendor | 3/12/2014 | (21.46) |
| 7790 | CITY OF THORNTON | 9500 CIVIC CENTER DRIVE/THORNTON CO 80229 | Vendor | 3/12/2014 | (116.83) |
| 7894 | CITY OF THORNTON | 9500 CIVIC CENTER DRIVE/THORNTON CO 80229 | Vendor | 3/12/2014 | (78.14) |
| 7978 | CITY OF MERCER ISLAND (WA) | 9611 SE 36th St/MERCER ISLAND WA 98040 | Vendor | 3/12/2014 | (67.87) |
| 7825 | CITY OF SAN LEANDRO (911) | 835 EAST 14TH STREET/SAN LEANDRO CA 94577 | Vendor | 3/12/2014 | (83.26) |
| 7872 | CITY OF SAN LEANDRO (UUT) | 835 EAST 14TH STREET/SAN LEANDRO CA 94577 | Vendor | 3/12/2014 | (38.72) |
| 7780 | CITY OF ELK GROVE (UUT) | 8401 LAGUNA PALMS WAY/ELK GROVE CA 95758 | Vendor | 3/12/2014 | (38.90) |
| 7760 | CITY OF PEORIA (AZ) | 8401 W. MONROE ST/PEORIA AZ 85345 | Vendor | 3/12/2014 | (65.67) |
| 7872 | CITY OF SAN LUIS OBISPO (UUT) | 990 PALM STREET/SAN LUIS OBISPO CA 93401 | Vendor | 3/12/2014 | (70.69) |
| Win 3/12/2014 | Neustar | Bank of America/PO Box 409915/Atlanta GA 30384-9915 | Vendor | 3/12/2014 | (896.46) |
| 7758 | T-Mobile, USA | c/o US Bank/PO Box 94503/Seattle WA 98124-6803/United States | Vendor | 3/12/2014 | (1,500.00) |
| 7792 | Resource Global Professionals | File 55221/Los Angeles CA 90074-5221 | Vendor | 3/12/2014 | (24,206.78) |
| 7976 | Wireless Enhanced 911 Fund (HI) | Mail Code 6123/PO Box 1300/Honolulu HI 96807-1300 | Vendor | 3/12/2014 | (291,439.89) |
| 7977 | CITY OF MAPLE VALLEY (WA) | MAPLE VALLEY | Vendor | 3/12/2014 | (3,743.41) |
| 7982 | CITY OF MARYSVILLE (WA) | MARYSVILLE | Vendor | 3/12/2014 | (500.72) |
| 7982 | Retail Decisions Inc. | Metropark/379 Thornall Street, 7th Floor/Edison NJ 08837 | Vendor | 3/12/2014 | (6,818.02) |
| 7768 | CITY OF MOUNTLAKE TERRACE (WA) | MOUNTLAKE TERRACE | Vendor | 3/12/2014 | (4,427.50) |
| ACH Feb 2014 | ACH Selling Costs for Feb 2014 Commissions | N/A | Member | 3/12/2014 | (1,369.92) |
| Win 3/12/2014 | Wintergarden Dei | N/A | Vendor | 3/12/2014 | (27.36) |
| 7841 | Tweakker | NY Bankgarantiegate 556000 Aarhus C/Denmark | Vendor | 3/12/2014 | (88.13) |
| 7507 | CITY OF INGLEWOOD (UUT) | ONE MANCHESTER BLVD/INGLEWOOD CA 90301-1750 | Vendor | 3/12/2014 | (11,648.54) |
| 7908 | TAXATION & REVENUE DEPT (NM E911) | PO BOX 25123/SANTA FE NM 87504-5123 | Vendor | 3/12/2014 | (53.44) |
| 7975 | TAXATION & REVENUE DEPT (NM TRS) | PO BOX 25123/SANTA FE NM 87504-5123 | Vendor | 3/12/2014 | (284.80) |
| 7974 | CITY OF LYNNWOOD (WA) | PO Box 50081/LYNNWOOD WA 98046-0008 | Vendor | 3/12/2014 | (247.80) |
| 7916 | CITY OF LYNDEN (WA) | PO BOX 660/LYNDEN WA 98264 | Vendor | 3/12/2014 | (117.08) |
| 7966 | Boise County | PO Box 1300/Idaho City ID 83631 | Vendor | 3/12/2014 | (48.00) |
| 7980 | CITY OF ISSAQUAH (WA) | PO Box 1307/ISSAQUAH WA 98027-1307 | Vendor | 3/12/2014 | (4.95) |
| 7765 | CITY OF MOSES LAKE | P.O. Box 1570/MOSES LAKE WA 98837-0244 | Vendor | 3/12/2014 | (45.54) |
| 7600 | Oasis Inc. | P.O. Box 1726/Woodinville WA 98072-1726 | Vendor | 3/12/2014 | (35.66) |
| 7875 | JEFFERSON COUNTY (JCECA) | P.O. BOX 17302/DENVER CO 80217-0302 | Vendor | 3/12/2014 | (195.02) |
|  |  | P.O. BOX 1994/SANTA ANA CA 92702-1994 | Vendor | 3/12/2014 | (122.12) |
|  |  |  |  |  | (239.86) |
| 7605 | STATE OF MARYLAND- COMPTROLLER OF THE TREASURY | P.O. Box 2074/Annapolis MD 21404-0207 | Vendor | 3/12/2014 | (1,551.05) |

**B.**

**3. Payments to Creditors**

Debtor whose debt are not primarily consumer debt

| Payment # | Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7882 | CITY OF STOCKTON (UUT) | P.O. BOX 210/STOCKTON CA 95201-0107 | Vendor | 3/12/2014 | (520.26) |
| 7972 | CITY OF LAKE STEVENS (WA) | P.O. Box 257/LAKE STEVENS WA 98258 | Vendor | 3/12/2014 | (73.38) |
| 7795 | State of Michigan | P.O. Box 30054/Lansing MI 48909 | Vendor | 3/12/2014 | (2,543.26) |
| 7807 | LOS ANGELES COUNTY TREASURER (UUT) | P.O. BOX 30909/LOS ANGELES CA 90030-0909 | Vendor | 3/12/2014 | (687.07) |
| 7902 | CITY OF AURORA (UUT) | P.O. BOX 33001-AURORA CO 80041-3001 | Vendor | 3/12/2014 | (162.40) |
| 7897 | BOULDER COUNTY (BRETSA) | P.O. BOX 3726/BOULDER CO 80307-3726 | Vendor | 3/12/2014 | (41.50) |
| 7929 | Madison County | P.O. Box 389/Rexburg ID 83440 | Vendor | 3/12/2014 | (16.09) |
| 7919 | Boundary County | P.O. Box 419/Bonners Ferry ID 83805 | Vendor | 3/12/2014 | (7.42) |
| 7985 | CITY OF ORTING (WA) | P.O. BOX 489/ORTING WA 98360 | Vendor | 3/12/2014 | (27.94) |
| 7895 | ADAMS COUNTY | P.O. BOX 5001/BRIGHTON CO 80601-5001 | Vendor | 3/12/2014 | (214.20) |
| 7934 | SIRCOMM | P.O. Box 54/Jerome ID 83338 | Vendor | 3/12/2014 | (93.88) |
| 7799 | NYC DEPT OF FINANCE (E-911) | P.O. BOX 5100/KINGSTON NY 12402-5110 | Vendor | 3/12/2014 | (1,893.43) |
| 7775 | NYC DEPT OF FINANCE (UUT) | P.O. BOX 5110/KINGSTON NY 12402-5110 | Vendor | 3/12/2014 | (22.99) |
| 7941 | CITY OF ANACORTES (WA) | P.O. Box 547/ANACORTES WA 98221 | Vendor | 3/12/2014 | (36.45) |
| 7901 | LARIMER COUNTY | P.O. BOX 578/FT COLLINS CO 80522 | Vendor | 3/12/2014 | (28.45) |
| 7846 | CITY OF MODESTO (UUT) | P.O. BOX 642/MODESTO CA 95353 | Vendor | 3/12/2014 | (675.70) |
| 7935 | Washington County | P.O. Box 670/Weiser ID 83672 | Vendor | 3/12/2014 | (1.24) |
| Wire 3/12/2014 | Video Plus, L.P. | P.O. Box 671188/Dallas TX 75267-1186 | Vendor | 3/12/2014 | (30,000.00) |
| 7838 | CITY OF CLAREMONT (UUT) | P.O. BOX 880/CLAREMONT CA 91711-0880 | Vendor | 3/12/2014 | (81.01) |
| 7920 | Staples | P.O. Box 83689/Dept. LA/Chicago IL 60696 | Vendor | 3/12/2014 | (1.24) |
| 7965 | CITY OF FERNDALE (WA) | P.O. BOX 898/FERNDALE WA 98248 | Vendor | 3/12/2014 | (47.24) |
| 7948 | STATE BOARD OF EQUALIZATION (CA) | P.O. BOX 942879/SACRAMENTO CA 94279-0088 | Vendor | 3/12/2014 | (9,756.06) |
| 7751 | Butte County | P.O. Box 737/Arco ID 83213 | Vendor | 3/12/2014 | (4.63) |
| 7889 | CITY OF SAN FRANCISCO (911) | P.O. Box 94519/Palatine IL 60094-4515 | Vendor | 3/12/2014 | (468.41) |
| 7888 | CITY OF SAN FRANCISCO (UUT) | P.O. BOX 7425/SAN FRANCISCO CA 94120-7425 | Vendor | 3/12/2014 | (312.60) |
| 7981 | CITY OF MOUNT VERNON (WA) | P.O. Box 809/MOUNT VERNON WA 98273 | Vendor | 3/12/2014 | (83.09) |
| 7794 | CITY OF ARVADA (CO) | P.O. BOX 8101/ARVADA CO 80001-8101 | Vendor | 3/12/2014 | (101.94) |
| 7786 | | P.O. BOX 10290/PALO ALTO CA 94303 | Vendor | 3/12/2014 | (269.81) |
| 7855 | Service Business Equipment & Sales | P.O. Box 1262/Kent WA 98035 | Vendor | 3/12/2014 | (11.88) |
| 7759 | EOOD | P.O. Box 1367/Muskogee OK 74402 | Vendor | 3/12/2014 | (1,508.59) |
| 7640 | City of Chandler (AZ) | P.O. Box 15001/Chandler AZ 85244-5001 | Vendor | 3/12/2014 | (89.67) |
| 7777 | ASCOG | P.O. Box 1647/Duncan OK 73534-1647 | Vendor | 3/12/2014 | (213.71) |
| 7938 | CITY OF REDONDO BEACH (UUT) | P.O. Box 1670/REDONDO BEACH CA 90277-0167 | Vendor | 3/12/2014 | (81.83) |
| 7662 | CITY OF WESTMINSTER (CO) | P.O. BOX 17107/DENVER CO 80217-7107 | Vendor | 3/12/2014 | (47.96) |
| 7791 | North Carolina 911 Board | P.O. Box 17209/Raleigh NC 27619-7209 | Vendor | 3/12/2014 | (193.33) |
| 7949 | CITY OF SANTA BARBARA (UUT) | P.O. BOX 1990/SANTA BARBARA CA 93102-1990 | Vendor | 3/12/2014 | (1,188.23) |
| 7678 | CITY OF TEMPE (AZ) | P.O. BOX 29618/TEMPE AZ 85038-9618 | Vendor | 3/12/2014 | (45.55) |
| 7984 | CITY OF OLYMPIA (WA) | P.O. BOX 2009/OLYMPIA WA 98507-2009 | Vendor | 3/12/2014 | (82.30) |
| 7774 | North Carolina Department of Revenue | P.O. Box 25000/Raleigh NC 27640-0700 | Vendor | 3/12/2014 | (6,242.05) |
| 7805 | Virginia Department of Revenue | P.O. Box 2682/Richmond VA 23261-6627 | Vendor | 3/12/2014 | (6,161.70) |
| 7806 | VIRGINIA DEPARTMENT OF REVENUE (SLS) | P.O. BOX 2682/TRICHMOND VA 23261-6827 | Vendor | 3/12/2014 | (5.79) |
| 7909 | GOBIERNO DE PUERTO RICO (9-1-1) | P.O. BOX 270200/SAN JUAN PR 00927-0200 | Vendor | 3/12/2014 | (4,658.50) |
| 7911 | GOBIERNO DE PUERTO RICO (9-1-1) | P.O. BOX 270200/SAN JUAN PR 00927-0200 | Vendor | 3/12/2014 | (13.87) |
| 7683 | CITY OF TUCSON (AZ) | P.O. BOX 27320/TUCSON AZ 85726 | Vendor | 3/12/2014 | (500.63) |
| 7776 | Arizona Department of Revenue | P.O. Box 29032/Phoenix AZ 85038-9032 | Vendor | 3/12/2014 | (10,213.94) |
| 7782 | CITY OF TEMPE (AZ) | P.O. BOX 29618/TEMPE AZ 85038-9618 | Vendor | 3/12/2014 | (143.28) |
| 7763 | CITY OF PHOENIX (AZ) | P.O. BOX 29690/PHOENIX AZ 85038-9690 | Vendor | 3/12/2014 | (2,446.19) |
| 7794 | Louisiana Department of Revenue | P.O. Box 3138/Baton Rouge LA 70821-3138 | Vendor | 3/12/2014 | (1,028.00) |
| 7767 | SilverPop | P.O. Box 347925/Pittsburgh PA 15251-4925 | Vendor | 3/12/2014 | (2,897.00) |
| 7991 | CITY OF SEATTLE (WA) | P.O. BOX 34907/SEATTLE WA 98124-1907 | Vendor | 3/12/2014 | (942.99) |
| 7930 | Minidoka County | P.O. Box 368/Rupert ID 83350 | Vendor | 3/12/2014 | (4.95) |
| 7770 | DEPT OF FINANCE & ADMINISTRATION | P.O. BOX 3861/LITTLE ROCK AR 72203-3861 | Vendor | 3/12/2014 | (596.00) |

