The Honorable: Timothy W. Dore

Chapter: 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SOLAVEI, LLC,<br><br>Debtor. | Case No. 14-14505-TWD<br><br>APPOINTMENT OF UNSECURED<br><br>CREDITORS' COMMITTEE |

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

**Creditor 1 & Co-Chairperson:**
Cavallino Consulting, LLC
John Rittenhouse, CEO
599 Bridgeway
Sausalito, CA 94965
Phone: 415-890-2070
Fax: 415-789-4479
JRittenhouse@Cavallinollc.com

**Creditor 2 & Co-Chairperson:**
C3/CustomerContactChannels, Inc.
Helen Franco, Corporate Counsel
1200 S. Pine Island Rd., Suite 200
Plantation, FL 33324
Phone: 954-577-7702
Fax: 954-577-7706
Helen.Franco@C3Connect.com

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – PAGE 1 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000, Fax.: (206) 553-2566

Case 14-14505-TWD    Doc 42    Filed 06/20/14    Ent. 06/20/14 13:36:40    Pg. 1 of 2

| | | |
|---|---|---|
| 1 | **Creditor 3:** | **Creditor 4:** |
| 2 | Enabil Solutions, Ltd. | Ascentium, Corp. |
|   | James Korth, CEO | Del Clark, Operations Advisor |
| 3 | 438 – 11th Ave SE, 5th Floor | 1000 First Ave. S., 6th Floor |
|   | Calgary, Alberta, Canada T26-0Y4 | Seattle, WA 98134 |
| 4 | Phone: 403-398-1604 | Phone: 425-519-7722 |
| 5 | Fax: 403-398-1598 | Fax: 425-519-7701 |
|   | James.Korth@enabil.com | Del.Clark@Smith.co |

**Creditor 5:**
Slalom, LLC *dba* Slalom Consulting
Jim Mitchell, General Counsel
821 - 2nd Ave., # 1900
Seattle, WA 98104
Phone: 206-438-5700
Fax: 206-436-5710
JimM@Slalom.com

Dated: June 20, 2014

Respectfully submitted,

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

*/s/ Martin L. Smith*_____
MARTIN L. SMITH, WSBA# 24861
Attorney for the United States Trustee

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – PAGE 2 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000, Fax.: (206) 553-2566

Case 14-14505-TWD    Doc 42    Filed 06/20/14    Ent. 06/20/14 13:36:40    Pg. 2 of 2