Lawrence R. Ream, WSBA #18159
E-Mail: lream@schwabe.com
Richard G. Birinyi, WSBA #9212
E-Mail: rbirinyi@schwabe.com
Schwabe Williamson & Wyatt P.C.
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010

Judge: Timothy W. Dore
Chapter 11

Attorneys for Official Committee of Unsecured
Creditors

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re

     Solavei, LLC,

          Debtors.

Case No. 14-14505-TWD

**NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE**

TO:    ALL INTERESTED PARTIES

      PLEASE TAKE NOTICE that pursuant to Bankruptcy 9010(b), Lawrence R. Ream and Richard G. Birinyi with Schwabe, Williamson & Wyatt P.C., hereby enter their appearance in this Chapter 11 case on behalf of the Official Committee of Unsecured Creditors.

      PLEASE TAKE FURTHER NOTICE that Lawrence R. Ream and Richard G. Birinyi hereby request notice of all matters in the above-captioned Chapter 11 case which require notice to creditors, or to other parties-in-interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, proofs of claim, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

NOTICE OF APPEARANCE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711

Schwabe, Williams & Wyatt, P.C. requests that such notice be served as follows:

**IF BY MAIL OR HAND-DELIVERY:**

Lawrence R. Ream
Schwabe Williamson & Wyatt P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
lream@schwabe.com

Richard G. Birinyi
Schwabe Williamson & Wyatt P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
rbirinyi@schwabe.com

Dated this 2nd day of July, 2014.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     /s/ Lawrence R. Ream
        Lawrence R. Ream, WSBA #18159
        Attorneys for Official Committee of
        Unsecured Creditors

        /s/ Richard G. Birinyi
        Richard G. Birinyi, WSBA #9212
        Attorneys for Official Committee of
        Unsecured Creditors

NOTICE OF APPEARANCE - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711

pdx\011111\158810\LRE\14089639.1