13

# 3. Payments to Creditors

**B.**

**Debtor whose debt are not primarily consumer debt**

| Payment # | Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| 7788 | CITY OF FORT COLLINS (CO) | PO BOX 440FORT COLLINS CO 80522-0439 | Vendor | 3/12/2014 | (54.56) |
| 8001 | CITY OF WENATCHEE (WA) | PO BOX 519WENATCHEE WA 98801 | Vendor | 3/12/2014 | (325.46) |
| 7952 | Orange Courier, Inc. | N/A | Vendor | 3/22/2014 | (525.00) |
| 7946 | SWODA | PO Box 5308Santa Ana CA 92704-5308 | Vendor | 3/22/2014 | (7.04) |
| 7959 | CITY OF CENTRALIA (WA) | PO Box 609Burns Flat OK 73624 | Vendor | 3/22/2014 | (21.14) |
| 7945 | KEGOG | PO BOX 60NCENTRALIA WA 98531 | Vendor | 3/22/2014 | (4.41) |
| 7845 | SODA | PO Box 530NVashon OK 74578 | Vendor | 3/22/2014 | (5.38) |
| 7772 | Florida Dept of Mgmt Svcs | PO Box 7091Durant OK 74702 | Vendor | 3/12/2014 | (4,569.37) |
| 7850 | Grand Gateway EDA (GGEDA) | PO Box 7117Tallahassee FL 32314 | Vendor | 3/22/2014 | (21.15) |
| 7967 | CITY OF MOUNTAIN VIEW (UUT) | PO BOX 7540MOUNTAIN VIEW CA 94039-7540 | Vendor | 3/22/2014 | (51.61) |
| 7784 | CITY OF KENMORE (WA) | PO BOX 82607KENMORE WA 98028 | Vendor | 3/12/2014 | (19.17) |
| 7649 | TAX TRUST ACCOUNT (RDS AZ) | PO BOX 830729BIRMINGHAM AL 35283-0725 | Vendor | 3/22/2014 | (288.20) |
| 7931 | CITY OF MORENO VALLEY (UUT) | PO BOX 88005MORENO VALLEY CA 92552-0805 | Vendor | 3/22/2014 | (4.95) |
| 7932 | Nez Perce County Auditor | PO Box 896Lewiston ID 83501 | Vendor | 3/22/2014 | (173.77) |
| 7752 | Owyhee | PO Box 8Murphy ID 83650 | Vendor | 3/22/2014 | (7,365.02) |
| 7753 | CenturyLink | N/A | Vendor | 3/22/2014 | (8.19) |
| 7602 | State of Rhode Island | PO Box 9115Seattle WA 98111-9255 | Vendor | 3/22/2014 | (548.39) |
| 7941 | Harte Hanks | PO Box 91191Dallas TX 75391-1913 | Vendor | 3/22/2014 | (72.03) |
| 7793 | Kentucky State Treasurer | PO Box 9706Providence RI 02940-9706 | Vendor | 3/22/2014 | (995.95) |
| 7880 | CITY OF SOUTH PASADENA (UUT) | PO Box Drawer BBig Cabin OK 74332 | Vendor | 3/20/2014 | (30.94) |
| 7998 | CITY OF UNIVERSITY PLACE (WA) | Sale Tax ReturnFrankfort KY 40620-0003 | Vendor | 3/20/2014 | (34.78) |
| 8005 | Card Brochker | SOUTH PASADENA CA 91030 | Vendor | 3/20/2014 | (823.33) |
| 8014 | SEI Meetings & Incentives | UNIVERSITY PLACE | Vendor | 3/13/2014 | (4,430.41) |
| wire 3/14/2014 | Richard E. Leigh | 122 W John Carpenter Freeway,Suite 400Irving TX 75039 | Vendor | 3/14/2014 | (8,500.00) |
| ACH | AR State Tax | 5483 170th Place SEBellevue WA 98006 | Vendor | 3/14/2014 | (168.00) |
| ACH | AR State Tax | N/A | Vendor | 3/14/2014 | (43.68) |
| 8008 | Kaassocounties E | N/A | Vendor | 3/14/2014 | (947.11) |
| 8011 | RHODE ISLAND DIVISION OF TAXATION | N/A | Vendor | 3/14/2014 | (209.86) |
| 8013 | RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILLSUITE 9PROVIDENCE RI 02908-5811 | Vendor | 3/14/2014 | (4,880.62) |
| 8009 | RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILLSUITE 9PROVIDENCE RI 02908-5811 | Vendor | 3/14/2014 | (2,300.00) |
| 8008 | SECRETARY OF STATE - TEXAS | ONE CAPITOL HILLSUITE 9PROVIDENCE RI 02908-5811 | Vendor | 3/14/2014 | (75.00) |
| 8010 | New York State Corporation Tax | PO BOX 13697AUSTIN TX 78711-3697 | Vendor | 3/14/2014 | (28,951.20) |
| 8012 | New York State Corporation Tax | P.O. Box 4198Binghamton NY 13902-4136 | Vendor | 3/14/2014 | (3,546.79) |
| 8007 | New York State Corporation Tax | P.O. Box 4198Binghamton NY 13902-4136 | Vendor | 3/14/2014 | (1,019.65) |
| wire on 3/14/2013 | COMMISSION OF TAXATION AND FINANCE | P.O. Box 4198Binghamton NY 13902-4136 | Vendor | 3/14/2014 | (12,035.61) |
| 03152014 Payroll JE | NEUSTAR, INC. | PO BOX 22020ALBANY NY 12201-2038 | Vendor | 3/15/2014 | (11,321.29) |
| 03152014 Payroll JE | Employee Benefits 401k Contribution | PO BOX 40303ATLANTA GA 30384-0034 | Employee Payroll | 3/15/2014 | (183.07) |
| 03152014 Payroll JE | Payroll Expenses Employee Benefits FSA Contribution | N/A | Employee Payroll | 3/15/2014 | (115,645.89) |
| 03152014 Payroll JE | Payroll Tax Liability (ER & EE Portion) | N/A | Employee Payroll | 3/15/2014 | (20,000.00) |
| 03152014 Payroll JE | Payroll Wages - Direct Deposits | N/A | Employee Payroll | 3/15/2014 | (239,379.40) |
| 03152014 Payroll JE | Payroll Wages - Levy | N/A | Employee Payroll | 3/15/2014 | (1,650.00) |
| 03152014 Payroll JE | Payroll Wages - Physical Checks | N/A | Employee Payroll | 3/15/2014 | (1,421.82) |
| 03152014 Payroll JE | Payroll Wages - Wage Garnishment | N/A | Employee Payroll | 3/15/2014 | (400.00) |
| Wire 3/17/2014 | NCO | N/A | Vendor | 3/17/2014 | (75,000.00) |
| 03171A Comm Adjust | Pay Correction - Trio, Path Pay, Promo Adjust | 24492 Network PlaceChicago IL 60673 | Member | 3/17/2014 | (470.97) |
| 8015 | Hey, | N/A | Vendor | 3/18/2014 | (29,250.00) |
| ACH | Commdarity/pa Int Pamcablex | 911 Western Ave, Suite 408Seattle WA 98104USA | Vendor | 3/18/2014 | (22,531.00) |
| ACH | Commdarity/pa Int Pamcablex | N/A | Vendor | 3/18/2014 | (132,000.00) |
| 031814 Comm Adjust | Pay Correction - Trio, Path Pay, Promo Adjust | N/A | Member | 3/18/2014 | (181.61) |
| 8023 | Casey Arena | N/A | Vendor | 3/19/2014 | (199.00) |
| 8009 | Roger Milward | 10500 NE 8th StBellevue WA 98004 | Member | 3/19/2014 | (8,000.00) |
| 8022 | 1099 Pro | 18823 104th PL SERenton WA 98055 | Vendor | 3/19/2014 | (4,038.12) |
| 8026 | T-Mobile, USA | Suite 2080 | Vendor | 3/19/2014 | (391,459.89) |
| wire 3/19/2014 | Jason Gelthner | c/o US BankPO Box 94503Seattle WA 98124-6503United States | Vendor | 3/19/2014 | (999.97) |
| 8025 | Jason Gelthner | N/A | Employee Reimburse | 3/19/2014 | (999.97) |

14

## 3. Payments to Creditors

| B | Payment # | Name | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|---|
| | | Debtor whose debt are not primarily consumer debt | | | | |
| 031914 Comm Adjust | | Pay Correction - Trio, Palm Pay., Promo Adjust | N/A | Member | 3/19/2014 | (135.00) |
| 8024 | | Federal Express | P.O. Box 94515Palatine IL 60094-4515 | Vendor | 3/19/2014 | (709.35) |
| wire 3/20/2014 | | Nathan Gooden | 10542 Arnold Palmer DriveRaleigh NC 27617 | Vendor | 3/20/2014 | (561.50) |
| 8029 | | Texas USP | 1501 Texas RdRichardson TX 79081 | Vendor | 3/20/2014 | (16,876.47) |
| 8019 | | The Wizdom Link Inc. | 1621 Darnell Everett Hwy#299Mill Creek WA 98012 | Vendor | 3/20/2014 | (5,000.00) |
| 8016 | | Colorado Department of Revenue | Denver CO 80261-0013 | Vendor | 3/20/2014 | (6,022.00) |
| 8018 | | Commonwjobja Int Patssales | N/A | Vendor | 3/20/2014 | (4,929.78) |
| ACH | | Comp Of Maryland | N/A | Vendor | 3/20/2014 | (4,164.24) |
| ACH | | Flat Dept Revenue | N/A | Vendor | 3/20/2014 | (59,208.07) |
| ACH | | Georgia Its Tax | N/A | Vendor | 3/20/2014 | (8,155.56) |
| ACH | | II Dept Of | N/A | Vendor | 3/20/2014 | (18.00) |
| ACH | | In Sales Use | N/A | Vendor | 3/20/2014 | (2,828.19) |
| ACH | | Lakewood Tax | N/A | Vendor | 3/20/2014 | (118.00) |
| ACH | | MSG/EFTPY/FREV/ENUE | N/A | Vendor | 3/20/2014 | (501.10) |
| ACH | | Nc Dept Of | N/A | Vendor | 3/20/2014 | (6.29) |
| ACH | | NJ Eft | N/A | Vendor | 3/20/2014 | (11,879.42) |
| ACH | | Nys Tax Financ | N/A | Vendor | 3/20/2014 | (8,602.90) |
| 8017 | | WEBFILE TAX PYMT | N/A | Vendor | 3/20/2014 | (18,466.84) |
| 8018 | | Oklahoma Tax Commission | P.O. Box 26920Oklahoma City OK 73126-0920 | Vendor | 3/20/2014 | (12,243.00) |
| 8030 | | Gensatis, Inc. | P.O. Box 8500-54972Philadelphia PA 19178-4973 | Vendor | 3/20/2014 | (2,341.05) |
| 8031 | | DEPARTMENT OF REVENUE (SC) | SALES TAXCOLUMBIA SC 29214-0101 | Vendor | 3/20/2014 | (478.40) |
| 8032 | | SOUTH CAROLINA DEPT OF REVENUE | SALES TAXCOLUMBIA SC 29214-0106 | Vendor | 3/20/2014 | (8,950.00) |
| Late Fee Deduction | | Jenelis LLC | 3728 NE 159th CircleRidgefield WA 98642USA | Vendor | 3/21/2014 | (8,329.28) |
| 8033 | | Tenacious Ventures | 819 Nob Hill Ave N, Suite 104Seattle WA 98109 | Vendor | 3/21/2014 | (1,068.00) |
| ACH | | Tenacious Ventures | 819 Nob Hill Ave N, Suite 104Seattle WA 98109 | Vendor | 3/21/2014 | (2,432.30) |
| ACH | | AI Dept Of | N/A | Vendor | 3/21/2014 | (1.44) |
| ACH | | AI Dept Of | N/A | Vendor | 3/21/2014 | (8,670.70) |
| ACH | | MA State Tax | N/A | Vendor | 3/21/2014 | (6.60) |
| ACH | | MA State Tax | N/A | Vendor | 3/21/2014 | (11,800.10) |
| 032114 Comm Adjust | | Pay Correction - Trio, Palm Pay, Promo Adjust | N/A | Member | 3/21/2014 | (18,713.18) |
| 032120/14 Payroll JE | | Payroll Tax Liability (ER & EE Portion) | N/A | Employee Payroll | 3/21/2014 | (48,153.17) |
| 032120/14 Payroll JE | | Payroll Wages - Direct Deposits | N/A | Employee Payroll | 3/21/2014 | (3,352.00) |
| ACH | | State Comptrir Texret | N/A | Vendor | 3/24/2014 | (43,434.80) |
| 8036 | | Minnesota Revenue | PO Box 64622St. Paul MN 55164-0622 | Vendor | 3/24/2014 | (28,535.71) |
| 8039 | | Perkins Cole | 1201 Third Avenue40th FloorSeattle WA 98101-3099United States | Vendor | 3/24/2014 | (11,832.78) |
| 8038 | | SEI Meetings & Incentives | 122 W John Carpenter FreewaySuite 400Irving TX 75039 | Vendor | 3/24/2014 | (1,502.76) |
| 8040 | | Pat O'Gold, Inc. | 13205 SE 30th Street, Suite 104Bellevue WA 98004 | Vendor | 3/24/2014 | (500.00) |
| Wire 3/24/2014 | | NCO | 16212 Bothell Everett Hwy#F298Mill Creek WA 98012 | Vendor | 3/24/2014 | (16,000.00) |
| 8051 | | Sacramento County Sheriff's Office | 24692 Network PlaceChicago IL 60673 | Vendor | 3/24/2014 | (140.00) |
| 8045 | | Evans & Mullimo, P.A. | 3341 Power Inn Road#313Sacramento CA 95826-3889United States | Vendor | 3/24/2014 | (19,854.00) |
| 8035 | | KPMG LLP - Revenue Tax | 7225 Renner Road, Suite 200Shawnee KS 66217 | Vendor | 3/24/2014 | (150.00) |
| 8041 | | Internal Revenue Service | Dept 0970P.O. Box 120970Dallas TX 75312-0970 | Vendor | 3/24/2014 | (10.00) |
| 8042 | | Internal Revenue Service | N/A | Vendor | 3/24/2014 | (45.00) |
| 8043 | | Internal Revenue Service | N/A | Vendor | 3/24/2014 | (49.02) |
| 8044 | | Internal Revenue Service | N/A | Vendor | 3/24/2014 | (1,778.30) |
| 032414 Comm Adjust | | Pay Correction - Trio, Palm Pay, Promo Adjust | N/A | Member | 3/24/2014 | (285.00) |
| 8037 | | Salesforce.com | PO Box 2031410Dallas TX 75320 | Vendor | 3/24/2014 | (59,237.57) |
| 8034 | | American Express | PO BOX 650448DALLAS TX 75265-0448 | Vendor | 3/24/2014 | (14,178.81) |
| 8048 | | IPFS Corporation | PO Box 100391Pasadena CA 91189-0391 | Vendor | 3/24/2014 | (80.00) |
| 8046 | | Office of the Attorney General | PO Box 12048Austin TX 78711-2048 | Vendor | 3/24/2014 | (20.00) |
| 8047 | | Chapter 13 Trustee's Office | PO Box 3400199Nashville TN 37203 | Vendor | 3/24/2014 | (300.00) |
| ACH 3/24/20114 | | Pitney Bowes | PO Box 371874Pittsburgh PA 15250 | Vendor | 3/24/2014 | (850.65) |
| 8049 | | New Jersey FSPC | PO Box 4880Trenton NJ 08650 | Vendor | 3/24/2014 | (99.00) |
| | | Office of Child Support Enforcement | PO Box 8125Little Rock AR 72203 | Vendor | | |

15

## 3. Payments to Creditors

| Payment # | Name | Debtor whose debt are not primarily consumer debt | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|---|
| 8052 | Franchise Tax Board | | PO Box 942867 Sacramento CA 94287-0011 | Vendor | 3/24/2014 | (37.50) |
| 8053 | Franchise Tax Board | | PO Box 942867 Sacramento CA 94287-0011 | Vendor | 3/24/2014 | 0.00 |
| 8050 | California State Disbursement Unit | | PO Box 989067 West Sacramento CA 95798-9067 | Vendor | 3/24/2014 | (10.00) |
| 8058 | EBoardofEquailst Box E | | N/A | Vendor | 3/25/2014 | (8.00) |
| 003514 Comm Adjust | Pay Correction - Trio, Path Pay, Promo Adjust | | N/A | Member | 3/25/2014 | (46.26) |
| wire 3/25/2014 | GlobalLogic Inc. | | PO Box 200455 Pittsburgh PA 15251-0555 | Vendor | 3/25/2014 | (153,587.50) |
| 8054 | Franchise Tax Board | | PO Box 942867 Sacramento CA 94287-0011 | Vendor | 3/25/2014 | (637.50) |
| T-Mobile Def PMT | T-Mobile, USA | | c/o US Bank PO Box 94533 Seattle WA 98124-6833 United States | Vendor | 3/26/2014 | (125,000.00) |
| Wire 3/26/2014 | T-Mobile, USA | | c/o US Bank PO Box 94533 Seattle WA 98124-6833 United States | Vendor | 3/26/2014 | (125,000.00) |
| ACH | KS State Tax | | N/A | Vendor | 3/26/2014 | (5,992.42) |
| ACH | Ohio Tax On | | N/A | Vendor | 3/26/2014 | (224.31) |
| ACH | Ohio Taxosul On | | N/A | Vendor | 3/26/2014 | (2,989.41) |
| ACH | WA St Dept | | N/A | Vendor | 3/26/2014 | (1,777.77) |
| 003214 Comm Adjust | CITY OF LYNNWOOD (WA) | | PO BOX 5008 LYNNWOOD WA 98046-5008 | Vendor | 3/28/2014 | (5,917.58) |
| Wire 3/31/2014 | Payroll Tax Liability (ER & EE Portion) | | N/A | Employee Payroll | 3/28/2014 | (8,214.66) |
| Wire 3/31/2014 | Payroll Wages - Direct Deposits | | N/A | Vendor | 3/31/2014 | (8.00) |
| 8069 | State Of Vermont | | N/A | Vendor | 3/31/2014 | (102.09) |
| 8064 | Dept Of Revenue | | N/A | Vendor | 3/31/2014 | (1,780.00) |
| 8076 | Pay Correction - Trio, Path Pay, Promo Adjust | | N/A | Member | 3/31/2014 | (16,141.31) |
| 8073 | Nathan Gooden | | 10542 Arnold Palmer Drive Raleigh NC 27617 | Vendor | 3/31/2014 | (324,420.00) |
| ACH | Royal Caribbean | | 1080 Caribbean Way, 4th Floor Miami FL 33132 | Vendor | 3/31/2014 | (3,628.00) |
| 8062 | In Both Ears, Inc. | | 1224 SE 30th Street, Suite 104 Bellevue WA 98004 | Vendor | 3/31/2014 | (5,383.72) |
| 8067 | Pet O'Gold, Inc. | | 13205 SE 30th Street, Suite 104 Bellevue WA 98004 | Vendor | 3/31/2014 | (2,849.87) |
| 8056 | The Wisdom Link Inc. | | 16212 Bothell Everett Hwy #F295 Mill Creek WA 98012 | Vendor | 3/31/2014 | (3,000.00) |
| 8070 | Jerkxon | | 203 SE Park Plaza Drive Suite 250 Vancouver WA 98684 | Vendor | 3/31/2014 | (8.00) |
| 8081 | 1099 Pro | | Suite 2080 | Vendor | 3/31/2014 | (29,732.80) |
| Wire 3/31/2014 | NCO | | 24692 Network Place Chicago IL 60673 | Vendor | 3/31/2014 | (135.00) |
| 8070 | Melendez Torres Law PSC | | 255 Ave Ponce DE Leon, Suite 715 San Juan PR 00917 | Vendor | 3/31/2014 | (75,000.00) |
| 8028 | GCA Services Group | | 3000 Solutions Center Chicago IL 60677-3000 | Vendor | 3/31/2014 | (3,654.90) |
| 8074 | Seamus Dolan | | 3415 49th Ave SW Seattle WA 98116 | Vendor | 3/31/2014 | (864.00) |
| 8074 | Aerotek Professional Services | | 3689 Collection Ctr Dr Chicago IL 60693 | Vendor | 3/31/2014 | (1,657.50) |
| 003312014 Payroll JE | Richard E. Leigh | | 5489 17th Place SE Bellevue WA 98006 | Vendor | 3/31/2014 | (5,463.25) |
| ACH | Harper Studios, Inc. | | 5531 Airport Way South Studio C5 Seattle WA 98108 | Vendor | 3/31/2014 | (34,862.00) |
| 003312014 Payroll JE | Estabil | | 5th Floor 435-11th Avenue SE Calgary, Alberta T2G 0Y4 Canada | Vendor | 3/31/2014 | (24,394.54) |
| 003312014 Payroll JE | Stradling Attorney's at Law | | 660 Newport Center Drive Suite 1600 Newport Beach CA 92660 | Vendor | 3/31/2014 | (197,024.90) |
| 003312014 Payroll JE | Neustar | | Bank of America PO Box 409915 Atlanta GA 30384-9915 | Vendor | 3/31/2014 | (1,988.78) |
| 003312014 Payroll JE | Creative Circle, LLC | | CRG & Associates LLC 400N. Saint Paul St. #7300 Dallas TX 75201 | Vendor | 3/31/2014 | (97,032.00) |
| 003312014 Payroll JE | KPMG LLP | | Dept 0902P.O. Box 120922 Dallas TX 75312-0922 | Vendor | 3/31/2014 | (8,620.00) |
| 003312014 Payroll JE | Resource Global Professionals | | File 55521 Los Angeles CA 90074-5521 | Vendor | 3/31/2014 | (3,000.00) |
| 003312014 Payroll JE | Employee Benefits 401K Contribution | | Metropark 379 Thornall Street, 7th Floor Edison NJ 08837 | Employee Payroll | 3/31/2014 | (5,402.00) |
| 003312014 Payroll JE | Employee Benefits FSA Contribution | | N/A | Employee Payroll | 3/31/2014 | (9,036.99) |
| 003312014 Payroll JE | II Dept Of | | N/A | Employee Payroll | 3/31/2014 | (11,579.87) |
| 003312014 Payroll JE | Payroll Expenses Employee Benefits/FSA Contribution | | N/A | Employee Payroll | 3/31/2014 | (1,578.97) |
| 003312014 Payroll JE | Payroll Expenses Employee Benefits/SA Contribution | | N/A | Employee Payroll | 3/31/2014 | (97,301.13) |
| 003312014 Payroll JE | Payroll Tax Liability (ER & EE Portion) | | N/A | Employee Payroll | 3/31/2014 | (97,371.13) |
| 003312014 Payroll JE | Payroll Tax Liability (ER & EE Portion) | | N/A | Employee Payroll | 3/31/2014 | (197,024.90) |
| 003312014 Payroll JE | Payroll Wages - Direct Deposits | | N/A | Employee Payroll | 3/31/2014 | (1,421.63) |
| 003312014 Payroll JE | Payroll Wages - Direct Deposits | | N/A | Employee Payroll | 3/31/2014 | (1,421.63) |
| 003312014 Payroll JE | Payroll Wages - Physical Checks | | N/A | Employee Payroll | 3/31/2014 | (400.00) |
| 003312014 Payroll JE | Payroll Wages - Physical Checks | | N/A | Employee Payroll | 3/31/2014 | (400.00) |
| 003312014 Payroll JE | Payroll Wages - Wage Garnishment | | N/A | Employee Payroll | 3/31/2014 | (8,008.69) |
| ACH | Payroll Wages - Wage Garnishment | | N/A | Vendor | 3/31/2014 | (3,621.25) |

16

# 3. Payments to Creditors

| B / Payment # | Name (Debtor whose debt are not primarily consumer debt) | Address | Relationship | Date | Amount |
|---|---|---|---|---|---|
| ACH | Utah Tax | N/A | | 3/31/2014 | (1,975.32) |
| ACH | WEBFILE TAX PYMT | N/A | | 3/31/2014 | (792.34) |
| 8077 | Seattle Apartment Finders | PO Box 53195Bellevue WA 98015-3185 | Vendor | 3/31/2014 | (1,820.00) |
| 8079 | Slalom Consulting | PO Box 10141Pasadena CA 91189-1416 | Vendor | 3/31/2014 | (1,600.00) |
| 8071 | Oasis Inc. | PO Box 1726Woodinville WA 98072-1726 | Vendor | 3/31/2014 | (637.29) |
| 8062 | Fred Data Corp | PO Box 1832Englewood CO 80150-1832United States | Vendor | 3/31/2014 | (293,741.43) |
| 8083 | Flex-Plan Services, Inc | PO Box 53205Bellevue WA 98015 | Vendor | 3/31/2014 | (8.00) |
| 8080 | Video Plus, L.P. | PO Box 671186Dallas TX 75267-1186 | Vendor | 3/31/2014 | (28,677.83) |
| 8072 | Staples | PO Box 83689Dept. LAChicago IL 60696 | Vendor | 3/31/2014 | (428.46) |
| 8060 | All In Spanish, LLC | P.O. Box 87987Portland OR 97207USA | Vendor | 3/31/2014 | (1,840.89) |
| 8078 | Service Business Equipment & Sales | PO Box 1282Kent WA 98035 | Vendor | 3/31/2014 | (489.01) |
| ACH | Corporation Service Company | PO Box 13397Philadelphia PA 19101-3397 | Vendor | 3/31/2014 | (100.00) |
| 8061 | Azotia Rummac, CSP | San Juan PR R0919-6052 | Vendor | 3/31/2014 | (2,466.32) |
| 8059 | Globallogic Inc. | PO Box 200458Pittsburgh PA 15251-0458 | Vendor | 3/31/2014 | (153,937.20) |
| April billing | Iron Mountain | PO Box 27128New York NY 10087-7128 | Vendor | 3/31/2014 | (79.50) |
| 8058 | Office Depot | PO Box 70049Los Angeles CA 90074-0049 | Vendor | 3/31/2014 | (868.52) |
| Mar 14 merch fee | CenturyLink | PO Box 91155Seattle WA 98111-9255 | Vendor | 3/31/2014 | (170.10) |
| KEZ0496 vendor credit | WISCONSIN DEPT OF REVENUE | PO BOX 93098MILWAUKEE WI 53293-0389 | Vendor | 3/31/2014 | (1,066.14) |
| 8072 | WISCONSIN DEPT OF REVENUE | PO BOX 93099MILWAUKEE WI 53293-0389 | Vendor | 3/31/2014 | (321.00) |
| ACH | WISCONSIN DEPT OF REVENUE | PO BOX 93039MILWAUKEE WI 53293-0389 | Vendor | 3/31/2014 | |
| ACH | Opus Bank | 19900 MacArthur Blvd Irvine CA 92612 | Vendor | 3/31/2014 | (53,906.90) |
| ACH | Transaction Services | 254 Chapman RoadSuite 112Newark DE 19702 | Vendor | 4/1/2014 | (30.00) |
| ACH | Transaction Services | 254 Chapman RoadSuite 112Newark DE 19702 | Vendor | 4/2/2014 | |
| ACH | Statewide Fe Eipp | N/A | Vendor | 4/2/2014 | (743.89) |
| ACH | Washington Dental Service | PO Box 84685Seattle WA 89124-6185 | Vendor | 4/2/2014 | (972.90) |
| ACH | Comcast | PO Box 34744Seattle WA 98124-1744 | Vendor | 4/2/2014 | (526.40) |
| wire | Washington Dental Service | PO Box 84685Seattle WA 89124-6185 | Vendor | 4/2/2014 | |
| ACH | Washington Dental Service | PO Box 84685Seattle WA 89124-6185 | Vendor | 4/2/2014 | (3,459.00) |
| 8101 | T-Mobile, USA | c/o US BankPO Box 94005Seattle WA 98124-6503United States | Vendor | 4/2/2014 | (3,499.00) |
| 8094 | VSP | P.O. Box 45200San Francisco CA 94145-5200 | Vendor | 4/2/2014 | (226,720.03) |
| 8103 | Schiff Hardin, LLP | 6600 Sears TowerChicago IL 60606-6473 | Vendor | 4/2/2014 | (957.70) |
| 8102 | CMO Consulting Group, LLC | 8101 Navidad DriveAustin TX 78735 | Vendor | 4/2/2014 | (5,000.00) |
| Wire | Crimwith Of Ky | N/A | Vendor | 4/4/2014 | (2,597.30) |
| Wire | Nathan Gooden | 10542 Arnold Palmer DriveRaleigh NC 27617 | Vendor | 4/4/2014 | (42,177.07) |
| ACH | The Wisdom Link Inc. | 18212 Bothell Everett Hwy#F298Mill Creek WA 98012 | Vendor | 4/4/2014 | (75,000.00) |
| 8100 | Catalyst Marketing, Inc | 192 Nickerson StreetSuite 200Seattle WA 98109 | Vendor | 4/4/2014 | (10,000.00) |
| 8101 | NCO | 24892 Network PlaceChicago IL 60673 | Vendor | 4/4/2014 | (2,224.39) |
| 8094 | Jenerek LLC | 2726 NE 156th CircleRidgefield WA 98642USA | Vendor | 4/4/2014 | (4,677.14) |
| 8103 | HRInovations | 700 112th Avenue NESuite 300Bellevue WA 98004 | Vendor | 4/4/2014 | (4,450.00) |
| 8088 | eightCloud, Inc | 9030 NE 151th StreetNE# 1196Kirkland WA 98034 | Vendor | 4/4/2014 | (2,359.46) |
| ACH | TW Telecom | -Auto Pay-P.O. Box 172567Denver CO 80217-2567 | Vendor | 4/7/2014 | (62,794.56) |
| ACH | 3Cinteractive, LLC | PO BOX 123412 | Vendor | 4/7/2014 | (763.59) |
| Wire | American Express Merchant Services | N/A | Vendor | 4/7/2014 | (6,021.56) |
| 8089 | Tweakker | NY Barnegaardsgade 55600 Aarhus CDenmark | Vendor | 4/7/2014 | (6,818.00) |
| 8102 | Bellevue Place Office, LLC | P. O. Box 41668Bellevue WA 98009 | Vendor | 4/7/2014 | ($7,743.16) |
| 8096 | US Directory Assistance | PO Box 2495Arlington RI 02806 | Vendor | 4/7/2014 | (3,039.08) |
| 8095 | The Retirement Advantage | PO Box 30900Dept 5260Milwaukee WI 53201 | Vendor | 4/7/2014 | (400.00) |
| 8099 | MoneyGram | PO Box 80201Denver CO 80261 | Vendor | 4/7/2014 | (1,238.82) |
| 8091 | SilverPop | PO Box 347207Pittsburg PA 15251-4825 | Vendor | 4/7/2014 | (3,722.50) |
| 8097 | AppFrontier LLC | PO Box 410205San Francisco CA 94141 | Vendor | 4/7/2014 | (2,250.00) |
| 8093 | Sun Life Assurance | PO Box 7247-0381Philadelphia PA 19170-0381 | Vendor | 4/7/2014 | (3,096.26) |
| 8094 | Healthnet Plan of Oregon | PO Box 9100Van Nuys CA 91409-9103 | Vendor | 4/7/2014 | (38,222.25) |
| 8093 | Harte Hanks | PO Box 911913Dallas TX 75391-1913 | Vendor | 4/7/2014 | (7,668.87) |
| ACH | Merchant Solutions | PO Box 13305Spokane WA 99213 | Vendor | 4/8/2014 | (143,624.57) |
| April billing | Merchant Solutions | PO Box 13305Spokane WA 99213 | Vendor | 4/8/2014 | (143,624.57) |
| ACH | CPUC | PO BOX 942867SACRAMENTO CA 94627-7061 | Vendor | 4/8/2014 | (8,502.06) |

17

In re Solavei, LLC                                    Case No. _____

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS #3c**

## 3. Payments to Creditors

### C. All Debtors

| Name | Address | Relationship | Date of Payment | Amount Paid | Notes |
|---|---|---|---|---|---|
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 5/15/2013 | $5,416.67 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 5/31/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 7/31/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 8/15/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 8/30/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 9/12/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 9/17/2013 | 2,912.00 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 9/30/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 10/15/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 10/31/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 11/15/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 11/29/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 12/13/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 12/31/2013 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 1/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 1/31/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/11/2014 | 153.76 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/11/2014 | 1,089.55 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/11/2014 | 557.48 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/14/2014 | 2,645.55 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/14/2014 | 4,447.32 | Expense Report Reimbursement |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 2/28/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 3/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 3/31/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 4/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 4/20/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 4/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 5/15/2014 | $10,833.33 | Payroll |
| Alyn Hebner | 3342 258th Avenue Southeast Sammamish, WA, 98075 | Officer - CFO | 5/20/2014 | $8,651.02 | Payroll |
| David T. Burnett | 1437 South Boulder Avenue Suite 930 Tulsa, OK 74119 | Officer | 7/2/2013 | 6,691.02 | Employee Expense Reimbursement |
| Gary Adams | 2201 95th Ave NE Clyde Hill, WA, 98004 | Officer | 7/12/2013 | 2,544.82 | Employee Expense Reimbursement |
| Brian V. Turner | 15410 SE 65th Place Bellevue, WA, 98006 | Officer | 7/15/2013 | 1,712.33 | Tranche C Interest |
| Brian V. Turner | 15410 SE 65th Place Bellevue, WA, 98006 | Officer | 7/15/2013 | 11,424.66 | Tranche C Interest |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 7/30/2013 | 16,128.00 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 8/8/2013 | $4,806.67 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 8/15/2013 | $4,806.67 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 8/30/2013 | $4,806.67 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 9/13/2013 | $4,806.67 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 9/30/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 10/15/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 10/15/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 11/15/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 11/29/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 12/13/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 12/31/2013 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 1/31/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 2/15/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 2/28/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 3/15/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 3/31/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 4/15/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 4/30/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 4/30/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 5/15/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | 5/31/2014 | $9,598.33 | Payroll |
| Rick White | 6788 NE Wood Bay Lane Poulsbo, WA, 98370 | Head of Legal - Officer | N/A | N/A | |
| Roland Van der Meer | 800 Menlo Ave Suite 200 Menlo Park, CA, 94025 | Officer | N/A | N/A | |

C. All Debtors

| Name | Address | Relationship | Date | Amount | Description |
|---|---|---|---|---|---|
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/15/2013 | $9,398.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/24/2013 | $385.50 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/31/2013 | $9,398.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 6/14/2013 | $9,398.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 6/28/2013 | $9,398.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 7/10/2013 | $50,000.00 | Tranche E Payment |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 7/12/2013 | $78,750.00 | Atlin LLC Interest Payment |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 7/12/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 7/15/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 7/26/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 8/15/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 8/16/2013 | $387.52 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 8/16/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 8/30/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 9/13/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 9/30/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 10/15/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 10/15/2013 | $1,167.37 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 10/15/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 10/31/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 11/15/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 11/15/2013 | $314.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 11/27/2013 | $30.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 11/27/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 11/29/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 12/13/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 12/31/2013 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 1/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 1/17/2014 | $1,000.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 1/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 2/5/2014 | $200.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 2/7/2014 | $4,000.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 2/7/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 2/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 2/20/2014 | $60.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 3/6/2014 | $69.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 3/6/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 3/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 3/31/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 4/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 4/20/2014 | $60.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 4/30/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/14/2014 | $25.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/14/2014 | $1,766.47 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/14/2014 | $70.00 | Employee Expense Reimbursement |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/15/2014 | $18,750.00 | Payroll |
| Ryan Wuerch | 2231 95th Avenue Northeast Clyde Hill, WA. 98004 | Officer - CEO | 5/31/2014 | $18,750.00 | Payroll |

TOTAL 1,610,430.02

2

# United States Bankruptcy Court
## Western District of Washington

In re   **Solavei, LLC**
                     Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **hourly rate as approved by the Court** |
| Prior to the filing of this statement I have received | $ | 101,798.96 |
| Balance Due | $ | **200,000.00 pre-filing retainer** |

2.   The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
       **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   June 11, 2014

       /s/ Armand J. Kornfeld
       **Armand J. Kornfeld, WSBA #17214**
       **Bush Strout & Kornfeld LLP**
       **601 Union Street #5000**
       **Seattle, WA 98101-2373**
       **206-292-2110  Fax: 206-292-2104**

---

**United States Bankruptcy Court**

**Western District of Washington**

In re    **Solavei, LLC**                                    Case No.

                                             Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Counsel and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:    **June 11, 2014**                     **/s/ Richard A. White**

                                             **Richard A. White**/General Counsel and Secretary

                                             Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

US ATTORNEY
ATN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046

```
WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


ARMAND J. KORNFELD WSBA
BUSH STROUT & KORNFELD LLP
601 UNION STREET #5000
SEATTLE, WA 98101-2373


SOLAVEI, LLC
10500 NE 8TH STREET
BELLEVUE, WA 98004


***NOTE


1099 PRO
23901 CALABASAS RD #2080
CALABASAS, CA 91302


14TH FLOOR,,,SAN FRANCISCO,CA,94105,,,,,
576.47 ,,,, LEGAL SERVICES


3CINTERACTIVE
750 PARK OF COMMERCE BLVD
BOCA RATON, FL 33487


911 COORDINATOR/CMRS BOARD
125 HOLMES STREET
SUITE 310
FRANKFORT, KY 40601


ABERDEEN CITY TREAS (UTIL TAX)
200 EAST MARKET STREET
ABERDEEN, WA 98520


ACME BUSINESS CONSULTANTS
249 NE PARK AVE
PORTLAND, OR 97209
```

ACOG
21 E. MAIN STREET
SUITE 100
OKLAHOMA CITY, OK 73104-2405


ADA COUNTY (E-911)
200 W. FRONT ST.
BOISE, ID 83702


ADAMS CNTY E-911
P.O. BOX 5001
BRIGHTON, CO 80601-5001


AEROTEK PROFESSIONAL SERVICES
3689 COLLECTION CTR DR
CHICAGO, IL 60693


AL DOR (CITY & CNTY SALES)
PO BOX 327755
MONTGOMERY, AL 36132-7755


AL DOR (MOB COMM TAX)
PO BOX 327755
MONTGOMERY, AL 36132-7755


ALABAMA 9-1-1 BOARD
P.O. BOX 1790
MONTGOMERY, AL 36102-1790


ALL IN SPANISH
P.O. BOX 8796
PORTLAND, OR 97207


ALLEN MAXWELL & SILVER INC.
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


ALLIN, LLC
RYAN WUERCH
BELLEVUE, WA 98004


ALLYN HEBER
3342 258TH AVENUE SOUTHEAST
SAMMAMISH, WA 98075

ALPHAGRAPHICS
3131 ELLIOTT AVE . #100
SEATTLE, WA 98121


AMEX CARD
P.O. BOX 650448
DALLAS, TX 75265


ARAPAHOE CNTY TREAS
5334 SOUTH PRINCE ST
LITTLETON, CO 80166-0001


ARHCF
P.O. BOX 608
DANVILLE, AR 72833


ARIZONA DEPT OF REV
PO BOX 29010
PHOENIX, AZ 85038-9010


ARKANSAS EMERGENCY
P.O. BOX 34075
LITTLE ROCK, AR 72203


ARLINGTON CITY CLERK (UTIL TAX)
238 NORTH OLYMPIC
ARLINGTON, WA 98223


ASCENTIUM CORPORATION
P.O. BOX 742965
LOS ANGELES, CA 90074


ASCOG
PO BOX 1647
DUNCAN, OK 73534-1647


ASHLEY ELIZABETH ADAMS LIVING TRUST
GARY ADAMS
TULSA, OK 74119


ASPEN-PITKIN CNTY EMERG TEL
506 E. MAIN ST.
DEPT C
ASPEN, CO 81611

BAINBRIDGE ISLAND (UTIL TAX)
280 MADISON AVE. N
BAINBRIDGE ISLAND, WA 98110-1812


BDA
P.O. BOX 749856
LOS ANGELES, CA 90074


BEACON LAW ADVISORS, PLLC
801 2ND AVE. #614
SEATTLE, WA 98104


BEACON LAW ADVISORS, PLLC
801 2ND AVE #614
SEATTLE, WA 98104


BELLEFONTAINE NEIGHBORS (BUS LIC)
9641 BELLEFONTAINE RD
ST. LOUIS, MO 63137


BELLEVUE PLACE OFFICE, LLC
P. O. BOX 4186
BELLEVUE, WA 98009


BELLWHETHER CHARIBLE FUND
PATRICK YEGHNAZAR
WILMINGTON, DE 19809


BLASTMEDIA, INC.
P.O. BOX 6270
FISHERS, IN 46038


BONNEVILLE COUNTY (E-911)
605 N. CAPITAL
IDAHO FALLS, ID 83402


BOSTON CONSULTING GROUP
PO BOX 75200
CHICAGO, IL 60675-5200


BRETSA
P.O. BOX 3726
BOULDER, CO 80307-3726

BRIAN V. TURNER
15410 SE 66TH PLACE
BELLEVUE, WA 98006


BRIGHTPOINT
1615 PAYSPHERE CIRCLE
CHICAGO, IL 60674


C3CUSTOMERCONTACTCHANNELS, INC.
1200 S. PINES ISLAND ROAD
PLANTATION, FL 33324


CA PUC
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CA PUC - CASF
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CA PUC - CHCF A
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CA PUC - CTF
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CA PUC - DDTP
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CA PUC - ULTS
505 VAN NESS AVENUE
FISCAL OFFICE
SAN FRANCISCO, CA 94102-3214


CALCASIEU PARISH COMMUN DIST
P.O. BOX 49
LAKE CHARLES, LA 70602-0049

CANYON COUNTY AUDITOR (E-911)
1115 ALBANY STREET
CALDWELL, ID 83605


CAPE GIRARDEAU (BUS LIC)
P.O. BOX 617
CAPE GIRARDEAU, MO 63702


CASCADE BUSINESS ADVISORS LLC
2108 92ND AVE NE
BELLEVUE, WA 98004


CAVALLINO CONSULTING LLC
599 BRIDGEWAY
SAUSALITO, CA 94965


CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255


CHRISTOPHER J. HURLEY
BEACON
SEATTLE, WA 98104


CITY & CNTY OF DENVER 911
1331 CHEROKEE STREET
DENVER, CO 80204


CITY & CNTY OF HONOLULU PSC
650 SOUTH KING STREET
4TH FLOOR
HONOLULU, HI 96813


CITY & COUNTY OF DENVER (S&U)
201 W COLFAX AVE., DEPT 403
DENVER, CO 80202-5329


CITY FLOWERS, INC.
10500 NE 8TH STREET
BELLEVUE, WA 98004


CITY OF ALAMEDA (UUT)
2263 SANTA CLARA AVENUE
ALAMEDA, CA 94501

CITY OF ALHAMBRA (UUT)
111 SOUTH FIRST STREET
ALHAMBRA, CA 91801


CITY OF ARNOLD (BUS LIC)
2101 JEFFCO BLVD
ARNOLD, MO 63010


CITY OF ARVADA (S&U)
P.O. BOX 8101
ARVADA, CO 80001-8101


CITY OF ATLANTA (E-911)
55 TRINITY AVENUE, SW
SUITE 1350
ATLANTA, GA 30335-0317


CITY OF AUBURN (UUT)
25 WEST MAIN STREET
AUBURN, WA 98001


CITY OF AURORA (S&U)
PO BOX 33001
AURORA, CO 80041-3001


CITY OF AURORA (BUS LIC)
CITY OF AURORA
AURORA, MO 65605


CITY OF AURORA 911
P.O. BOX 33001
AURORA, CO 80041-3001


CITY OF BALLWIN (BUS LIC)
14811 MANCHESTER RD
BALLWIN, MO 63011


CITY OF BALTIMORE
200 HOLLIDAY STREET
BALTIMORE, MD 21202


CITY OF BATTLE GROUND (UTIL TAX)
109 SW 1ST ST.
SUITE 217
BATTLEGROUND, WA 98604

CITY OF BEAUMONT (UUT)
550 6TH STREET
BEAUMONT, CA 92223


CITY OF BELLEVUE (UUT)
PO BOX 90012
BELLEVUE, WA 98009-9012


CITY OF BELLFLOWER (UUT)
16600 CIVIC CENTER DRIVE
BELLFLOWER, CA 90706


CITY OF BELLINGHAM (UUT)
210 LOTTIE STREET
BELLINGHAM, WA 98225


CITY OF BELTON (BUS LIC)
506 MAIN STREET
BELTON, MO 64012-2514


CITY OF BERKELEY (BUS LIC)
8425 AIRPORT ROAD
BERKELEY, MO 63134


CITY OF BERKELEY (UUT)
2180 MILVIA STREET
3RD FLOOR
BERKELEY, CA 94704


CITY OF BLAINE (UTIL TAX)
435 MARTIN STREET
SUITE 3000
BLAINE, WA 98230


CITY OF BLUE SPRINGS (BUS LIC)
903 WEST MAIN STREET
BLUE SPRINGS, MO 64015


CITY OF BOTHELL (UUT)
18305 - 101ST AVE. NE
BOTHELL, WA 98011

CITY OF BREMERTON (UUT)
345 SIXTH STREET
SUITE 600
BREMERTON, WA 98337-1873


CITY OF BRIDGETON (BUS LIC)
12355 NATURAL BRIDGE RD.
BRIDGETON, MO 63044


CITY OF BUCKLEY (UTIL TAX)
P.O. BOX 1960
BUCKLEY, WA 98321


CITY OF BURBANK (UUT)
301 E OLIVE AVENUE
BURBANK, CA 91502


CITY OF BURIEN (UUT)
400 SW 152ND ST.
SUITE 300
BURIEN, WA 98166


CITY OF CALABASAS (UUT)
100 CIVIC CENTER WAY
CALABASAS, CA 91302-3172


CITY OF CARNATION (UTIL TAX)
P.O. BOX 1238
CARNATION, WA 98014


CITY OF CARTHAGE (BUS LIC)
326 GRANT STREET
CARTHAGE, MO 64836


CITY OF CATHEDRAL CITY (UUT)
68-700 AVENIDA LALO GUERRERO
CATHEDRAL CITY, CA 92234


CITY OF CERES (UUT)
2720 SECOND STREET
CERES, CA 95307


CITY OF CHANDLER (TPT)
PO BOX 15001
CHANDLER, AZ 85244-5001

CITY OF CHENEY (UTIL TAX)
609 SECOND STREET
CHENEY, WA 99004


CITY OF CHESTERFIELD (BUS LIC)
690 CHESTERFIELD PKWY W
CHESTERFIELD, MO 63017


CITY OF CHULA VISTA (UUT)
276 FOURTH AVENUE
CHULA VISTA, CA 91910


CITY OF CITRUS HEIGHTS (UUT)
6237 FOUNTAIN SQUARE DRIVE
CITRUS HEIGHTS, CA 95621


CITY OF CLYDE HILL (UUT)
9605 NE 24TH STREET
CLYDE HILL, WA 98004


CITY OF COACHELLA  (UUT)
1515 SIXTH STREET
COACHELLA, CA 92236


CITY OF COLORADO SPRINGS (S&U)
PO BOX 1575 MC225
COLORADO SPRINGS, CO 80901


CITY OF COLUMBIA (BUS LIC)
701 E. BROADWAY
COLUMBIA, MO 65201


CITY OF COMPTON (UUT)
205 S. WILLOWBROOK AVENUE
COMPTON, CA 90220


CITY OF CONYERS (E911)
P.O. BOX 1259
CONYERS, GA 30012


CITY OF COVINA (UUT)
125 E. COLLEGE STEET
COVINA, CA 91723

CITY OF CRESTWOOD (BUS LIC)
ONE DETJEN DRIVE
CRESTWOOD, MO 63126


CITY OF CRESWELL (UTIL TAX)
P.O. BOX 276
CRESWELL, OR 97426


CITY OF CUDAHY (UUT)
PO BOX 1007
CUDAHY, CA 90201


CITY OF CULVER CITY (UUT)
9770 CULVER BLVD
PO BOX 507
CULVER CITY, CA 90232-0507


CITY OF CUPERTINO (UUT)
10300 TORRE AVENUE
CUPERTINO, CA 95014


CITY OF DALY CITY  (UUT)
333 - 90TH STREET
DALY CITY, CA 94015-1895


CITY OF DELLWOOD (BUS LIC)
1415 CHAMBERS RD.
ST. LOUIS, MO 63135


CITY OF DESERT HOT SPRINGS (UUT)
65-950 PIERSON BLVD
DESERT HOT SPRINGS, CA 92240


CITY OF DESLOGE (BUS LIC)
300 NORTH LINCOLN
DESLOGE, MO 63601


CITY OF DINUBA (UUT)
405 EAST EL MONTE
DINUBA, CA 93618


CITY OF DOWNEY (UUT)
PO BOX 7016
DOWNEY, CA 90241-7016

```
CITY OF DUVALL (UTIL TAX)
P.O. BOX 1300
DUVALL, WA 98019


CITY OF EAST PALO ALTO (UUT)
2415 UNINVERSITY AVENUE
EAST PALO ALTO, CA 94303


CITY OF EAST WENATCHEE (UTIL TAX)
271 9TH ST. N.E.
EAST WENATCHEE, WA 98802


CITY OF EL CERRITO (UUT)
10890 SAN PABLO AVENUE
EL CERRITO, CA 94530


CITY OF EL MONTE (UUT)
11334 VALLEY BLVD.
EL MONTE, CA 91731-3293


CITY OF EVANS (S&U)
1100 37TH ST.
EVANS, CO 80620


CITY OF EVERETT (UUT)
2930 WETMORE
EVERETT, WA 98201


CITY OF EXETER (UUT)
P.O. BOX 237
EXETER, CA 93221


CITY OF FAIRFIELD (UUT)
1000 WEBSTER STREET
FAIRFIELD, CA 94533


CITY OF FARGO AUDITOR (E-911)
200 3RD STREET NORTH
FARGO, ND 58102


CITY OF FEDERAL HEIGHTS  (S&U)
2380 WEST 90TH AVE
FEDERAL HEIGHTS, CO 80260
```

CITY OF FEDERAL WAY (UUT)
P.O. BOX 9718
FEDERAL WAY, WA 98063-9718


CITY OF FERGUSON (BUS LIC)
110 CHURCH STREET
FERGUSON, MO 63135-2411


CITY OF FERNDALE (UUT)
P.O. BOX 936
FERNDALE, WA 98248


CITY OF FIFE (UTIL TAX)
5411 23RD STREET EAST
FIFE, WA 98424


CITY OF FIRCREST (UTIL TAX)
115 RAMSDELL STREET
FIRCREST, WA 98466


CITY OF FLORISSANT (BUS LIC)
955 RUE ST. FRANCOIS
FLORISSANT, MO 63031


CITY OF GARDENA (UUT)
1700 W. 162ND STREET
GARDENA, CA 90247


CITY OF GIG HARBOR (UTIL TAX)
3510 GRANDVIEW ST
GIG HARBOR, WA 98335


CITY OF GLADSTONE (BUS LIC)
7010 N. HOLMES
P.O. BOX 10719
GLADSTONE, MO 64118-2646


CITY OF GLENDALE (B&O)
950 S. BIRCH ST.
GLENDALE, CO 80246


CITY OF GLENDALE (S&U)
950 S. BIRCH ST.
GLENDALE, CO 80246

CITY OF GLENDALE (TPT)
P.O. BOX 800
GLENDALE, AZ 85311-0800


CITY OF GLENDALE (UUT)
141 NORTH GLENDALE AVE
STE 346
GLENDALE, CA 91206-4393


CITY OF GOLDEN (S&U)
911 10TH ST.
GOLDEN, CO 80401


CITY OF GRAIN VALLEY (BUS LIC)
711 MAIN ST
GRAIN VALLEY, MO 64029


CITY OF GRANDVIEW - LIC TAX
1200 MAIN ST
GRANDVIEW, MO 64030


CITY OF GRANGER (UTIL TAX)
P.O. BOX 1100
GRANGER, WA 98932


CITY OF GREELEY  (S&U)
1000 10TH STREET
GREELEY, CO 80631


CITY OF HAWTHORNE (UUT)
4455 W. 126TH STREET
HAWTHORNE, CA 90250


CITY OF HAYWARD (UUT)
777 B STREET
HAYWARD, CA 94541


CITY OF HAZELWOOD (BUS LIC)
415 ELM GROVE LANE
HAZELWOOD, MO 63042-1917


CITY OF HENDERSON/FIN DEPT
P.O. BOX 95050
HENDERSON, NV 89009-5050

```
CITY OF HERCULES (UUT)
111 CIVIC DRIVE
HERCULES, CA 94547


CITY OF HERMOSA BEACH (UUT)
1315 VALLEY DRIVE
HERMOSA BEACH, CA 90254-3885


CITY OF HOUSTON LAKE (BUS LIC)
5417 N ADRIAN AVE
HOUSTON LAKE, MO 64151


CITY OF HUNTINGTON BEACH (UUT)
P.O. BOX 711
HUNTINGTON BEACH, CA 92645-0711


CITY OF HUNTINGTON PARK (UUT)
6550 MILES AVENUE
# 127
HUNTINGTON PARK, CA 90255


CITY OF INDIO (UUT)
PO BOX 1788
INDIO, CA 92202-1788


CITY OF INGLEWOOD (UUT)
PO BOX 6007
INGLEWOOD, CA 90312-6007


CITY OF JEFFERSON CITY (BUS LIC)
320 E. MCCARTY STREET
JEFFERSON CITY, MO 65101-3115


CITY OF JENNINGS (BUS LIC)
2120 HORD AVE
JENNINGS, MO 63136


CITY OF JOPLIN (BUS LIC)
303 E. 3RD STREET
JOPLIN, MO 64801-2274


CITY OF KENMORE (UUT)
PO BOX 82607
KENMORE, WA 98028
```

CITY OF KENNEWICK (UUT)
P.O. BOX 6108
KENNEWICK, WA 99336


CITY OF KENT (UUT)
220 4TH AVENUE SOUTH
KENT, WA 98032


CITY OF KIRKLAND (UUT)
123 5TH AVE
KIRKLAND, WA 98033-6189


CITY OF KIRKWOOD (BUS LIC)
139 S. KIRKWOOD
KIRKWOOD, MO 63122


CITY OF LA VERNE (UUT)
3660 D STREET
LA VERNE, CA 91750


CITY OF LACEY (UUT)
420 COLLEGE STREET
LACEY, WA 98503-1238


CITY OF LAFAYETTE (S&U)
1290 S PUBLIC RD.
LAFAYETTE, CO 80026


CITY OF LAKE FOREST PARK (UTIL TAX)
17425 BALLINGER WAY N.E.
LAKE FOREST PARK, WA 98155-5556


CITY OF LAKE LOTAWANA (BUS LIC)
100 LAKE LOTAWANA DR
LAKE LOTAWANA, MO 64086


CITY OF LAKE STEVENS (UUT)
P.O. BOX 257
LAKE STEVENS, WA 98258


CITY OF LAKEWOOD  (S&U)
PO BOX 17479
DENVER, CO 80217

CITY OF LAKEWOOD  (UUT)
5050 N, CLARK AVENUE
LAKEWOOD, CA 90712


CITY OF LAKEWOOD (UUT)
6000 MAIN STREET SW
LAKEWOOD, WA 98499


CITY OF LAS VEGAS/BUS LIC
400 STEWART AVENUE
LAS VEGAS, NV 89101-2986


CITY OF LAWNDALE  (UUT)
14717 BURIN AVENUE
LAWNDALE, CA 90260


CITY OF LIBERTY (BUS LIC)
101 E. KANSAS AVE.
P.O. BOX 159
LIBERTY, MO 64068


CITY OF LINCOLN TREAS. (B&O)
555 SOUTH 10TH STREET
LINCOLN, NE 68508


CITY OF LITTLETON (S&U)
2255 W BERRY AVE.
LITTLETON, CO 80120


CITY OF LONG BEACH (UUT)
333 W. OCEAN BLVD, 6TH FLR
LONG BEACH, CA 90802


CITY OF LOS ALAMITOS  (UUT)
3191 KATELLA AVENUE
LOS ALAMITOS, CA 90720


CITY OF LOS ANGELES (UUT)
200 N. SPRING ST
RM 220
LOS ANGELES, CA 90012


CITY OF LYNNWOOD (UUT)
P.O BOX 5008
LYNNWOOD, WA 98046-5008

CITY OF LYNWOOD  (UUT)
11330 BULLIS ROAD
LYNWOOD, CA 90262


CITY OF MANCHESTER (BUS LIC)
14318 MANCHESTER ROAD
MANCHESTER, MO 63011


CITY OF MAPLEWOOD (BUS LIC)
7601 MANCHESTER
MAPLEWOOD, MO 63143


CITY OF MARYSVILLE (UUT)
1049 STATE AVENUE
SUITE 101
MARYSVILLE, WA 98270


CITY OF MEDICAL LAKE (UTIL TAX)
P.O. BOX 369
MEDICAL LAKE, WA 99022-0369


CITY OF MESA (TPT)
PO BOX 16350
MESA, AZ 85211-6350


CITY OF MILTON (UTIL TAX)
1000 LAUREL STREET
MILTON, WA 98354


CITY OF MOBILE (S&U)
P.O. BOX 3065
MOBILE, AL 36652-3065


CITY OF MODESTO (UUT)
PO BOX 3441
MODESTO, CA 95353


CITY OF MONETT (BUS LIC)
217 5TH ST
PO BOX 110
MONETT, MO 65708


CITY OF MONROE (UUT)
806 W. MAIN ST.
MONROE, WA 98272

CITY OF MONTCLAIR  (UUT)
5111 BENITO STREET
MONTCLAIR, CA 91763


CITY OF MONTEREY PARK  (UUT)
320 NEWMARK AVENUE
MONTEREY PARK, CA 91574


CITY OF MORENO VALLEY (UUT)
PO BOX 88005
MORENO VALLEY, CA 92552-0805


CITY OF MOSES LAKE (UUT)
P.O. BOX 1579
MOSES LAKE, WA 98837-0244


CITY OF MOUNT VERNON (UUT)
P.O. BOX 809
MOUNT VERNON, WA 98273


CITY OF MOUNTLAKE TERRACE (UUT)
6100 219TH STREET SW, SUITE 200
MOUNTLAKE TERRACE, WA 98043


CITY OF MUKILTEO (UUT)
11930 CYRUS WAY
MUKILTEO, WA 98275


CITY OF NEOSHO (BUS LIC)
203 E. MAIN
NEOSHO, MO 64850


CITY OF NEW ORLEANS (S&U)
POST OFFICE BOX 61804
NEW ORLEANS, LA 70161-1804


CITY OF NEWARK  (UUT)
37101 NEWARK BLVD
NEWARK, CA 94560


CITY OF NORTH LAS VEGAS
2250 LAS VEGAS BOULEVARD NORTH
NORTH LAS VEGAS, NV 89030

```
CITY OF NORWALK (UUT)
12700 NORWALK BLVD
NORWALK, CA 90650


CITY OF O FALLON (BUS LIC)
100 NORTH MAIN ST.
O FALLON, MO 63366


CITY OF OAKLAND (UUT)
DEPT #34385
PO BOX 39000
SAN FRANCISCO, CA 94139


CITY OF ODESSA (BUS LIC)
P.O. BOX 128
ODESSA, MO 64076


CITY OF OLIVETTE (BUS LIC)
9473 OLIVE BLVD
OLIVETTE, MO 63132


CITY OF OLYMPIA (UUT)
PO BOX 1967
OLYMPIA, WA 98507-1967


CITY OF OMAHA
1819 FARNAM STREET
CITY CASHIER RM H10
OMAHA, NE 68183


CITY OF ORTING (UUT)
P.O. BOX 489
ORTING, WA 98360


CITY OF OTHELLO (UTIL TAX)
500 E. MAIN STREET
OTHELLO, WA 99344


CITY OF OVERLAND (BUS LIC)
9119 LACKLAND ROAD
OVERLAND, MO 63114


CITY OF PACIFIC (UTIL TAX)
100 3RD AVENUE
PACIFIC, WA 98047
```

```
CITY OF PALM SPRINGS  (911)
3200 E. TAHQUITZ CANYON WAY
PALM SPRINGS, CA 92263-2743


CITY OF PALM SPRINGS (UUT)
PO BOX 2743
PALM SPRINGS, CA 92263-2743


CITY OF PARKER (S&U)
20120 E MAINSTREET.
PARKER, CO 80138-7334


CITY OF PARKVILLE (BUS LIC)
8880 CLARK AVE
PARKVILLE, MO 64152


CITY OF PASADENA (UUT)
100 N GARFIELD AVE
RM 106
PASADENA, CA 91109


CITY OF PASCO (UUT)
525 N. THIRD AVENUE
PASCO, WA 99301


CITY OF PHOENIX (TPT)
PO BOX 29690
PHOENIX, AZ 85038-9690


CITY OF PLACENTIA (UUT)
401 EAST CHAPMAN AVE.
PLACENTIA, CA 92670


CITY OF POMONA (UUT)
PO BOX 660
POMONA, CA 91769


CITY OF PORT ANGELES (UTIL TAX)
321 EAST 5TH STREET
P.O. BOX 1150
PORT ANGELES, WA 98362


CITY OF PORT HUENEME (UUT)
250 N VENTURA RD
PORT HUENEME, CA 93041
```

CITY OF PORT ORCHARD (UTIL TAX)
216 PROSPECT STREET
PORT ORCHARD, WA 98366


CITY OF PORTERVILLE (UUT)
291 N MAIN STREET
PORTERVILLE, CA 93257


CITY OF POULSBO (UTIL TAX)
200 NE MOE STREET
POULSBO, WA 98370


CITY OF PRESCOTT (TPT)
201 S. CORTEZ ST.
P.O. BOX 2077
PRESCOTT, AZ 86302


CITY OF PUYALLUP (UTIL TAX)
P.O. BOX 1232
PUYALLUP, WA 98371-0187


CITY OF QUINCY (UTIL TAX)
P.O. BOX 338
QUINCY, WA 98848


CITY OF RAYMORE (BUS LIC)
100 MUNCIPAL CIRLCE
RAYMORE, MO 64083


CITY OF RAYTOWN (BUS LIC)
10000 E. 59TH STREET
RAYTOWN, MO 64133


CITY OF REDMOND (UUT)
P.O. BOX 97010
REDMOND, WA 98073-9710


CITY OF REDONDO BEACH  (UUT)
415 DIAMOND STREET
REDONDO BEACH, CA 90277-0167


CITY OF REDWOOD CITY  (UUT)
1017 MIDDLEFORD ROAD
REDWOOD CITY, CA 94063

```
CITY OF RENTON (UUT)
1055 S. GRADY WAY
RENTON, WA 98057


CITY OF REPUBLIC (BUS LIC)
213 NORTH MAIN
REPUBLIC, MO 65738-1472


CITY OF RIALTO (UUT)
150 SOUTH PALM AVENUE
RIALTO, CA 92376


CITY OF RICHMOND (UUT)
1401 MARINA WAY SOUTH
RICHMOND, CA 94804


CITY OF SACRAMENTO (UUT)
915 "I" STREET, RM 1214
SACRAMENTO, CA 95814-2604


CITY OF SAINT JOSEPH (BUS LIC)
1100 FREDERICK AVENUE
SAINT JOSEPH, MO 64501


CITY OF SAN BERNARDINO (UUT)
300 NORTH  D STREET
SAN BERNARDINO, CA 92418


CITY OF SAN FRANCISCO (UUT)
P.O. BOX 7425
SAN FRANCISCO, CA 94120-7425


CITY OF SAN GABRIEL (UUT)
425 S. MISSION DRIVE
PO BOX 130
SAN GABRIEL, CA 91778-0130


CITY OF SAN JOSE  (911)
200 E SANTA CLARA ST
13TH FLOOR
SAN JOSE, CA 95113
```

```
CITY OF SAN JOSE (UUT)
200 E SANTA CLARA ST
13TH FLOOR
SAN JOSE, CA 95113


CITY OF SAN LEANDRO  (911)
835 EAST 14TH STREET
SAN LEANDRO, CA 94577


CITY OF SAN LEANDRO (UUT)
835 EAST 14TH STREET
SAN LEANDRO, CA 94577


CITY OF SAN LUIS OBISPO  (UUT)
990 PALM STREET
SAN LUIS OBISPO, CA 93401


CITY OF SAN MARINO (UUT)
2200 HUNTINGTON DRIVE
SAN MARINO, CA 91108


CITY OF SAN PABLO (UUT)
13831 SAN PABLO AVENUE
BUILDING 2
SAN PABLO, CA 94806


CITY OF SANTA ANA (UUT)
20 CIVIC CTR PLAZA
P.O. BOX 1964
SANTA ANA, CA 92702-1964


CITY OF SANTA BARBARA (UUT)
PO BOX 1990
SANTA BARBARA, CA 93102-1990


CITY OF SANTA MONICA (UUT)
1717 4TH STREET
SUITE 150
SANTA MONICA, CA 90401


CITY OF SAVANNAH (E-911)
P.O. BOX 1228
SAVANNAH, GA 31402
```

CITY OF SEATTLE (UUT)
PO BOX 34907
SEATTLE, WA 98124-1907


CITY OF SEDRO WOOLEY (UUT)
325 METCALF STREET
SEDRO WOOLLEY, WA 98284


CITY OF SHORELINE (UUT)
17544 MIDVALE AVE. N.
SHORELINE, WA 98133-4905


CITY OF SIKESTON (BUS LIC)
105 E. CENTER STREET
SIKESTON, MO 63801


CITY OF SNOHOMISH (UTIL TAX)
116 UNION AVENUE
SNOHOMISH, WA 98290


CITY OF SNOQUALMIE (UUT)
PO BOX 987
SNOQUALMIE, WA 98065


CITY OF SPOKANE (UUT)
808 W SPOKANE FALLS BLVD
SPOKANE, WA 99201-3336


CITY OF SPOKANE VALLEY (UUT)
11707 E.SPRAGUE AVE.
SUITE 106
SPOKANE VALLEY, WA 99206


CITY OF ST LOUIS - FRN LICENSE
1200 MARKET ST
ROOM 212
ST LOUIS, MO 63103


CITY OF ST. CHARLES (BUS LIC)
200 NORTH SECOND ST.
ST. CHARLES, MO 63301


CITY OF STANWOOD (UTIL TAX)
10220 270TH STREET N.W.
STANWOOD, WA 98292

```
CITY OF STOCKTON (UUT)
P.O. BOX 2107
STOCKTON, CA 95201-2107


CITY OF SUGAR CREEK (BUS LIC)
103 S STERLING
SUGAR CREEK, MO 64054


CITY OF SULTAN (UTIL TAX)
P.O. BOX 1199
SULTAN, WA 98294


CITY OF SUNNYVALE (UUT)
P.O. BOX 3707
SUNNYVALE, CA 94088-3707


CITY OF TACOMA (UUT)
P.O. BOX 11640
TACOMA, WA 98411-6640


CITY OF TEMPE  (TPT)
PO BOX 29618
TEMPE, AZ 85038-9618


CITY OF THORNTON (S&U)
PO BOX 910222
DENVER, CO 80291-0222


CITY OF TORRANCE (UUT)
3031 TORRANCE BLVD.
TORRANCE, CA 90503


CITY OF TUCSON  (TPT)
PO BOX 27320
TUCSON, AZ 85726


CITY OF TUKWILA (UUT)
6200 SOUTHCENTER BLVD
TUKWILA, WA 98188


CITY OF TULARE (UUT)
411 E KERN AVENUE
SUITE F
TULARE, CA 93274-4257
```

CITY OF TUMWATER (UUT)
555 ISRAEL ROAD
TUMWATER, WA 98501-6515


CITY OF VALLEJO (UUT)
555 SANTA CLARA ST
VALLEJO, CA 94590


CITY OF VALLEY PARK (BUS LIC)
320 BENTON STREET
VALLEY PARK, MO 63088


CITY OF VANCOUVER (UUT)
P.O. BOX 8995
VANCOUVER, WA 98668-8995


CITY OF VENTURA (UUT)
6501 POLI STREET
PO BOX 99
VENTURA, CA 93002-0099


CITY OF WALLA WALLA (UTIL TAX)
15 N. 3RD AVENUE
WALLA WALLA, WA 99362-0216


CITY OF WARRENSBURG (BUS LIC)
102 S. HOLDEN
WARRENSBURG, MO 64093


CITY OF WASHOUGAL (UUT)
1701 C STREET
WASHOUGAL, WA 98671


CITY OF WATERFORD (UUT)
P.O. BOX 199
WATERFORD, CA 95386


CITY OF WEBB CITY (BUS LIC)
P.O. BOX 30
WEBB CITY, MO 64870


CITY OF WEBSTER GROVES (BUS LIC)
4 E. LOCKWOOD
WEBSTER GROVES, MO 63119

CITY OF WESTMINSTER (S&U)
PO BOX 17107
DENVER, CO 80217-7107


CITY OF WESTMINSTER (UUT)
8200 WESTMINSTER BLVD
WESTMINSTER, CA 92683


CITY OF WINCHESTER (BUS LIC)
109 LINDY BLVD.
WINCHESTER, MO 63021-5299


CITY OF WOODINVILLE (UUT)
17301 133RD AVENUE NE
WOODINVILLE, WA 98072


CITY OF YELM (UTIL TAX)
105 YELM AVENUE WEST
YELM, WA 98597


CLARK COUNTY
P.O. BOX 551810
LAS VEGAS, NV 89155-1810


CLAYTON COUNTY FIN DEPT. (E-911)
112 SMITH ST.
JONESBORO, GA 30236


CMO CONSULTING GROUP, LLC
8101 NAVIDAD DRIVE
AUSTIN, TX 78735


CMRS BOARD C/O HORNE CPA
1020 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157


CNTY OF BROOME OFC OF EMERG SVCS
153 LT VAN WINKLE DR.
BINGHAMTON, NY 13905


CO PUB UTIL COMM (USF)
1560 BROADWAY, SUITE 250 DENVER, CO 8020
SUITE 250
DENVER, CO 80202-5143

COBB COUNTY FINANCE (E-911)
100 CHEROKEE STREET
SUITE 400
MARIETTA, GA 30090


COLORADO DEPT OF REVENUE
SALES TAX RETURN
DENVER, CO 80261-0013


COLUMBUS CONSOL. GOV'T (E-911)
FINANCE DEPARTMENT
P.O. BOX 1340
COLUMBUS, GA 31902


COMMONWEALTH OF MASSACHUSETTS
1380 BAY STREET
TAUNTON, MA  02780, MA 02780


COMPTR. OF OPER. - 911
PO BOX 2833
HARRISBURG, PA 17101


COMPTR. OF PUB. ACCTS (911)
PO BOX 149356
AUSTIN, TX 78714-9356


COMPTR. OF PUB. ACCTS (911EQ)
PO BOX 149356
AUSTIN, TX 78714-9356


COMPTR. OF PUB. ACCTS (S&U)
PO BOX 149354
AUSTIN, TX 78714-9354


CONNECTICUT TRS
PO BOX 223035
PITTSBURGH, PA 15251-2035


CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA 19101


COTTONWOOD INVESTMENTS
GARY ADAMS
TULSA, OK 74119

COTTONWOOD PARTNERSHIP
GARY ADAMS
TULSA, OK 74119


COUNTY OF ALAMEDA (UUT)
224 W. WINTON AVE
RM 169
HAYWARD, CA 94544-1221


COUNTY OF ALBANY (E-911)
112 STATE STREET
ALBANY, NY 12207


COUNTY OF CHEROKEE  (E-911)
ATTN: AGENCY DIRECTOR
150 CHATTIN DR.
CANTON, GA 30115


COUNTY OF DEKALB FIN DEPT (E-911)
ATTN: FINANCE DIRECTORS OFFICE
1300 COMMERCE DRIVE 6TH FLOOR
DECATUR, GA 30030


COUNTY OF DOUGLAS (E-911)
8595 CLUB DRIVE
DOUGLASVILLE, GA 30134


COUNTY OF FULTON (E-911)
130 PEACHTREE STREET SW
#3147
ATLANTA, GA 30303


COUNTY OF GWINNETT (E-911)
75 LANGLEY DR.
LAWRENCEVILLE, GA 30045


COUNTY OF HAWAII PSC
25 AUPUNI STREET
ROOM 1102
HILO, HI 96720-4245


COUNTY OF KAUAI PSC
4444 RICE STREET
SUITE 280
LIHUE, HI 96766

COUNTY OF KENT (E-911)
300 MONROE AVE. N.W.
GRAND RAPIDS, MI 49503


COUNTY OF LOS ANGELES (UUT)
P.O. BOX 30909
LOS ANGELES, CA 90030-0909


CREATIVE CIRCLE, LLC
5900 WILSHIRE BLVD. - 11TH FLOOR
LOS ANGELES, CA 90036


CT DEPT OF EMERG SVCS
1111 COUNTRY CLUB ROAD
MIDDLETOWN, CT 06457


DALE DIR
PO BOX 10447
BAINBRIDGE ISLAND, WA 98110


DAVID LIMP
1634 RAMBLING LANE
MEDINA, WA 98039


DAVID T. BURNETT
2201 95TH AVE NE
CLYDE HILL, WA 98004


DELAWARE DIVISION OF REVENUE
P.O. BOX 2340
WILMINGTON, DE 19899-2340


DEPT OF FIN - TAX DIV
333 S. STATE STREET - ROOM 300
CHICAGO, IL 60604


DIRECTLY
35473 DUMBARTON COURT
NEWARK, CA 94560


DOUGLAS COUNTY E-911
4000 JUSTICE WAY
CASTLE ROCK, CO 80109

```
EIGHTCLOUD, INC.
9805 NE 116TH STREET


EIGHTCLOUD, INC.
9805 NE 116TH ST PMB 7156
KIRKLAND, WA 98034


EL PASO - TELLER 911
2350  AIRPORT ROAD
COLORADO SPRINGS, CO 80910


ENABIL
#400 - 325 25 STREET SE
CALGARY, AB T2A 7H8
CANADA


ENABIL
400 325 25 STREET SE
CALGARY, AB T2A & H8
CANADA


EODD
PO BOX 1367
MUSKOGEE, OK 74402


EPHRATA CITY TREAS. (UTIL TAX)
121 ALDER ST
EPHRATA, WA 98823


ERIE COUNTY (NY)
95 FRANKLIN STREET
COMPTROLLER - ROOM 1100
BUFFALO, NY 14202


ETS OF LA PLATA CO (911)
990 E. SECOND AVE.
DURANGO, CO 81301


FAYETTE COUNTY FIN DEPT. (E-911)
140 STONEWALL AVENUE
FAYETTEVILLE, GA 30214


FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094
```

```
FIRST DATA CORP
P.O. BOX 1832
ENGLEWOOD, CO 80150


FIRST DATA CORP
PO BOX 1832
ENGLEWOOD, CO 80150


FLORIDA DEPT OF MGMT SVCS
PO BOX 7117
TALLAHASSEE, FL 32314


FLORIDA DEPT OF REV (CST)
PO BOX 6520
TALLAHASSEE, FL 32314-6520


FOUNDATION FOR HEALTHY RELATIONSHIPS
LES PARROTT
SEATTLE, WA 98121


FOXX FAMILY PARNERSHIP, LTD.
WILLIAM PRITCHARD
TULSA, OK 74105


GCA SERVICES GROUP
3060 SOLUTIONS CENTER
CHICAGO, IL 60677


GEMALTO, INC.
P.O. BOX 8500-54973
PHILADELPHIA, PA 19178-4973


GEORGE NOLLEY ENTERLINE TRUST
GARY ADAMS
TULSA, OK 74119


GEORGIA DEPT OF REV.
PO BOX 105408
ATLANTA, GA 30348-5408


GGEDA
PO BOX DRAWER B
BIG CABIN, OK 74332
```

GILBERT WALLACE
3720 131ST AVE NE
BELLEVUE, WA 98005


GLOBALLOGIC INC.
PO BOX 200558
PITTSBURGH, PA 15251


GOBIERNO DE PUERTO RICO (9-1-1)
PO BOX 270200
SAN JUAN, PR 00927-0200


GOLINHARRIS
600 BATTERY STREET
FRANCISCO, CA 94111


GOVERNMENT DEVELOPMENT BANK FOR PUERTO R
P.O. BOX 40827
SAN JUAN, PR 00940-0827


GRACIE JANE ADAMS TRUST
GARY ADAMS
TULSA, OK 74119


GRAND JCT (MEAS CNTY) 911
250 NORTH 5TH STREET
GRAND JUNCTION, CO 81501


GRAYMAR INVESTORS PARTNERSHIP
ROBERT LIPMAN
NASHVILLE, TN 37228


HARTE HANKS
P.O. BOX 911913
DALLAS, TX 75391


HARTE HANKS
PO BOX 911913
DALLAS, TX 75391


HAWAII DEPT OF TAXATION
P.O. BOX 259
HONOLULU, HI 96809-0259

HAWAII TRS ADMINISTRATOR
30 LANIDEX PLAZA WEST
P O BOX 685
PARSIPPANY, NJ 07054


HEALTHNET PLAN OF OREGON
PO BOX 9103
VAN NUYS, CA 91409


HENRY COUNTY COMMUN (E-911)
526 INDUSTRIAL BLVD
MCDONIOUGH, GA 30253


HEY,
911 WESTERN AVE, SUITE 408
SEATTLE, WA 98104


HOPEDENE VENTURES, LLP
BLAKELY PAGE
RADNOR, PA 19807


HRNOVATIONS
700 112TH AVENUE NE
BELLEVUE, WA 98004


HTC
13920 SE EASTGATE WAY #400
BELLEVUE, WA 98005


ID TELECOM SVC ASSIST PROG
1964 NORTH 300 EAST
CENTERVILLE, UT 84014


IL COMMERCE COMM - WETSA
527 EAST CAPITOL AVENUE
SPRINGFIELD, IL 62701


IL DEPT OF REV - TELECOM TAX
PO BOX 19019
SPRINGFIELD, IL 62794-9019


IN BOTH EARS, INC.
2505 SE 11TH AVENUE
PORTLAND, OR 97202

```
IN DEPT OF REV - URT
P.O. BOX 7228
INDIANAPOLIS, IN 46207-7228


IN UTILTY REGULATORY COMM
101 WEST WASHINGTON ST
SUITE 1500 E
INDIANAPOLIS, IN 46204


INCOG
2 WEST SECOND STREET
SUITE 800
TULSA, OK 74103


INDEPENDENCE - UTIL LIC TAX
PO BOX 1019
INDEPENDENCE, MO 64051


INDIANA DEPT OF REV (SLS)
P.O. BOX 7218
INDIANAPOLIS, IN 46207-7218


INTERSTATE TRS FUND
P.O. BOX 62634
BALTIMORE, MD 21264-2631


IOWA DEPT OF REV (S&U)
PO BOX 10412
DES MOINES, IA 50306-0412


IPFS CORPORATION
PO BOX 100391
PASADENA, CA 91189


IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087


J.D. POWER AND ASSOCIATES
CORPORATE ACCOUNTS RECEIVABLE
LOS ANGELES, CA 90051


JACKSON LEWIS, ATTORNEYS AT LAW
C/O JACKSON LEWIS
STE 2300 SEATTLE, WA 98101
```

```
JAMEY LEA ADAMS LIVING TRUST
GARY ADAMS
TULSA, OK 74119


JAMIE KUHNHAUSEN
34614 SE CURTIS DRIVE
SNOQUALMIE, WA 98065


JCECA
P.O. BOX 17302
DENVER, CO 80217-0302


JEFFERSON PAR. SHERIFF & TAX COLL
P.O. BOX 248
GRETNA, LA 70054-0248


JEFFERSON PARISH COMM. DIST. (E-911)
P.O. BOX 9
GRETNA, LA 70053


JENETEK
2726 NE 159TH CIRCLE
RIDGEFIELD, WA 98642


JENKON
203 SE PARK PLAZA DRIVE
VANCOUVER, WA 98684


JENKON
203 SE PARK PLAZA DR
VANCOUVER, WA 98684


JIM SPANGLER
5 RAY AVE.
ZEBULON, NC 27597


JIVE
915 SW STARK STREET #200
PORTLAND, OR 97205


JIVE
915 SW STARK STREET
SUITE 400
PORTLAND, OR 97205
```

JOHN LOCHER
11009 89TH EAST AVE
TULSA, OK 74133


JONATHAN MILLER
24 LAKEVIEW AVENUE
SLEEPY HOLLOW, NY 10591


JOSE ROJAS
7225 245TH WAY NORTHEAST
REDMOND, WA 98053


JOSEPH DELOZIER
209 23RD AVENUE NORTH
NASHVILLE, TN 37203


JOSH GOODEN
109 WEST 9TH STREET
SCOTT, KS 67871


JP MORGAN
PO BOX 6076
NEWARK, DE 19714-6076


JULIE CATHERINE ADAMS LIVING TRUST
GARY ADAMS
TULSA, OK 74119


JUNTA DE GOBIERNO DEL SERVICIO 9-1-1
N/A


KANSAS CITY - UTIL LIC TAX
414 EAST 12TH STREET2ND FLOOR EAST
KANSAS CITY, MO 64106-2786


KANSAS DEPT OF REV (S&U)
915 SW HARRISON ST
TOPEKA, KS 66625-5000


KANSAS USF
P.O. BOX 1512
TOPEKA, KS 66611-1512

```
KIMBERLY CLARK ADAMS LIVING TRUST
GARY ADAMS
TULSA, OK 74119


KPMG LLP
P.O.BOX 120970
DEPT 0970
DALLAS, TX 75312


KS ASSOC OF COUNTIES
300 SW 8TH
3RD FLOOR
TOPEKA, KS 66603


KY DEPT OF REV (S&U)
SALES TAX RETURN
FRANKFORT, KY 40620-0003


KY DEPT OF REV (TEL TAX)
P O BOX 181
STATION 67
FRANKFORT, KY 40602-0181


KY DEPT OF REV (UTILITY)
P O BOX 181
STATION 61
FRANKFORT, KY 40602-0181


LA PUBLIC SERVICE COMM
602 NORTH FIFTH ST
PO BOX 91154
BATON ROUGE, LA 70821-9154


LAFAYETTE PARISH  (E-911)
P.O. BOX 82236
LAFAYETTE, LA 70598


LARIMER EMERG TELE
P.O. BOX 578
FT COLLINS, CO 80522


LATHAM & WATKINS LLP
WARBUGSTRABE 50
20354 HAMBURG
GERMANY
```

LEAVENWORTH CITY CLERK (UTIL TAX)
P.O. BOX 287
LEAVENWORTH, WA 98826


LEE & HAYES, PLLC
601 W RIVERSIDE AVE. #1400
SPOKANE, WA 99201


LEE'S SUMMIT - FIN DEPT
220 SE GREEN STREET
LEE'S SUMMIT, MO 64063


LINDA BERRY
7707 FAIRWAY AVE SE UNIT 203
SNOQUALMIE, WA 98065


LOUISIANA DEPT OF REV (S&U)
PO BOX 3138
BATON ROUGE, LA 70821-3138


MA DEPT OF REV - (SALES TEL)
P.O. BOX 7015
BOSTON, MA 02204-7015


MAINE REV SVCS (SVC PROV)
PO BOX 1065
AUGUSTA, ME 04332-1065


MARIA PINCHEVSKY
1118 GARRETT WAY
MOUNT JULIET, TN 37122


MARITCH ENERGY SERVICES
WILLIAM PRITCHARD
TULSA, OK 74105


MARYLAND COMPTROLLER
P.O. BOX 207
ANNAPOLIS, MD 21404-0207


MELENDEZ TORRES LAW PSC
255 AVE PONCE DE LEON #715
SAN JUAN, PR 00917

MELISSA NOLLEY ADAMS LIVING TRUST
GARY ADAMS
TULSA, OK 74119


METHOD, INC.
972 MISSION ST FL. 2
SAN FRANCISCO, CA 94103


MI DEPT. OF TREASURY (911)
P.O. BOX 30781
LANSING, MI 48909-8281


MI DEPT. OF TREASURY (SALES)
DEPT. 77003
DETROIT, MI 48277-0003


MICHAEL MCKENNEDY
11 COUNTRY CLUB DRIVE
JERICHO, VT 05465


MICROSOFT LICENSING, GP (AZURE
SUITE 5010
1950 N STEMMONS FWY LB#842467
DALLAS, TX 75207


MICROSOFT LICENSING, GP (AZURE)
11 COUNTRY CLUB DR #5010
DALLAS, TX 75207


MINH GRAPHIC DESIGN
15402 146TH PL SE
RENTON, WA 98058


MN DEPT OF REV (S&U)
PO BOX 64622
ST PAUL, MN 55164-4622


MN DEPT. OF PUBLIC SAFETY
445 MINNESOTA STREET
SUITE 137
ST. PAUL, MN 55101-5137


MO DEPT OF REV (S&U)
PO BOX 840
JEFFERSON CITY, MO 65105-0840

```
MONEYGRAM
P.O. BOX 911788
DENVER, CO 80291


MONTGOMERY COUNTY
255 ROCKVILLE PIKE
SUITE L-15
ROCKVILLE, MD 20850


MS DEPT OF REV (911)
P.O. BOX 1033
JACKSON, MS 39215-1033


MS DEPT OF REV (TEL S&U)
P.O. BOX 1033
JACKSON, MS 39215-1033


MUNI. ASSOC. OF SC - LIC TAX
P.O. BOX 60489
CHARLOTTE, NC 28260-0489


N.J. DIV OF TAX - BANKRUPTCY SECT
P.O. BOX 245
TRENTON, NJ 08695-0245


NAMPA POLICE DEPARTMENT (E-911)
820 2ND STREET SOUTH
NAMPA, ID 83651


NASSAU COUNTY (911)
1194 PROSPECT AVENUE
WESTBURY, NY 11590


NATHAN GOODEN
10542 ARNOLD PALMER DRIVE
RALEIGH, NC 27617


NC 911 BOARD
PO BOX 17209
RALEIGH, NC 27619-7209


NC 911 BOARD (WRLS RELAY)
PO BOX 17209
RALEIGH, NC 27619-7209
```

NC DEPT OF REV (SALES UTIL)
PO BOX 25000
RALEIGH, NC 27640-0700


NCO
24892 NETWORK PLACE
CHICAGO, IL 60673


ND TAX COMM - GRT
600 E BOULEVARD AVE
DEPT 127
BISMARCK, ND 58505-0552


ND TAX COMM - S&U
PO BOX 5623
BISMARCK, ND 58506-5623


NEUDESIC
8105 IRVINE CENTER DR #1200
IRVINE, CA 92618


NEUSTAR
46000 CENTER OAK PLAZA
STERLING, VA 20166


NH DRA
PO BOX 2035
CONCORD, NH 03302-2035


NMUSF
P.O. BOX 27561
ALBUQUERQUE, NM 87125-7561


NOEL C. HOWE
BEACON
SEATTLE, WA 98104


NORTH KANSAS CITY (BUS LIC)
2010 HOWELL ST
NORTH KANSAS, MO 64116


NVUSF
P.O. BOX 360343
PITTSBURGH, PA 15251-6343

```
NY DTF - BANKRUPTCY SEC (SLS)
P.O. BOX 5300
ALBANY, NY 12205-0300


NY DTF - BANKRUPTCY SEC(PSHP)
P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPT OF FINANCE (E- 911)
P.O. BOX 5110
KINGSTON, NY 12402-5110


NYC DEPT OF FINANCE (UXP)
P.O. BOX 5110
KINGSTON, NY 12402-5110


NYS CORP TAX (184)
PO BOX 22038
ALBANY, NY 12201-2038


NYS CORP TAX (184M)
PO BOX 22038
ALBANY, NY 12201-2038


NYS CORP TAX (186C)
PO BOX 22038
ALBANY, NY 12201-2038


NYS CORP TAX (186E)
PO BOX 22038
ALBANY, NY 12201-2038


NYS TAX DEPT (WCS-1)
PO BOX 22020
ALBANY, NY 12201-2020


OASIS INC.
P.O. BOX 1726
WOODINVILLE, WA 98072


OFC OF TAX & REV (911)
300 INDIANA AVE NW
SUITE 4068
WASHINGTON, DC 20001
```

```
OFC OF TAX & REV (TELECOM)
PO BOX 556
WASHINGTON, DC 20044-0556


OFFICE DEPOT
PO BOX 70049
LOS ANGELES, CA 90074


OH DEPT. OF TAX. - 911
PO BOX 16560
COLUMBUS, OH 43216-6560


OH DEPT. OF TAX. - S&U
PO BOX 16560
COLUMBUS, OH 43216-6560


OK TAX COMM - S&U
P.O. BOX 26850
OKLAHOMA CITY, OK 73126-0850


OLIVER CARMICHAEL
4330 SNEED ROAD
NASHVILLE, TN 37215


OPUS BANK
IRVINE, CA 92612



OPUS BANK
19900 MACARTHUR BLVD
IRVINE, CA 92612


OR DEPT. OF REV - E-911
PO BOX 14110
SALEM, OR 97309-0910


ORANGE COUNTY COMM OF FIN (E-911)
255-275 MAIN ST
GOSHEN, NY 10924


ORANGE COURIER, INC.
P.O. BOX 5308
SANTA ANA, CA 92704-5308
```

OREGON PUC - RSPF
PO BOX 1088
SALEM, OR 97308-1088


ORLEANS PARISH COMM. DIST. (E-911)
118 CITY PARK AVENUE
NEW ORLEANS, LA 70119


OTR, INC
WILLIAM PRITCHARD
TULSA, OK 74105


OUACHITA PARISH POLICE JURY
P.O. BOX 3007
MONROE, LA 71210-3007


OUSF FUND MANAGER
3220 PLEASANT RUN
SPRINGFIELD, IL 62711


PA DEPT OF REV. (S&U)
PO BOX 280437
HARRISBURG, PA 17128-0437


PA DEPT OF REV. - GRT
PO BOX 280407
HARRISBURG, PA 17128-0407


PARISH OF CADDO (E-911)
1144 TEXAS AVENUE
SHREVEPORT, LA 71101-3343


PARISH OF EAST BATON ROUGE
P.O. BOX 2590
BATON ROUGE, LA 70821-2590


PARISH OF EAST BATON ROUGE (E-911)
P.O. BOX 2590
BATON ROUGE, LA 70821-2590


PARISH OF ST. BERNARD (E-911)
8201 W JUDGE PEREZ DRIVE
CHALMETTE, LA 70043

```
PARISH OF ST. TAMMANY  (E-911)
510 EAST BOSTON STREET
SUITE 200
COVINGTON, LA 70433


PARKER FERGUSON
601 UNION STREET #4900
SEATTLE, WA 98101


PATRICK AND HEATHER YEGHNAZAR
555 WEST 59TH STREET APT 24D
NEW YORK, NY 10019


PERKINS COIE
1201 THIRD AVENUE
SEATTLE, WA 98101


PERMALON LIMITED
BILL MCCABE
DOUGLAS
ISLE OF MAN


PICKFORD INVESTMENT
GARRY SMITH
TULSA, OK 74119


PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250


PMB# 7156,,,KIRKLAND,WA,98034,,,,,,,, $1
413.33 ,,,, CMS SERVICES


POT O'GOLD, INC.
13205 SE 30TH STREET, SUITE 104
BELLEVUE, WA 98004


PR SALES & USE TAX
P.O. BOX 9024140
SAN JUAN, PR 00902-4140


PRINCE GEORGE'S COUNTY
14741 GOV. ODEN BOWIE DRIVE
SUITE 1090
UPPER MARLBORO, MD 20772
```

```
PUBLIC UTILITIES COMMISSION OF NEVADA
1150 E. WILLIAM STREET
CARSON CITY, NV 89701-3109


PUEBLO COUNTY 911
215 W 10TH STREET
PUEBLO, CO 81003


PUEBLO DEPT. OF FIN (911)
P.O. BOX 1427
PUEBLO, CO 81002


RACHEL BERMUDEZ
20315 121ST CT SE
KENT, WA 98031


RANCHO CORDOVA (UUT)
2729 PROSPECT PARK DRIVE
RANCHO CORDOVA, CA 95670


RANDAL IMHOFF TRUST (FORMERLY HELPISHERE
RANDY IMHOFF
HOT SPRINGS, AR 71909


RDS (AL)
P. O. BOX 830725
BIRMINGHAM, AL 35283-0725


RENO CITY HALL
PO BOX 1900
RENO, NV 89505


RESOURCE GLOBAL PROFESSIONALS
FILE 55221
LOS ANGELES, CA 90074-5221


RETAIL DECISIONS INC (RED)
METROPARK
EDISON, NJ 08837


RETAIL DECISIONS INC (RED)
379 THORNALL STREET FL 7
EDISON, NJ 08837
```

RHODE ISLAND DIV. OF TAX.
ONE CAPITOL HILL
PROVIDENCE, RI 02908-5800


RICHARD WHITE
6788 NE WOOD BAY LANE
POULSBO, WA 98370


ROCKLAND CNTY FIN DEPT. (E-911)
18 NEW HEMPSTEAD ROAD
NEW CITY, NY 10956


ROCKSAUCE STUDIOS, LLC
7703 NORTH LAMAR BLVD. #520
AUSTIN, TEXAS 78752-0000


ROCKSAUCE STUDIOS, LLC
7703 NORTH LAMAR BVD, STE 520
MISSION, TX 78572


RON LEWIS
1624 WACKENA ROAD
CARY, NC 27519


ROSALIE HOLCOMB
10520 VALMEY AVENUE NW
SEATTLE, WA 98177


ROYAL CARIBBEAN
1080 CARIBBEAN WAY, 4TH FLOOR
MIAMI, FL 33132


ROYAL CARRIBEAN
2901 SW 145 STREET
MIRAMAR, FL 33027


SALES FORCE
PO BOX 203141
DALLAS, TX 75320-3141


SALESFORCE.COM
P.O. BOX 203141
DALLAS, TX 75320

```
SAN FRANCISCO TAX COLLECTOR (911)
P.O. BOX 7425
SAN FRANCISCO, CA 94120-7425


SANTA FE SPRINGS (UUT)
11710 TELEGRAPH ROAD
SANTA FE SPRINGS, CA 90670


SC DEPT OF REV (911)
SALES TAX (911)
COLUMBIA, SC 29214-0106


SC DEPT OF REV (S&U)
SALES TAX
COLUMBIA, SC 29214-0101


SD DEPT OF REVENUE (S&U)
PO BOX 5055
SIOUX FALLS, SD 57117-5055


SEDGWICK LLP
135 MAIN ST.


SEDO.COM LLC
161 FIRST STREET FL. 4
CAMBRIDGE, MA 02142


SEI MEETING & INCENTIVES
122 W JOHN CARPENTER FREEWAY
IRVING, TX 75039


SEI MEETINGS AND INCENTIVES
122 W. CARPENTER FRWY, STE 400
IRVING, TX 75039


SERVICE BUSINESS EQUIPMENT & S
20648 84TH AVE S
KENT, WA 01224


SERVICE BUSINESS EQUIPMENT & SALES
20648 84TH AVE S
KENT, WA 01224
```

SILVERPOP
PO BOX 347925
PITTSBURG, PA 15251


SLALOM CONSULTING
P.O. BOX 101416
PASADENA, CA 91189


SLALOM CONSULTING
PO BOX 101416
PASADENA, CA 91189


SOFTCHOICES CORP
314 W SUPERIOR STREET #301
CHICAGO, IL 60654


SOHAIL QUADRI
FOXGROVE 2 COOMBE RIDINGS, KINGSTON UPON
SURREY
UK KT2, 7JT


SOLAR V INVESTMENTS, LLC
10500 NE 8TH STREET #1300
BELLEVUE, WA 98004


SPRINGFIELD - UTIL LICNSE TAX
PO BOX 8368
SPRINGFIELD, MO 65801-8368


ST LOUIS COUNTY - LIC DIV
41 SOUTH CENTRAL AVENUE
ST LOUIS, MO 63105


ST OF RHODE ISLAND (S&U)
PO BOX 9706
PROVIDENCE, RI 02940-9706


ST. CHARLES PARISH COMMUN DIST
P.O. BOX 302
HAHNVILLE, LA 70057


STAPLES
P.O. BOX 83689
CHICAGO, IL 60696

```
STATE BRD OF EQ - 911
P.O. BOX 942879
SACRAMENTO, CA 94279-0088


STATE OF ARKANSAS, DEPT OF FIN & ADMIN
P.O. BOX 3861
LITTLE ROCK, AR 72203-3861


STATE OF CONNECTICUT
PO BOX 5030
HARTFORD, CT 06102-5030


STATE OF HAWAII PUC
465 SOUTH KING STREET, #103
HONOLULU, HI 96813


STATE OF MARYLAND (S&U)
P.O. BOX 207
ANNAPOLIS, MD 21404-0207


STATE OF MARYLAND (USF)
P.O. BOX 207
ANNAPOLIS, MD 21404-0207


STATEWIDE 9-1-1  BOARD
10 WEST MARKET ST
SUITE 2950
INDIANAPOLIS, IN 46204


STONELEDGE CONSULTING
7720 OVERLAKE DRIVE W
MEDINA, WA 98038


STRADLING ATTORNEY'S AT LAW
660 NEWPORT CENTTER DRIVE SUITE 1600
BEACH, CA 92660


STREAM INVESTMENT HOLDINGS, LLC
GRAY STREAM
LAKE CHARLES, LA 70601


SUCCESS PARTNERS HOLDING CO.
200 SWISHER ROAD
LAKE DALLAS, TX 75065
```

SUFFOLK COUNTY (911)
30 YAPHANK AVENUE
YAPHANK, NY 11980


SUN LIFE INSURANCE
520 PIKE ST #2910
SEATTLE, WA 92660


T-MOBILE USA
C/O US BANK
SEATTLE, WA 98124


T-MOBILE USA, INC.
LEGAL DEPT. - GENERAL COUNSEL
12920 S.E. 38TH ST.
BELLEVUE, WA 98006


TANGIPAHOA PARISH (E911)
P.O BOX 505
AMITE, LA 70422


TARRANGO
BRIAN LONG
ATHERTON, CA 94027


TAX COLL, PARISH OF ST. TAMMANY
P.O. BOX 61041
NEW ORLEANS, LA 70161-1041


TAXATION & REVENUE DEPT
P.O BOX 25123
SANTA FE, NM 87504-5123


TAXATION & REVENUE DEPT (E-911)
P.O BOX 25123
SANTA FE, NM 87504-5123


TAXATION & REVENUE DEPT (SLS/GRT)
PO BOX 25128
SANTA FE, NM 87504-5128


TERESA DIR
PO BOX 10447
BAINBRIDGE ISLAND, WA 98110

TEXAS USF
P.O. BOX 121033
DALLAS, TX 75312-1033


THE GLEN LEVEN LIMITED PARTNERSHIP
LEE BEAMAN
NASHVILLE, TN 37203


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


THE KELLY GROUP
11170 79TH PLACE NE
KIRKLAND, WA 98034


TN DEPT OF REV - UTIL SALES
500 DEADERICK STREET
NASHVILLE, TN 37242-0700


TN EMERG COMM. BOARD
500 JAMES ROBERTSON PKWY
NASHVILLE, TN 37243-0582


TOM MULHOLLAND
PO BOX 10447
BAINBRIDGE ISLAND, WA 98110


TW TELECOM
P.O.BOX 17256
DENVER, CO 80217


TWEAKKER
P.O.BOX 172567
DENMARK


TWEAKKER
NY BANEGAARDSGADE 55
8000 AARHUS C
DENMARK


UNIVERSITY CITY (BUS LIC)
6801 DELMAR BLVD.
UNIVERSITY CITY, MO 63130-1011

```
US DIRECTORY ASSISTANCE
P.O. BOX 249
BARRINGTON, RI 02806


USAC
P.O. BOX 105056
ATLANTA, GA 30348-5056


USAC
2000 L STREET NW #200
WASHINGTON, DC 20036


UT PUBLIC SERVICE COMM (TRS)
160 E 300 S
SUITE 400
SALT LAKE CITY, UT 84111


UT PUBLIC SERVICE COMM (USF)
160 E 300 S
SUITE 400
SALT LAKE CITY, UT 84111


UT STATE TAX COMM - 911
210 N 1950 W
SALT LAKE CITY, UT 84134-0400


UT STATE TAX COMM - MUNI
210 N 1950 W
SALT LAKE CITY, UT 84134-0400


UT STATE TAX COMM - S&U
210 N 1950 W
SALT LAKE CITY, UT 84134-0400


VAN KATZMAN
BEACON
SEATTLE, WA 98104


VIDEO PLUS, L.P.
P.O. BOX 671186
DALLAS, TX 75267


VILLAGE OF FERRELVIEW (BUS LIC)
205 NW HEADY STREET
FERRELVIEW, MO 64163
```

```
VIRGINIA DEPT OF TAX. - COMM TAX
PO BOX 26627
RICHMOND, VA 23261-6627


VOSSLER MEDIA GROUP
11730 118TH AVE NE
SUITE, WA 98037


VSP
P.O. BOX 45200
SAN FRANCISCO, CA 94145


WA DEPT OF REVENUE
PO BOX 47464
OLYMPIA, WA 98504-7464


WASHINGTON DENTAL SERVICE
PO BOX 84885
SEATTLE, WA 98124-6185


WASHOE COUNTY
P.O. BOX 11130
RENO, NV 89520


WAYNE COUNTY TREAS OFC (E-911)
400 MONROE STREET
5TH FLOOR
DETROIT, MI 48226


WELD COUNTY 911
915 10TH STREET
GREELEY, CO 80631


WESTCHESTER CNTY (911)
112 E POST ROAD
FLOOR 3
WHITE PLAINS, NY 10601-5113


WHITERIVER PARTNERS LTD
145-157 ST JOHN STREET
PW 00004
LONDON
```

```
WI DEPT OF REVENUE
PO BOX 8992
MADISON, WI 53708-8992


WILLIAM BURNETT
DAVID T. BURNETT
CLYDE HILL, WA 98004


WILLIAM GRAY STREAM
GRAY STREAM
LAKE CHARLES, LA 70601


WILLIS OF SEATTLE, INC
P.O. BOX 100252
PASADENA, CA 91189


WIRELESS DATA SERVICES, NORTH AM. INC
3933 LAKE WASHINGTON BLVD NE
KIRKLAND, WA 98033


WIRELESS DATA SRVCS N AMERICA
3933 LAKE WA BLVD NE
KIRKLAND, WA 98033


WIRELESS ENH 911 FUND (HI)
MAIL CODE 61233
PO BOX 1300
HONOLULU, HI 96807-1300


WISCONSIN DEPT OF REVENUE
PO BOX 930389
MILWAUKEE, WI 53293-0389
```

# United States Bankruptcy Court

## Western District of Washington

In re    **Solavei, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Solavei, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 11, 2014**

Date

**/s/ Armand J. Kornfeld WSBA**

**Armand J. Kornfeld WSBA #17214**

Signature of Attorney or Litigant

Counsel for   **Solavei, LLC**

**Bush Strout & Kornfeld LLP**

**601 Union Street #5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy